**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF COLORADO**

Case No.: 21-cv-2214

**BRIAN LOMA**, an individual,

Plaintiff

v.


**CITY AND COUNTY OF DENVER,** a municipality,
**CITY ATTORNEY KRISTIN M. BRONSON**, in their individual capacity,
**ASSITANT CITY ATTORNEY MELISSA M. DRAZEN SMITH** in their individual
capacity,
**CORPORAL ROBERT D. SMITH**, in their individual capacity,
**ALLIED UNIVERSAL SECURITY SERVICES,**
**FALIESHA LYNETT TRIMBLE**, in their individual capacity,
**ANGELIKA CHAPLINSKIY**, in their individual capacity

Defendants.

---

**SUMMONS IN A CIVIL ACTION**

---

TO:     **CITY ATTORNEY KRISTIN M. BRONSON**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) – you must serve on the Plaintiff an answer to the attached complaint or motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Adam R. Yoast
Baumgartner Law, LLC
300 E. Hampden Ave., Ste. 401
Englewood, CO 80113

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

_____
Date

_____
*Signature of Clerk or Deputy Clerk*