IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-02214-KLM

BRIAN LOMA,

    Plaintiff,

v.

CITY AND COUNTY OF DENVER, a municipality,
KRISTIN M. BRONSON, City Attorney, in her individual capacity,
MELISSA M. DRAZEN SMITH, Assistant City Attorney, in her individual capacity,
ROBERT D. SMITH, Corporal, in his individual capacity,
ALLIED UNIVERSAL SECURITY SERVICES,
FALIESHA LYNETT TRIMBLE, in her individual capacity, and
ANGELIKA CHAPLINSKIY, in her individual capacity,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court sua sponte. On August 24, 2021, the Court set (1) an October 20, 2021 deadline to file the Consent/Non-Consent to United States Magistrate Judge Jurisdiction form [#3-7], (2) an October 27, 2021 deadline to file a proposed Scheduling Order, and (3) the Scheduling Conference for November 3, 2021. Defendants do not yet appear to have been served in this matter and have not entered appearances. Plaintiff has ignored the October 20 and October 27 deadlines without asking for extensions and has not asked that the Scheduling Conference be reset. **Plaintiff is warned that it is never appropriate to ignore Court orders.** Nevertheless, as a one-time courtesy,

    IT IS HEREBY **ORDERED** sua sponte that the Scheduling Conference set for November 3, 2021, at 11:00 a.m. is **VACATED** and **RESET** to **January 20, 2022**, at **9:30 a.m.** in Courtroom A-401 of the Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado.

    IT IS FURTHER **ORDERED** that, **no later than January 13, 2022**, the parties shall submit their proposed scheduling order, pursuant to District of Colorado Electronic Case Filing ("ECF") Procedures.

    IT IS FURTHER **ORDERED** that the deadline to file the Consent Form is extended to **January 6, 2022**.

    Dated: October 28, 2021