IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No.: 21-cv-2214

**BRIAN LOMA**, an individual,

    Plaintiff

v.

**CITY AND COUNTY OF DENVER,** a municipality,
**CITY ATTORNEY KRISTIN M. BRONSON,** in their individual capacity,
**ASSITANT CITY ATTORNEY MELISSA M. DRAZEN SMITH,** in their individual capacity,
**ASSISTANT DIRECTOR MARLEY BORDOVSKY**, in their individual capacity,
**CORPORAL ROBERT D. SMITH**, in their individual capacity,
**ALLIED UNIVERSAL SECURITY SERVICES,**
**FALIESHA LYNETT TRIMBLE**, in their individual capacity,
**ANGELIKA CHAPLINSKIY**, in their individual capacity,
**DETECTIVE NICHOLAS Z. ROCCO-MCKEEL**, in their individual capacity
**SERGEANT BURTON**, in their individual capacity
**OFFICER BURGER (#98049),** in their individual capacity

    Defendants.

---

## RETURN OF SERVICE

STATE OF COLORADO    )
                                   ) ss
COUNTY OF DOUGLAS   )

    I, Kevin Williams, do hereby certify that I served a true and correct copy of this Summons in a Civil Action and Amended Complaint and Jury Demand and Civil Cover Sheet on Angelika Chaplinskiy in Adams County at 6610 York Street, Denver, CO 80229 at 10:25 a.m. on October 14, 2021, by personally handing the same to Tony Chaplinskiy, father at their usual place of abode.

    ____ I am over the age of eighteen (18) and am not interested in, nor a party to this case.

Signed under oath before me on 10/14/21

_____
Affiant
Private Process Server

SUBSCRIBED AND SWORN TO before me on this 14th day of October 2021, by Kevin Williams.

Witness my hand and official seal.

_____
Notary Public

```
AMY T. WILLIAMS
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 19974000634
MY COMMISSION EXPIRES 2/8/2025
```