IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

Case No.: 21-cv-2214

**BRIAN LOMA**, an individual,

    Plaintiff

v.

**CITY AND COUNTY OF DENVER,** a municipality,
**CITY ATTORNEY KRISTIN M. BRONSON,** in their individual capacity,
**ASSITANT CITY ATTORNEY MELISSA M. DRAZEN SMITH,** in their individual capacity,
**ASSISTANT DIRECTOR MARLEY BORDOVSKY**, in their individual capacity,
**CORPORAL ROBERT D. SMITH**, in their individual capacity,
**ALLIED UNIVERSAL SECURITY SERVICES**,
**FALIESHA LYNETT TRIMBLE**, in their individual capacity,
**ANGELIKA CHAPLINSKIY**, in their individual capacity,
**DETECTIVE NICHOLAS Z. ROCCO-MCKEEL**, in their individual capacity
**SERGEANT BURTON**, in their individual capacity
**OFFICER BURGER (#98049),** in their individual capacity

    Defendants.

## RETURN OF SERVICE

STATE OF COLORADO    )
                             ) ss
COUNTY OF DOUGLAS   )

    I, Kevin Williams, do hereby certify that I served a true and correct copy of this Summons in a Civil Action and Amended Complaint and Jury Demand and Civil Cover Sheet on the City and County of Denver in Denver County at 1437 Bannock Street, Suite 350, Denver, CO 80202 at 9:55 a.m. on October 14, 2021, by personally handing the same to Gabriela Corral, Staff Assistant, Office of Mayor B. Hancock and authorized to accept.

    ✓ I am over the age of eighteen (18) and am not interested in, nor a party to this case.

Signed under oath before me on 10/14/21

_____
Affiant
Private Process Server

SUBSCRIBED AND SWORN TO before me on this 14th day of October 2021, by Kevin Williams.

Witness my hand and official seal.

_____
Notary Public

AMY T. WILLIAMS
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 19974000634
MY COMMISSION EXPIRES 2/8/2025