IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

Case No.: 21-cv-2214

**BRIAN LOMA**, an individual,

    Plaintiff

v.

**CITY AND COUNTY OF DENVER,** a municipality,
**CITY ATTORNEY KRISTIN M. BRONSON,** in their individual capacity,
**ASSITANT CITY ATTORNEY MELISSA M. DRAZEN SMITH,** in their individual capacity,
**ASSISTANT DIRECTOR MARLEY BORDOVSKY**, in their individual capacity,
**CORPORAL ROBERT D. SMITH**, in their individual capacity,
**ALLIED UNIVERSAL SECURITY SERVICES**,
**FALIESHA LYNETT TRIMBLE**, in their individual capacity,
**ANGELIKA CHAPLINSKIY**, in their individual capacity,
**DETECTIVE NICHOLAS Z. ROCCO-MCKEEL**, in their individual capacity
**SERGEANT BURTON**, in their individual capacity
**OFFICER BURGER (#98049),** in their individual capacity

    Defendants.

---

## RETURN OF SERVICE

---

STATE OF COLORADO    )
                                 ) ss
COUNTY OF DOUGLAS    )

    I, Kevin Williams, do hereby certify that I served a true and correct copy of this Summons in a Civil Action and Amended Complaint and Jury Demand and Civil Cover Sheet on Melissa M. Drazen Smith in Denver County at 3180 S. Xanthia Street, Denver, CO 80231 at 10:25 a.m. on October 15, 2021, by personally handing the same to Tom Smith, husband at their usual place of abode.

        ✓ I am over the age of eighteen (18) and am not interested in, nor a party to this case.

Signed under oath before me on \_\_\_\_ ✓ \_\_\_\_

_Kevin Williams_
Affiant
Private Process Server

SUBSCRIBED AND SWORN TO before me on this 15th day of October 2021, by Kevin Williams.

Witness my hand and official seal.    _Amy M._
Notary Public

AMY T. WILLIAMS
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 19974000634
MY COMMISSION EXPIRES 2/8/2025

2