**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 21-cv-2214-KLM

BRIAN LOMA, an individual

      Plaintiff,

v.

CITY AND COUNTY OF DENVER, a municipality,
CITY ATTORNEY KRISTIN M. BRONSON, in their individual capacity,
ASSISTANT CITY ATTORNEY MELISSA M. DRAZEN SMITH, in their individual capacity,
ASSISTANT DIRECTOR MARLEY BORDOVSKY, in their individual capacity,
CORPORAL ROBERT D. SMITH, in their individual capacity,
ALLIED UNIVERSAL SECURITY SERVICES,
FALIESHA LYNETT TRIMBLE, in their individual capacity,
ANGELIKA CHAPLINSKIY, in their individual capacity,
DETECTIVE NICHOLAS Z. ROCCO-MCKEEL, in their individual capacity,
SERGEANT BURTON, in their individual capacity,
OFFICER BURGER (#98049), in their individual capacity,

      Defendants.

---

**NOTICE OF ENTRY OF APPEARANCE**

---

      Jennifer Johnson, Assistant City Attorney for the Denver City Attorney's Office, hereby enters her appearance as counsel of record on behalf of Defendants City and County of Denver, City Attorney Kristin M. Bronson, in their individual capacity, Assistant City Attorney Melissa M. Drazen Smith, in their individual capacity, Assistant Director Marley Bordovsky, in their individual capacity, Corporal Robert D. Smith, in their individual capacity, Detective Nicholas Z. Rocco-McKeel, in their individual capacity, and Sergeant Jeffrey Berger (improperly designated as, "Officer Burger (#98049)"), in their individual capacity.

Dated this 1st day of November 2021.

Respectfully submitted by,

s/ Jennifer Johnson
Jennifer Johnson
Assistant City Attorney
Denver City Attorney's Office
Litigation Section
201 W. Colfax Avenue, Dept. 1108
Denver, Colorado 80202-5332
Telephone: 720-913-3304
Facsimile: 720-913-3190
E-mail: jennifer.johnson2@denvergov.org
*Attorney for Defendants City and County of Denver, Kristin Bronson, Melissa Drazen Smith, Marley Bordovsky, Cpl. Robert D. Smith, Det. Nicholas Rocco-McKeel, and Sgt. Jeffrey Berger*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 1st day of November 2021, the foregoing **NOTICE OF ENTRY OF APPEARANCE** was filed with the Clerk of the Court via the CM/ECF system which will send a notification of such filing to the following:

Adam R. Yoast
adam@baumgartnerlaw.com
*Counsel for Plaintiff*

s/ Bonnie Marsh
Denver City Attorney's Office

2