IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No.: 21-cv-2214-KLM

**BRIAN LOMA**, an individual

Plaintiff,

v.

**CITY AND COUNTY OF DENVER,** a municipality,
**CITY ATTORNEY KRISTIN M. BRONSON,** in their individual capacity
**ASSISTANT CITY ATTORNEY MELISSA M. DRAZEN SMITH,** in their individual capacity,
**ASSISTANT DIRECTOR MARLEY BORDOVSKY,** in their individual capacity,
**CORPORAL ROBERT D. SMITH,** in their individual capacity,
**ALLIED UNIVERSAL SECURITY SERVICES,**
**FALIESHA LYNETT TRIMBLE,** in their individual capacity,
**ANGELIKA CHAPLINSKIY,** in their individual capacity,
**DETECTIVE NICHOLAS Z. ROCCO-MCKEEL,** in their individual capacity,
**SERGEANT BURTON,** in their individual capacity,
**OFFICER BURGER (#98049),** in their individual capacity,

Defendants.

**DEFENDANTS UNIVERSAL PROTECTION SERVICE, LLC d/b/a ALLIED
UNIVERSAL SECURITY SERVICES AND ANGELIKA CHAPLINSKIY'S
_UNOPPOSED_ MOTION FOR EXTENSION OF TIME
TO FILE A RESPONSIVE PLEADING**

Defendants Universal Protection Service, LLC d/b/a Allied Universal Security Services, and Defendant Angelika Chaplinskiy (hereinafter "Defendants" or "AUS Defendants"), by and through their attorneys, Wilson Elser Moskowitz Edelman & Dicker LLP, hereby submits their _Unopposed_ Motion for Extension of Time to File a Responsive Pleading as follows:

1. Pursuant to D.C.Colo.LCivR7.1(A), undersigned counsel certifies they conferred with counsel for Plaintiff on November 4, 202. It is understood Plaintiff does not oppose the relief requested herein.

2. On August 16, 2021 Brian Loma filed a Complaint, naming AUS and Angelika Chaplinskiy as Defendants, in the above-captioned matter.

3. On October 14, 2021 the Summons and Complaint were served on the CT Corporation System, as AUS' registered agent.

4. Upon information and belief Defendant Chaplinskiy was served after October 14, 2021.

5. Undersigned counsel was retained to represent the AUS Defendants on November 3, 2021, and are in the process of gathering relevant facts and information, to properly respond to the allegations set forth in the Complaint.

6. An Answer or other responsive pleading is currently due in this matter on November 4, 2021 pursuant to Fed. R. Civ. P. 12(a), Fed. R. Civ. P. 6(d), Fed. R. Civ. P. 6(a)(1)(C).

7. AUS Defendants respectfully request a twenty-one (21) day extension of time, up to and including November 25, 2021, to file their Responsive Pleadings.

8. Good cause supports this extension of time as the requested extension will not cause prejudice to the other parties, and will have no effect on other deadlines.

9. Pursuant to Fed. R. Civ. P. 6(b), the Court may order a period of time enlarged if the request therefore is made before the expiration of the period originally prescribed.

10. Counsel for AUS Defendants have conferred with their clients who are in agreement with this Motion. A copy of this motion will be served contemporaneously on AUS Defendants pursuant to D.C.Colo.LCivR6.1(c).

WHEREFORE, Defendants Universal Protection Service, LLC d/b/a Allied Universal Security Services and Angelika Chaplinskiy respectfully move this Court for a twenty-one (21) day extension of time, up to and including November 25, 2021, to file their Responsive Pleadings.

Respectfully submitted this 4th day of November, 2021.

Wilson Elser Moskowitz Edelman & Dicker LLP

*Signature on file at the offices of Wilson Elser Moskowitz Edelman & Dicker LLP pursuant to C.R.C.P. 121 § 1-26*

By: /s/ *Jason D. Melichar*
Jason D. Melichar, #31114
Kimberly L. Koehler, #47796
*Attorneys for Defendants Universal Protection Service, LLC d/b/a Allied Universal Security Services and Angelika Chaplinskiy*

**CERTIFICATE OF SERVICE**

  I hereby certify that, on November 4, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

*Signature on file at the offices of Wilson Elser Moskowitz Edelman & Dicker LLP pursuant to C.R.C.P. 121 § 1-26*

<u>/s/ Tricia M. Hoy</u>
Tricia M. Hoy