IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No.: 21-cv-2214-KLM

**BRIAN LOMA**, an individual

Plaintiff,

v.

**CITY AND COUNTY OF DENVER,** a municipality,
**CITY ATTORNEY KRISTIN M. BRONSON,** in their individual capacity
**ASSISTANT CITY ATTORNEY MELISSA M. DRAZEN SMITH,** in their individual capacity,
**ASSISTANT DIRECTOR MARLEY BORDOVSKY,** in their individual capacity,
**CORPORAL ROBERT D. SMITH,** in their individual capacity,
**ALLIED UNIVERSAL SECURITY SERVICES,**
**FALIESHA LYNETT TRIMBLE,** in their individual capacity,
**ANGELIKA CHAPLINSKIY,** in their individual capacity,
**DETECTIVE NICHOLAS Z. ROCCO-MCKEEL,** in their individual capacity,
**SERGEANT BURTON,** in their individual capacity,
**OFFICER BURGER (#98049),** in their individual capacity,

Defendants.

**[PROPOSED ORDER] RE: DEFENDANTS UNIVERSAL PROTECTION SERVICE, LLC d/b/a ALLIED UNIVERSAL SECURITY SERVICES AND ANGELKIA CHAPLINSKIY'S *UNOPPOSED* MOTION FOR EXTENSION OF TIME TO FILE A RESPONSIVE PLEADING**

THE COURT, having reviewed Defendants Universal Protection Service, LLC d/b/a Allied Universal Security Services and Angelika Chaplinskiy's *Unopposed* Motion for Extension of Time to File a Responsive Pleading, and being fully advised of the premises, ORDERS the following:

The Motion is hereby GRANTED. Defendants Universal Protection Service, LLC d/b/a Allied Universal Security Services and Angelika Chaplinskiy will have up to and including November 25, 2021 to file their Responsive Pleadings in the above-captioned matter.

DATED this _____ day of November, 2021.

_____
DISTRICT COURT JUDGE