IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-02214-KLM

BRIAN LOMA,

    Plaintiff,

v.

CITY AND COUNTY OF DENVER, a municipality,
KRISTIN M. BRONSON, City Attorney, in her individual capacity,
MELISSA M. DRAZEN SMITH, Assistant City Attorney, in her individual capacity,
ROBERT D. SMITH, Corporal, in his individual capacity,
ALLIED UNIVERSAL SECURITY SERVICES,
FALIESHA LYNETT TRIMBLE, in her individual capacity, and
ANGELIKA CHAPLINSKIY, in her individual capacity,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Defendants' **Motion for Extension of Time to Respond to Plaintiff's Amended Complaint** [#21] (the "Motion"). While the Motion [#21] indicates that it is opposed by Plaintiff, the Court finds that Defendants have stated good cause for the requested extension. Accordingly,

    IT IS HEREBY **ORDERED** that the Motion [#21] is **GRANTED**. Defendants have up to and including **December 13, 2021**, to file a responsive pleading.

    Dated: November 4, 2021