IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-02214-KLM

BRIAN LOMA,

    Plaintiff,

v.

CITY AND COUNTY OF DENVER, a municipality,
KRISTIN M. BRONSON, City Attorney, in her individual capacity,
MELISSA M. DRAZEN SMITH, Assistant City Attorney, in her individual capacity,
ROBERT D. SMITH, Corporal, in his individual capacity,
ALLIED UNIVERSAL SECURITY SERVICES,
FALIESHA LYNETT TRIMBLE, in her individual capacity, and
ANGELIKA CHAPLINSKIY, in her individual capacity,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Defendants Universal Protection Service, LLC and Angelika Chaplinskiy's **Unopposed Motion for Extension of Time to File a Responsive Pleading** [#22] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion [#22] is **GRANTED**. Defendants Universal Protection Service, LLC and Angelika Chaplinskiy shall answer or otherwise respond to the complaint **no later than November 25, 2021**.

    Dated: November 8, 2021