**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Case No.: 21-cv-2214-KLM

**BRIAN LOMA**, an individual

Plaintiff,

v.

**CITY AND COUNTY OF DENVER,** a municipality,
**CITY ATTORNEY KRISTIN M. BRONSON,** in their individual capacity
**ASSISTANT CITY ATTORNEY MELISSA M. DRAZEN SMITH,** in their individual capacity,
**ASSISTANT DIRECTOR MARLEY BORDOVSKY,** in their individual capacity,
**CORPORAL ROBERT D. SMITH,** in their individual capacity,
**ALLIED UNIVERSAL SECURITY SERVICES,**
**FALIESHA LYNETT TRIMBLE,** in their individual capacity,
**ANGELIKA CHAPLINSKIY,** in their individual capacity,
**DETECTIVE NICHOLAS Z. ROCCO-MCKEEL,** in their individual capacity,
**SERGEANT BURTON,** in their individual capacity,
**OFFICER BURGER (#98049),** in their individual capacity,

Defendants.

---

**DEFENDANTS UNIVERSAL PROTECTION SERVICE, LLC d/b/a ALLIED
UNIVERSAL SECURITY SERVICES, FALIESHA LYNETT TRIMBLE, AND
ANGELIKA CHAPLINSKIY'S ANSWER AND AFFIRMATIVE DEFENSES TO
PLAINTIFF'S AMENDED COMPLAINT AND JURY DEMAND**

---

Defendants Universal Protection Service, LLC d/b/a Allied Universal Security Services,

Faliesha Lynett Trimble, and Defendant Angelika Chaplinskiy (hereinafter "Defendants" or "AUS

Defendants"), by and through their attorneys, Wilson Elser Moskowitz Edelman & Dicker LLP,

hereby submit the following Answer to Plaintiff's Amended Complaint and Jury Demand

("Complaint"):

## INTRODUCTION

1.      The allegations set forth in paragraph 1 of the Complaint are not directed toward the AUS Defendants; therefore, no response is required.  To the extent a response is required, the AUS Defendants are without sufficient information to admit or deny the allegations contained in paragraph 1 of the Complaint, and therefore, deny those allegations.

2.      The allegations set forth in paragraph 2 of the Complaint are not directed toward the AUS Defendants; therefore, no response is required.  To the extent a response is required, the AUS Defendants are without sufficient information to admit or deny the allegations contained in paragraph 2 of the Complaint, and therefore, deny those allegations.

3.      The allegations set forth in paragraph 3 of the Complaint are not directed toward the AUS Defendants; therefore, no response is required.  To the extent a response is required, the AUS Defendants are without sufficient information to admit or deny the allegations contained in paragraph 3 of the Complaint, and therefore, deny those allegations.

4.      AUS Defendants are without sufficient information to admit or deny the allegations contained in paragraph 4 of the Complaint, and therefore, deny those allegations.

5.      The allegations set forth in paragraph 5 of the Complaint are not directed toward the AUS Defendants; therefore, no response is required.  To the extent a response is required, the AUS Defendants are without sufficient information to admit or deny the allegations contained in paragraph 5 of the Complaint, and therefore, deny those allegations.

2

6.      AUS Defendants are without sufficient information to admit or deny the allegations contained in paragraph 6 of the Complaint, and therefore, deny those allegations.

7.      AUS Defendants are without sufficient information to admit or deny the allegations contained in paragraph 7 of the Complaint, and therefore, deny those allegations.

## JURISDICTION AND VENUE

8.      The allegations contained in paragraph 8 of the Complaint state legal conclusions to which no response is required.  To the extent the allegations contained in paragraph 8 of the Complaint refer to 42 U.S.C. 1983, 1988, the Fourth and Fourteenth Amendments to the United States Constitution, and 28 U.S.C. § 1331, §1343(a)(3) and (4), and 28 U.S.C. §1367, the AUS Defendants respond that the aforementioned statutes and constitutional provisions speak for themselves and deny any allegations inconsistent therewith.

9.      The allegations contained in paragraph 9 of the Complaint state legal conclusions to which no response is required.  To the extent the allegations contained in paragraph 9 of the Complaint refer to 28 U.S.C. §1391(b), the AUS Defendants respond that the aforementioned statute speaks for itself and denies any allegations inconsistent therewith.  Answering further, the AUS Defendants are not contesting venue is improper.

10.     AUS Defendants are without sufficient information to admit or deny the allegations contained in paragraph 10 of the Complaint, and therefore, deny those allegations.

11.     The allegations set forth in paragraph 10 of the Complaint are not directed toward the AUS Defendants; therefore, no response is required.  To the extent a response is required, the AUS Defendants admit.

3

12.     The allegations set forth in paragraph 12 of the Complaint are not directed toward the AUS Defendants; therefore, no response is required.  To the extent a response is required, the AUS Defendants are without sufficient information to admit or deny the allegations contained in paragraph 12 of the Complaint, and therefore, deny those allegations.

13.     The allegations set forth in paragraph 13 of the Complaint are not directed toward the AUS Defendants; therefore, no response is required.  To the extent a response is required, the AUS Defendants are without sufficient information to admit or deny the allegations contained in paragraph 13 of the Complaint, and therefore, deny those allegations.

14.     The allegations set forth in paragraph 14 of the Complaint are not directed toward the AUS Defendants; therefore, no response is required.  To the extent a response is required, the AUS Defendants are without sufficient information to admit or deny the allegations contained in paragraph 14 of the Complaint, and therefore, deny those allegations.

15.     The allegations set forth in paragraph 15 of the Complaint are not directed toward the AUS Defendants; therefore, no response is required.  To the extent a response is required, the AUS Defendants are without sufficient information to admit or deny the allegations contained in paragraph 15 of the Complaint, and therefore, deny those allegations.

16.     AUS Defendants admit the allegations set forth in paragraph 16 of the Complaint.

17.     AUS Defendants admit the allegations set forth in paragraph 17 of the Complaint.

18.     AUS Defendants admit the allegations set forth in paragraph 18 of the Complaint.

19.     The allegations set forth in paragraph 19 of the Complaint are not directed toward the AUS Defendants; therefore, no response is required.  To the extent a response is required, the

AUS Defendants are without sufficient information to admit or deny the allegations contained in paragraph 19 of the Complaint, and therefore, deny those allegations.

20.    The allegations set forth in paragraph 20 of the Complaint are not directed toward the AUS Defendants; therefore, no response is required.  To the extent a response is required, the AUS Defendants are without sufficient information to admit or deny the allegations contained in paragraph 20 of the Complaint, and therefore, deny those allegations.

21.    The allegations set forth in paragraph 21 of the Complaint are not directed toward the AUS Defendants; therefore, no response is required.  To the extent a response is required, the AUS Defendants are without sufficient information to admit or deny the allegations contained in paragraph 21 of the Complaint, and therefore, deny those allegations.

## GENERAL ALLEGATIONS

22.    AUS Defendants incorporate herein by reference their responses to paragraphs 1 through 21 of the Complaint as if fully set forth herein.

23.    AUS Defendants are without sufficient information to admit or deny the allegations contained in paragraph 23 of the Complaint, and therefore, deny those allegations.

24.    AUS Defendants are without sufficient information to admit or deny the allegations contained in paragraph 24 of the Complaint, and therefore, deny those allegations.

25.    AUS Defendants are without sufficient information to admit or deny the allegations contained in paragraph 25 of the Complaint, and therefore, deny those allegations.

26.    AUS Defendants deny the allegations set forth in paragraph 26 of the Complaint.

27.    AUS Defendants admit the allegations set forth in paragraph 27 of the Complaint.

5

28.     AUS Defendants deny the allegations set forth in paragraph 28 of the Complaint.

29.     AUS Defendants admit the allegations set forth in paragraph 29 of the Complaint.

30.     AUS Defendants admit the allegations set forth in paragraph 30 of the Complaint.

31.     The allegations set forth in paragraph 31 of the Complaint are not directed toward the AUS Defendants; therefore, no response is required.  To the extent a response is required, the AUS Defendants are without sufficient information to admit or deny the allegations contained in paragraph 31 of the Complaint, and therefore, deny those allegations.

32.     The allegations set forth in paragraph 32 of the Complaint are not directed toward the AUS Defendants; therefore, no response is required.  To the extent a response is required, the AUS Defendants are without sufficient information to admit or deny the allegations contained in paragraph 32 of the Complaint, and therefore, deny those allegations.

33.     The allegations set forth in paragraph 33 of the Complaint are not directed toward the AUS Defendants; therefore, no response is required.  To the extent a response is required, the AUS Defendants are without sufficient information to admit or deny the allegations contained in paragraph 33 of the Complaint, and therefore, deny those allegations.

34.     The allegations set forth in paragraph 34 of the Complaint are not directed toward the AUS Defendants; therefore, no response is required.  To the extent a response is required, the AUS Defendants are without sufficient information to admit or deny the allegations contained in paragraph 34 of the Complaint, and therefore, deny those allegations.

35.     The allegations set forth in paragraph 35 of the Complaint are not directed toward the AUS Defendants; therefore, no response is required.  To the extent a response is required, the

AUS Defendants are without sufficient information to admit or deny the allegations contained in paragraph 35 of the Complaint, and therefore, deny those allegations.

36.     The allegations set forth in paragraph 36 of the Complaint are not directed toward the AUS Defendants; therefore, no response is required.  To the extent a response is required, the AUS Defendants are without sufficient information to admit or deny the allegations contained in paragraph 36 of the Complaint, and therefore, deny those allegations.

37.     The allegations set forth in paragraph 37 of the Complaint are not directed toward the AUS Defendants; therefore, no response is required.  To the extent a response is required, the AUS Defendants are without sufficient information to admit or deny the allegations contained in paragraph 37 of the Complaint, and therefore, deny those allegations.

38.     The allegations set forth in paragraph 38 of the Complaint are not directed toward the AUS Defendants; therefore, no response is required.  To the extent a response is required, the AUS Defendants are without sufficient information to admit or deny the allegations contained in paragraph 38 of the Complaint, and therefore, deny those allegations.

39.     The allegations set forth in paragraph 39 of the Complaint are not directed toward the AUS Defendants; therefore, no response is required.  To the extent a response is required, the AUS Defendants are without sufficient information to admit or deny the allegations contained in paragraph 39 of the Complaint, and therefore, deny those allegations.

40.     The allegations set forth in paragraph 40 of the Complaint are not directed toward the AUS Defendants; therefore, no response is required.  To the extent a response is required, the AUS Defendants are without sufficient information to admit or deny the allegations contained in paragraph 40 of the Complaint, and therefore, deny those allegations.

41.    The allegations set forth in paragraph 41 of the Complaint are not directed toward the AUS Defendants; therefore, no response is required.  To the extent a response is required, the AUS Defendants are without sufficient information to admit or deny the allegations contained in paragraph 41 of the Complaint, and therefore, deny those allegations.

42.    The allegations set forth in paragraph 42 of the Complaint are not directed toward the AUS Defendants; therefore, no response is required.  To the extent a response is required, the AUS Defendants are without sufficient information to admit or deny the allegations contained in paragraph 42 of the Complaint, and therefore, deny those allegations.

43.    The allegations set forth in paragraph 43 of the Complaint are not directed toward the AUS Defendants; therefore, no response is required.  To the extent a response is required, the AUS Defendants are without sufficient information to admit or deny the allegations contained in paragraph 43 of the Complaint, and therefore, deny those allegations.

44.    The allegations set forth in paragraph 44 of the Complaint are not directed toward the AUS Defendants; therefore, no response is required.  To the extent a response is required, the AUS Defendants are without sufficient information to admit or deny the allegations contained in paragraph 44 of the Complaint, and therefore, deny those allegations.

45.    The allegations set forth in paragraph 45 of the Complaint are not directed toward the AUS Defendants; therefore, no response is required.  To the extent a response is required, the AUS Defendants are without sufficient information to admit or deny the allegations contained in paragraph 45 of the Complaint, and therefore, deny those allegations.

**Allegations for Arrest for Obstruction Charges September 28, 2021**

46.    AUS Defendants are without sufficient information to admit or deny the allegations contained in paragraph 46 of the Complaint, and therefore, deny those allegations.

47.    The allegations set forth in paragraph 47 of the Complaint are not directed toward the AUS Defendants; therefore, no response is required.  To the extent a response is required, the AUS Defendants are without sufficient information to admit or deny the allegations contained in paragraph 47 of the Complaint, and therefore, deny those allegations.

48.    AUS Defendants are without sufficient information to admit or deny the allegations contained in paragraph 48 of the Complaint, and therefore, deny those allegations.

49.    The allegations set forth in paragraph 49 of the Complaint are not directed toward the AUS Defendants; therefore, no response is required.  To the extent a response is required, the AUS Defendants are without sufficient information to admit or deny the allegations contained in paragraph 49 of the Complaint, and therefore, deny those allegations.

50.    The allegations set forth in paragraph 50 of the Complaint are not directed toward the AUS Defendants; therefore, no response is required.  To the extent a response is required, the AUS Defendants are without sufficient information to admit or deny the allegations contained in paragraph 50 of the Complaint, and therefore, deny those allegations.

51.    The allegations set forth in paragraph 51 of the Complaint are not directed toward the AUS Defendants; therefore, no response is required.  To the extent a response is required, the AUS Defendants are without sufficient information to admit or deny the allegations contained in paragraph 51 of the Complaint, and therefore, deny those allegations.

52.    The allegations set forth in paragraph 52 of the Complaint are not directed toward the AUS Defendants; therefore, no response is required.  To the extent a response is required, the AUS Defendants are without sufficient information to admit or deny the allegations contained in paragraph 52 of the Complaint, and therefore, deny those allegations.

53.    The allegations set forth in paragraph 53 of the Complaint are not directed toward the AUS Defendants; therefore, no response is required.  To the extent a response is required, the AUS Defendants are without sufficient information to admit or deny the allegations contained in paragraph 53 of the Complaint, and therefore, deny those allegations.

54.    The allegations set forth in paragraph 54 of the Complaint are not directed toward the AUS Defendants; therefore, no response is required.  To the extent a response is required, the AUS Defendants are without sufficient information to admit or deny the allegations contained in paragraph 54 of the Complaint, and therefore, deny those allegations.

55.    The allegations set forth in paragraph 55 of the Complaint are not directed toward the AUS Defendants; therefore, no response is required.  To the extent a response is required, the AUS Defendants are without sufficient information to admit or deny the allegations contained in paragraph 55 of the Complaint, and therefore, deny those allegations.

56.    The allegations set forth in paragraph 56 of the Complaint are not directed toward the AUS Defendants; therefore, no response is required.  To the extent a response is required, the AUS Defendants are without sufficient information to admit or deny the allegations contained in paragraph 56 of the Complaint, and therefore, deny those allegations.

57.    The allegations set forth in paragraph 57 of the Complaint are not directed toward the AUS Defendants; therefore, no response is required.  To the extent a response is required, the

AUS Defendants are without sufficient information to admit or deny the allegations contained in paragraph 57 of the Complaint, and therefore, deny those allegations.

58.     The allegations set forth in paragraph 58 of the Complaint are not directed toward the AUS Defendants; therefore, no response is required.  To the extent a response is required, the AUS Defendants are without sufficient information to admit or deny the allegations contained in paragraph 58 of the Complaint, and therefore, deny those allegations.

59.     The allegations set forth in paragraph 59 of the Complaint are not directed toward the AUS Defendants; therefore, no response is required.  To the extent a response is required, the AUS Defendants are without sufficient information to admit or deny the allegations contained in paragraph 59 of the Complaint, and therefore, deny those allegations.

60.     The allegations set forth in paragraph 60 of the Complaint are not directed toward the AUS Defendants; therefore, no response is required.  To the extent a response is required, the AUS Defendants are without sufficient information to admit or deny the allegations contained in paragraph 60 of the Complaint, and therefore, deny those allegations.

61.     The allegations set forth in paragraph 61 of the Complaint are not directed toward the AUS Defendants; therefore, no response is required.  To the extent a response is required, the AUS Defendants are without sufficient information to admit or deny the allegations contained in paragraph 61 of the Complaint, and therefore, deny those allegations.

62.     The allegations set forth in paragraph 62 of the Complaint are not directed toward the AUS Defendants; therefore, no response is required.  To the extent a response is required, the AUS Defendants are without sufficient information to admit or deny the allegations contained in paragraph 62 of the Complaint, and therefore, deny those allegations.

63.    The allegations set forth in paragraph 63 of the Complaint are not directed toward the AUS Defendants; therefore, no response is required.  To the extent a response is required, the AUS Defendants are without sufficient information to admit or deny the allegations contained in paragraph 63 of the Complaint, and therefore, deny those allegations.

64.    The allegations set forth in paragraph 64 of the Complaint are not directed toward the AUS Defendants; therefore, no response is required.  To the extent a response is required, the AUS Defendants are without sufficient information to admit or deny the allegations contained in paragraph 64 of the Complaint, and therefore, deny those allegations.

65.    The allegations set forth in paragraph 65 of the Complaint are not directed toward the AUS Defendants; therefore, no response is required.  To the extent a response is required, the AUS Defendants are without sufficient information to admit or deny the allegations contained in paragraph 65 of the Complaint, and therefore, deny those allegations.

66.    The allegations set forth in paragraph 66 of the Complaint are not directed toward the AUS Defendants; therefore, no response is required.  To the extent a response is required, the AUS Defendants are without sufficient information to admit or deny the allegations contained in paragraph 66 of the Complaint, and therefore, deny those allegations.

67.    The allegations set forth in paragraph 67 of the Complaint are not directed toward the AUS Defendants; therefore, no response is required.  To the extent a response is required, the AUS Defendants are without sufficient information to admit or deny the allegations contained in paragraph 67 of the Complaint, and therefore, deny those allegations.

68.    The allegations set forth in paragraph 68 of the Complaint are not directed toward the AUS Defendants; therefore, no response is required.  To the extent a response is required, the

AUS Defendants are without sufficient information to admit or deny the allegations contained in

paragraph 68 of the Complaint, and therefore, deny those allegations.

69.     The allegations set forth in paragraph 69 of the Complaint are not directed toward

the AUS Defendants; therefore, no response is required.  To the extent a response is required, the

AUS Defendants are without sufficient information to admit or deny the allegations contained in

paragraph 69 of the Complaint, and therefore, deny those allegations.

**Allegations for Destruction of Personal Property on November 17, 2021**

70.     The allegations set forth in paragraph 70 of the Complaint are not directed toward

the AUS Defendants; therefore, no response is required.  To the extent a response is required, the

AUS Defendants are without sufficient information to admit or deny the allegations contained in

paragraph 70 of the Complaint, and therefore, deny those allegations.

71.     The allegations set forth in paragraph 71 of the Complaint are not directed toward

the AUS Defendants; therefore, no response is required.  To the extent a response is required, the

AUS Defendants are without sufficient information to admit or deny the allegations contained in

paragraph 71 of the Complaint, and therefore, deny those allegations.

72.     The allegations set forth in paragraph 72 of the Complaint are not directed toward

the AUS Defendants; therefore, no response is required.  To the extent a response is required, the

AUS Defendants are without sufficient information to admit or deny the allegations contained in

paragraph 72 of the Complaint, and therefore, deny those allegations.

73.     The allegations set forth in paragraph 73 of the Complaint are not directed toward

the AUS Defendants; therefore, no response is required.  To the extent a response is required, the

AUS Defendants are without sufficient information to admit or deny the allegations contained in paragraph 73 of the Complaint, and therefore, deny those allegations.

74.    The allegations set forth in paragraph 74 of the Complaint are not directed toward the AUS Defendants; therefore, no response is required.  To the extent a response is required, the AUS Defendants are without sufficient information to admit or deny the allegations contained in paragraph 74 of the Complaint, and therefore, deny those allegations.

75.    The allegations set forth in paragraph 75 of the Complaint are not directed toward the AUS Defendants; therefore, no response is required.  To the extent a response is required, the AUS Defendants are without sufficient information to admit or deny the allegations contained in paragraph 75 of the Complaint, and therefore, deny those allegations.

76.    The allegations set forth in paragraph 76 of the Complaint are not directed toward the AUS Defendants; therefore, no response is required.  To the extent a response is required, the AUS Defendants are without sufficient information to admit or deny the allegations contained in paragraph 76 of the Complaint, and therefore, deny those allegations.

77.    The allegations set forth in paragraph 77 of the Complaint are not directed toward the AUS Defendants; therefore, no response is required.  To the extent a response is required, the AUS Defendants are without sufficient information to admit or deny the allegations contained in paragraph 77 of the Complaint, and therefore, deny those allegations.

78.    The allegations set forth in paragraph 78 of the Complaint are not directed toward the AUS Defendants; therefore, no response is required.  To the extent a response is required, the AUS Defendants are without sufficient information to admit or deny the allegations contained in paragraph 78 of the Complaint, and therefore, deny those allegations.

14

79.    The allegations set forth in paragraph 79 of the Complaint are not directed toward the AUS Defendants; therefore, no response is required.  To the extent a response is required, the AUS Defendants are without sufficient information to admit or deny the allegations contained in paragraph 79 of the Complaint, and therefore, deny those allegations.

80.    The allegations set forth in paragraph 80 of the Complaint are not directed toward the AUS Defendants; therefore, no response is required.  To the extent a response is required, the AUS Defendants are without sufficient information to admit or deny the allegations contained in paragraph 80 of the Complaint, and therefore, deny those allegations.

## CLAIMS FOR RELIEF

## CLAIMS UNDER FEDERAL LAW, 42 U.S.C. § 1983

81.    AUS Defendants incorporate herein by reference their responses to paragraphs 1 through 80 of the Complaint as if fully set forth herein.

82.    The allegations contained in paragraph 82 of the Complaint state legal conclusions to which no response is required.  To the extent the allegations contained in paragraph 82 of the Complaint refer to the Fourteenth Amendment, the AUS Defendants respond that the aforementioned amendment speaks for itself and deny any allegations inconsistent therewith.

83.    The allegations contained in paragraph 83 of the Complaint state legal conclusions to which no response is required.  To the extent the allegations contained in paragraph 83 of the Complaint refer to case law, the AUS Defendants respond that the aforementioned case law speaks for itself and deny any allegations inconsistent therewith.

84.     The allegations contained in paragraph 84 of the Complaint state legal conclusions to which no response is required.  To the extent the allegations contained in paragraph 84 of the Complaint refer to case law, the AUS Defendants respond that the aforementioned case law speaks for itself and deny any allegations inconsistent therewith.

85.     The allegations contained in paragraph 85 of the Complaint state legal conclusions to which no response is required.  To the extent the allegations contained in paragraph 85 of the Complaint refer to case law, the AUS Defendants respond that the aforementioned case law speaks for itself and deny any allegations inconsistent therewith.

86.     The allegations contained in paragraph 86 of the Complaint state legal conclusions to which no response is required.  To the extent the allegations contained in paragraph 86 of the Complaint refer to case law, the AUS Defendants respond that the aforementioned case law speaks for itself and deny any allegations inconsistent therewith.

**FIRST CLAIM FOR RELIEF**
**Malicious Prosecution**
**(Against Corporal Robert D. Smith, Allied Universal Security Services, Faliesha Lynett Trimble, and Angelika Chaplinskiy)**

87.     AUS Defendants incorporate herein by reference their responses to paragraphs 1 through 86 of the Complaint as if fully set forth herein.

88.     The allegations contained in paragraph 88 of the Complaint state legal conclusions to which no response is required.  To the extent the allegations contained in paragraph 88 of the Complaint refer to the elements required to prove a malicious prosecution claim, the AUS Defendants respond that the aforementioned law speaks for itself and deny any allegations inconsistent therewith.

16

89.     The allegations contained in paragraph 89 of the Complaint state legal conclusions to which no response is required.  To the extent the allegations contained in paragraph 89 of the Complaint refer to case law, the AUS Defendants respond that the aforementioned case law speaks for itself and deny any allegations inconsistent therewith.

90.     AUS Defendants deny the allegations contained in paragraph 90 of the Complaint.

91.     AUS Defendants deny the allegations contained in paragraph 90 of the Complaint.

92.     The allegations set forth in paragraph 92 of the Complaint are not directed toward the AUS Defendants; therefore, no response is required.  To the extent a response is required, the AUS Defendants are without sufficient information to admit or deny the allegations contained in paragraph 92 of the Complaint, and therefore, deny those allegations.

93.     The allegations set forth in paragraph 93 of the Complaint are not directed toward the AUS Defendants; therefore, no response is required.  To the extent a response is required, the AUS Defendants are without sufficient information to admit or deny the allegations contained in paragraph 93 of the Complaint, and therefore, deny those allegations.

94.     The allegations set forth in paragraph 94 of the Complaint are not directed toward the AUS Defendants; therefore, no response is required.  To the extent a response is required, the AUS Defendants are without sufficient information to admit or deny the allegations contained in paragraph 94 of the Complaint, and therefore, deny those allegations.

95.     The allegations set forth in paragraph 95 of the Complaint are not directed toward the AUS Defendants; therefore, no response is required.  To the extent a response is required, the AUS Defendants are without sufficient information to admit or deny the allegations contained in paragraph 95 of the Complaint, and therefore, deny those allegations.

96.     The allegations set forth in paragraph 96 of the Complaint are not directed toward the AUS Defendants; therefore, no response is required.  To the extent a response is required, the AUS Defendants are without sufficient information to admit or deny the allegations contained in paragraph 96 of the Complaint, and therefore, deny those allegations.

97.     The allegations set forth in paragraph 97 of the Complaint are not directed toward the AUS Defendants; therefore, no response is required.  To the extent a response is required, the AUS Defendants are without sufficient information to admit or deny the allegations contained in paragraph 97 of the Complaint, and therefore, deny those allegations.

98.     The allegations set forth in paragraph 98 of the Complaint are not directed toward the AUS Defendants; therefore, no response is required.  To the extent a response is required, the AUS Defendants are without sufficient information to admit or deny the allegations contained in paragraph 98 of the Complaint, and therefore, deny those allegations.

99.     The allegations set forth in paragraph 99 of the Complaint are not directed toward the AUS Defendants; therefore, no response is required.  To the extent a response is required, the AUS Defendants are without sufficient information to admit or deny the allegations contained in paragraph 99 of the Complaint, and therefore, deny those allegations.

100.     The allegations set forth in paragraph 100 of the Complaint are not directed toward the AUS Defendants; therefore, no response is required.  To the extent a response is required, the AUS Defendants are without sufficient information to admit or deny the allegations contained in paragraph 100 of the Complaint, and therefore, deny those allegations.

**SECOND CLAIM FOR RELIEF**
**Violation of Constitutional Rights under 42 U.S.C. §1983**
**Official Policy Violating First Amendment Rights**
**(Against The City and County of Denver, City Attorney Kristin M. Bronson, Deputy City**
**Attorney Melissa M. Drazen Smith, and Assistant Director Marley Bordovsky)**

101.    AUS Defendants incorporate herein by reference their responses to paragraphs 1 through 100 of the Complaint as if fully set forth herein.

102.    The allegations set forth in paragraph 102 of the Complaint are not directed toward the AUS Defendants; therefore, no response is required.  To the extent a response is required, the AUS Defendants are without sufficient information to admit or deny the allegations contained in paragraph 102 of the Complaint, and therefore, deny those allegations.

103.    The allegations set forth in paragraph 103 of the Complaint are not directed toward the AUS Defendants; therefore, no response is required.  To the extent a response is required, the AUS Defendants are without sufficient information to admit or deny the allegations contained in paragraph 103 of the Complaint, and therefore, deny those allegations.

104.    The allegations set forth in paragraph 104 of the Complaint are not directed toward the AUS Defendants; therefore, no response is required.  To the extent a response is required, the AUS Defendants are without sufficient information to admit or deny the allegations contained in paragraph 104 of the Complaint, and therefore, deny those allegations.

105.    The allegations set forth in paragraph 105 of the Complaint are not directed toward the AUS Defendants; therefore, no response is required.  To the extent a response is required, the AUS Defendants are without sufficient information to admit or deny the allegations contained in paragraph 105 of the Complaint, and therefore, deny those allegations.

19

106.    The allegations set forth in paragraph 106 of the Complaint are not directed toward the AUS Defendants; therefore, no response is required.  To the extent a response is required, the AUS Defendants are without sufficient information to admit or deny the allegations contained in paragraph 106 of the Complaint, and therefore, deny those allegations.

107.    The allegations set forth in paragraph 107 of the Complaint are not directed toward the AUS Defendants; therefore, no response is required.  To the extent a response is required, the AUS Defendants are without sufficient information to admit or deny the allegations contained in paragraph 107 of the Complaint, and therefore, deny those allegations.

108.    The allegations set forth in paragraph 108 of the Complaint are not directed toward the AUS Defendants; therefore, no response is required.  To the extent a response is required, the AUS Defendants are without sufficient information to admit or deny the allegations contained in paragraph 108 of the Complaint, and therefore, deny those allegations.

109.    The allegations set forth in paragraph 109 of the Complaint are not directed toward the AUS Defendants; therefore, no response is required.  To the extent a response is required, the AUS Defendants are without sufficient information to admit or deny the allegations contained in paragraph 109 of the Complaint, and therefore, deny those allegations.

110.    The allegations set forth in paragraph 110 of the Complaint are not directed toward the AUS Defendants; therefore, no response is required.  To the extent a response is required, the AUS Defendants are without sufficient information to admit or deny the allegations contained in paragraph 110 of the Complaint, and therefore, deny those allegations.

111.    The allegations set forth in paragraph 111 of the Complaint are not directed toward the AUS Defendants; therefore, no response is required.  To the extent a response is required, the

AUS Defendants are without sufficient information to admit or deny the allegations contained in paragraph 111 of the Complaint, and therefore, deny those allegations.

112.    The allegations set forth in paragraph 112 of the Complaint are not directed toward the AUS Defendants; therefore, no response is required.  To the extent a response is required, the AUS Defendants are without sufficient information to admit or deny the allegations contained in paragraph 112 of the Complaint, and therefore, deny those allegations.

113.    The allegations set forth in paragraph 113 of the Complaint are not directed toward the AUS Defendants; therefore, no response is required.  To the extent a response is required, the AUS Defendants are without sufficient information to admit or deny the allegations contained in paragraph 113 of the Complaint, and therefore, deny those allegations.

114.    The allegations set forth in paragraph 114 of the Complaint are not directed toward the AUS Defendants; therefore, no response is required.  To the extent a response is required, the AUS Defendants are without sufficient information to admit or deny the allegations contained in paragraph 114 of the Complaint, and therefore, deny those allegations.

115.    The allegations set forth in paragraph 115 of the Complaint are not directed toward the AUS Defendants; therefore, no response is required.  To the extent a response is required, the AUS Defendants are without sufficient information to admit or deny the allegations contained in paragraph 115 of the Complaint, and therefore, deny those allegations.

116.    The allegations set forth in paragraph 116 of the Complaint are not directed toward the AUS Defendants; therefore, no response is required.  To the extent a response is required, the AUS Defendants are without sufficient information to admit or deny the allegations contained in paragraph 116 of the Complaint, and therefore, deny those allegations.

21

117.    The allegations set forth in paragraph 117 of the Complaint are not directed toward the AUS Defendants; therefore, no response is required.  To the extent a response is required, the AUS Defendants are without sufficient information to admit or deny the allegations contained in paragraph 117 of the Complaint, and therefore, deny those allegations.

118.    The allegations set forth in paragraph 118 of the Complaint are not directed toward the AUS Defendants; therefore, no response is required.  To the extent a response is required, the AUS Defendants are without sufficient information to admit or deny the allegations contained in paragraph 118 of the Complaint, and therefore, deny those allegations.

119.    The allegations set forth in paragraph 119 of the Complaint are not directed toward the AUS Defendants; therefore, no response is required.  To the extent a response is required, the AUS Defendants are without sufficient information to admit or deny the allegations contained in paragraph 119 of the Complaint, and therefore, deny those allegations.

120.    The allegations set forth in paragraph 120 of the Complaint are not directed toward the AUS Defendants; therefore, no response is required.  To the extent a response is required, the AUS Defendants are without sufficient information to admit or deny the allegations contained in paragraph 120 of the Complaint, and therefore, deny those allegations.

121.    The allegations set forth in paragraph 121 of the Complaint are not directed toward the AUS Defendants; therefore, no response is required.  To the extent a response is required, the AUS Defendants are without sufficient information to admit or deny the allegations contained in paragraph 121 of the Complaint, and therefore, deny those allegations.

122.    The allegations set forth in paragraph 122 of the Complaint are not directed toward the AUS Defendants; therefore, no response is required.  To the extent a response is required, the

AUS Defendants are without sufficient information to admit or deny the allegations contained in paragraph 122 of the Complaint, and therefore, deny those allegations.

123.    The allegations set forth in paragraph 123 of the Complaint are not directed toward the AUS Defendants; therefore, no response is required.  To the extent a response is required, the AUS Defendants are without sufficient information to admit or deny the allegations contained in paragraph 123 of the Complaint, and therefore, deny those allegations.

124.    The allegations set forth in paragraph 124 of the Complaint are not directed toward the AUS Defendants; therefore, no response is required.  To the extent a response is required, the AUS Defendants are without sufficient information to admit or deny the allegations contained in paragraph 124 of the Complaint, and therefore, deny those allegations.

125.    The allegations set forth in paragraph 125 of the Complaint are not directed toward the AUS Defendants; therefore, no response is required.  To the extent a response is required, the AUS Defendants are without sufficient information to admit or deny the allegations contained in paragraph 125 of the Complaint, and therefore, deny those allegations.

126.    The allegations set forth in paragraph 126 of the Complaint are not directed toward the AUS Defendants; therefore, no response is required.  To the extent a response is required, the AUS Defendants are without sufficient information to admit or deny the allegations contained in paragraph 126 of the Complaint, and therefore, deny those allegations.

127.    The allegations set forth in paragraph 127 of the Complaint are not directed toward the AUS Defendants; therefore, no response is required.  To the extent a response is required, the AUS Defendants are without sufficient information to admit or deny the allegations contained in paragraph 127 of the Complaint, and therefore, deny those allegations.

## THIRD CLAIM FOR RELIEF

**Violation of Constitutional Rights under 42 U.S.C. §1983, Custom Amounting to a
Widespread Practice of Routine Violation of First Amendment Rights
(Against The City and County of Denver, City Attorney Kristin M. Bronson, Deputy City
Attorney Melissa M. Drazen Smith, and Assistant Director Marley Bordovsky)**

128.    AUS Defendants incorporate herein by reference their responses to paragraphs 1
through 127 of the Complaint as if fully set forth herein.

129.    The allegations set forth in paragraph 129 of the Complaint are not directed toward
the AUS Defendants; therefore, no response is required.  To the extent a response is required, the
AUS Defendants are without sufficient information to admit or deny the allegations contained in
paragraph 129 of the Complaint, and therefore, deny those allegations.

130.    The allegations set forth in paragraph 130 of the Complaint are not directed toward
the AUS Defendants; therefore, no response is required.  To the extent a response is required, the
AUS Defendants are without sufficient information to admit or deny the allegations contained in
paragraph 130 of the Complaint, and therefore, deny those allegations.

131.    The allegations set forth in paragraph 131 of the Complaint are not directed toward
the AUS Defendants; therefore, no response is required.  To the extent a response is required, the
AUS Defendants are without sufficient information to admit or deny the allegations contained in
paragraph 131 of the Complaint, and therefore, deny those allegations.

132.    The allegations set forth in paragraph 132 of the Complaint are not directed toward
the AUS Defendants; therefore, no response is required.  To the extent a response is required, the
AUS Defendants are without sufficient information to admit or deny the allegations contained in
paragraph 132 of the Complaint, and therefore, deny those allegations.

133.     The allegations set forth in paragraph 133 of the Complaint are not directed toward the AUS Defendants; therefore, no response is required.  To the extent a response is required, the AUS Defendants are without sufficient information to admit or deny the allegations contained in paragraph 133 of the Complaint, and therefore, deny those allegations.

134.     The allegations set forth in paragraph 134 of the Complaint are not directed toward the AUS Defendants; therefore, no response is required.  To the extent a response is required, the AUS Defendants are without sufficient information to admit or deny the allegations contained in paragraph 134 of the Complaint, and therefore, deny those allegations.

135.     The allegations set forth in paragraph 135 of the Complaint are not directed toward the AUS Defendants; therefore, no response is required.  To the extent a response is required, the AUS Defendants are without sufficient information to admit or deny the allegations contained in paragraph 135 of the Complaint, and therefore, deny those allegations.

136.     The allegations set forth in paragraph 136 of the Complaint are not directed toward the AUS Defendants; therefore, no response is required.  To the extent a response is required, the AUS Defendants are without sufficient information to admit or deny the allegations contained in paragraph 136 of the Complaint, and therefore, deny those allegations.

137.     The allegations set forth in paragraph 137 of the Complaint are not directed toward the AUS Defendants; therefore, no response is required.  To the extent a response is required, the AUS Defendants are without sufficient information to admit or deny the allegations contained in paragraph 137 of the Complaint, and therefore, deny those allegations.

138.     The allegations set forth in paragraph 138 of the Complaint are not directed toward the AUS Defendants; therefore, no response is required.  To the extent a response is required, the

25

AUS Defendants are without sufficient information to admit or deny the allegations contained in paragraph 138 of the Complaint, and therefore, deny those allegations.

139.    The allegations set forth in paragraph 139 of the Complaint are not directed toward the AUS Defendants; therefore, no response is required.  To the extent a response is required, the AUS Defendants are without sufficient information to admit or deny the allegations contained in paragraph 139 of the Complaint, and therefore, deny those allegations.

140.    The allegations set forth in paragraph 140 of the Complaint are not directed toward the AUS Defendants; therefore, no response is required.  To the extent a response is required, the AUS Defendants are without sufficient information to admit or deny the allegations contained in paragraph 140 of the Complaint, and therefore, deny those allegations.

141.    The allegations set forth in paragraph 141 of the Complaint are not directed toward the AUS Defendants; therefore, no response is required.  To the extent a response is required, the AUS Defendants are without sufficient information to admit or deny the allegations contained in paragraph 141 of the Complaint, and therefore, deny those allegations.

142.    The allegations set forth in paragraph 142 of the Complaint are not directed toward the AUS Defendants; therefore, no response is required.  To the extent a response is required, the AUS Defendants are without sufficient information to admit or deny the allegations contained in paragraph 142 of the Complaint, and therefore, deny those allegations.

143.    The allegations set forth in paragraph 143 of the Complaint are not directed toward the AUS Defendants; therefore, no response is required.  To the extent a response is required, the AUS Defendants are without sufficient information to admit or deny the allegations contained in paragraph 143 of the Complaint, and therefore, deny those allegations.

26

144.    The allegations set forth in paragraph 144 of the Complaint are not directed toward the AUS Defendants; therefore, no response is required.  To the extent a response is required, the AUS Defendants are without sufficient information to admit or deny the allegations contained in paragraph 144 of the Complaint, and therefore, deny those allegations.

145.    The allegations set forth in paragraph 145 of the Complaint are not directed toward the AUS Defendants; therefore, no response is required.  To the extent a response is required, the AUS Defendants are without sufficient information to admit or deny the allegations contained in paragraph 145 of the Complaint, and therefore, deny those allegations.

## FOURTH CLAIM FOR RELIEF
### Violation of Constitutional Rights under 42 U.S.C. §1983, Custom Amounting to a Violation of First Amendment Retaliation
### (Against The City and County of Denver, City Attorney Kristin M. Bronson, Deputy City Attorney Melissa M. Drazen Smith, Assistant Director Marley Bordovsky, Corporal Smith, Detective Rocco-McKeel, Sergeant Burton, and Officer Burger)

146.    AUS Defendants incorporate herein by reference their responses to paragraphs 1 through 146 of the Complaint as if fully set forth herein

147.    The allegations set forth in paragraph 147 of the Complaint are not directed toward the AUS Defendants; therefore, no response is required.  To the extent a response is required, the AUS Defendants are without sufficient information to admit or deny the allegations contained in paragraph 147 of the Complaint, and therefore, deny those allegations.

148.    The allegations set forth in paragraph 148 of the Complaint are not directed toward the AUS Defendants; therefore, no response is required.  To the extent a response is required, the AUS Defendants are without sufficient information to admit or deny the allegations contained in paragraph 148 of the Complaint, and therefore, deny those allegations.

27

149.    The allegations set forth in paragraph 149 of the Complaint are not directed toward the AUS Defendants; therefore, no response is required.  To the extent a response is required, the AUS Defendants are without sufficient information to admit or deny the allegations contained in paragraph 149 of the Complaint, and therefore, deny those allegations.

150.    The allegations set forth in paragraph 150 of the Complaint are not directed toward the AUS Defendants; therefore, no response is required.  To the extent a response is required, the AUS Defendants are without sufficient information to admit or deny the allegations contained in paragraph 150 of the Complaint, and therefore, deny those allegations.

151.    The allegations set forth in paragraph 151 of the Complaint are not directed toward the AUS Defendants; therefore, no response is required.  To the extent a response is required, the AUS Defendants are without sufficient information to admit or deny the allegations contained in paragraph 151 of the Complaint, and therefore, deny those allegations.

152.    The allegations set forth in paragraph 152 of the Complaint are not directed toward the AUS Defendants; therefore, no response is required.  To the extent a response is required, the AUS Defendants are without sufficient information to admit or deny the allegations contained in paragraph 152 of the Complaint, and therefore, deny those allegations.

153.    The allegations set forth in paragraph 153 of the Complaint are not directed toward the AUS Defendants; therefore, no response is required.  To the extent a response is required, the AUS Defendants are without sufficient information to admit or deny the allegations contained in paragraph 153 of the Complaint, and therefore, deny those allegations.

154.    The allegations set forth in paragraph 154 of the Complaint are not directed toward the AUS Defendants; therefore, no response is required.  To the extent a response is required, the

28

AUS Defendants are without sufficient information to admit or deny the allegations contained in paragraph 154 of the Complaint, and therefore, deny those allegations.

155.    The allegations set forth in paragraph 155 of the Complaint are not directed toward the AUS Defendants; therefore, no response is required.  To the extent a response is required, the AUS Defendants are without sufficient information to admit or deny the allegations contained in paragraph 155 of the Complaint, and therefore, deny those allegations.

156.    The allegations set forth in paragraph 156 of the Complaint are not directed toward the AUS Defendants; therefore, no response is required.  To the extent a response is required, the AUS Defendants are without sufficient information to admit or deny the allegations contained in paragraph 156 of the Complaint, and therefore, deny those allegations.

157.    The allegations set forth in paragraph 157 of the Complaint are not directed toward the AUS Defendants; therefore, no response is required.  To the extent a response is required, the AUS Defendants are without sufficient information to admit or deny the allegations contained in paragraph 157 of the Complaint, and therefore, deny those allegations.

158.    The allegations set forth in paragraph 158 of the Complaint are not directed toward the AUS Defendants; therefore, no response is required.  To the extent a response is required, the AUS Defendants are without sufficient information to admit or deny the allegations contained in paragraph 158 of the Complaint, and therefore, deny those allegations.

159.    The allegations set forth in paragraph 159 of the Complaint are not directed toward the AUS Defendants; therefore, no response is required.  To the extent a response is required, the AUS Defendants are without sufficient information to admit or deny the allegations contained in paragraph 159 of the Complaint, and therefore, deny those allegations.

29

160.    The allegations set forth in paragraph 160 of the Complaint are not directed toward the AUS Defendants; therefore, no response is required.  To the extent a response is required, the AUS Defendants are without sufficient information to admit or deny the allegations contained in paragraph 160 of the Complaint, and therefore, deny those allegations.

161.    The allegations set forth in paragraph 161 of the Complaint are not directed toward the AUS Defendants; therefore, no response is required.  To the extent a response is required, the AUS Defendants are without sufficient information to admit or deny the allegations contained in paragraph 161 of the Complaint, and therefore, deny those allegations.

162.    The allegations set forth in paragraph 162 of the Complaint are not directed toward the AUS Defendants; therefore, no response is required.  To the extent a response is required, the AUS Defendants are without sufficient information to admit or deny the allegations contained in paragraph 162 of the Complaint, and therefore, deny those allegations.

## FIFTH CLAIM FOR RELIEF
**Violation of the Fourth Amendment of the United States Constitution**
**Unconstitutional Seizure of Property**
**(Detective Nicholas Z. Rocco-McKeel)**

163.    AUS Defendants incorporate herein by reference their responses to paragraphs 1 through 162 of the Complaint as if fully set forth herein.

164.    The allegations set forth in paragraph 164 of the Complaint are not directed toward the AUS Defendants; therefore, no response is required.  To the extent a response is required, the AUS Defendants are without sufficient information to admit or deny the allegations contained in paragraph 164 of the Complaint, and therefore, deny those allegations.

165.    The allegations set forth in paragraph 165 of the Complaint are not directed toward the AUS Defendants; therefore, no response is required.  To the extent a response is required, the AUS Defendants are without sufficient information to admit or deny the allegations contained in paragraph 165 of the Complaint, and therefore, deny those allegations.

166.    The allegations set forth in paragraph 166 of the Complaint are not directed toward the AUS Defendants; therefore, no response is required.  To the extent a response is required, the AUS Defendants are without sufficient information to admit or deny the allegations contained in paragraph 166 of the Complaint, and therefore, deny those allegations.

167.    The allegations set forth in paragraph 167 of the Complaint are not directed toward the AUS Defendants; therefore, no response is required.  To the extent a response is required, the AUS Defendants are without sufficient information to admit or deny the allegations contained in paragraph 167 of the Complaint, and therefore, deny those allegations.

168.    The allegations set forth in paragraph 168 of the Complaint are not directed toward the AUS Defendants; therefore, no response is required.  To the extent a response is required, the AUS Defendants are without sufficient information to admit or deny the allegations contained in paragraph 168 of the Complaint, and therefore, deny those allegations.

169.    The allegations set forth in paragraph 169 of the Complaint are not directed toward the AUS Defendants; therefore, no response is required.  To the extent a response is required, the AUS Defendants are without sufficient information to admit or deny the allegations contained in paragraph 169 of the Complaint, and therefore, deny those allegations.

170.    The allegations set forth in paragraph 170 of the Complaint are not directed toward the AUS Defendants; therefore, no response is required.  To the extent a response is required, the

31

AUS Defendants are without sufficient information to admit or deny the allegations contained in paragraph 170 of the Complaint, and therefore, deny those allegations.

171.    The allegations set forth in paragraph 171 of the Complaint are not directed toward the AUS Defendants; therefore, no response is required.  To the extent a response is required, the AUS Defendants are without sufficient information to admit or deny the allegations contained in paragraph 171 of the Complaint, and therefore, deny those allegations.

172.    The allegations set forth in paragraph 172 of the Complaint are not directed toward the AUS Defendants; therefore, no response is required.  To the extent a response is required, the AUS Defendants are without sufficient information to admit or deny the allegations contained in paragraph 172 of the Complaint, and therefore, deny those allegations.

173.    The allegations set forth in paragraph 173 of the Complaint are not directed toward the AUS Defendants; therefore, no response is required.  To the extent a response is required, the AUS Defendants are without sufficient information to admit or deny the allegations contained in paragraph 173 of the Complaint, and therefore, deny those allegations.

174.    The allegations set forth in paragraph 174 of the Complaint are not directed toward the AUS Defendants; therefore, no response is required.  To the extent a response is required, the AUS Defendants are without sufficient information to admit or deny the allegations contained in paragraph 174 of the Complaint, and therefore, deny those allegations.

175.    The allegations set forth in paragraph 175 of the Complaint are not directed toward the AUS Defendants; therefore, no response is required.  To the extent a response is required, the AUS Defendants are without sufficient information to admit or deny the allegations contained in paragraph 175 of the Complaint, and therefore, deny those allegations.

32

**SIXTH CLAIM FOR RELIEF**
**Violation of the Fourteenth Amendment of the United States Constitution**
**Unconstitutional Deprivation of Property**
**(Against Officer Burger)**

176.    AUS Defendants incorporate herein by reference their responses to paragraphs 1 through 175 of the Complaint as if fully set forth herein.

177.    The allegations set forth in paragraph 177 of the Complaint are not directed toward the AUS Defendants; therefore, no response is required.  To the extent a response is required, the AUS Defendants are without sufficient information to admit or deny the allegations contained in paragraph 177 of the Complaint, and therefore, deny those allegations.

178.    The allegations set forth in paragraph 178 of the Complaint are not directed toward the AUS Defendants; therefore, no response is required.  To the extent a response is required, the AUS Defendants are without sufficient information to admit or deny the allegations contained in paragraph 178 of the Complaint, and therefore, deny those allegations.

179.    The allegations set forth in paragraph 179 of the Complaint are not directed toward the AUS Defendants; therefore, no response is required.  To the extent a response is required, the AUS Defendants are without sufficient information to admit or deny the allegations contained in paragraph 179 of the Complaint, and therefore, deny those allegations.

180.    The allegations set forth in paragraph 180 of the Complaint are not directed toward the AUS Defendants; therefore, no response is required.  To the extent a response is required, the AUS Defendants are without sufficient information to admit or deny the allegations contained in paragraph 180 of the Complaint, and therefore, deny those allegations.

181.    The allegations set forth in paragraph 181 of the Complaint are not directed toward the AUS Defendants; therefore, no response is required.  To the extent a response is required, the AUS Defendants are without sufficient information to admit or deny the allegations contained in paragraph 181 of the Complaint, and therefore, deny those allegations.

182.    The allegations set forth in paragraph 182 of the Complaint are not directed toward the AUS Defendants; therefore, no response is required.  To the extent a response is required, the AUS Defendants are without sufficient information to admit or deny the allegations contained in paragraph 182 of the Complaint, and therefore, deny those allegations.

**SEVENTH CLAIM FOR RELIEF**
**Violation of the Fourth Amendment of the United States Constitution**
**Excessive Force Resulting in Permanent Deprivation of Personal Property**
**(Against Officer Burger)**

183.    AUS Defendants incorporate herein by reference their responses to paragraphs 1 through 182 of the Complaint as if fully set forth herein

184.    The allegations set forth in paragraph 184 of the Complaint are not directed toward the AUS Defendants; therefore, no response is required.  To the extent a response is required, the AUS Defendants are without sufficient information to admit or deny the allegations contained in paragraph 184 of the Complaint, and therefore, deny those allegations.

185.    The allegations set forth in paragraph 185 of the Complaint are not directed toward the AUS Defendants; therefore, no response is required.  To the extent a response is required, the AUS Defendants are without sufficient information to admit or deny the allegations contained in paragraph 185 of the Complaint, and therefore, deny those allegations.

34

186.    The allegations set forth in paragraph 186 of the Complaint are not directed toward the AUS Defendants; therefore, no response is required.  To the extent a response is required, the AUS Defendants are without sufficient information to admit or deny the allegations contained in paragraph 186 of the Complaint, and therefore, deny those allegations.

187.    The allegations set forth in paragraph 187 of the Complaint are not directed toward the AUS Defendants; therefore, no response is required.  To the extent a response is required, the AUS Defendants are without sufficient information to admit or deny the allegations contained in paragraph 187 of the Complaint, and therefore, deny those allegations.

188.    The allegations set forth in paragraph 188 of the Complaint are not directed toward the AUS Defendants; therefore, no response is required.  To the extent a response is required, the AUS Defendants are without sufficient information to admit or deny the allegations contained in paragraph 188 of the Complaint, and therefore, deny those allegations.

189.    The allegations set forth in paragraph 189 of the Complaint are not directed toward the AUS Defendants; therefore, no response is required.  To the extent a response is required, the AUS Defendants are without sufficient information to admit or deny the allegations contained in paragraph 189 of the Complaint, and therefore, deny those allegations.

190.    The allegations set forth in paragraph 190 of the Complaint are not directed toward the AUS Defendants; therefore, no response is required.  To the extent a response is required, the AUS Defendants are without sufficient information to admit or deny the allegations contained in paragraph 190 of the Complaint, and therefore, deny those allegations.

191.    The allegations set forth in paragraph 191 of the Complaint are not directed toward the AUS Defendants; therefore, no response is required.  To the extent a response is required, the

35

AUS Defendants are without sufficient information to admit or deny the allegations contained in

paragraph 191 of the Complaint, and therefore, deny those allegations.

## CLAIMS FOR RELIEF UNDER COLORADO COMMON LAW

### EIGHTH CLAIM FOR RELIEF
**Violation of the Fourth Amendment of the United States Constitution
resulting in an Unconstitutional Seizure of Property Pursuant to SB-217
(Detective Rocco-McKeel)**

192.    AUS Defendants incorporate herein by reference their responses to paragraphs 1

through 191 of the Complaint as if fully set forth herein.

193.    The allegations set forth in paragraph 193 of the Complaint are not directed toward

the AUS Defendants; therefore, no response is required.  To the extent a response is required, the

AUS Defendants are without sufficient information to admit or deny the allegations contained in

paragraph 193 of the Complaint, and therefore, deny those allegations.

194.    The allegations set forth in paragraph 194 of the Complaint are not directed toward

the AUS Defendants; therefore, no response is required.  To the extent a response is required, the

AUS Defendants are without sufficient information to admit or deny the allegations contained in

paragraph 194 of the Complaint, and therefore, deny those allegations.

195.    The allegations set forth in paragraph 195 of the Complaint are not directed toward

the AUS Defendants; therefore, no response is required.  To the extent a response is required, the

AUS Defendants are without sufficient information to admit or deny the allegations contained in

paragraph 195 of the Complaint, and therefore, deny those allegations.

196.    The allegations set forth in paragraph 196 of the Complaint are not directed toward

the AUS Defendants; therefore, no response is required.  To the extent a response is required, the

AUS Defendants are without sufficient information to admit or deny the allegations contained in paragraph 196 of the Complaint, and therefore, deny those allegations.

197.    The allegations set forth in paragraph 197 of the Complaint are not directed toward the AUS Defendants; therefore, no response is required.  To the extent a response is required, the AUS Defendants are without sufficient information to admit or deny the allegations contained in paragraph 197 of the Complaint, and therefore, deny those allegations.

198.    The allegations set forth in paragraph 198 of the Complaint are not directed toward the AUS Defendants; therefore, no response is required.  To the extent a response is required, the AUS Defendants are without sufficient information to admit or deny the allegations contained in paragraph 198 of the Complaint, and therefore, deny those allegations.

199.    The allegations set forth in paragraph 199 of the Complaint are not directed toward the AUS Defendants; therefore, no response is required.  To the extent a response is required, the AUS Defendants are without sufficient information to admit or deny the allegations contained in paragraph 199 of the Complaint, and therefore, deny those allegations.

200.    The allegations set forth in paragraph 200 of the Complaint are not directed toward the AUS Defendants; therefore, no response is required.  To the extent a response is required, the AUS Defendants are without sufficient information to admit or deny the allegations contained in paragraph 200 of the Complaint, and therefore, deny those allegations.

201.    The allegations set forth in paragraph 201 of the Complaint are not directed toward the AUS Defendants; therefore, no response is required.  To the extent a response is required, the AUS Defendants are without sufficient information to admit or deny the allegations contained in paragraph 201 of the Complaint, and therefore, deny those allegations.

37

202.    The allegations set forth in paragraph 202 of the Complaint are not directed toward the AUS Defendants; therefore, no response is required.  To the extent a response is required, the AUS Defendants are without sufficient information to admit or deny the allegations contained in paragraph 202 of the Complaint, and therefore, deny those allegations.

203.    The allegations set forth in paragraph 203 of the Complaint are not directed toward the AUS Defendants; therefore, no response is required.  To the extent a response is required, the AUS Defendants are without sufficient information to admit or deny the allegations contained in paragraph 203 of the Complaint, and therefore, deny those allegations.

204.    The allegations set forth in paragraph 204 of the Complaint are not directed toward the AUS Defendants; therefore, no response is required.  To the extent a response is required, the AUS Defendants are without sufficient information to admit or deny the allegations contained in paragraph 204 of the Complaint, and therefore, deny those allegations.

205.    The allegations set forth in paragraph 205 of the Complaint are not directed toward the AUS Defendants; therefore, no response is required.  To the extent a response is required, the AUS Defendants are without sufficient information to admit or deny the allegations contained in paragraph 205 of the Complaint, and therefore, deny those allegations.

## NINTH CLAIM FOR RELIEF
### Violation of the Fourteenth Amendment of the United States Constitution
### resulting in Deprivation of Property Pursuant to SB-217
### (Officer Burger)

206.    AUS Defendants incorporate herein by reference their responses to paragraphs 1 through 205 of the Complaint as if fully set forth herein.

207.    The allegations set forth in paragraph 207 of the Complaint are not directed toward the AUS Defendants; therefore, no response is required.  To the extent a response is required, the AUS Defendants are without sufficient information to admit or deny the allegations contained in paragraph 277 of the Complaint, and therefore, deny those allegations.

208.    The allegations set forth in paragraph 208 of the Complaint are not directed toward the AUS Defendants; therefore, no response is required.  To the extent a response is required, the AUS Defendants are without sufficient information to admit or deny the allegations contained in paragraph 208 of the Complaint, and therefore, deny those allegations.

209.    The allegations set forth in paragraph 209 of the Complaint are not directed toward the AUS Defendants; therefore, no response is required.  To the extent a response is required, the AUS Defendants are without sufficient information to admit or deny the allegations contained in paragraph 209 of the Complaint, and therefore, deny those allegations.

210.    The allegations set forth in paragraph 210 of the Complaint are not directed toward the AUS Defendants; therefore, no response is required.  To the extent a response is required, the AUS Defendants are without sufficient information to admit or deny the allegations contained in paragraph 210 of the Complaint, and therefore, deny those allegations.

211.    The allegations set forth in paragraph 211 of the Complaint are not directed toward the AUS Defendants; therefore, no response is required.  To the extent a response is required, the AUS Defendants are without sufficient information to admit or deny the allegations contained in paragraph 211 of the Complaint, and therefore, deny those allegations.

212.    The allegations set forth in paragraph 212 of the Complaint are not directed toward the AUS Defendants; therefore, no response is required.  To the extent a response is required, the

AUS Defendants are without sufficient information to admit or deny the allegations contained in

paragraph 212 of the Complaint, and therefore, deny those allegations.

## TENTH CLAIM FOR RELIEF
**Violation of the Fourth Amendment of the United States Constitution**
**resulting in Excessive Force Pursuant to SB-217**
**(Against Officer Burger)**

213.    AUS Defendants incorporate herein by reference their responses to paragraphs 1

through 212 of the Complaint as if fully set forth herein

214.    The allegations set forth in paragraph 214 of the Complaint are not directed toward

the AUS Defendants; therefore, no response is required.  To the extent a response is required, the

AUS Defendants are without sufficient information to admit or deny the allegations contained in

paragraph 214 of the Complaint, and therefore, deny those allegations.

215.    The allegations set forth in paragraph 215 of the Complaint are not directed toward

the AUS Defendants; therefore, no response is required.  To the extent a response is required, the

AUS Defendants are without sufficient information to admit or deny the allegations contained in

paragraph 215 of the Complaint, and therefore, deny those allegations.

216.    The allegations set forth in paragraph 216 of the Complaint are not directed toward

the AUS Defendants; therefore, no response is required.  To the extent a response is required, the

AUS Defendants are without sufficient information to admit or deny the allegations contained in

paragraph 216 of the Complaint, and therefore, deny those allegations.

217.    The allegations set forth in paragraph 217 of the Complaint are not directed toward

the AUS Defendants; therefore, no response is required.  To the extent a response is required, the

AUS Defendants are without sufficient information to admit or deny the allegations contained in

paragraph 217 of the Complaint, and therefore, deny those allegations.

218.    The allegations set forth in paragraph 218 of the Complaint are not directed toward

the AUS Defendants; therefore, no response is required.  To the extent a response is required, the

AUS Defendants are without sufficient information to admit or deny the allegations contained in

paragraph 218 of the Complaint, and therefore, deny those allegations.

219.    The allegations set forth in paragraph 219 of the Complaint are not directed toward

the AUS Defendants; therefore, no response is required.  To the extent a response is required, the

AUS Defendants are without sufficient information to admit or deny the allegations contained in

paragraph 219 of the Complaint, and therefore, deny those allegations.

220.    The allegations set forth in paragraph 220 of the Complaint are not directed toward

the AUS Defendants; therefore, no response is required.  To the extent a response is required, the

AUS Defendants are without sufficient information to admit or deny the allegations contained in

paragraph 220 of the Complaint, and therefore, deny those allegations.

221.    The allegations set forth in paragraph 221 of the Complaint are not directed toward

the AUS Defendants; therefore, no response is required.  To the extent a response is required, the

AUS Defendants are without sufficient information to admit or deny the allegations contained in

paragraph 221 of the Complaint, and therefore, deny those allegations.

**ELEVENTH CLAIM FOR RELIEF**
**Violation of the First Amendment Retaliation under SB-217**
**(Against Officer Burger)**

41

222.    AUS Defendants incorporate herein by reference their responses to paragraphs 1 through 221 of the Complaint as if fully set forth herein.

223.    The allegations set forth in paragraph 223 of the Complaint are not directed toward the AUS Defendants; therefore, no response is required.  To the extent a response is required, the AUS Defendants are without sufficient information to admit or deny the allegations contained in paragraph 223 of the Complaint, and therefore, deny those allegations.

224.    The allegations set forth in paragraph 224 of the Complaint are not directed toward the AUS Defendants; therefore, no response is required.  To the extent a response is required, the AUS Defendants are without sufficient information to admit or deny the allegations contained in paragraph 224 of the Complaint, and therefore, deny those allegations.

225.    The allegations set forth in paragraph 225 of the Complaint are not directed toward the AUS Defendants; therefore, no response is required.  To the extent a response is required, the AUS Defendants are without sufficient information to admit or deny the allegations contained in paragraph 225 of the Complaint, and therefore, deny those allegations.

226.    The allegations set forth in paragraph 226 of the Complaint are not directed toward the AUS Defendants; therefore, no response is required.  To the extent a response is required, the AUS Defendants are without sufficient information to admit or deny the allegations contained in paragraph 226 of the Complaint, and therefore, deny those allegations.

227.    The allegations set forth in paragraph 227 of the Complaint are not directed toward the AUS Defendants; therefore, no response is required.  To the extent a response is required, the AUS Defendants are without sufficient information to admit or deny the allegations contained in paragraph 227 of the Complaint, and therefore, deny those allegations.

228.    The allegations set forth in paragraph 228 of the Complaint are not directed toward the AUS Defendants; therefore, no response is required.  To the extent a response is required, the AUS Defendants are without sufficient information to admit or deny the allegations contained in paragraph 228 of the Complaint, and therefore, deny those allegations.

229.    The allegations set forth in paragraph 229 of the Complaint are not directed toward the AUS Defendants; therefore, no response is required.  To the extent a response is required, the AUS Defendants are without sufficient information to admit or deny the allegations contained in paragraph 229 of the Complaint, and therefore, deny those allegations.

230.    The allegations set forth in paragraph 230 of the Complaint are not directed toward the AUS Defendants; therefore, no response is required.  To the extent a response is required, the AUS Defendants are without sufficient information to admit or deny the allegations contained in paragraph 230 of the Complaint, and therefore, deny those allegations.

231.    The allegations set forth in paragraph 231 of the Complaint are not directed toward the AUS Defendants; therefore, no response is required.  To the extent a response is required, the AUS Defendants are without sufficient information to admit or deny the allegations contained in paragraph 231 of the Complaint, and therefore, deny those allegations.

232.    The allegations set forth in paragraph 232 of the Complaint are not directed toward the AUS Defendants; therefore, no response is required.  To the extent a response is required, the AUS Defendants are without sufficient information to admit or deny the allegations contained in paragraph 232 of the Complaint, and therefore, deny those allegations.

233.    The allegations set forth in paragraph 233 of the Complaint are not directed toward the AUS Defendants; therefore, no response is required.  To the extent a response is required, the

AUS Defendants are without sufficient information to admit or deny the allegations contained in paragraph 233 of the Complaint, and therefore, deny those allegations.

234.    The allegations set forth in paragraph 234 of the Complaint are not directed toward the AUS Defendants; therefore, no response is required.  To the extent a response is required, the AUS Defendants are without sufficient information to admit or deny the allegations contained in paragraph 234 of the Complaint, and therefore, deny those allegations.

## TWELTH CLAIM FOR RELIEF
### Assault
### (Officer Burger)

235.    AUS Defendants incorporate herein by reference their responses to paragraphs 1 through 234 of the Complaint as if fully set forth herein.

236.    The allegations set forth in paragraph 236 of the Complaint are not directed toward the AUS Defendants; therefore, no response is required.  To the extent a response is required, the AUS Defendants are without sufficient information to admit or deny the allegations contained in paragraph 236 of the Complaint, and therefore, deny those allegations.

237.    The allegations set forth in paragraph 237 of the Complaint are not directed toward the AUS Defendants; therefore, no response is required.  To the extent a response is required, the AUS Defendants are without sufficient information to admit or deny the allegations contained in paragraph 237 of the Complaint, and therefore, deny those allegations.

238.    The allegations set forth in paragraph 238 of the Complaint are not directed toward the AUS Defendants; therefore, no response is required.  To the extent a response is required, the

AUS Defendants are without sufficient information to admit or deny the allegations contained in paragraph 238 of the Complaint, and therefore, deny those allegations.

**THIRTEENTH CLAIM FOR RELIEF**
**Battery**
**(Officer Burger)**

239.    AUS Defendants incorporate herein by reference their responses to paragraphs 1 through 238 of the Complaint as if fully set forth herein.

240.    The allegations set forth in paragraph 240 of the Complaint are not directed toward the AUS Defendants; therefore, no response is required.  To the extent a response is required, the AUS Defendants are without sufficient information to admit or deny the allegations contained in paragraph 240 of the Complaint, and therefore, deny those allegations

241.    The allegations set forth in paragraph 241 of the Complaint are not directed toward the AUS Defendants; therefore, no response is required.  To the extent a response is required, the AUS Defendants are without sufficient information to admit or deny the allegations contained in paragraph 241 of the Complaint, and therefore, deny those allegations

242.    The allegations set forth in paragraph 242 of the Complaint are not directed toward the AUS Defendants; therefore, no response is required.  To the extent a response is required, the AUS Defendants are without sufficient information to admit or deny the allegations contained in paragraph 242 of the Complaint, and therefore, deny those allegations.

243.    The allegations set forth in paragraph 243 of the Complaint are not directed toward the AUS Defendants; therefore, no response is required.  To the extent a response is required, the

AUS Defendants are without sufficient information to admit or deny the allegations contained in paragraph 243 of the Complaint, and therefore, deny those allegations.

## GENERAL DENIAL

The AUS Defendants deny any allegations contained in Plaintiff's Complaint that were not specifically admitted above.

## AFFIRMATIVE DEFENSES

By way of further answer and without admitting any allegation previously denied, Defendants assert the following affirmative defenses. These matters are set forth to apprise Plaintiff of certain potentially applicable defenses. However, by listing any matter as an affirmative defense, Defendants do not assume the burden of proving any matter upon which Plaintiff bears the burden of proof.

1.      Plaintiff fails to state a claim upon which relief can be granted.

2.      Plaintiff's claims may be barred or limited to the extent that he failed to mitigate, minimize, or avoid any damages he allegedly sustained.

3.      Plaintiff's claims are barred or limited pursuant to C.R.S. §§ 10-3-1115 and 10-3-1116.

4.      Plaintiff's purported injuries and damages, if any, may have been proximately caused by the sole or comparative negligence of the Plaintiff, whose negligence reduces or bars Plaintiff's recovery pursuant to C.R.S. § 13-21-111.

5.     Plaintiff's damages, if any, were caused by a third party over which the AUS Defendants had no right or ability to control.

6.     No act or omission of the AUS Defendants was a factor, whether substantial or otherwise, in causing the incident or any injury alleged in the Complaint.  Additionally, no act or omission of the AUS Defendants contributed in any manner to the incident or injury alleged in the Complaint.  Further, any alleged act or omission on the part of the AUS Defendants was superseded by the act or omission of other persons or entities, whose acts and/or omissions were the independent, superseding, and intervening cause of the incident and any injuries described in the Complaint and proven at trial.

7.     Plaintiff's claims against the AUS Defendants lack substantial justification and are substantially frivolous, substantially groundless, or substantially vexatious pursuant to C.R.S. § 13-17-102.

## RESERVATION OF RIGHTS

Defendants reserve the right to amend their answer, add additional defenses and/or make further claims as may be warranted by discovery or otherwise.

## DEFENDANT'S PRAYER FOR RELIEF

WHEREFORE, Defendants Universal Protection Service, LLC d/b/a Allied Universal Security Services, Faliesha Lynett Trimble, and Angelika Chaplinskiy pray the Court for the following relief:

1.     That Plaintiff take nothing by way of its Complaint or for any of the claims for relief alleged therein, and that the Complaint be dismissed with prejudice;

47

2.      That Defendants be allowed their costs, expenses and attorneys' fees to the fullest

extent allowed by law; and

3.      For other such relief as this Court may deem just and equitable.

Dated this 24th day of November, 2021.

Wilson Elser Moskowitz Edelman & Dicker LLP

*Signature on file at the offices of Wilson Elser Moskowitz
Edelman & Dicker LLP pursuant to C.R.C.P. 121 § 1-26*


By: */s/ Jason D. Melichar*
       Jason D. Melichar, #31114
       Kimberly L. Koehler, #47796
       *Attorneys for Defendants Universal Protection
       Service, LLC d/b/a Allied Universal Security
       Services, Feliesha Lynett Trimble, and Angelika
       Chaplinskiy*


## CERTIFICATE OF SERVICE

I hereby certify that, on November 24, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.


*Signature on file at the offices of Wilson Elser Moskowitz
Edelman & Dicker LLP pursuant to C.R.C.P. 121 § 1-26*

*/s/ Tricia M. Hoy*
Tricia M. Hoy