IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No.: 21-cv-2214-KLM

**BRIAN LOMA**, an individual

Plaintiff,

v.

**CITY AND COUNTY OF DENVER,** a municipality,
**CITY ATTORNEY KRISTIN M. BRONSON,** in their individual capacity
**ASSISTANT CITY ATTORNEY MELISSA M. DRAZEN SMITH,** in their individual capacity,
**ASSISTANT DIRECTOR MARLEY BORDOVSKY,** in their individual capacity,
**CORPORAL ROBERT D. SMITH,** in their individual capacity,
**ALLIED UNIVERSAL SECURITY SERVICES,**
**FALIESHA LYNETT TRIMBLE,** in their individual capacity,
**ANGELIKA CHAPLINSKIY,** in their individual capacity,
**DETECTIVE NICHOLAS Z. ROCCO-MCKEEL,** in their individual capacity,
**SERGEANT BURTON,** in their individual capacity,
**OFFICER BURGER (#98049),** in their individual capacity,

Defendants.

## NOTICE OF ENTRY OF APPEARANCE

PLEASE TAKE NOTICE that Kimberly L. Koehler, of the law firm Wilson Elser Moskowitz Edelman & Dicker LLP, hereby enters her appearance as counsel of record for Defendants Universal Protection Service, LLC d/b/a Allied Universal Security Services, Faliesha Lynett Trimble, and Angelika Chaplinskiy in the above-captioned case.

Respectfully submitted this 30th day of November, 2021.

263690757v.1

WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP

*Signature on file at the offices of Wilson Elser Moskowitz Edelman & Dicker LLP pursuant to C.R.C.P. 121 § 1-26*

By: /s/ Kimberly L. Koehler
Jason D. Melichar, #31114
Kimberly L. Koehler, #47796
*Attorneys for Defendants Universal Protection Service, LLC d/b/a Allied Universal Security Services, Faliesha Lynett Trimble, and Angelika Chaplinskiy*

## CERTIFICATE OF SERVICE

I hereby certify that, on November 30, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

*Signature on file at the offices of Wilson Elser Moskowitz Edelman & Dicker LLP pursuant to C.R.C.P. 121 § 1-26*

/s/ Tricia M. Hoy
Tricia M. Hoy

263690757v.1