IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No.: 21-cv-2214-KLM

**BRIAN LOMA**, an individual

Plaintiff,

v.

**CITY AND COUNTY OF DENVER,** a municipality,
**CITY ATTORNEY KRISTIN M. BRONSON,** in their individual capacity
**ASSISTANT CITY ATTORNEY MELISSA M. DRAZEN SMITH,** in their individual capacity,
**ASSISTANT DIRECTOR MARLEY BORDOVSKY,** in their individual capacity,
**CORPORAL ROBERT D. SMITH,** in their individual capacity,
**ALLIED UNIVERSAL SECURITY SERVICES,**
**FALIESHA LYNETT TRIMBLE,** in their individual capacity,
**ANGELIKA CHAPLINSKIY,** in their individual capacity,
**DETECTIVE NICHOLAS Z. ROCCO-MCKEEL,** in their individual capacity,
**SERGEANT BURTON,** in their individual capacity,
**OFFICER BURGER (#98049),** in their individual capacity,

Defendants.

---

**DEFENDANTS UNIVERSAL PROTECTION SERVICE, LLC d/b/a ALLIED UNIVERSAL SECURITY SERVICES, ANGELIKA CHAPLINSKIY AND FALIESHA LYNETT TRIMBLE'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT**

---

Defendants Universal Protection Service, LLC d/b/a Allied Universal Security Services, Angelika Chaplinskiy and Faliesha Lynett Trimble file their Certificate of Interested Persons and Corporate Disclosure Statement pursuant to Fed. R. Civ. P. 7.1 and L.R. 3.3. as follows:

1. Defendant Angelika Chaplinsky is an individual.

2. Faliesha Lynett Trimble is an individual.

3. The non-governmental corporate party, Universal Protection Service, LLC d/b/a

Allied Universal Security Services, in the above captioned matter does not have any parent corporation and publicly held corporation that owns 10% or more of its stock.

Dated this 13th day of December, 2021.

WILSON ELSER MOSKOWITZ EDELMAN & DICKER, LLP

*Signature on file at the offices of Wilson Elser Moskowitz Edelman & Dicker, LLP pursuant to C.R.C.P. 121 § 1-26*

By: */s/ Kimberly L. Koehler*
Jason D. Melichar, #31114
Kimberly L. Koehler, #47796
*Attorneys for Defendants Universal Protection Service, LLC d/b/a Allied Universal Security Services, Angelika Chaplinskiy and Faliesha Lynett Trimble*

**CERTIFICATE OF SERVICE**

I hereby certify that, on December 13, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

*Signature on file at the offices of Wilson Elser Moskowitz Edelman & Dicker, LLP pursuant to C.R.C.P. 121 § 1-26*

*/s/ Tricia M. Hoy*
Tricia M. Hoy