| | |
|---|---|
| Date: | Mon, 4 Mar 2019 4:40:00 PM (UTC) |
| Sent: | Mon, 4 Mar 2019 4:40:55 PM (UTC) |
| Subject: | victim impact statement |
| From: | Drazen Smith, Melissa M. - CAO Asst City Attorney - Section S |
| To: | Beth Moyski <bmoyski@downtowndenver.com>; cwaldmann@gartproperties.com; Mark Sidell <msidell@gartproperties.com>; Kate Barton <kbarton@downtowndenver.com>; mmitchell@earls.ca; Jamey Cutter <jamey@cuttersgroup.com>; |

Thank you all for participating in the efforts to accommodate free speech on the mall. I appreciate the difficulty when there are people in the group who consistently step on that line. We continue to prosecute those folks vigorously, but have had limited success in getting a penalty that really deters the behavior. Please feel free to send me an email about the impact either Mr. Brandt, or Mr. Loma's behavior on you and your business. I will make sure that the judge gets a copy or I may have our attorney read it into the record. Hopefully, when we get another conviction, the court will find it compelling and issue a real consequence on them including an area restriction. Melissa



**Melissa Drazen-Smith | Assistant Section Director**
Prosecution and Code Enforcement | City and County of Denver
720.913.8067 Phone
melissa.drazen-smith@denvergov.org

*We lead with integrity, compassion and commitment, and work together with the community to improve the quality of life in Denver.*

*This e-mail, and any attachments thereto, is intended only for use by the addressees named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this email, you are herby notified that any dissemination, distribution or copying of this e-mail and any attachments thereto, is strictly prohibited. If you have received this e-mail in error, please immediately notify me at our main office number 720-913-8050 and delete the original and any copy of any email and any printout thereof.*