# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:21-cv-02214-KLM

BRIAN LOMA, an individual,

    Plaintiff,

v.

CITY AND COUNTY OF DENVER, a municipality,
CITY ATTORNEY KRISTIN M. BRONSON, in her individual capacity,
ASSISTANT CITY ATTORNEY MELISSA M. DRAZEN SMITH, in her individual capacity,
ASSISTANT DIRECTOR MARLEY BORDOVSKY, in her individual capacity,
CORPORAL ROBERT D. SMITH, in his individual capacity,
ALLIED UNIVERSAL SECURITY SERVICES,
FALIESHA LYNETT TRIMBLE, in their individual capacity,
ANGELIKA CHAPLINSKY, in their individual capacity,
DETECTIVE NICHOLAS Z. ROCCO-MCKEEL, in his individual capacity,
SERGEANT BURTON, in his individual capacity,
OFFICER BURGER (#98049), in his individual capacity,

    Defendants.

## DECLARATION OF BRETT MALKOWICH

I, Brett Malkowich, state the following based upon my personal knowledge:

1. I am over the age of 18 and am competent to make this Declaration.

2. I have been employed by the City and County of Denver since January 2017.

3. I currently serve as a Claims Adjuster, where my job responsibilities include receiving and reviewing notices of claims that are received by Denver for claims against Denver or its employees.

4. I have reviewed the claims filed with Denver and the databases in which those claims are documented.

5.   Based on my review of all available materials, I have concluded that Brian Loma did not file a notice of claim with Denver regarding or related to the subject matter of the litigation, Case No. 21-cv-02214-KLM, for an incident that took place on November 17, 2020 involving Denver Police Department Sergeant Jeffrey Berger.

~~I declare under penalty of perjury that the foregoing statements are true and correct.~~

Executed on:

12/13/21
Date

Brett Malkowich
Denver City Attorney's Office

2