# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Case No.: 21-cv-2214-KLM

**BRIAN LOMA**, an individual,

    Plaintiff

v.

**CITY AND COUNTY OF DENVER,** a municipality,
**CITY ATTORNEY KRISTIN M. BRONSON,** in their individual capacity,
**ASSITANT CITY ATTORNEY MELISSA M. DRAZEN SMITH,** in their individual capacity,
**ASSISTANT DIRECTOR MARLEY BORDOVSKY**, in their individual capacity,
**CORPORAL ROBERT D. SMITH**, in their individual capacity,
**ALLIED UNIVERSAL SECURITY SERVICES**,
**FALIESHA LYNETT TRIMBLE**, in their individual capacity,
**ANGELIKA CHAPLINSKIY**, in their individual capacity,
**DETECTIVE NICHOLAS Z. ROCCO-MCKEEL**, in their individual capacity
**SERGEANT BURTON**, in their individual capacity
**OFFICER BURGER (#98049),** in their individual capacity

    Defendants.

## UNOPPOSED MOTION FOR 14-DAY EXTENSION TO RESPOND

COMES NOW, Plaintiff, Brian Loma, by and through counsel, Baumgartner Law, LLC, and respectfully submits this Unopposed Motion for 14-day Extension to Respond in this matter, and in support thereof, states as follows:

## CERTIFICATE OF CONFERRAL

1. Undersigned counsel conferred with Counsel for City of Denver Defendants and

Employees and was advised they do not object to an extension of time to file Plaintiff's Response to Motion to Dismiss.

**STIPULATION**

2. Plaintiff's Response to the City of Denver Defendants and Employees' Motion to Dismiss is currently due Monday, January 3, 2022.
3. Plaintiff Counsel inquired with Opposing Counsel via email on December 28, 2021, to ask for a 14-day extension to respond given the holiday week and staff shortages.
4. Opposing Counsel did not object to a 14-day extension of time to respond.
5. All parties have been actively conferring in good faith about all aspect of this case and all parties are on notice of any procedural changes and, or, requests to the Court by Plaintiff, including this Unopposed Motion for Extension to Respond.

Based on the above, Plaintiff respectfully request the Court enter an Order granting a 14-day extension of time to Respond to the City of Denver Defendants and Employees' Motion to Dismiss.

Dated this 29th day of December, 2021.

Respectfully submitted,
BAUMGARTNER LAW, L.L.C.
*Original signature on file at Baumgartner Law, L.L.C.*

 s/ Adam R. Yoast
Adam R. Yoast
Baumgartner Law, LLC
300 E. Hampden Ave., Ste. 401
Englewood, CO 80113
Phone: (303) 529-3476
Fax: (720) 634-1018
adam@baumgartnerlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of December, 2021, a true and correct copy of the foregoing filed with the Clerk of the Court using the CM/ECF system, which will serve the following:

Jennifer Johnson
City and County of Denver, City Attorney's Office
*Attorneys for Defendants, City of Denver and Employees*

 *s/ Rachael Wallace*
Rachael Wallace