IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

Case No.: 21-cv-2214-KLM

**BRIAN LOMA**, an individual,

    Plaintiff

v.

**CITY AND COUNTY OF DENVER,** a municipality,
**CITY ATTORNEY KRISTIN M. BRONSON,** in their individual capacity,
**ASSITANT CITY ATTORNEY MELISSA M. DRAZEN SMITH,** in their individual capacity,
**ASSISTANT DIRECTOR MARLEY BORDOVSKY**, in their individual capacity,
**CORPORAL ROBERT D. SMITH**, in their individual capacity,
**ALLIED UNIVERSAL SECURITY SERVICES**,
**FALIESHA LYNETT TRIMBLE**, in their individual capacity,
**ANGELIKA CHAPLINSKIY**, in their individual capacity,
**DETECTIVE NICHOLAS Z. ROCCO-MCKEEL**, in their individual capacity
**SERGEANT BURTON**, in their individual capacity
**OFFICER BURGER (#98049),** in their individual capacity

    Defendants.

---

**STIPULATION FOR 14-DAY EXTENSION TO RESPOND TO MOTION TO DISMISS**

---

COMES NOW, Plaintiff, Brian Loma, by and through counsel, Baumgartner Law, LLC, and respectfully submits this Stipulation for 14-day Extension to Respond in this matter, and in support thereof, states as follows:

**STIPULATION**

1.     Plaintiff's Response to the City of Denver Defendants and Employees' Motion to Dismiss

is currently due Monday, January 3, 2022.

2.   Plaintiff Counsel inquired with Opposing Counsel via email on December 28, 2021, to ask for a 14-day extension to respond given the holiday week and staff shortages.

3.   Opposing Counsel does not object to a 14-day extension of time to respond and stipulated to such.

4.   All parties have been actively conferring in good faith about all aspect of this case and all parties are on notice of any procedural changes and, or, requests to the Court by Plaintiff, including this Stipulation for Extension to Respond.

Based on the above, the parties hereby stipulate to a 14-day extension of time to Respond to the City of Denver Defendants and Employees' Motion to Dismiss.

Dated this 3rd day of January.

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| BAUMGARTNER LAW, L.L.C. | |
| *Original signature on file at Baumgartner Law, L.L.C.* | |
| | |
| s/ Adam R. Yoast | s/ Jennifer Johnson |
| Adam R. Yoast | Jennifer Johnson |
| Baumgartner Law, LLC | Assistant City Attorney |
| 300 E. Hampden Ave., Ste. 401 | Denver City Attorney's Office |
| Englewood, CO 80113 | Litigation Section |
| Phone: (720) 626-9418 | 201 W. Colfax Ave., Sept. 1108 |
| Fax: (720) 634-1018 | Denver, CO 80202 |
| adam@baumgartnerlaw.com | Phone: (720) 913-3304 |
| *Attorney for Plaintiff* | Fax: (720) 913-3190 |
| | Jennifer.johnson2@denvergov.org |
| | *Attorneys for Defendants City of Denver and Employees* |

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of January, a true and correct copy of the foregoing was filed with the Clerk of the Court via the CM/ECF system which will send a notification of such filing to the following:

Jennifer Johnson
City and County of Denver
City Attorney's Office
*Attorneys for Defendants City of Denver
and Employees*

Jason Melichar
Kimberly Lynn Koehler
Wilson Elser
*Attorneys for Defendants Allied Universal
Security Services and Employees*

       *s/ Carly C. Kelley*
       Carly C. Kelley

3