IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-02214-KLM

BRIAN LOMA,

    Plaintiff,

v.

CITY AND COUNTY OF DENVER, a municipality,
KRISTIN M. BRONSON, City Attorney, in her individual capacity,
MELISSA M. DRAZEN SMITH, Assistant City Attorney, in her individual capacity,
ROBERT D. SMITH, Corporal, in his individual capacity,
ALLIED UNIVERSAL SECURITY SERVICES,
FALIESHA LYNETT TRIMBLE, in her individual capacity, and
ANGELIKA CHAPLINSKIY, in her individual capacity,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the parties' **Consent/Non-Consent Form** [#34], in which the parties inform the Court that at least one party in this civil action does not consent to have a United States Magistrate Judge conduct all proceedings. Accordingly,

    IT IS HEREBY **ORDERED** that this case shall be assigned to a District Judge under D.C.COLO.LCivR 40.1(c)(8) and D.C.COLO.LCivR 40.1(a).

    Dated: January 7, 2022