IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE KRISTEN L. MIX**

| | |
|---|---|
| Courtroom Deputy: Laura Galera | FTR - Reporter Deck - Courtroom A-401 |
| Date: January 25, 2022 | Alfred A. Arraj United States Courthouse |

Civil Action No. 21-cv-02214-DDD-KLM

<u>Parties</u>:                                                                  <u>Counsel</u>:

BRIAN LOMA,                                                         Adam Yoast

    Plaintiff,

v.

CITY AND COUNTY OF DENVER, ET            Jennifer Johnson
AL.,                                                                              Kimberly Koehler

    Defendants.

**COURTROOM MINUTES**

**RULE 16(b) SCHEDULING CONFERENCE**
**Court in session:   11:04 a.m.**
Court calls case. Appearances of counsel.

**ORDERED:**   Plaintiff shall file a supplement to Section 5 of the Scheduling Order identifying categories of purported economic loss and estimated damages in each category **no later than February 8, 2022.**

**The following will confirm the actions taken and dates set at the scheduling conference held this date:**
Deadline for Joinder of Parties/Amendment of Pleadings: **April 28, 2022.**

Discovery Cut-off: **November 30, 2022.**

Dispositive Motions Deadline: **January 20, 2023.**

Parties shall designate affirmative experts **on or before May 23, 2023.**

Parties shall designate rebuttal experts **on or before June 24, 2023.**

Each party shall be limited to **two (2)** retained expert witnesses, absent further leave of Court.

**Counsel shall call the Court by joint conference call for hearings regarding unresolved discovery disputes prior to filing any discovery motions.**

No **STATUS CONFERENCE** is set at this time. If the Court determines one is necessary, one will be set by Minute Order. The parties may request a status conference by contacting Chambers (303) 335-2770, preferably as a joint conference call, and request that one be set.

**FINAL PRETRIAL CONFERENCE**, **TRIAL PREPARATION AND TRIAL** will be set before the Honorable Daniel D. Domenico at a future date.

- Scheduling Order is signed and entered with interlineations on January 25, 2022.

HEARING CONCLUDED.
**Court in recess:     11:19 a.m.**
Total Time:     00:15

To order transcripts of hearings, please contact either Patterson Transcription Company at (303) 755-4536 or AB Litigation Services at (303) 629-8534.