IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-02214-DDD-KLM

BRIAN LOMA,

      Plaintiff,

v.

CITY AND COUNTY OF DENVER, a municipality,
KRISTIN M. BRONSON, City Attorney, in her individual capacity,
MELISSA M. DRAZEN SMITH, Assistant City Attorney, in her individual capacity,
ROBERT D. SMITH, Corporal, in his individual capacity,
ALLIED UNIVERSAL SECURITY SERVICES,
FALIESHA LYNETT TRIMBLE, in her individual capacity, and
ANGELIKA CHAPLINSKIY, in her individual capacity,

      Defendants.

---

## ORDER REGARDING DISCOVERY

---

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on the parties' proposed Scheduling Order. For purposes of discovery, there are three different party groups: (1) Plaintiff; (2) the Denver Defendants (City and County of Denver, Bronson, Drazen-Smith, Bordovsky, Smith, Rocco-McKeel, Burton and Berger); and (3) the AUS Defendants (Allied Universal Security Services, Trimble and Chaplinskiy).

**IT IS HEREBY ORDERED AS FOLLOWS:**

1.    Plaintiff is entitled to take depositions of other named parties, plus two others, plus experts, absent further leave of Court.

2.    Denver Defendants are entitled to take depositions of other named parties, plus two others, plus experts, absent further leave of Court.

3.    AUS Defendants are entitled to take depositions of other named parties, plus two others, plus experts, absent further leave of Court.

4.    Plaintiff may serve up to 5 interrogatories on each individual Defendant, up to 15 interrogatories on the City and County of Denver, and up to 10 interrogatories on Defendant AUS.

5.    Denver Defendants may serve up to 25 interrogatories on Plaintiff and up to 10 interrogatories on other parties.

6.    AUS Defendants may serve up to 25 interrogatories on Plaintiff and up to 10 interrogatories on other parties.

7.    Plaintiff may serve up to 20 RFPs and 20 RFAs on Denver Defendants and 20 RFPs and 20 RFAs on AUS Defendants.

8.    Denver Defendants may serve up to 25 RFPS and 25 RFAs on Plaintiff, and up to 10 RFPS and 10 RFAs on other parties.

9.    AUS Defendants may serve up to 25 RFPS and 25 RFAs on Plaintiff, and up to 10 RFPs and 10 RFAs on other parties.

10.    Each party group is entitled to two retained experts, absent further leave of Court.

Dated:  January 25, 2022