**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 21-cv-2214-DDD-KLM

BRIAN LOMA, an individual

    Plaintiff,

v.

CITY AND COUNTY OF DENVER, a municipality,
CITY ATTORNEY KRISTIN M. BRONSON, in their individual capacity,
ASSISTANT CITY ATTORNEY MELISSA M. DRAZEN SMITH, in their individual capacity,
ASSITANT DIRECTOR MARLEY BORDOVSKY, in their individual capacity,
CORPORAL ROBERT D. SMITH, in their individual capacity
ALLIED UNIVERSAL SECURITY SERVICES,
FALIESHA LYNETT TRIMBLE, in their individual capacity,
ANGELIKA CHAPLINSKIY, in their individual capacity,
DETECTIVE NICHOLAS Z. ROCCO-MCKEEL, in their individual capacity,
SERGEANT BURTON, in their individual capacity,
OFFICER BURGER (#98049), in their individual capacity,

    Defendants.

## UNOPPOSED MOTION TO AMEND CAPTION

Defendants Sergeant Jason Burton and Sergeant Jeffrey Berger, through their counsel, move to amend the caption to correct their names. The present caption states, "Sergeant Burton" and "Officer Burger (#98049). The defendant's respective full names are "Sergeant Jason Burton" and "Sergeant Jeffrey Berger".

    1.    Certificate of Compliance with D.C.COLO.LCivR 7.1 – Undersigned counsel conferred with other counsel. No party opposes the relief requested in this Motion.

    2.    Defendant Burton moves to amend the caption to fully identify himself as "Sergeant Jason Burton."

3. Defendant Berger moves to amend the caption to correct the spelling of his last name and to fully identify himself as "Sergeant Jeffrey Berger."

WHEREFORE, Defendants Burton and Berger move to amend the present caption to correctly identify themselves, so that the case caption reads "Sergeant Jason Burton" and "Sergeant Jeffrey Berger."

Dated this 26th day of January 2022.

Respectfully submitted by,

*s/ Jennifer Johnson*
Jennifer Johnson
Assistant City Attorney
Denver City Attorney's Office
Litigation Section
201 W. Colfax Avenue, Dept. 1108
Denver, Colorado 80202-5332
Telephone: 720-913-3304
Facsimile: 720-913-3190
E-mail:jennifer.johnson2@denvergov.org
*Attorney for Defendants City and County of Denver, Kristin Bronson, Melissa Drazen Smith, Marley Bordovsky, Cpl. Robert D. Smith, Det. Nicholas Rocco-McKeel, Sgt. Burton, and Sgt. Jeffrey Berger*

## CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of January 2022, the foregoing **UNOPPOSED MOTION TO AMEND CAPTION** was filed with the Clerk of the Court via the CM/ECF system which will send a notification of such filing to the following:

Adam R. Yoast
adam@baumgartnerlaw.com
*Counsel for Plaintiff*

Jason D. Melichar,
Kimberly L. Koehler
jason.melichar@wilsonelser.com
kimberly.koehler@wilsonelser.com
*Counsel for Universal Defendants*

*s/ Bonnie Marsh*
Denver City Attorney's Office
