**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 21-cv-2214-DDD-KLM

BRIAN LOMA, an individual

    Plaintiff,

v.

CITY AND COUNTY OF DENVER, a municipality,
CITY ATTORNEY KRISTIN M. BRONSON, in their individual capacity,
ASSISTANT CITY ATTORNEY MELISSA M. DRAZEN SMITH, in their individual capacity,
ASSITANT DIRECTOR MARLEY BORDOVSKY, in their individual capacity,
CORPORAL ROBERT D. SMITH, in their individual capacity
ALLIED UNIVERSAL SECURITY SERVICES,
FALIESHA LYNETT TRIMBLE, in their individual capacity,
ANGELIKA CHAPLINSKIY, in their individual capacity,
DETECTIVE NICHOLAS Z. ROCCO-MCKEEL, in their individual capacity,
SERGEANT BURTON, in their individual capacity,
OFFICER BURGER (#98049), in their individual capacity,

    Defendants.

**DENVER DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME
TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS**

Defendants City and County of Denver ("Denver"), Kristin M. Bronson, Melissa M. Drazen Smith, Marley Bordovsky, Robert D. Smith, Nicholas Z. Rocco-McKeel, Jason Burton, and Jeffrey Berger (incorrectly designated as, "Officer Burger") (collectively, "Denver Defendants"), through their counsel, respectfully move for a 15-day extension of time, to and including February 16, 2022.

**AS GROUNDS THEREFOR**, Denver Defendants state:

## CERTIFICATE OF CONFERRAL

In accordance with D.C.COLO.LCivR 7.1(a), undersigned counsel has conferred with counsel for the other parties, Adam Yoast and Kimberley Koehler, who stated that their clients do not oppose the relief requested herein.

1.   Denver filed its Motion to Dismiss [Doc. #28] on December 12, 2021.

2.   Plaintiff, after receiving an extension, filed his timely Response to Denver Defendants' Motion to Dismiss [Doc. #38] on January 18, 2022.

3.   Pursuant to D.C.COLO.LCivR 7.1(d), Denver Defendants' reply in support of their Motion to Dismiss is due on February 1, 2022. Such deadline has not yet passed.

4.   In addition to the usual press of business, undersigned counsel is lead counsel in a personal injury case set for a 4-day jury trial beginning on February 22, 2022, *Jaramillo-Vasquez, et al. v. Rogers*, 2021CV030495 (Den. Dist. Ct.), and has been working diligently to comply with all pretrial deadlines and to prepare for trial. Additionally, she is the co-lead Assistant City Attorney defending a purported class action suit brought by inmates regarding the adequacy of COVID-19 precautions in Denver's municipal jails, *In re Denver Jail Covid-19 Litigation*, No. 20-cv-01795-JLK (D. Colo.), in which Denver's responsive pleading is due on February 3, 2022. Finally, she is part of the team of attorneys preparing the Opening Brief in *Valdez v. Motyka, et al.*, Nos. 21-1401 & 21-1415, which is pending in the Tenth Circuit and is due on January 31, 2022. Preparing for trial, preparing the responsive pleading in the COVID-19 case, and assisting in preparation of the Opening Brief in a Tenth Circuit appeal, in addition to counsel's existing litigation docket, had delayed preparation of arguments necessary for drafting Denver Defendants' reply in support of their Motion to Dismiss.

5. Additional time of fifteen (15) days is necessary to prepare a reply in support of Denver Defendants' Motion to Dismiss. No other requests for extension of time have been made and no party will be prejudiced by the brief fifteen-day extension of time sought by this Motion.

6. In compliance with D.C.COLO.LCivR 6.1(c), a copy of this motion is being served contemporaneously upon Mary Dulacki, Deputy Director of Safety, as a representative of Denver, and the individual Denver Defendants.

Dated this 27th day of January 2022.

Respectfully submitted by,

s/ Jennifer Johnson
Jennifer Johnson
Assistant City Attorney
Denver City Attorney's Office
Litigation Section
201 W. Colfax Avenue, Dept. 1108
Denver, Colorado 80202-5332
Telephone: 720-913-3304
Facsimile: 720-913-3190
E-mail:jennifer.johnson2@denvergov.org
*Attorney for Defendants City and County of Denver, Kristin Bronson, Melissa Drazen Smith, Marley Bordovsky, Cpl. Robert D. Smith, Det. Nicholas Rocco-McKeel, Sgt. Jason Burton, and Sgt. Jeffrey Berger*

## CERTIFICATION OF COMPLIANCE

      I hereby certify that the foregoing pleading complies with the type-volume limitations set forth in Judge Domenico's Practice Standard III.A.1, as this Reply contains 424 words.

*s/ Jennifer Johnson*
Denver City Attorney's Office

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of January 2022, the foregoing **DENVER DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS** was filed with the Clerk of the Court via the CM/ECF system which will send a notification of such filing to the following:

Adam R. Yoast
adam@baumgartnerlaw.com
*Counsel for Plaintiff*

Jason D. Melichar,
Kimberly L. Koehler
jason.melichar@wilsonelser.com
kimberly.koehler@wilsonelser.com
*Counsel for Universal Defendants*

*s/ Bonnie Marsh*
Denver City Attorney's Office

5