# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Case No.: 21-cv-2214-DDD-KLM

**BRIAN LOMA**, an individual,

    Plaintiff

v.

**CITY AND COUNTY OF DENVER,** a municipality,
**CITY ATTORNEY KRISTIN M. BRONSON,** in their individual capacity,
**ASSITANT CITY ATTORNEY MELISSA M. DRAZEN SMITH,** in their individual capacity,
**ASSISTANT DIRECTOR MARLEY BORDOVSKY**, in their individual capacity,
**CORPORAL ROBERT D. SMITH**, in their individual capacity,
**ALLIED UNIVERSAL SECURITY SERVICES**,
**FALIESHA LYNETT TRIMBLE**, in their individual capacity,
**ANGELIKA CHAPLINSKIY**, in their individual capacity,
**DETECTIVE NICHOLAS Z. ROCCO-MCKEEL**, in their individual capacity
**SERGEANT BURTON**, in their individual capacity
**OFFICER BERGER (#98049),** in their individual capacity

    Defendants.

---

### SUPPLEMENTAL SCHEDULING ORDER – COMPUTATION OF DAMAGES

---

COMES NOW, Plaintiff, Brian Loma, by and through counsel, Baumgartner Law, LLC, and respectfully submits this Supplemental Scheduling Order – Computation of Damages in this matter, and in support thereof, states as follows:

### 5. COMPUTATION OF DAMAGES

**Plaintiff:** Plaintiff's exact damages are still being calculated and cannot be accurately computed at this stage in the litigation. However, Plaintiff is requesting compensation for all economic and non-economic damages, attorneys' fees, and punitive damages. Plaintiff maintains

a good faith belief, based upon investigation and public research, that Plaintiff's damages, including without limitation, economic damages, and embarrassment, a jury would award damages to Plaintiff in the amount of $250,000. Plaintiff reserves the ability to modify this amount if and when an expert is utilized. Plaintiff maintains a good faith belief, based upon investigation, public research and shifting social attitudes that view police in an increasingly pejorative manner, a jury would award a punitive sanction of at least $250,000.

**Anticipated Economic Damages Categories with Current Estimates**

- Loss of Income: (Working on Estimate)

- Loss of Revenue from YouTube Channel: $1000.00

- Loss of Property: Cell Phones (2) $1,500.00

- Defense Costs: $30,000.00

- Travel Costs: $300.00

Dated this 8th day of February 2022.

                                               Respectfully submitted,
                                               BAUMGARTNER LAW, L.L.C.
                                               *Original signature on file at Baumgartner Law, L.L.C.*

                                               *s/ Adam R. Yoast*
                                               Adam R. Yoast
                                               Baumgartner Law, LLC
                                               300 E. Hampden Ave., Ste. 401
                                               Englewood, CO 80113
                                               Phone: (720) 626-9418
                                               Fax: (720) 634-1018
                                               adam@baumgartnerlaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 8th day of February 2022, a true and correct copy of the foregoing filed with the Clerk of the Court using the CM/ECF system, which will serve the following:

Jennifer Johnson
City and County of Denver, City Attorney's Office
*Attorneys for Defendants, City of Denver and Employees*

                                             *s/ Adam Yoast*
                                             Adam R. Yoast