**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 21-cv-2214-DDD-KLM

BRIAN LOMA, an individual

    Plaintiff,

v.

CITY AND COUNTY OF DENVER, a municipality,
CITY ATTORNEY KRISTIN M. BRONSON, in their individual capacity,
ASSISTANT CITY ATTORNEY MELISSA M. DRAZEN SMITH, in their individual capacity,
ASSITANT DIRECTOR MARLEY BORDOVSKY, in their individual capacity,
CORPORAL ROBERT D. SMITH, in their individual capacity
ALLIED UNIVERSAL SECURITY SERVICES,
FALIESHA LYNETT TRIMBLE, in their individual capacity,
ANGELIKA CHAPLINSKIY, in their individual capacity,
DETECTIVE NICHOLAS Z. ROCCO-MCKEEL, in their individual capacity,
SERGEANT BURTON, in their individual capacity,
OFFICER BURGER (#98049), in their individual capacity,

    Defendants.

---

**DENVER DEFENDANTS' UNOPPOSED MOTION FOR RELIEF
FROM WORD LIMIT FOR REPLY IN SUPPORT OF MOTION TO DISMISS**

---

Defendants City and County of Denver ("Denver"), Kristin M. Bronson, Melissa M. Drazen Smith, Marley Bordovsky, Robert D. Smith, Nicholas Z. Rocco-McKeel, Jason Burton, and Jeffrey Berger (incorrectly designated as, "Officer Burger") (collectively, "Denver Defendants"), through their counsel and pursuant to this Court's Practice Standard III.A.5, moves for an exception to Section III.A.I of the Court's Practice Standards, increasing the word limit from 2,700 words to 4,700 words for Denver Defendants' reply in support of their motion to dismiss.

**AS GROUNDS**, Denver Defendants state:

### CERTIFICATE OF CONFERRAL

In accordance with D.C.COLO.LCivR 7.1(a), the undersigned conferred with counsel for the other parties, Adam Yoast and Kimberley Koehler, who stated that their clients do not oppose the relief requested herein.

### SUPPORT

1. On January 27, 2022, Denver Defendants' filed an Unopposed Motion for Extension of Time to File Reply in Support of Motion to Dismiss [Doc. #48] seeking an extension to February 16, 2022 to file their reply brief. That motion remains pending, but the extended deadline sought has not expired.

2. The Court's Practice Standard III.A.1 states that reply briefs may not exceed 2,700 words, excluding the caption, signature block, and certificate of service.

3. In his Amended Complaint, Plaintiff brings a total of 26 claims against the eight Denver Defendants, arising from at least four interactions with Denver Police officers and two criminal cases prosecuted by the Denver City Attorney's Office. Twenty of those claims are brought pursuant to 42 U.S.C. § 1983, including three municipal liability claims against Denver, and six are brought under state law. (*See* Doc. #6.)

4. In their Motion, Denver Defendants moved to dismiss Plaintiff's claims against them for several reasons. As for the claims against members of the City Attorney's Office, Plaintiff's Complaint failed to allege facts demonstrating that they personally participated in any alleged violation of Plaintiff's constitutional rights and/or that they were acting outside of their roles as advocates for Denver. The individual police officer defendants asserted that, with respect

to Plaintiff's § 1983 claims, they are entitled to qualified immunity because the allegations of the Amended Complaint are insufficient to show that they violated Plaintiff's constitutional rights. As for Plaintiff's State law claims, Plaintiff failed to sufficiently plead his claims under Senate Bill 217 and failed to comply with the notice requirements of the CGIA as required to assert his common law assault and battery claims. Finally, Plaintiff failed to state claims for relief against Denver under § 1983 because Plaintiff failed: (1) to identify an official policy;  (2) allege facts sufficient to show a widespread custom or practice; and (3) to even attempt to explain how such policy, custom, or practice directly caused his alleged constitutional injuries.

5. On January 18, 2022, Plaintiff submitted his timely "Response to Defendant City and County of Denver and City Employees' Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6)," which raises numerous factual and legal arguments in response to Denver Defendants' Motion.

6. Denver Defendants have attempted to reduce the number of words used in their reply brief by eliminating the introduction, string cites, and most parenthetical discussion. However, their reply still exceeds the Court's limitation.

7. As shown, Denver Defendants have made every effort to draft a reply brief which would comply with the 2,700 word limited provided for in this Court's Practice Standards while still addressing the issues Plaintiff raises in his Response. However, they cannot complete this task within the 2,700 word limit without giving short shrift to the numerosity and complexity of Plaintiff's claims and the Denver Defendants' prosecutorial immunity and qualified immunity (among other defenses), or excluding important discussions regarding the sufficiency of the facts pled in Plaintiff's Amended Complaint as they relate to each of his claims.

8. No party will be prejudiced by the relief requested herein.

WHEREFORE, for the foregoing reasons, Denver Defendants respectfully request that the Court grant their Motion and permit them to exceed the Court's 2,700 word limit on reply briefs by filing a reply brief not to exceed 4,700 words.

Dated this 9th day of February 2022.

        Respectfully submitted by,

        *s/ Jennifer Johnson*
        Jennifer Johnson
        Assistant City Attorney
        Denver City Attorney's Office
        Litigation Section
        201 W. Colfax Avenue, Dept. 1108
        Denver, Colorado 80202-5332
        Telephone: 720-913-3304
        Facsimile: 720-913-3190
        E-mail:jennifer.johnson2@denvergov.org
        *Attorney for Defendants City and County of Denver, Kristin Bronson, Melissa Drazen Smith, Marley Bordovsky, Cpl. Robert D. Smith, Det. Nicholas Rocco-McKeel, Sgt. Burton, and Sgt. Jeffrey Berger*

# CERTIFICATE OF SERVICE

   I hereby certify that on this 9th day of February 2022, the foregoing **DENVER DEFENDANTS' UNOPPOSED MOTION FOR RELIEF FROM WORD LIMIT FOR REPLY IN SUPPORT OF MOTION TO DISMISS** was filed with the Clerk of the Court via the CM/ECF system which will send a notification of such filing to the following:

Adam R. Yoast
adam@baumgartnerlaw.com
*Counsel for Plaintiff*

Jason D. Melichar,
Kimberly L. Koehler
jason.melichar@wilsonelser.com
kimberly.koehler@wilsonelser.com
*Counsel for Universal Defendants*

                 *s/ Jennifer Johnson*
                 Denver City Attorney's Office