IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-2214-NYW-KLM

BRIAN LOMA, an individual

      Plaintiff,

v.

CITY AND COUNTY OF DENVER, a municipality,
CITY ATTORNEY KRISTIN M. BRONSON, in their individual capacity,
ASSISTANT CITY ATTORNEY MELISSA M. DRAZEN SMITH, in their individual capacity,
ASSITANT DIRECTOR MARLEY BORDOVSKY, in their individual capacity,
CORPORAL ROBERT D. SMITH, in their individual capacity
ALLIED UNIVERSAL SECURITY SERVICES,
FALIESHA LYNETT TRIMBLE, in their individual capacity,
ANGELIKA CHAPLINSKIY, in their individual capacity,
DETECTIVE NICHOLAS Z. ROCCO-MCKEEL, in their individual capacity,
SERGEANT JASON BURTON, in their individual capacity,
OFFICER JEFFREY BERGER, in their individual capacity,

      Defendants.

## MOTION TO WITHDRAW AS COUNSEL

      Jennifer Johnson, as counsel of record for Defendants City and County of Denver ("Denver"), Kristin M. Bronson, Melissa M. Drazen Smith, Marley Bordovsky, Robert D. Smith, Nicholas Z. Rocco-McKeel, Jason Burton, and Jeffrey Berger (collectively, "Denver Defendants"), hereby moves to withdraw as counsel in this action pursuant to D.C.COLO.LAttyR 5(b). In support of this motion, counsel states as follows:

      1.    <u>Certificate Pursuant to D.C.COLO.LCivR 7.1:</u> Because this motion is brought pursuant to D.C.COLO.LAttyR 5(b), conferral is not required. *See* D.C.COLO.LCivR 7.1(b)(4).

2. Jennifer Johnson will be leaving her employment with the Denver City Attorney's Office as of September 12, 2022. Therefore, good cause exists to allow Ms. Johnson to withdraw in this matter consistent with D.C.COLO.LAttyR 5(b).

3. Jodanna L. Haskins will continue to represent the Denver Defendants in this action as counsel of record.

4. Given that the Denver Defendants have had, and will continue to have, official representation by the Denver City Attorney's Office, no parties will be prejudiced by the withdrawal of undersigned counsel and no delay will be caused by the Court's granting of the relief sought herein.

5. <u>Advisement pursuant to D.C.Colo.LAttyR 5(b):</u> The Denver Defendants have been provided with notice of this Motion, which includes this advisement regarding their responsibility to comply with all Court orders and time limitations established by any applicable rules, via service by the CM/ECF system to their counsel of record, Ms. Haskins, who will continue to comply with this responsibility on their behalf.

**WHEREFORE**, having shown good cause, undersigned counsel, Jennifer Johnson, respectfully requests this Court enter an Order permitting her withdrawal as counsel of record for the Denver Defendants in this action.

Dated this 8th day of September 2022.

Respectfully submitted by,

*s/ Jennifer Johnson*
Jennifer Johnson
Assistant City Attorney
Denver City Attorney's Office
Litigation Section
201 W. Colfax Avenue, Dept. 1108
Denver, Colorado 80202-5332
Telephone: 720-913-3304
Facsimile: 720-913-3190
E-mail:jennifer.johnson2@denvergov.org
*Attorney for Defendants City and County of Denver, Kristin Bronson, Melissa Drazen Smith, Marley Bordovsky, Cpl. Robert D. Smith, Det. Nicholas Rocco-McKeel, Sgt. Jason Burton, and Sgt. Jeffrey Berger*

### CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of September 2022, the foregoing **MOTION TO WITHDRAW AS COUNSEL** was filed with the Clerk of the Court via the CM/ECF system which will send a notification of such filing to the following:

Adam R. Yoast
adam@baumgartnerlaw.com
*Counsel for Plaintiff*

Jason D. Melichar,
Kimberly L. Koehler
jason.melichar@wilsonelser.com
kimberly.koehler@wilsonelser.com
*Counsel for Universal Defendants*

*s/ Bonnie Marsh*
Denver City Attorney's Office

3