**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 21-cv-2214-NYW-KLM

BRIAN LOMA, an individual

    Plaintiff,

v.

CITY AND COUNTY OF DENVER, a municipality,
CITY ATTORNEY KRISTIN M. BRONSON, in their individual capacity,
ASSISTANT CITY ATTORNEY MELISSA M. DRAZEN SMITH, in their individual capacity,
ASSITANT DIRECTOR MARLEY BORDOVSKY, in their individual capacity,
CORPORAL ROBERT D. SMITH, in their individual capacity
ALLIED UNIVERSAL SECURITY SERVICES,
FALIESHA LYNETT TRIMBLE, in their individual capacity,
ANGELIKA CHAPLINSKIY, in their individual capacity,
DETECTIVE NICHOLAS Z. ROCCO-MCKEEL, in their individual capacity,
SERGEANT BURTON, in their individual capacity,
OFFICER BURGER (#98049), in their individual capacity,

    Defendants.

---

## NAME OF PLEADING

---

    Kevin P. McCaffrey, Assistant City Attorney for the Denver City Attorney's Office, hereby certifies that I am a member in good standing of the bar of this Court, and I appear in this case as counsel of record on behalf of Defendants City and County of Denver, City Attorney Kristin M. Bronson, in their individual capacity, Assistant City Attorney Melissa M. Drazen Smith, in their individual capacity, Assistant Director Marley Bordovsky, in their individual capacity, Corporal Robert D. Smith, in their individual capacity, Detective Nicholas Z. Rocco-McKeel, in their individual capacity, Sergeant Burton, and Sergeant Jeffrey Berger (improperly designated as, "Officer Burger (#98049)"), in their individual capacity.

Dated this 17th day of March, 2023.

                        Respectfully submitted by,

                        *s/ Kevin P. McCaffrey*
                        Kevin P. McCaffrey
                        Assistant City Attorney
                        Denver City Attorney's Office
                        Litigation Section
                        201 W. Colfax Avenue, Dept. 1108
                        Denver, Colorado 80202-5332
                        Telephone: 720-913-3100
                        Facsimile: 720-913-3155
                        E-mail: kevin.mccaffrey@denvergov.org
                        *Attorney for Defendants City and County of Denver, Kristin Bronson, Melissa Drazen Smith, Marley Bordovsky, Cpl. Robert D. Smith, Det. Nicholas Rocco-McKeel, Sgt. Burton, and Sgt. Jeffrey Berger*

## CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of March 2023, the foregoing **NOTICE OF ENTRY OF APPEARANCE** was filed with the Clerk of the Court via the CM/ECF system which will send a notification of such filing to the following:

Adam R. Yoast
adam@baumgartnerlaw.com
*Counsel for Plaintiff*

Jason D. Melichar,
Kimberly L. Koehler
jason.melichar@wilsonelser.com
kimberly.koehler@wilsonelser.com
*Counsel for Universal Defendants*

*s/ Bonnie Marsh*
Denver City Attorney's Office

3