IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-02214-NYW-KLM

BRIAN LOMA,

    Plaintiff,

v.

CITY AND COUNTY OF DENVER, a municipality,
KRISTIN M. BRONSON, City Attorney, in her individual capacity,
MELISSA M. DRAZEN SMITH, Assistant City Attorney, in her individual capacity,
ROBERT D. SMITH, Corporal, in his individual capacity,
ALLIED UNIVERSAL SECURITY SERVICES,
FALIESHA LYNETT TRIMBLE, in her individual capacity, and
ANGELIKA CHAPLINSKIY, in her individual capacity,
NICHOLAS ROCCO-MCKEEL, Detective, in his individual capacity,
JASON BURTON, Sergeant,
JEFFREY BURGER, Sergeant, and
MARLEY BORDOVSKY, Assistant Director, in their individual capacity,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the District Judge's **Order** [#63] granting in part and denying in part the City Defendants' Motion to Dismiss [#28]. On April 15, 2022, the undersigned granted the Motion to Stay [#31] pending resolution of the Motion to Dismiss [#28]. Now that the Motion to Dismiss [#28] has been resolved,

    IT IS HEREBY **ORDERED** that the stay imposed on April 15, 2022, is **LIFTED**.

    Dated: March 24, 2023