# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Case No.: 21-cv-2214-NYW-KLM

**BRIAN LOMA**, an individual,
    Plaintiff

v.

**CITY AND COUNTY OF DENVER,** a municipality,
**CITY ATTORNEY KRISTIN M. BRONSON,** in their individual capacity,
**ASSITANT CITY ATTORNEY MELISSA M. DRAZEN SMITH,** in their individual capacity,
**ASSISTANT DIRECTOR MARLEY BORDOVSKY**, in their individual capacity,
**CORPORAL ROBERT D. SMITH**, in their individual capacity,
**ALLIED UNIVERSAL SECURITY SERVICES**,
**FALIESHA LYNETT TRIMBLE**, in their individual capacity,
**ANGELIKA CHAPLINSKIY**, in their individual capacity,
**DETECTIVE NICHOLAS Z. ROCCO-MCKEEL**, in their individual capacity
**SERGEANT BURTON**, in their individual capacity
**OFFICER BURGER (#98049),** in their individual capacity
    Defendants.

## ENTRY OF APPEARANCE

COMES NOW, S. Birk Baumgartner of Baumgartner Law, LLC, hereby enter his appearance as counsel for Plaintiff Brian Loma..

Dated this 31st day of March, 2023.

        Respectfully submitted,
        BAUMGARTNER LAW, L.L.C.
        *Original signature on file at Baumgartner Law, L.L.C.*

        *s/ S. Birk Baumgartner*
        S. Birk Baumgartner
        Baumgartner Law, LLC

730 17th Street – Suite 340
Denver, CO 80202
Phone: (303) 529-3476
Fax:     (720) 634-1018
Birk@baumgartnerlaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 31st day of March, 2023, a true and correct copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system, which will serve the following:

Jodanna L. Haskins
City and County of Denver
City Attorney's Office
*Attorneys for Denver Defendants*

Jason D. Melichar
Kimberly L. Koehler
Wilson Elser Moskowitz Edelman & Dicker LLP
*Attorneys for AUS Defendants*

 *s/ Rachael Wallace*
Rachael Wallace