# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Case No.: 21-cv-2214-NYW-KLM

**BRIAN LOMA**, an individual,
    Plaintiff

v.


**CITY AND COUNTY OF DENVER,** a municipality,
**CITY ATTORNEY KRISTIN M. BRONSON,** in their individual capacity,
**ASSITANT CITY ATTORNEY MELISSA M. DRAZEN SMITH,** in their individual capacity,
**ASSISTANT DIRECTOR MARLEY BORDOVSKY**, in their individual capacity,
**CORPORAL ROBERT D. SMITH**, in their individual capacity,
**ALLIED UNIVERSAL SECURITY SERVICES**,
**FALIESHA LYNETT TRIMBLE**, in their individual capacity,
**ANGELIKA CHAPLINSKIY**, in their individual capacity,
**DETECTIVE NICHOLAS Z. ROCCO-MCKEEL**, in their individual capacity
**SERGEANT BURTON**, in their individual capacity
**OFFICER BURGER (#98049),** in their individual capacity
    Defendants.

## MOTION TO WITHDRAW

Adam R. Yoast, counsel for Plaintiff in the above captioned matter, hereby moves the Court for an Order allowing his withdrawal as counsel of record:

1. Certificate Pursuant to D.C.Colo.LCivR.7.1: Because this motion is brought pursuant to D.C.COLO.LAtty5(b), conferral is not required. *See* D.C.COLO.LAttyR 5.

2. Mr. Yoast is no longer employed by Baumgartner Law, LLC.

3. S. Birk Baumgartner of Baumgartner Law, LLC, will continue to represent Plaintiff.

4. Plaintiff has received notification of the proposed withdrawal.

5. Because of the continuous representation, Mr. Yoast did not notify Plaintiff that they are responsible for complying with all court orders and time limitations, nor that they are required to obtain legal counsel, as would otherwise be required by D.C.Colo.LAttR5(b).

6. Given that the Plaintiff has had, and will continue to have, official representation by the Baumgartner Law, LLC, no parties will be prejudiced by the withdrawal of Mr. Yoast and no delay will be caused by the Court's granting of the relief sought herein.

WHEREFORE, undersigned counsel respectfully requests that the Court grant this Motion and permit Mr. Yoast's withdrawal as counsel for Plaintiff.

Dated this 31st day of March, 2023.

Respectfully submitted,
BAUMGARTNER LAW, L.L.C.
*Original signature on file at Baumgartner Law, L.L.C.*

 *s/ S. Birk Baumgartner*
S. Birk Baumgartner
Baumgartner Law, LLC
730 17th Street – Suite 340
Denver, CO 80202
Phone: (303) 529-3476
Fax:    (720) 634-1018
Birk@baumgartnerlaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 31st day of March, 2023, a true and correct copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system, which will serve the following:

Jodanna L. Haskins
City and County of Denver
City Attorney's Office
*Attorneys for Denver Defendants*

Jason D. Melichar
Kimberly L. Koehler
Wilson Elser Moskowitz Edelman & Dicker LLP
*Attorneys for AUS Defendants*

                                              *s/ Rachael Wallace*
                                              Rachael Wallace