IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Susan Prose**

| | |
|---|---|
| Civil Action No: 1:21-cv-2214-NYW-SP | Date:   June 21, 2023 |
| Courtroom Deputy: Camden Pommenville | FTR:   Courtroom C205 |

| *Parties:* | *Counsel:* |
|---|---|
| BRIAN LOMA, | Stephen B. Baumgartner |
| Plaintiff, | |
| v. | |
| CITY AND COUNTY OF DENVER, KRISTIN M. BRONSON, MELISSA M. DRAZEN SMITH MARLEY BORDOVSKY, ROBERT D. SMITH, NICHOLAS Z. ROCCO-MCKEEL, JASON BURTON, JEFFREY BERGER, | Kevin Patrick McCaffrey |
| MARLEY BORDOVSKY, ALLIED UNIVERSAL SECURITY SERVICES, FALIESHA LYNETT TRIMBLE, and ANGELIKA CHAPLINSKIY, | Kimberly Lynn Koehler |
| Defendants. | |

# COURTROOM MINUTES

**STATUS CONFERENCE**

**1:35 p.m.     Court in session.**

Court calls case. Appearances of counsel. Preliminary remarks by the Court.

Status of the case is discussed.

**ORDERED:   A Telephonic Scheduling Conference** is set for **July 26, 2023, at 1:30 p.m.** before Magistrate Judge Susan Prose in Courtroom C205. The parties shall attend

by calling 571-353-2301, Guest meeting ID- 868150043. All attendees shall please mute their phone when not speaking and not use speaker phone.

The parties shall file the proposed Scheduling Order with the Clerk's Office, and in accordance with District of Colorado Electronic Case Filing ("ECF") Procedures, **on or before July 21, 2023**. The parties shall also email the proposed Scheduling Order in Word format to Magistrate Judge Prose at Prose_Chambers@cod.uscourts.gov.

**1:57 p.m.**     **Court in recess.**

Hearing concluded.
Total in-court time:   00:22

*To order transcripts of hearings, please contact either Patterson Transcription Company at (303) 755-4536 or AB Litigation Services at (303) 629-8534.