IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Susan Prose**

| | |
|---|---|
| Civil Action No: 1:21-cv-2214-NYW-SBP | Date: July 26, 2023 |
| Courtroom Deputy: Camden Pommenville | FTR: Courtroom C205 |

| *Parties:* | *Counsel:* |
|---|---|
| BRIAN LOMA | Stephen B. Baumgartner |
| Plaintiff, | |
| v. | |
| ALLIED UNIVERSAL SECURITY SERVICES, FALIESHA LYNETT TRIMBLE, ANGELIKA CHAPLINSKIY, and OFFICER BURGER, | Kevin Patrick McCaffrey Kimberly Lynn Koehler |
| Defendants. | |

### COURTROOM MINUTES

**TELEPHONIC SCHEDULING CONFERENCE**

**1:33 p.m.      Court in session.**

Court calls case. Appearances of counsel.

**THE FOLLOWING WILL CONFIRM THE ACTIONS TAKEN AND DATES SET AT THE SCHEDULING CONFERENCE HELD THIS DATE:**

Joinder of Parties/Amendment to Pleadings: September 1, 2023.

Discovery Cut-off: March 1, 2024.

Dispositive and Rule 702 Motions Deadline: April 1, 2024

The Order Regarding Discovery, ECF No.46, with regard to discovery limitations, is incorporated into the Scheduling Order, as stated on the record and in the Scheduling Order.

Interrogatories, Requests for Production, and Requests for Admissions shall be served by January 15, 2024.

Each party group shall be limited to 2 expert witnesses, absent leave of court.
Disclosure of Affirmative Experts: November 1, 2023.
Disclosure of Rebuttal Experts: December 15, 2024.

**Telephonic Status Conference:** Telephonic Status Conference is set for October 11, 2023, at 10:30 a.m. before Magistrate Judge Susan Prose. The parties shall attend by calling 571-353-2301, Guest meeting ID- 868150043. All attendees shall please mute their phone when not speaking and not use speaker phone.

**Final Pretrial Conference:** Judge Wang will set a Final Pretrial Conference/Trial Preparation Conference date after the dispositive motions' deadline has passed and the Court has issued rulings on all such motions. Within seven (7) days of the dispositive motion deadline, if no such motions are filed, the Parties shall file a joint motion to set a Telephonic Status Conference at which Judge Wang will set a Final Pretrial Conference/Trial Preparation Conference and date for trial.

**Scheduling Order entered.**

**1:58 p.m.**      **Court in recess.**

Hearing concluded.
Total in-court time:   00:15

*To order transcripts of hearings, please contact either Patterson Transcription Company at (303) 755-4536 or AB Litigation Services at (303) 629-8534.