# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Case No.: 21-cv-2214-NYW-SP

**BRIAN LOMA**, an individual,

    Plaintiff

v.

**CITY AND COUNTY OF DENVER**, a municipality,
**CITY ATTORNEY KRISTIN M. BRONSON**, in their individual capacity,
**ASSITANT CITY ATTORNEY MELISSA M. DRAZEN SMITH**, in their individual capacity,
**ASSISTANT DIRECTOR MARLEY BORDOVSKY**, in their individual capacity,
**CORPORAL ROBERT D. SMITH**, in their individual capacity,
**ALLIED UNIVERSAL SECURITY SERVICES,**
**FALIESHA LYNETT TRIMBLE**, in their individual capacity,
**ANGELIKA CHAPLINSKIY**, in their individual capacity,
**DETECTIVE NICHOLAS Z. ROCCO-MCKEEL**, in their individual capacity
**SERGEANT BURTON**, in their individual capacity
**OFFICER BURGER (#98049)**, in their individual capacity,

    Defendants.

## MOTION TO WITHDRAW AS COUNSEL

Jodanna Haskins, as counsel of record for Sergeant Jeffrey Berger ("Defendant"), hereby moves to withdraw as counsel in this action pursuant to D.C.COLO.LAttyR 5(b). In support of this motion, counsel states as follows:

1. <u>Certificate Pursuant to D.C.COLO.LCivR 7.1</u>: Because this Motion is brought pursuant to D.C.COLO.LAttyR 5(b), conferral is not required. See D.C.COLO.LCivR 7.1(b)(4).

2. Jodanna Haskins will be leaving her employment with the Denver City Attorney's Office as of August 4, 2023. Therefore, good cause exists to allow Ms. Haskins to withdraw as counsel in this matter consistent with D.C.COLO.LAttyR 5(b).

3. Assistant City Attorney Kevin McCaffrey will continue to represent Defendant in this action as counsel of record.

4. No parties will be prejudiced by the withdrawal of undersigned counsel and no delay will be caused by the Court's granting of the relief sought in this Motion because Mr. McCaffrey will continue to represent the Defendant in this matter.

5. <u>Advisement pursuant to D.C.COLO.LAttyR 5(b)</u>: Defendant has been provided with notice of this Motion, which includes this advisement regarding their responsibility to comply with all orders and time limitations established by any applicable rules, via service by the CM/ECF system to their counsel of record, Mr. McCaffrey, who will continue to comply with this responsibility on his behalf.

Wherefore, for good cause shown, undersigned counsel, Jodanna Haskins, respectfully requests that this Court enter an Order permitting her withdrawal as counsel of record for Defendant in this action.

DATED this 27th day of July, 2023.

Respectfully submitted,

By: *s/ Jodanna L. Haskins*
Jodanna L. Haskins, No. 41285
Assistant City Attorney
Denver City Attorney's Office, Litigation Section
201 W. Colfax Avenue, Dept. 1108
Denver, CO 80202-5332
Telephone: (720) 913-3100

Facsimile: (720) 913-3155
jodanna.haskins@denvergov.org
*Attorneys for Defendant Jeffrey Berger*

# CERTIFICATE OF SERVICE

I certify that on this 27th day of July, 2023, I electronically filed the foregoing **MOTION TO WITHDRAW** with the Clerk of the Court using the CM/ECF system which will send a true and accurate copy of the same to the following:

Birk Baumgartner
BAUMGARTNER LAW, LLC
300 E. Hampden Ave., Ste. 401
Englewood, CO 80113
birk@baumgartnerlaw.com
*Counsel for Plaintiff*

Jason D. Melichar,
Kimberly L. Koehler
Wilson Elser Moskowitz Edelman & Dicker LLP
1225 17th Street, Ste. 1700
Denver, CO 80202
jason.melichar@wilsonelser.com
kimberly.koehler@wilsonelser.com
*Attorneys for Defendants Universal Protection Service, LLC d/b/a Allied Universal Security Services, Faliesha Lynett Trimble, and Angelika Chaplinskiy*

I served this pleading via email to the following:

Mary Dulacki
Mary.dulacki@denvergov.org
*City and County of Denver representative*

*s/ Bryson V. Silk*
Denver City Attorney's Office

4