IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Susan Prose**

| | |
|---|---|
| Civil Action No: 1:21-cv-02214-NYW-SBP | Date: October 11, 2023 |
| Courtroom Deputy: Tram Vo | FTR: Courtroom C205 |

| _Parties:_ | _Counsel:_ |
|---|---|
| BRIAN LOMA, | Stephen B. Baumgartner |
| Plaintiff, | |
| v. | |
| ALLIED UNIVERSAL SECURITY SERVICES, | Kimberly Lynn Koehler |
| FALIESHA LYNETT TRIMBLE, in their individual capacity, | Kimberly Lynn Koehler |
| ANGELIKA CHAPLINSKY, in their individual capacity, and | Kimberly Lynn Koehler |
| SERGEANT JEFFREY BERGER, in his individual capacity, | Kevin Patrick McCaffrey |
| Defendants. | |

### COURTROOM MINUTES

**TELEPHONIC STATUS CONFERENCE**

**10:39 a.m.      Court in session.**

Court calls case. Appearances of counsel.

Discussion held regarding status of case. Mr. McCaffrey informs the Court that initial disclosures have been exchanged, written discovery has been served, and depositions will be forthcoming.

Parties agree that this case is progressing and that no further status conference is necessary at this time.

**10:44 a.m.      Court in recess.**

Hearing concluded.
Total in-court time: 5 minutes

*To order transcripts of hearings, please contact either Patterson Transcription Company at (303) 755-4536 or AB Litigation Services at (303) 629-8534.