IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-2214-NYW-SBP

BRIAN LOMA, an individual,

    Plaintiff;

v.

ALLIED UNIVERSAL SECURITY SERVICES,
FALIESHA LYNETT TRIMBLE, in their individual capacity,
ANGELIKA CHAPLINSKIY, in their individual capacity
OFFICER BURGER (#98049), in their individual capacity,

    Defendants.

---

## EXHIBIT B (CONVENTIONALLY SUBMITTED)

---

    Defendant Berger's Exhibit B – YouTube Clip: Lines in the Sand – They Broke My Phone While Refusing to Identify. A CD/flash drive containing the video is submitted conventionally.

    DATED this 1st day of April, 2024.

    Respectfully submitted,

    By: *s/ Kevin McCaffrey*
    Kevin McCaffrey, Esq.
    Assistant City Attorney
    Denver City Attorney's Office

Civil Litigation Section
201 West Colfax Ave., Dept. 1108
Denver, Colorado 80202.
Telephone: (720) 913-3100
Facsimile: (720) 913-3155
E-mail: kevin.mccaffrey@denvergov.org
*Attorney for Defendant Jeffrey Berger*

### CERTIFICATE OF SERVICE

I hereby certify that on this, April 1, 2024, a true and correct copy of the foregoing **CONVENTIONALLY SUBMITTED EXHIBIT B** was filed with the Clerk of the Court via the CM/ECF system, and which will send notification of such filing to the following:

Birk Baumgartner, Esq.
BAUMGARTNER LAW, LLC
birk@baumgartnerlaw.com
*Attorney for Plaintiff*

Jason D. Melichar, Esq.
Kimberly L. Koehler, Esq.
WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP
jason.melichar@wilsonelser.com
kim.koehler@wilsonelser.com
*Attorneys for Defendants Universal Protection Service, LLC d/b/a Allied Universal Security Services, Faliesha Lynett Trimble, and Angelika Chaplinskiy*


*s/ Courtnee D. Lewis*
Denver City Attorney's Office