```
                                                              Page 1

 1         IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF COLORADO
 2   _____
 3   BRIAN LOMA,                         Civil Action No.
                                         1:21-cv-02214-NYW-SBP
 4           Plaintiff,
     vs.
 5
     ALLIED UNIVERSAL SECURITY SERVICES,
 6   FALIESHA LYNETT TRIMBLE, in their individual capacity,
     ANGELIKA CHAPLINSKIY, in their individual capacity,
 7   OFFICER BERGER(#98049), in their individual capacity,
 8           Defendants.
     _____
 9
         VIDEO DEPOSITION OF BRIAN BENJAMIN LOMA
10              THURSDAY, FEBRUARY 22, 2024
     _____
11
     APPEARANCES:
12   ON BEHALF OF THE PLAINTIFF:
     DANIEL MOSSINGHOFF, ESQ.
13   Baumgartner Law, LLC
     730 17th Street, Suite 340
14   Denver, Colorado  80202
     Phone: 303-529-3476
15   Email: Daniel@baumgartnerlaw.com
16   ON BEHALF OF THE DEFENDANTS ALLIED UNIVERSAL SECURITY
     SERVICES, FALIESHA LYNETT TRIMBLE, AND ANGELIKA
17   CHAPLINSKIY:
     KIMBERLY L. KOEHLER, ESQ.
18   Wilson, Elser, Moskowitz, Edelman & Dicker, LLP
     1225 17th Street, Suite 1700
19   Denver, Colorado  80202
     Phone: 303-572-5300
20   Email: Kim.koehler@wilsonelser.com
21   ON BEHALF OF THE DEFENDANT OFFICER BERGER:
     KEVIN PATRICK McCAFFREY, ESQ.
22   City and County of Denver
     201 West Colfax Avenue, Dept. 1108
23   Denver, Colorado  80202
     Phone:
24   Email: Kevin.mccaffrey@denvergov.org
25   ALSO PRESENT: Davis Baumunk, Videographer
       Job No. CS6440548
```

**EXHIBIT B**

Page 2

1              PURSUANT to WRITTEN NOTICE and the appropriate rules of civil procedure, the video
2    deposition of BRIAN BENJAMIN LOMA, called for examination by the Defendants Allied Universal
3    Security Services, Faliesha Lynett Trimble, and Angelika Chaplinskiy, was taken at Baumgartner Law,
4    LLC, 730 17th Street, Suite 340, Denver, Colorado 80202, commencing at 9:59 a.m. on Thursday, February
5    22nd, 2023 before Randi E. Barrett, Notary Public within the State of Colorado.
6
7                       I N D E X
8    EXAMINATION:                                     PAGE
9    By Ms. Koehler                                       4
     By Mr. McCaffrey                              136,215
10   By Mr. Mossinghoff                                211
11
12
13
14   EXHIBITS:                                       PAGE
15   Exhibit 1   Denver Police Department List of
                 Charges for Brian Loma              28
16   Exhibit 2   Video                              106
     Exhibit 3   Plaintiff's Response to AUS Defendant's
17               First Set of Interrogatories, Requests
                 for Production, and Requests for
18               Admission                          127
     Exhibit 4   Plaintiff's Amended Responses to AUS
19               Defendant's First Set of Interrogatories,
                 Requests for Production, and Requests for
20               Admission                          133
     Exhibit 5   Plaintiff's Second Amended Responses to
21               AUS Defendant's First Set of
                 Interrogatories, Requests for Production,
22               and Requests for Admission         134
     Exhibit 6   Brian Loma Case List               169
23   Exhibit 7   YouTube Channel                    188
     Exhibit 8   Video                              192
24
25

Veritext Legal Solutions
800-567-8658                                973-410-4098

**EXHIBIT B**

Page 58

1  Q    Okay.  So you're fairly confident that you
2  probably recorded other interactions with my client at
3  some point before --
4  A    Before and after.
5  Q    Before and after.  Okay.
6       So I know we talked about the incident a
7  little bit, and I know you said that you haven't seen
8  the video recently, but what do you recall about what
9  happened?
10 A    I recall a gentleman sleeping on the
11 ground, I recall a woman shoving me, pushing me away
12 from the ability to video, blocking me, waving their
13 arms to prevent me from filming.  I vaguely remember
14 the EMTs showing up; I remember a police officer
15 coming; I remember being accused of hawking a loogie
16 or spitting on a woman's face where it rolled down her
17 face as an accusation; I remember the police officer
18 asking to see the video and I said, "I'm recording
19 live.  Go get a phone and watch the video from the
20 beginning."
21      I remember a bunch of people showing up to
22 the incident, people that knew me directly; I remember
23 there being a bunch of police officers, and I remember
24 that I went home that night; I did not get jailed.  I
25 was issued a citation instead of an arrest.

Page 118

1    any recollection of something like that happening with
2    Miss Chaplinskiy, correct?
3         A    She was part of a team that participated in
4    the action.
5         Q    Is it fair to say that if in this video
6    there is -- there's no depiction of Miss Chaplinskiy
7    blocking your movement in any way that she did not do
8    that?
9         A    We haven't watched the HALO and other
10   cameras to verify that, but I would say that once she
11   testified to the officer that I assaulted her coworker
12   that she was also --
13        Q    Detaining you?
14        A    Causing my detention, that's correct.
15        Q    Allied Universal did not have any
16   authority, as far as you know, to issue you a summons
17   to appear in court for assault, correct?
18        A    Correct.
19             THE VIDEOGRAPHER:  Real quick, Counsel,
20   your --
21        Q    (BY MS. KOEHLER) Isn't it true that Allied
22   Universal called the police because they didn't have
23   authority to do anything about what was going on?
24   Wouldn't that make sense?
25        A    I would have to suggest that she actually

Page 119

```
1    called the police because I refused to obey her
2    orders.
3         Q    Because, again, Miss Trimble, as a private
4    citizen, doesn't have any authority to detain you as
5    far as you understand, right?
6         A    Right, she didn't have to authority to
7    detain me and stop me from walking down the sidewalk
8    either.  She did that as well.
9         Q    You ultimately received a summons to appear
10   in Denver Municipal Court for a charge of assault for
11   spitting on Miss Trimble, correct?
12        A    Correct.
13        Q    And I think you said this earlier, but you
14   were not arrested and booked into jail as a result,
15   correct?
16        A    Thankfully.
17        Q    Okay.  At any point after this date related
18   to this summons, were you put in jail or otherwise
19   arrested for this incident?
20        A    No.
21        Q    And what is your understanding about the
22   result of the assault summons?  I think you said this
23   earlier, that it was dismissed; is that correct?
24        A    Yeah, after, like, a year and all the crazy
25   things I had to experience.
```

**EXHIBIT B**