# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:21-cv-02214-NYW-SBP

BRIAN LOMA, an individual

    *Plaintiff*,

v.

ALLIED UNIVERSAL SECURITY SERVICES,
FALIESHA LYNETT TRIMBLE, in their individual capacity,
ANGELIKA CHAPLINSKIY, in their individual capacity,
OFFICER BURGER (#98049), in their individual capacity,

    *Defendants*.

---

**DEFENDANTS UNIVERSAL PROTECTION SERVICE, LLC d/b/a ALLIED UNIVERSAL SECURITY SERVICES, FALIESHA LYNETT TRIMBLE, AND ANGELIKA CHAPLINSKIY'S INITIAL EXPERT DISCLOSURES PURSUANT TO FED. R. CIV. P. 26(a)(2)**

---

Defendants, Universal Protection Service, LLC d/b/a Allied Universal Security Services, Faliesha Lynett Trimble, and Angelika Chaplinskiy (collectively referred to herein as "Defendants") by and through undersigned counsel, Wilson Elser Moskowitz Edelman & Dicker, LLP, hereby submit their Disclosure of Expert Witnesses in accordance with Fed. R. Civ. P. 26 (a)(2) as follows:

### INTRODUCTORY STATEMENT APPLICABLE TO ALL DISCLOSURES

Defendants reserve the right to designate any of these disclosed experts as a rebuttal expert. Defendants' cross-designate any and all experts to be disclosed by Plaintiff for the purpose of eliciting or presenting such opinion testimony in Defendants' Case-in-Chief or as being a basis for any opinions disclosed or expressed by Defendants' experts. Defendants' expert witness

**EXHIBIT C**

identification contains, insofar as is possible, a general statement or description of what each expert will testify to. Each and every expert disclosed herein will be made available for deposition such that Plaintiff may inquire about any specific opinion disclosed and the bases therefore.

Defendants state that although it is their present intention to call each and every one of the expert witnesses so identified herein, developments during trial may render it unnecessary for any number of reasons for Defendants to call any particular expert witness at trial such that Defendants' election not to call a particular expert should not be interpreted or construed otherwise.

All expert's reports are fully and completely incorporated by reference in these disclosures, as though fully set forth herein. All expert's testimony will include all information and opinions expressed or referenced in subsequent or supplemental records or reports and in depositions.

## RETAINED EXPERTS PURSUANT TO Fed. Civ. P. 26(a)(2)(B)

All of the identified witness's opinions in this case are based on reasonably reliable principles upon which the witness is qualified to opine and which will be useful and probative to the jury.

All expert's reports are fully and completely incorporated by reference in these disclosures, as though fully set forth herein. All expert's testimony will include all information and opinions expressed or referenced in subsequent or supplemental records or reports and in depositions.

1. **Dan Montgomery**
   Professional Police & Public Safety Consulting, LLC
   1832 S. Lee Street, Unit C
   Lakewood, Colorado 80232
   (303) 888-7922

Mr. Montgomery is an Independent Certified Law Enforcement Litigation Specialist, Certified Force Science Analyst, and Certified Instructor In The Management Of Excited

Delirium/Agitated Chaotic Events And The Prevention Of Arrest-Related In-Custody Deaths. Mr. Montgomery holds an Associate degree in Law Enforcement and a Bachelor of Science degree, *Magna Cum Laude*, in Law Enforcement with a minor in Personnel Management. Mr. Montgomery also holds a Master's Degree in Criminal Justice Administration with an emphasis on Public Administration. Mr. Montgomery is or has been a member of several memberships and organizations including the North Metro Drug Task Force Board of Directors, the West Metro Drug Task Force Board of Directors, the North Metro Combined Critical Incident Investigation Team, the West Metro Combined Critical Incident Investigation Team Board of Directors, Denver Metropolitan Crime Stoppers Board of Directors, the Westminster Public Safety Recognition Foundation Board of Directors, the Jefferson County District Attorney's Adult Diversion Council, the Metropolitan State College Curriculum Development Advisory Council for the Criminal Justice Department, International Association of Chiefs of Police; Colorado Association of Chiefs of Police; Institute for the Prevention of In-Custody Deaths; Force Science Institute; Commission on Accreditation for Law Enforcement Agencies; Lexipol; National Tactical Officers' Association; Americans for Effective Law Enforcement; and the Retired Peace Officers of Colorado. He is a lifetime member of International Association of Chiefs of Police, was a past President of the Denver Metropolitan Association of Chiefs of Police, Colorado Association of Chiefs of Police, the Colorado Association of Chiefs of Police and chair of the association's legislative and professional accreditation committees. Mr. Montgomery has 47 years of experience in the law enforcement industry, the last 25 of which he served as the Chief of Police for the Westminster, Colorado Police Department, and as interim chief of police in Lochbuie, Colorado for one year in 2010.

**EXHIBIT C**

Mr. Montgomery will testify in accordance with his report summarizing his findings and conclusions based upon his education, experience, and review of the records, available body cam footage from the incident, documents disclosed by Plaintiff and Defendants and written discovery responses served in this action, and deposition testimony. A detailed list of all documents and other materials considered by Mr. Montgomery in forming his opinions is included in his report. Mr. Montgomery will testify consistent with his report, which is attached as **Exhibit A.** Mr. Montgomery may also testify in rebuttal to reports produced by Plaintiff in this action. Mr. Montgomery's qualifications, curriculum vitae, fee schedule, and list of prior testimony is attached as **Exhibit B**. He has not authored any publications in the last 10 years.

Mr. Montgomery's opinions are based upon his education, training, experience, and review of the materials listed in his written report. Mr. Montgomery's opinions may further develop as discovery proceeds, and additional facts are discovered, including without limitation, information learned in written discovery, and the deposition of Plaintiff and others, and he may further supplement or otherwise provide additional opinions or explain his opinions further at deposition or trial. Mr. Montgomery also reserves the right to serve as a rebuttal expert to any experts so designated by Plaintiff. Mr. Montgomery may use demonstrative exhibits, photographs, charts, graphs or data summaries to illustrate and/or explain his testimony.

### NON-RETAINED EXPERTS PURSUANT TO Fed. Civ. P. 26(a)(2)(C)

1. **Corporal Robert D. Smith**
   c/o Civil Liability Bureau
   Denver, Colorado 80204
   (720) 913-6362

Without waiver of any objection to the admissibility or introduction of evidence or other testimony, Defendants may rely on the testimony of Corporal Smith as a non-retained expert.

**EXHIBIT C**

Corporal Smith is expected to testify pursuant to Fed. R. Evid. 702 and 703, and consistent with the records produced by the parties and any records maintained by the Denver Police Department related to Plaintiff's February 15, 2019 incident, including without limitation, his interviews and interactions with witnesses on the scene, including Plaintiff and Defendants Chaplinskiy and Trimble, among others, before issuing Plaintiff a summons to appear in Denver Municipal Court for a charge of Assault for spitting on Defendant Trimble. Defendants may call Corporal Smith to testify based on his witness interviews and interactions with Plaintiff, and respective education, training and expertise as a police officer. Defendants may also call Corporal Smith to testify as to the body cam footage captured by a body cam on his person on the date of the incident, and his observations of video footage on witness Bonnie Kutaukas' cell phone related to the incident, which he observed as part of his investigation.

Upon information and belief, Corporal Smith has experience in police procedures including responding to police calls and incidents requiring police intervention or assistance, promoting public safety, investigating criminal activity and unusual persons and circumstances, and making detailed reports of such occurrences, and the apprehension and arrest of violators of criminal and traffic laws.

2. Any expert witness identified pursuant to Fed. R. Civ. P. 26(a)(2).

3. Any expert witness necessary for rebuttal or impeachment.

4. Any expert witness necessary for foundation or authentication of any exhibit.

The foregoing disclosures have been made by Defendants based upon information now known and reasonably available. Defendants acknowledge the continuing duty to supplement disclosures as new information becomes available.

5

**EXHIBIT C**

DATED: November 1, 2023.

                WILSON ELSER MOSKOWITZ EDELMAN & DICKER, LLP

                */s/ Kimberly L. Koehler*
                Jason D. Melichar (Reg. #31114)
                Kimberly L. Koehler (Reg. #47796)
                1225 17th Street, Suite 1700
                Denver, CO 80202
                Telephone: (303) 572-5300
                Facsimile: (303) 572-5301
                Email: jason.melichar@wilsonelser.com
                        kim.koehler@wilsonelser.com
                *Attorneys for Defendants Universal Protection*
                *Service, LLC d/b/a Allied Universal Security Services,*
                *Faliesha Lynett Trimble, and Angelika Chaplinskiy*

**EXHIBIT C**

**CERTIFICATE OF SERVICE**

The undersigned certifies that on this 1st day of November, 2023, a true and correct copy of the foregoing **DEFENDANTS UNIVERSAL PROTECTION SERVICE, LLC d/b/a ALLIED UNIVERSAL SECURITY SERVICES, FALIESHA LYNETT TRIMBLE, AND ANGELIKA CHAPLINSKIY'S INITIAL EXPERT DISCLOSURES PURSUANT TO FED. R. CIV. P. 26(a)(2)** was served via email as follows:

**Stephen B. Baumgartner, Esq.**
BAUMGARTNER LAW, LLC
730 17th Street, Suite 340
Denver, CO 80202
Email: birk@baumgartnerlaw.com
*Attorneys for Plaintiff Brian Loma*

**Kevin Patrick McCaffrey, Esq.**
CITY AND COUNTY OF DENVER
201 West Colfax Avenue, Dept. 1108
Denver, CO 80202
Email: kevin.mccaffrey@denvergov.org
*Attorney for Defendant Officer Berger*

*/s/ Kimberly L. Koehler*
Kimberly L. Koehler

**EXHIBIT C**