IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No.: 21-cv-2214-NYW-KLM

**BRIAN LOMA**, an individual,
    Plaintiff

v.

**ALLIED UNIVERSAL SECURITY SERVICES**,
**FALIESHA LYNETT TRIMBLE**, in their individual capacity,
**ANGELIKA CHAPLINSKIY**, in their individual capacity,
**OFFICER BERGER (#98049),** in their individual capacity
    Defendants.

---

### UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO THE TWO MOTIONS FOR SUMMARY JUDGEMENT FILED BY DEFENDANTS

COMES NOW Plaintiff Brian Loma, by and through undersigned, to respectfully submit this Unopposed Motion for an Extension of Time to Respond to the Two Motions for Summary Judgement Filed by Defendants and, as grounds, states as follows:

### CERTIFICATE OF CONFERRAL

Undersigned counsel certifies that they have conferred with counsel for all other parties who do not oppose the relief sought herein.

---

1.    On April 1, 2024, Defendant Berger filed his Motion for Summary Judgement [ECF 80].

2.    On April 1, 2024, Defendants Allied Universal, Trimble, and Chaplinsky filed their Motion for Summary Judgment [ECF 81].

3.    Undersigned Counsel has been ill for several days and continues to be ill.

4.      As such, Plaintiff requests a brief extension up to an including April 29, 2024, to respond to the two Motions for Summary Judgement.

5.      This is the first request for extension to respond to any summary judgment in this case, and it should not prejudice or otherwise impact any other deadlines or proceedings in this matter.

Dated this 22nd day of April, 2024.

Respectfully submitted,
BAUMGARTNER LAW, L.L.C.
*Original signature on file at Baumgartner Law, L.L.C.*

*s/ S. Birk Baumgartner*
S. Birk Baumgartner
Baumgartner Law, LLC
300 E. Hampden Ave., Ste. 401
Englewood, CO 80113
Phone: (303) 529-3476
Fax: (720) 634-1018
Birk@baumgartnerlaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 22nd day of April, 2024, a true and correct copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system, which will serve the following:

Jodanna L. Haskins
City and County of Denver
City Attorney's Office
*Attorneys for Denver Defendants*

Jason D. Melichar
Kimberly L. Koehler
Wilson Elser Moskowitz Edelman & Dicker LLP
*Attorneys for AUS Defendants*

                                           *s/ Carly C. Kelley*
                                           Carly C. Kelley