| | |
|---|---|
| **Subject:** | RE: Re: Brian Loma v. City and County of Denver, et al.; WEMED 20155.87 - Proposed Amended Scheduling Order |
| **Date:** | Thursday, July 20, 2023 at 2:53:02 PM Mountain Daylight Time |
| **From:** | Koehler, Kim |
| **To:** | Birk Baumgartner, McCaffrey, Kevin - CAO CL0357 Assistant City Attorney Senior, Daniel Mossinghoff, Carly Kelley |
| **CC:** | Haskins, Jodanna - CAO Senior Assistant City Attorney - City Attorney's Office, Atencio, Meghan, Melichar, Jason D., Geddes, Jackie, Silk, Bryson - CAO Paralegal I - City Attorney's Office, Vogel, Julie, DeVico, Laura |
| **Attachments:** | image003.png, image004.png, image005.png, image006.png, 20230719 Proposed Scheduling Order - BB Edits.docx |

Hi Birk,

Thank you for the clarification. I added a few additional redlines on page 5 to the attached draft based on your email. If Plaintiff only seeks to amend to clarify the existing allegations and single claim already pending, then it will depend on the exact language in the proposed amended Complaint as to whether we will object to any motion for leave to amend at that time.

If Kevin is OK with the draft as-is with our collective redlines, you may file with my s/signature after cleaning it up. I believe you are also required to submit to the court via email in Word format. Please copy all counsel on that email.

Thanks.

Kim Koehler
Attorney at Law
Wilson Elser Moskowitz Edelman & Dicker LLP
1225 17th Street, Suite 1700
Denver, CO 80202
303.572.5311 (Direct)
720.425.0872 (Cell)
303.572.5300 (Main)
303.572.5301 (Fax)
kim.koehler@wilsonelser.com

---

**From:** Birk Baumgartner [mailto:birk@baumgartnerlaw.com]
**Sent:** Thursday, July 20, 2023 1:39 PM
**To:** Koehler, Kim <Kim.Koehler@wilsonelser.com>; McCaffrey, Kevin - CAO CL0357 Assistant City Attorney Senior <Kevin.Mccaffrey@denvergov.org>; Daniel Mossinghoff <daniel@baumgartnerlaw.com>; Carly Kelley <carly@baumgartnerlaw.com>
**Cc:** Haskins, Jodanna - CAO Senior Assistant City Attorney - City Attorney's Office <Jodanna.Haskins@denvergov.org>; Atencio, Meghan <Meghan.Atencio@wilsonelser.com>; Melichar, Jason D. <Jason.Melichar@wilsonelser.com>; Geddes, Jackie <Jackie.Geddes@wilsonelser.com>; Silk, Bryson - CAO Paralegal I - City Attorney's Office <Bryson.Silk@denvergov.org>; Vogel, Julie <Julie.Vogel@wilsonelser.com>; DeVico, Laura <Laura.DeVico@wilsonelser.com>
**Subject:** Re: Re: Brian Loma v. City and County of Denver, et al.; WEMED 20155.87 - Proposed Amended Scheduling Order

**[EXTERNAL EMAIL]**

Hi Kim,

No new allegations or causes of action. Mr. Yoast, who drafted and filed the suit simply miscategorized the malicious prosecution against the AUS defendants under the federal claims portion of the Complaint, instead of the Colorado common law claims. I am simply seeking to clarify that in the pleadings.

--
Best regards,
Birk Baumgartner

**Baumgartner LAW**

EQUITABLE BUILDING
730 17th Street - Suite 340
Denver, CO 80202
Office: (303) 529-3476
Fax    : (720) 634-1018
birk@baumgartnerlaw.com

\* This e-mail (including any attachments) is covered by the Electronic Communications Privacy Act, 18 U.S.C. " 2510-2521, is confidential, and is privileged. This e-mail is solely for the use of the addressee(s) named above. Receipt by anyone other than the individual recipient is NOT a waiver of attorney-client privilege.

---

**From:** Koehler, Kim <Kim.Koehler@wilsonelser.com>
**Date:** Thursday, July 20, 2023 at 12:10 PM
**To:** Birk Baumgartner <birk@baumgartnerlaw.com>, McCaffrey, Kevin - CAO CL0357 Assistant City Attorney Senior <Kevin.Mccaffrey@denvergov.org>, Daniel Mossinghoff <daniel@baumgartnerlaw.com>, Carly Kelley <carly@baumgartnerlaw.com>
**Cc:** Haskins, Jodanna - CAO Senior Assistant City Attorney - City Attorney's Office <Jodanna.Haskins@denvergov.org>, Atencio, Meghan <Meghan.Atencio@wilsonelser.com>, Melichar, Jason D. <Jason.Melichar@wilsonelser.com>, Geddes, Jackie <Jackie.Geddes@wilsonelser.com>, Silk, Bryson - CAO Paralegal I - City Attorney's Office <Bryson.Silk@denvergov.org>, Vogel, Julie <Julie.Vogel@wilsonelser.com>, DeVico, Laura <Laura.DeVico@wilsonelser.com>
**Subject:** RE: Re: Brian Loma v. City and County of Denver, et al.; WEMED 20155.87 - Proposed Amended Scheduling Order

Birk,

I'm concerned about the indication in the Order on page 5 that you intend to amend to add new claims against my clients.  What is the legal and factual basis for additional claims and/or allegations at this point in the litigation?  No discovery was conducted before the case was stayed so any additional claims would certainly not be based on any new information.  This is something that we did not discuss in our call.  If Plaintiff is planning on amending the Complaint to bring additional claims against my client, that could affect the scope of the proposed discovery that we already agreed to in the proposed Scheduling Order.  It's also possible they are time barred at this point based on the applicable statute of limitations.  I added edits to this effect on page 5, but we need to discuss this.

Please see my attached redlines.  I'm fine with all other edits.  Thanks.

Kim Koehler
Attorney at Law
Wilson Elser Moskowitz Edelman & Dicker LLP
1225 17th Street, Suite 1700
Denver, CO 80202
303.572.5311 (Direct)
720.425.0872 (Cell)
303.572.5300 (Main)
303.572.5301 (Fax)
kim.koehler@wilsonelser.com

**From:** Birk Baumgartner [mailto:birk@baumgartnerlaw.com]
**Sent:** Thursday, July 20, 2023 11:27 AM
**To:** Koehler, Kim <Kim.Koehler@wilsonelser.com>; McCaffrey, Kevin - CAO CL0357 Assistant City Attorney Senior <Kevin.Mccaffrey@denvergov.org>; Daniel Mossinghoff <daniel@baumgartnerlaw.com>; Carly Kelley <carly@baumgartnerlaw.com>
**Cc:** Haskins, Jodanna - CAO Senior Assistant City Attorney - City Attorney's Office <Jodanna.Haskins@denvergov.org>; Atencio, Meghan <Meghan.Atencio@wilsonelser.com>; Melichar, Jason D. <Jason.Melichar@wilsonelser.com>; Geddes, Jackie <Jackie.Geddes@wilsonelser.com>; Silk, Bryson - CAO Paralegal I - City Attorney's Office <Bryson.Silk@denvergov.org>
**Subject:** Re: Re: Brian Loma v. City and County of Denver, et al.; WEMED 20155.87 - Proposed Amended Scheduling Order

**[EXTERNAL EMAIL]**

Please see attached my edits and additions. Again, thanks for getting the ball rolling.

--
Best regards,
Birk Baumgartner

Baumgartner LAW

EQUITABLE BUILDING
730 17th Street - Suite 340
Denver, CO 80202
Office: (303) 529-3476
Fax    : (720) 634-1018
birk@baumgartnerlaw.com

* This e-mail (including any attachments) is covered by the Electronic Communications Privacy Act, 18 U.S.C. " 2510-2521, is confidential, and is privileged. This e-mail is solely for the use of the addressee(s) named above. Receipt by anyone other than the individual recipient is NOT a waiver of attorney-client privilege.

**From:** Birk Baumgartner <birk@baumgartnerlaw.com>
**Date:** Wednesday, July 19, 2023 at 4:36 PM
**To:** Koehler, Kim <Kim.Koehler@wilsonelser.com>, McCaffrey, Kevin - CAO CL0357 Assistant City Attorney Senior <Kevin.Mccaffrey@denvergov.org>, Daniel Mossinghoff <daniel@baumgartnerlaw.com>, Carly Kelley <carly@baumgartnerlaw.com>
**Cc:** Haskins, Jodanna - CAO Senior Assistant City Attorney - City Attorney's Office

<Jodanna.Haskins@denvergov.org>, Atencio, Meghan <Meghan.Atencio@wilsonelser.com>, Melichar, Jason D. <Jason.Melichar@wilsonelser.com>, Geddes, Jackie <Jackie.Geddes@wilsonelser.com>, Silk, Bryson - CAO Paralegal I - City Attorney's Office <Bryson.Silk@denvergov.org>
**Subject:** Re: Re: Brian Loma v. City and County of Denver, et al.; WEMED 20155.87 - Proposed Amended Scheduling Order

Yes, I will get something out by tomorrow morning.

--
Best regards,
Birk Baumgartner

Baumgartner LAW

EQUITABLE BUILDING
730 17th Street - Suite 340
Denver, CO 80202
Office: (303) 529-3476
Fax    : (720) 634-1018
birk@baumgartnerlaw.com
**\*** This e-mail (including any attachments) is covered by the Electronic Communications Privacy Act, 18 U.S.C. " 2510-2521, is confidential, and is privileged. This e-mail is solely for the use of the addressee(s) named above. Receipt by anyone other than the individual recipient is NOT a waiver of attorney-client privilege.

---

**From:** Koehler, Kim <Kim.Koehler@wilsonelser.com>
**Date:** Wednesday, July 19, 2023 at 4:03 PM
**To:** Birk Baumgartner <birk@baumgartnerlaw.com>, McCaffrey, Kevin - CAO CL0357 Assistant City Attorney Senior <Kevin.Mccaffrey@denvergov.org>, Daniel Mossinghoff <daniel@baumgartnerlaw.com>, Carly Kelley <carly@baumgartnerlaw.com>
**Cc:** Haskins, Jodanna - CAO Senior Assistant City Attorney - City Attorney's Office <Jodanna.Haskins@denvergov.org>, Atencio, Meghan <Meghan.Atencio@wilsonelser.com>, Melichar, Jason D. <Jason.Melichar@wilsonelser.com>, Geddes, Jackie <Jackie.Geddes@wilsonelser.com>, Silk, Bryson - CAO Paralegal I - City Attorney's Office <Bryson.Silk@denvergov.org>
**Subject:** RE: Re: Brian Loma v. City and County of Denver, et al.; WEMED 20155.87 - Proposed Amended Scheduling Order

Birk,

I am going to be in a deposition most of tomorrow afternoon. Are you able to send your redlines to the draft tomorrow morning?

Thanks.

Kim Koehler
Attorney at Law
Wilson Elser Moskowitz Edelman & Dicker LLP
1225 17th Street, Suite 1700
Denver, CO 80202
303.572.5311 (Direct)
720.425.0872 (Cell)

303.572.5300 (Main)
303.572.5301 (Fax)
kim.koehler@wilsonelser.com

---

**From:** Birk Baumgartner [mailto:birk@baumgartnerlaw.com]
**Sent:** Tuesday, July 18, 2023 4:50 PM
**To:** Koehler, Kim <Kim.Koehler@wilsonelser.com>; McCaffrey, Kevin - CAO CL0357 Assistant City Attorney Senior <Kevin.Mccaffrey@denvergov.org>; Daniel Mossinghoff <daniel@baumgartnerlaw.com>; Carly Kelley <carly@baumgartnerlaw.com>
**Cc:** Haskins, Jodanna - CAO Senior Assistant City Attorney - City Attorney's Office <Jodanna.Haskins@denvergov.org>; Atencio, Meghan <Meghan.Atencio@wilsonelser.com>; Melichar, Jason D. <Jason.Melichar@wilsonelser.com>; Geddes, Jackie <Jackie.Geddes@wilsonelser.com>; Silk, Bryson - CAO Paralegal I - City Attorney's Office <Bryson.Silk@denvergov.org>
**Subject:** Re: Re: Brian Loma v. City and County of Denver, et al.; WEMED 20155.87 - Proposed Amended Scheduling Order

**[EXTERNAL EMAIL]**

Thanks, Kevin for getting a jump on this, and Kim for your redlines. I just got internet access this afternoon, so will review tonight. Hopefully I will have a draft to you this evening, but it may be tomorrow.

--
Best regards,
Birk Baumgartner

**Baumgartner LAW**

EQUITABLE BUILDING
730 17th Street - Suite 340
Denver, CO 80202
Office: (303) 529-3476
Fax    : (720) 634-1018
birk@baumgartnerlaw.com

* This e-mail (including any attachments) is covered by the Electronic Communications Privacy Act, 18 U.S.C. " 2510-2521, is confidential, and is privileged. This e-mail is solely for the use of the addressee(s) named above. Receipt by anyone other than the individual recipient is NOT a waiver of attorney-client privilege.

---

**From:** Koehler, Kim <Kim.Koehler@wilsonelser.com>
**Date:** Monday, July 17, 2023 at 11:50 AM
**To:** McCaffrey, Kevin - CAO CL0357 Assistant City Attorney Senior <Kevin.Mccaffrey@denvergov.org>, Birk Baumgartner <birk@baumgartnerlaw.com>, Daniel Mossinghoff <daniel@baumgartnerlaw.com>, Carly Kelley <carly@baumgartnerlaw.com>
**Cc:** Haskins, Jodanna - CAO Senior Assistant City Attorney - City Attorney's Office <Jodanna.Haskins@denvergov.org>, Atencio, Meghan <Meghan.Atencio@wilsonelser.com>, Melichar, Jason D. <Jason.Melichar@wilsonelser.com>, Geddes, Jackie <Jackie.Geddes@wilsonelser.com>, Silk, Bryson - CAO Paralegal I - City Attorney's Office <Bryson.Silk@denvergov.org>
**Subject:** RE: Re: Brian Loma v. City and County of Denver, et al.; WEMED 20155.87 - Proposed

Amended Scheduling Order

Thanks, Kevin. Please see my redlines attached.

Kim Koehler
Attorney at Law
Wilson Elser Moskowitz Edelman & Dicker LLP
1225 17th Street, Suite 1700
Denver, CO 80202
303.572.5311 (Direct)
720.425.0872 (Cell)
303.572.5300 (Main)
303.572.5301 (Fax)
kim.koehler@wilsonelser.com

---

**From:** McCaffrey, Kevin - CAO CL0357 Assistant City Attorney Senior [mailto:Kevin.Mccaffrey@denvergov.org]
**Sent:** Monday, July 17, 2023 9:57 AM
**To:** Koehler, Kim <Kim.Koehler@wilsonelser.com>; birk@baumgartnerlaw.com; Daniel@baumgartnerlaw.com; Carly Kelley <carly@baumgartnerlaw.com>
**Cc:** Haskins, Jodanna - CAO Senior Assistant City Attorney - City Attorney's Office <Jodanna.Haskins@denvergov.org>; Atencio, Meghan <Meghan.Atencio@wilsonelser.com>; Melichar, Jason D. <Jason.Melichar@wilsonelser.com>; Geddes, Jackie <Jackie.Geddes@wilsonelser.com>; Silk, Bryson - CAO Paralegal I - City Attorney's Office <Bryson.Silk@denvergov.org>
**Subject:** RE: Re: Brian Loma v. City and County of Denver, et al.; WEMED 20155.87 - Proposed Amended Scheduling Order

**[EXTERNAL EMAIL]**

In order to ensure that we comply with the Court's Order to present a scheduling order by July 21, 2023, attached please find a draft for your review and comment.

---

**From:** Koehler, Kim <Kim.Koehler@wilsonelser.com>
**Sent:** Friday, July 14, 2023 8:20 AM
**To:** McCaffrey, Kevin - CAO CL0357 Assistant City Attorney Senior <Kevin.Mccaffrey@denvergov.org>; birk@baumgartnerlaw.com; Daniel@baumgartnerlaw.com; Carly Kelley <carly@baumgartnerlaw.com>
**Cc:** Haskins, Jodanna - CAO Senior Assistant City Attorney - City Attorney's Office <Jodanna.Haskins@denvergov.org>; Atencio, Meghan <Meghan.Atencio@wilsonelser.com>; Melichar, Jason D. <Jason.Melichar@wilsonelser.com>; Geddes, Jackie <Jackie.Geddes@wilsonelser.com>
**Subject:** [EXTERNAL] RE: Re: Brian Loma v. City and County of Denver, et al.; WEMED 20155.87 - Proposed Amended Scheduling Order

Hi Daniel and Carly,

Can one of you please assist with the below request? We have a deadline of July 21 to file an amended proposed Scheduling Order with the Court, and haven't received a draft to date. Thanks.

Kim Koehler
Attorney at Law
Wilson Elser Moskowitz Edelman & Dicker LLP
1225 17th Street, Suite 1700

Denver, CO 80202
303.572.5311 (Direct)
720.425.0872 (Cell)
303.572.5300 (Main)
303.572.5301 (Fax)
kim.koehler@wilsonelser.com

---

**From:** Koehler, Kim
**Sent:** Monday, July 10, 2023 4:04 PM
**To:** McCaffrey, Kevin - CAO CL0357 Assistant City Attorney Senior <Kevin.Mccaffrey@denvergov.org>; birk@baumgartnerlaw.com
**Cc:** Haskins, Jodanna - CAO Senior Assistant City Attorney - City Attorney's Office <Jodanna.Haskins@denvergov.org>; Atencio, Meghan <Meghan.Atencio@wilsonelser.com>; Melichar, Jason D. <Jason.Melichar@wilsonelser.com>; Geddes, Jackie <Jackie.Geddes@wilsonelser.com>
**Subject:** RE: Re: Brian Loma v. City and County of Denver, et al.; WEMED 20155.87 - Proposed Amended Scheduling Order

Hi Birk,

When can we expect the draft proposed Amended Scheduling Order?

Thanks.

Kim Koehler
Attorney at Law
Wilson Elser Moskowitz Edelman & Dicker LLP
1225 17th Street, Suite 1700
Denver, CO 80202
303.572.5311 (Direct)
720.425.0872 (Cell)
303.572.5300 (Main)
303.572.5301 (Fax)
kim.koehler@wilsonelser.com

---

**From:** Koehler, Kim
**Sent:** Wednesday, June 28, 2023 5:47 PM
**To:** McCaffrey, Kevin - CAO CL0357 Assistant City Attorney Senior <Kevin.Mccaffrey@denvergov.org>; birk@baumgartnerlaw.com
**Cc:** Haskins, Jodanna - CAO Senior Assistant City Attorney - City Attorney's Office <Jodanna.Haskins@denvergov.org>; Atencio, Meghan <Meghan.Atencio@wilsonelser.com>; Melichar, Jason D. <Jason.Melichar@wilsonelser.com>; Geddes, Jackie <Jackie.Geddes@wilsonelser.com>; DeVico, Laura <Laura.DeVico@wilsonelser.com>
**Subject:** RE: Re: Brian Loma v. City and County of Denver, et al.; WEMED 20155.87 - Proposed Amended Scheduling Order

Hi Birk,

I know we have some time to get the proposed Scheduling Order on file with the Court, but I just wanted to follow up on the status of receiving a draft from your office. Please let me know.

Thanks!

Kim Koehler

Attorney at Law
Wilson Elser Moskowitz Edelman & Dicker LLP
1225 17th Street, Suite 1700
Denver, CO 80202
303.572.5311 (Direct)
720.425.0872 (Cell)
303.572.5300 (Main)
303.572.5301 (Fax)
kim.koehler@wilsonelser.com

---

**From:** McCaffrey, Kevin - CAO CL0357 Assistant City Attorney Senior [mailto:Kevin.Mccaffrey@denvergov.org]
**Sent:** Friday, June 9, 2023 11:00 AM
**To:** Koehler, Kim <Kim.Koehler@wilsonelser.com>; Azaveda, Skylar <Skylar.Azaveda@wilsonelser.com>; birk@baumgartnerlaw.com
**Cc:** Haskins, Jodanna - CAO Senior Assistant City Attorney - City Attorney's Office <Jodanna.Haskins@denvergov.org>; Melichar, Jason D. <Jason.Melichar@wilsonelser.com>; Polson, Kristen <Kristen.Polson@wilsonelser.com>
**Subject:** RE: Re: Brian Loma v. City and County of Denver, et al.; WEMED 20155.87 - Proposed Amended Scheduling Order

**[EXTERNAL EMAIL]**

Yes, I am available on Wednesday, June14 at 10:00 a.m.

---

**From:** Koehler, Kim <Kim.Koehler@wilsonelser.com>
**Sent:** Friday, June 9, 2023 10:59 AM
**To:** Azaveda, Skylar <Skylar.Azaveda@wilsonelser.com>; birk@baumgartnerlaw.com
**Cc:** McCaffrey, Kevin - CAO CL0357 Assistant City Attorney Senior <Kevin.Mccaffrey@denvergov.org>; Haskins, Jodanna - CAO Senior Assistant City Attorney - City Attorney's Office <Jodanna.Haskins@denvergov.org>; Melichar, Jason D. <Jason.Melichar@wilsonelser.com>; Polson, Kristen <Kristen.Polson@wilsonelser.com>
**Subject:** [EXTERNAL] RE: Re: Brian Loma v. City and County of Denver, et al.; WEMED 20155.87 - Proposed Amended Scheduling Order

Hi Kevin,

Are you also able to join the call on behalf of the Denver City Defendants to discuss a new proposed Amended Scheduling Order?

Kim Koehler
Attorney at Law
Wilson Elser Moskowitz Edelman & Dicker LLP
1225 17th Street, Suite 1700
Denver, CO 80202
303.572.5311 (Direct)
720.425.0872 (Cell)
303.572.5300 (Main)
303.572.5301 (Fax)
kim.koehler@wilsonelser.com

---

**From:** Azaveda, Skylar
**Sent:** Friday, June 9, 2023 9:48 AM
**To:** Koehler, Kim <Kim.Koehler@wilsonelser.com>; birk@baumgartnerlaw.com

**Cc:** kevin.mccaffrey@denvergov.org; Jodanna.haskins@denvergov.org; Melichar, Jason D. <Jason.Melichar@wilsonelser.com>; Polson, Kristen <Kristen.Polson@wilsonelser.com>
**Subject:** RE: Re: Brian Loma v. City and County of Denver, et al.; WEMED 20155.87 - Proposed Amended Scheduling Order

Good Morning Mr. Baumgartner,

I just spoke with Carly at your office and this is to confirm your call with Attorney Kim Koehler at 10:00 MST on Wednesday, June 14, 2023; you will be calling her direct line. Please reach out with any questions.

Thank you very much,

Skylar Azaveda
Legal Secretary
Wilson Elser Moskowitz Edelman & Dicker LLP
1225 17th Street, Suite 1700
Denver, CO 80202
303.572.5342 (Direct)
303.572.5300 (Main)
303.572.5301 (Fax)
skylar.azaveda@wilsonelser.com
pronouns: she, her, hers

---

**From:** Koehler, Kim
**Sent:** Friday, June 2, 2023 9:27 AM
**To:** birk@baumgartnerlaw.com
**Cc:** kevin.mccaffrey@denvergov.org; Jodanna.haskins@denvergov.org; Melichar, Jason D. <Jason.Melichar@wilsonelser.com>; Azaveda, Skylar <Skylar.Azaveda@wilsonelser.com>; Polson, Kristen <Kristen.Polson@wilsonelser.com>
**Subject:** RE: Re: Brian Loma v. City and County of Denver, et al.; WEMED 20155.87 - Proposed Amended Scheduling Order

Hi Stephen,

I write to follow up on the below email. Please let me know whether you intend to circulate a proposed amended Scheduling Order and/or set up a call to discuss a new proposed discovery schedule so that we can get this case moving forward again now that the stay has been lifted.

Thanks.

Kim Koehler
Attorney at Law
Wilson Elser Moskowitz Edelman & Dicker LLP
1225 17th Street, Suite 1700
Denver, CO 80202
303.572.5311 (Direct)
720.425.0872 (Cell)
303.572.5300 (Main)
303.572.5301 (Fax)
kim.koehler@wilsonelser.com

---

**From:** Koehler, Kim
**Sent:** Wednesday, May 24, 2023 3:31 PM

**To:** birk@baumgartnerlaw.com
**Cc:** kevin.mccaffrey@denvergov.org; Jodanna.haskins@denvergov.org; Melichar, Jason D. <Jason.Melichar@wilsonelser.com>; Azaveda, Skylar <Skylar.Azaveda@wilsonelser.com>; Polson, Kristen <Kristen.Polson@wilsonelser.com>
**Subject:** Re: Brian Loma v. City and County of Denver, et al.; WEMED 20155.87 - Proposed Amended Scheduling Order

Hi Stephen,

I represent the Allied Universal Security Services Defendants in this action. I wanted to reach out to you, as I think it's been close to two months already since the Court ruled on the Denver Defendants' motion to dismiss and lifted the stay but we haven't heard from you with respect to getting a proposed amended Scheduling Order before the Court. Please advise when we can expect a draft amended Scheduling Order will be circulated for the Defendants' review and/or if you'd like to set up a call soon to discuss.

Thanks.

Kim Koehler
Attorney at Law
Wilson Elser Moskowitz Edelman & Dicker LLP
1225 17th Street, Suite 1700
Denver, CO 80202
303.572.5311 (Direct)
720.425.0872 (Cell)
303.572.5300 (Main)
303.572.5301 (Fax)
kim.koehler@wilsonelser.com

```
CONFIDENTIALITY NOTICE: This electronic message is intended to be
viewed only by the individual or entity to whom it is addressed.
It may contain information that is privileged, confidential and
exempt from disclosure under applicable law. Any dissemination,
distribution or copying of this communication is strictly prohibited
without our prior permission. If the reader of this message is not
the intended recipient, or the employee or agent responsible for
delivering the message to the intended recipient, or if you have
received this communication in error, please notify us immediately by
return e-mail and delete the original message and any copies of it
from your computer system.

For further information about Wilson, Elser, Moskowitz, Edelman &
Dicker LLP, please see our website at www.wilsonelser.com or refer to
any of our offices.
```
Thank you.
```
CONFIDENTIALITY NOTICE: This electronic message is intended to be
viewed only by the individual or entity to whom it is addressed.
It may contain information that is privileged, confidential and
exempt from disclosure under applicable law. Any dissemination,
distribution or copying of this communication is strictly prohibited
without our prior permission. If the reader of this message is not
the intended recipient, or the employee or agent responsible for
delivering the message to the intended recipient, or if you have
received this communication in error, please notify us immediately by
return e-mail and delete the original message and any copies of it
from your computer system.

For further information about Wilson, Elser, Moskowitz, Edelman &
```

```
Dicker LLP, please see our website at www.wilsonelser.com or refer to
any of our offices.
Thank you.
CONFIDENTIALITY NOTICE: This electronic message is intended to be
viewed only by the individual or entity to whom it is addressed.
It may contain information that is privileged, confidential and
exempt from disclosure under applicable law. Any dissemination,
distribution or copying of this communication is strictly prohibited
without our prior permission. If the reader of this message is not
the intended recipient, or the employee or agent responsible for
delivering the message to the intended recipient, or if you have
received this communication in error, please notify us immediately by
return e-mail and delete the original message and any copies of it
from your computer system.


For further information about Wilson, Elser, Moskowitz, Edelman &
Dicker LLP, please see our website at www.wilsonelser.com or refer to
any of our offices.
Thank you.
CONFIDENTIALITY NOTICE: This electronic message is intended to be
viewed only by the individual or entity to whom it is addressed.
It may contain information that is privileged, confidential and
exempt from disclosure under applicable law. Any dissemination,
distribution or copying of this communication is strictly prohibited
without our prior permission. If the reader of this message is not
the intended recipient, or the employee or agent responsible for
delivering the message to the intended recipient, or if you have
received this communication in error, please notify us immediately by
return e-mail and delete the original message and any copies of it
from your computer system.


For further information about Wilson, Elser, Moskowitz, Edelman &
Dicker LLP, please see our website at www.wilsonelser.com or refer to
any of our offices.
Thank you.
CONFIDENTIALITY NOTICE: This electronic message is intended to be
viewed only by the individual or entity to whom it is addressed.
It may contain information that is privileged, confidential and
exempt from disclosure under applicable law. Any dissemination,
distribution or copying of this communication is strictly prohibited
without our prior permission. If the reader of this message is not
the intended recipient, or the employee or agent responsible for
delivering the message to the intended recipient, or if you have
received this communication in error, please notify us immediately by
return e-mail and delete the original message and any copies of it
from your computer system.


For further information about Wilson, Elser, Moskowitz, Edelman &
Dicker LLP, please see our website at www.wilsonelser.com or refer to
any of our offices.
Thank you.
CONFIDENTIALITY NOTICE: This electronic message is intended to be
viewed only by the individual or entity to whom it is addressed.
It may contain information that is privileged, confidential and
exempt from disclosure under applicable law. Any dissemination,
distribution or copying of this communication is strictly prohibited
without our prior permission. If the reader of this message is not
the intended recipient, or the employee or agent responsible for
delivering the message to the intended recipient, or if you have
received this communication in error, please notify us immediately by
return e-mail and delete the original message and any copies of it
```

```
from your computer system.

For further information about Wilson, Elser, Moskowitz, Edelman &
Dicker LLP, please see our website at www.wilsonelser.com or refer to
any of our offices.
```
Thank you.