# EXHIBIT A

---

**From:** Koehler, Kim <Kim.Koehler@wilsonelser.com>
**Sent:** Monday, March 25, 2024 10:52 AM
**To:** McCaffrey, Kevin - CAO CL0357 Assistant City Attorney Senior <Kevin.Mccaffrey@denvergov.org>; Birk Baumgartner <birk@baumgartnerlaw.com>; Sydney Kossow <sydney@baumgartnerlaw.com>
**Cc:** Maldonado, Cristina <Cristina.Maldonado@wilsonelser.com>; Silk, Bryson - CAO Paralegal I - City Attorney's Office <Bryson.Silk@denvergov.org>; Melichar, Jason D. <Jason.Melichar@wilsonelser.com>; Vogel, Julie <Julie.Vogel@wilsonelser.com>; Carly Kelley <carly@baumgartnerlaw.com>; Sarah Bennett <sarah@baumgartnerlaw.com>
**Subject:** RE: Loma v. Allied Universal Security, et al.; WEMED 20155.87 - Corporal Smith Dep Canceled Tomorrow, 2/29/24

Hi Birk,

Thanks for the call last week.  I have since spoken with my clients.  They would like me to proceed with the motion for summary judgment under the current deadline of April 1 and are not willing to move to extend it based on your request for same.  With respect to your motion to withdraw, we only oppose it if it will result in a motion to reopen discovery (including fact and expert discovery).  Please specifically note this as our position in the conferral paragraph of your motion.  Thanks.

Kim Koehler
Attorney at Law
Wilson Elser Moskowitz Edelman & Dicker LLP
1225 17th Street, Suite 1700
Denver, CO 80202
303.572.5311 (Direct)
720.425.0872 (Cell)
303.572.5300 (Main)
303.572.5301 (Fax)
kim.koehler@wilsonelser.com

---

**From:** Koehler, Kim
**Sent:** Friday, March 22, 2024 4:15 PM
**To:** McCaffrey, Kevin - CAO CL0357 Assistant City Attorney Senior <Kevin.Mccaffrey@denvergov.org>; Birk Baumgartner <birk@baumgartnerlaw.com>; Sydney Kossow <sydney@baumgartnerlaw.com>
**Cc:** Maldonado, Cristina <Cristina.Maldonado@wilsonelser.com>; Silk, Bryson - CAO Paralegal I - City Attorney's Office <Bryson.Silk@denvergov.org>; Melichar, Jason D. <Jason.Melichar@wilsonelser.com>; Vogel, Julie <Julie.Vogel@wilsonelser.com>; Carly Kelley <carly@baumgartnerlaw.com>; Sarah Bennett <sarah@baumgartnerlaw.com>
**Subject:** RE: Loma v. Allied Universal Security, et al.; WEMED 20155.87 - Corporal Smith Dep Canceled Tomorrow, 2/29/24

Birk,

We intend to oppose the motion to withdraw if the result is a motion to reopen discovery or any other motion that will result in delaying this case being brought to a resolution, including any requests for enlargement of time to respond to

**EXHIBIT A**

our dispositive motion so that Mr. Loma can obtain substitute counsel.  Do you know whether Mr. Loma intends to retain a new attorney, or is he planning on proceeding pro se?  Is your client willing to agree to voluntarily dismiss his claims before any such motion to withdraw would be granted?  You may want to tell your client if we incur the fees to prepare a dispositive motion and Mr. Loma fails to respond to it, I will likely move for my fees against him for being forced to file such a motion.  If he truly has no intent on continuing to prosecute his claims after you withdraw, we would ask that he simply agree to allow you to execute a stipulation of dismissal.  Some clarity would be appreciated on these points.  I'm in a deposition next Tuesday that starts at 10 am, but can be available for a call between 8:00 – 10:00.  Otherwise, a late afternoon call should work around 3:00 or 4:00 pm.  Thanks.

Kim Koehler
Attorney at Law
Wilson Elser Moskowitz Edelman & Dicker LLP
1225 17th Street, Suite 1700
Denver, CO 80202
303.572.5311 (Direct)
720.425.0872 (Cell)
303.572.5300 (Main)
303.572.5301 (Fax)
kim.koehler@wilsonelser.com

**From:** McCaffrey, Kevin - CAO CL0357 Assistant City Attorney Senior <Kevin.Mccaffrey@denvergov.org>
**Sent:** Friday, March 22, 2024 3:56 PM
**To:** Birk Baumgartner <birk@baumgartnerlaw.com>; Koehler, Kim <Kim.Koehler@wilsonelser.com>; Sydney Kossow <sydney@baumgartnerlaw.com>
**Cc:** Maldonado, Cristina <Cristina.Maldonado@wilsonelser.com>; Silk, Bryson - CAO Paralegal I - City Attorney's Office <Bryson.Silk@denvergov.org>; Melichar, Jason D. <Jason.Melichar@wilsonelser.com>; Vogel, Julie <Julie.Vogel@wilsonelser.com>; Carly Kelley <carly@baumgartnerlaw.com>; Sarah Bennett <sarah@baumgartnerlaw.com>
**Subject:** RE: Loma v. Allied Universal Security, et al.; WEMED 20155.87 - Corporal Smith Dep Canceled Tomorrow, 2/29/24

**EXTERNAL EMAIL** This email originated from outside the organization.

Birk,

I take no position on any request to withdraw.  However, I will oppose any request to reopen discovery and would oppose a motion to withdraw if it results in a motion to reopen discovery.

I am available on Tuesday, March 26 to discuss the matter further.

**Kevin McCaffrey**
Senior Assistant City Attorney
(720) 913-3315

**From:** Birk Baumgartner <birk@baumgartnerlaw.com>
**Sent:** Friday, March 22, 2024 3:39 PM
**To:** Koehler, Kim <Kim.Koehler@wilsonelser.com>; McCaffrey, Kevin - CAO CL0357 Assistant City Attorney Senior <Kevin.Mccaffrey@denvergov.org>; Sydney Kossow <sydney@baumgartnerlaw.com>
**Cc:** Maldonado, Cristina <Cristina.Maldonado@wilsonelser.com>; Silk, Bryson - CAO Paralegal I - City Attorney's Office <Bryson.Silk@denvergov.org>; Melichar, Jason D. <Jason.Melichar@wilsonelser.com>; Vogel, Julie <Julie.Vogel@wilsonelser.com>; Carly Kelley <carly@baumgartnerlaw.com>; Sarah Bennett <sarah@baumgartnerlaw.com>
**Subject:** [EXTERNAL] Re: Loma v. Allied Universal Security, et al.; WEMED 20155.87 - Corporal Smith Dep Canceled Tomorrow, 2/29/24

I believe you are right. However, I will be withdrawing from the case. Please consider this my conferral. Do you oppose my Motion to Withdraw?

--
Best regards,
Birk Baumgartner

Baumgartner LAW

EQUITABLE BUILDING
730 17th Street - Suite 340
Denver, CO 80202
Office: (303) 529-3476
Fax    : (720) 634-1018
birk@baumgartnerlaw.com

**\*** This e-mail (including any attachments) is covered by the Electronic Communications Privacy Act, 18 U.S.C. " 2510-2521, is confidential, and is privileged. This e-mail is solely for the use of the addressee(s) named above. Receipt by anyone other than the individual recipient is NOT a waiver of attorney-client privilege.

---

**From:** Koehler, Kim <Kim.Koehler@wilsonelser.com>
**Date:** Friday, March 22, 2024 at 3:37 PM
**To:** McCaffrey, Kevin - CAO CL0357 Assistant City Attorney Senior <Kevin.Mccaffrey@denvergov.org>, Birk Baumgartner <birk@baumgartnerlaw.com>, Sydney Kossow <sydney@baumgartnerlaw.com>
**Cc:** Maldonado, Cristina <Cristina.Maldonado@wilsonelser.com>, Silk, Bryson - CAO Paralegal I - City Attorney's Office <Bryson.Silk@denvergov.org>, Melichar, Jason D. <Jason.Melichar@wilsonelser.com>, Vogel, Julie <Julie.Vogel@wilsonelser.com>, Carly Kelley <carly@baumgartnerlaw.com>, Sarah Bennett <sarah@baumgartnerlaw.com>
**Subject:** RE: Loma v. Allied Universal Security, et al.; WEMED 20155.87 - Corporal Smith Dep Canceled Tomorrow, 2/29/24

Birk,

I don't believe our Local Rules require us to confer on a motion for summary judgment, but given Kevin's below email you should know that we are also moving for summary judgment on the single claim against the three Allied Defendants.  There is simply no evidence to support such a claim as Plaintiff has failed to meet his burden to prove all required elements of the claim.  We presume you oppose based on the nature of the motion, but let me know if you would like to discuss.  Thanks.

Best,

Kim Koehler
Attorney at Law
Wilson Elser Moskowitz Edelman & Dicker LLP
1225 17th Street, Suite 1700
Denver, CO 80202
303.572.5311 (Direct)
720.425.0872 (Cell)
303.572.5300 (Main)
303.572.5301 (Fax)
kim.koehler@wilsonelser.com

# EXHIBIT A

**From:** McCaffrey, Kevin - CAO CL0357 Assistant City Attorney Senior <Kevin.Mccaffrey@denvergov.org>
**Sent:** Friday, March 22, 2024 3:18 PM
**To:** Koehler, Kim <Kim.Koehler@wilsonelser.com>; Birk Baumgartner <birk@baumgartnerlaw.com>; Sydney Kossow <sydney@baumgartnerlaw.com>
**Cc:** Maldonado, Cristina <Cristina.Maldonado@wilsonelser.com>; Silk, Bryson - CAO Paralegal I - City Attorney's Office <Bryson.Silk@denvergov.org>; Melichar, Jason D. <Jason.Melichar@wilsonelser.com>; Vogel, Julie <Julie.Vogel@wilsonelser.com>; Carly Kelley <carly@baumgartnerlaw.com>; Sarah Bennett <sarah@baumgartnerlaw.com>
**Subject:** RE: Loma v. Allied Universal Security, et al.; WEMED 20155.87 - Corporal Smith Dep Canceled Tomorrow, 2/29/24

**EXTERNAL EMAIL** This email originated from outside the organization.

Birk,

As you are aware, summary judgment on this matter is due April 1. It is the intent of Defendant Berger to move for summary judgment on the 3 remaining claims against him. It is defendant Berger's position that: (1) Plaintiff's retaliation claim must be dismissed because the undisputed facts establish that Sgt. Berger's actions were not substantially motivated as a response to his constitutionally protected conduct; (2) Plaintiff's Fourteenth Amendment deprivation claim must be dismissed because there was an adequate post deprivation remedy in state law; and (3) Plaintiff's excessive force claim fails under the Fourth or Fourteenth Amendment.

Please let me know if you intend on opposing the motion.

**Kevin McCaffrey**
Senior Assistant City Attorney
(720) 913-3315