EXHIBIT 2

```
                                             Page 1

1          IN THE UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF COLORADO
2      _____
3      BRIAN LOMA,                    Civil Action No.
                                      1:21-cv-02214-NYW-SBP
4              Plaintiff,
       vs.
5

       ALLIED UNIVERSAL SECURITY SERVICES,
6      FALIESHA LYNETT TRIMBLE, in their individual capacity,
       ANGELIKA CHAPLINSKIY, in their individual capacity,
7      OFFICER BERGER(#98049), in their individual capacity,
8              Defendants.
       _____
9

           VIDEO DEPOSITION OF BRIAN BENJAMIN LOMA
10              THURSDAY, FEBRUARY 22, 2024
       _____
11

       APPEARANCES:
12     ON BEHALF OF THE PLAINTIFF:
       DANIEL MOSSINGHOFF, ESQ.
13     Baumgartner Law, LLC
       730 17th Street, Suite 340
14     Denver, Colorado  80202
       Phone: 303-529-3476
15     Email: Daniel@baumgartnerlaw.com
16     ON BEHALF OF THE DEFENDANTS ALLIED UNIVERSAL SECURITY
       SERVICES, FALIESHA LYNETT TRIMBLE, AND ANGELIKA
17     CHAPLINSKIY:
       KIMBERLY L. KOEHLER, ESQ.
18     Wilson, Elser, Moskowitz, Edelman & Dicker, LLP
       1225 17th Street, Suite 1700
19     Denver, Colorado  80202
       Phone: 303-572-5300
20     Email: Kim.koehler@wilsonelser.com
21     ON BEHALF OF THE DEFENDANT OFFICER BERGER:
       KEVIN PATRICK McCAFFREY, ESQ.
22     City and County of Denver
       201 West Colfax Avenue, Dept. 1108
23     Denver, Colorado  80202
       Phone:
24     Email: Kevin.mccaffrey@denvergov.org
25     ALSO PRESENT: Davis Baumunk, Videographer
        Job No. CS6440548
```

Page 2

1           PURSUANT to WRITTEN NOTICE and the
appropriate rules of civil procedure, the video
2    deposition of BRIAN BENJAMIN LOMA, called for
examination by the Defendants Allied Universal
3    Security Services, Faliesha Lynett Trimble, and
Angelika Chaplinskiy, was taken at Baumgartner Law,
4    LLC, 730 17th Street, Suite 340, Denver, Colorado
80202, commencing at 9:59 a.m. on Thursday, February
5    22nd, 2023 before Randi E. Barrett, Notary Public
within the State of Colorado.

6

7                    I N D E X
8    EXAMINATION:                               PAGE
9    By Ms. Koehler                                4
By Mr. McCaffrey                          136,215
10   By Mr. Mossinghoff                           211
11
12
13
14   EXHIBITS:                                  PAGE
15   Exhibit 1    Denver Police Department List of
                  Charges for Brian Loma           28
16   Exhibit 2    Video                            106
Exhibit 3    Plaintiff's Response to AUS Defendant's
17                First Set of Interrogatories, Requests
                  for Production, and Requests for
18                Admission                        127
Exhibit 4    Plaintiff's Amended Responses to AUS
19                Defendant's First Set of Interrogatories,
                  Requests for Production, and Requests for
20                Admission                        133
Exhibit 5    Plaintiff's Second Amended Responses to
21                AUS Defendant's First Set of
                  Interrogatories, Requests for Production,
22                and Requests for Admission       134
Exhibit 6    Brian Loma Case List                169
23   Exhibit 7    YouTube Channel                  188
Exhibit 8    Video                            192
24
25

Page 3

1          P R O C E E D I N G S

2          THE VIDEOGRAPHER:  Good morning.  We are

3    going on the record at 9:59 on February 22nd, 2024.

4          This is media unit one to the video

5    recorded deposition of Brian Loma taken by counsel for

6    defendants in the matter of Brian Loma versus Allied

7    Universal Security Services, et al., filed in the

8    United States District Court for the District of

9    Colorado, Case Number 1:21-cv-02214-NYW-SBP.

10         The location of this deposition is 730 17th

11   Street, Denver, Colorado.

12         My name is Davis Baumunk representing

13   Veritext Legal Solutions, and I am the videographer.

14   The court reporter is Randi Barrett from Veritext.

15         Will counsel please state their appearances

16   starting with the noticing attorney.

17         MS. KOEHLER:  Good morning, Mr. Loma.  My

18   name is Kim Koehler, and I'm one of the attorneys for

19   defendants Allied Universal Security Services,

20   Faliesha Trimble, and Angelika Chaplinskiy.

21         MR. McCAFFREY:  Good morning, Mr. Loma.  My

22   name is Kevin McCaffrey.  I'm an attorney from the

23   City and County of Denver for the defendant Sergeant

24   Jeffrey Berger.

25         MR. MOSSINGHOFF:  For the record, Daniel

EXHIBIT 2

Page 4

1    Mossinghoff, M-o-s-s-i-n-g-h-o-f-f, with Baumgartner

2    Law appearing with Mr. Loma, who appears to my left.

3            MS. KOEHLER:  Can you please state and

4    spell your full name for the record.

5            THE COURT REPORTER:  Oh, let me swear in

6    the witness.

7              BRIAN BENJAMIN LOMA,

8    having been first duly sworn, was examined and

9    testified as follows:

10                   EXAMINATION

11   BY MS. KOEHLER:

12       Q    I'll try that again, Mr. Loma.

13            Please state and spell your full name for

14   the record.

15       A    Brian Benjamin Loma, B-r-i-a-n; Benjamin,

16   B-e-n-j-a-m-i-n; Loma, L-o-m-a.

17       Q    Thank you.

18            Have you ever gone by any other names?

19       A    I -- no, not by any other names.  I have a

20   handle, Cut the Plastic.

21       Q    Okay.  And the handle you're referencing,

22   is that on YouTube?

23       A    Yeah, it's across all media streams, and my

24   professional business company.

25       Q    Okay.  What is your date of birth?

EXHIBIT 2

Page 5

1          A      3-12-76.

2          Q      And what is your current residential

3    address?

4          A      3145 West Arkansas Place, Unit 213, Denver,

5    Colorado 80219.

6          Q      Thank you.

7                 And you're doing a great job of this so

8    far, but today the court reporter is here taking down

9    everything that you are saying, everything that I am

10   saying, so if you could please avoid any nonverbal

11   responses, such as nodding your head or shaking your

12   head no, and also give a verbal response as well.

13   Does that make sense?

14         A      Yes.

15         Q      Okay.  And is it fair to say that if you

16   answer my question that you understood it?

17         A      Yes.

18         Q      Okay.  And if at any point you don't

19   understand my question, or need me to rephrase it,

20   will you let me know?

21         A      Yes.

22         Q      Thank you.

23                Do you understand that you are under oath

24   to tell the truth today?

25         A      Yes.

Page 6

1        Q    Do you understand that testimony from your

2    deposition can be read into evidence at trial?

3        A    Yes.

4        Q    And if I refer to the incident today, will

5    you understand that to mean the incident involving

6    Allied Universal employees that occurred on

7    February 15th, 2019?

8        A    Yes.

9        Q    What, if anything, did you do to prepare

10   for your deposition today?

11       A    I reread the questions and answers with Dan

12   that were provided.

13       Q    Discovery responses?

14       A    Yes, I think that's what it was.

15       Q    Okay.

16            MR. MOSSINGHOFF:  It is.

17       Q    (BY MS. KOEHLER) Did you review any other

18   documents?

19       A    I -- no.  Looked for some video -- oh,

20   yeah, I guess I did watch the other video, but that

21   wasn't for her case, so not for your case, no.

22       Q    Okay.  So just to clarify, you did not

23   watch any videos of the February 2019 incident in

24   preparing for your deposition?

25       A    I have not had time to.  I just received

Page 7

1    one this morning.  I have been looking for them, but

2    I've been busy.

3        Q    Okay.  When's the last time you watched any

4    videos from the date of this incident?

5        A    It's been years.

6        Q    Did you watch any of the body cam footage

7    disclosed by the City and County of Denver related to

8    this incident?

9        A    I don't recall watching the video.

10       Q    Have you ever watched any of the body cam

11   footage from Denver PD related to this incident?

12       A    I don't recall watching any video.

13       Q    Did you speak with anyone other than

14   counsel in preparing for your deposition today?

15       A    No.

16       Q    Have you ever testified in a legal

17   proceeding before?

18       A    Yes.

19       Q    Okay.  When's the last time you testified

20   in a legal proceeding?

21       A    My last deposition in this room.

22       Q    And when was that, sir?

23            MR. MOSSINGHOFF:  I wasn't a part of it.

24            THE WITNESS:  You weren't.

25            So I did a deposition in this room, but I

Page 8

1   also had a trial.

2        Q      (BY MS. KOELHER) Okay.  To the best of your

3   recollection when was your deposition here?

4        A      It's been at least a year.

5        Q      Okay.  So what -- in which matter was that

6   regarding?  Another lawsuit?

7        A      Yes; yes, it was.

8        Q      Okay.  Are you the plaintiff in the other

9   lawsuit?

10       A      I was the defendant in that lawsuit.  I

11  believe that the case is civilly attached to this

12  multi-incident lawsuit.

13       Q      In what way?

14       A      There's more than one matter attached here,

15  right?  We talked about three incidences, different

16  dates.

17       Q      So you can't -- it's not really appropriate

18  to ask your attorney questions --

19       A      Okay.

20       Q      -- during the --

21       A      My apologies.

22       Q      And I'm just looking for --

23       A      Sure.

24       Q      -- for your best recollection.

25       A      I feel like it's been a couple of years

Page 9

1    since the trial.

2         Q    Okay.  So let's back up a little bit.

3              I want to ask you about the deposition

4    first, okay, that you mentioned.

5         A    Right.

6         Q    So what matter was that regarding?  You

7    said you were a defendant.

8         A    Yes, I was a defendant for a case that I

9    was found not guilty of obstructing traffic during the

10   George Floyd protest.

11        Q    Okay.  Who was the plaintiff in that case

12   to your knowledge?

13        A    City and County of Denver.

14        Q    Okay.  And you were deposed in that matter?

15        A    Yes.

16        Q    Was it a civil proceeding, or a --

17        A    It was a criminal.

18        Q    Criminal.  Okay.

19             And then you mentioned a trial.  When was

20   that?

21        A    I believe it was two years ago, 2022.

22        Q    Okay.  And was that in a criminal or a

23   civil proceeding?

24        A    Criminal.

25        Q    What courthouse was that in?

Page 10

1        A       Lindsey-Flanigan.

2        Q       Okay.  In Denver, correct?

3        A       Yes.

4        Q       Okay.  What was that matter regarding?

5        A       That's the matter I'm mentioning.

6        Q       Okay.  So the deposition and the trial that

7   you testified in were both related to the same matter;

8   is that correct?

9        A       That's correct.

10       Q       Okay.  Where the plaintiff was the City and

11  County of Denver?

12       A       Yes.

13       Q       Has that matter since been resolved?

14       A       Yes, I was found not guilty.

15       Q       Okay.

16       A       By a jury.

17       Q       Other than the deposition and the trial

18  that we just discussed, have you ever testified in any

19  other legal proceedings?

20       A       Yes.

21       Q       Okay.  Tell me about the others that you

22  can recall.

23       A       I was deposed in a proceeding against the

24  City and County of Denver after an arrest on the 16th

25  Street Mall where the charges were dismissed.

```
                                               Page 11

  1        Q     Okay.  And how long ago was that deposition

  2   to your knowledge?

  3        A     Probably 2018, 2019.

  4        Q     Okay.  And were you the plaintiff in that

  5   case?

  6        A     In -- yes.

  7        Q     Okay.  And where was that case pending if

  8   you know?

  9        A     It was here in the City and County of

 10   Denver in the federal courts.

 11        Q     Okay.  Other than that legal proceeding,

 12   anything else that comes to mind for prior trial or

 13   deposition testimony?

 14        A     I feel that there may have been another

 15   court case in which I was a witness.  Might have been

 16   deposed, but not used in testimony in the trial.

 17        Q     Okay.  And what is the matter that you're

 18   thinking of where you were deposed as a witness?

 19        A     It would have been something involved Eri

 20   Brandt.

 21        Q     Okay.  Were you -- so you said you were

 22   deposed as a witness, so you were not a party to that

 23   suit; is that correct?

 24        A     Right.

 25        Q     Okay.  And was that a civil proceeding or a
```

```
                                                 Page 12

 1    criminal proceeding if you know?

 2        A     I think it was a criminal proceeding, and

 3    it would have been somewhere between 2017 and 2021.

 4        Q     Okay.  To your knowledge, was Mr. Brandt a

 5    plaintiff in that --

 6        A     Yes.

 7        Q     -- suit?

 8              Okay.  any other trial or deposition

 9    testimony that you can recall?

10        A     No.

11        Q     Thank you.

12              Mr. Loma, are you married?

13        A     No.

14        Q     Do you have a significant other that

15    resides with you?

16        A     No.

17        Q     How many lawsuits have you filed in the

18    past ten years?

19        A     Three.

20        Q     Okay.  Does that include this one?

21        A     Yes.

22        Q     What are the other two?

23        A     The wrongful arrest, it was settled, and

24    then there's a -- what do they call it when it's a

25    group party?  Class action, I believe --
```

Page 13

1      Q      Okay.

2      A      -- against the City and County of Denver

3   for their use of force against journalists during the

4   George Floyd protests.

5      Q      Okay.  And was that a suit in Federal Court

6   here in Colorado?

7      A      Yes, pending still.

8      Q      Okay.  So you mentioned one that has since

9   resolved, and another that's still pending in Federal

10  Court, correct?

11     A      Yes.

12     Q      Okay.  And then this suit, correct?

13     A      Yes.

14     Q      Okay.  Was your settlement, in the case

15  that's settled, confidential?

16     A      No, it's public record.  The city had to

17  approve it.

18     Q      Okay.  How much money, if any, did you

19  receive as a result of that suit?

20     A      I think it was about 20,000.

21     Q      Okay.  And I think you mentioned you still

22  have one other case pending, and this case pending,

23  correct?  Are those the other two civil lawsuits that

24  you're currently involved in?

25     A      Yes.

```
                                                 Page 14

 1         Q     I think you mentioned this, but you're the
 2    plaintiff in the other case; is that correct?
 3         A     Yes, and for clarification, the 20,000 was
 4    my take home at the end of the day-ish, somewhere in
 5    that range.  So it wasn't the settlement, that was
 6    after fees and expenses and all the other things.
 7         Q     Okay.  Thank you for that clarification.
 8               Do you recall what the total was before the
 9    net amount that you received?
10         A     Somewhere between 60 and 80 thousand.
11         Q     Okay.  How many civil claims have you filed
12    against persons or corporate entities that did not
13    result in the filing of a lawsuit?
14         A     I don't understand the question.
15         Q     Sure.  So you mentioned a couple of
16    lawsuits, correct?  I believe you said you filed three
17    lawsuits in the last ten years.
18         A     Yes.
19         Q     Okay.  Have you ever filed claims with
20    other folks that did not result in litigation?  So
21    what I mean by that is sent demand letters, sent some
22    sort of correspondence to someone indicating that you
23    felt you had been wronged, and those matters did not
24    end up in a formal lawsuit?
25         A     Yes.
```

Page 15

1       Q    Okay.  Tell me about that.

2       A    I don't remember the judge's name, it was a

3  municipal City and County of Denver judge who was

4  actively violating Chief Justice Directive 04-04.  I

5  filed the bar association complaint.

6       Q    Okay.  And how long ago was that?

7       A    Four to six years ago.

8       Q    What was the result of your complaint, if

9  you know?

10       A    The cumulative result of the complaint --

11  or the cumulative complaints that went on with that

12  was that the City and County of Denver modified the

13  application for the public defender's office to

14  correlate with law.

15       Q    Okay.  To your knowledge was the judge that

16  you complained of reprimanded in any way or removed

17  from the bench?

18       A    I would have to -- no, I do not have the

19  knowledge of that.  The reprimands on judges in that

20  scenario are private and not public matter.

21       Q    Okay.  Other than the complaint about a

22  Denver County judge, any other claims that did not

23  result in lawsuits?

24       A    Yes.

25       Q    Okay.  Tell me about the others, please.

Page 16

1      A      Another one that I specifically remember

2   was the right for a person with prescription cannabis

3   license to carry cannabis with their prescription in

4   the authorized manner into government buildings.

5      Q      Okay.  So who was that a complaint against?

6      A      Multiple counties throughout the

7   metropolitan region, all of whom have modified their

8   policies to allow such activity.

9      Q      Okay.

10     A      Namely and specifically the City and County

11  of Denver through their private security firms, City

12  and County of I think Wheat Ridge, not the City and

13  County of Wheat Ridge, I think Wheat Ridge, Englewood,

14  Lakewood County also changed their policies --

15     Q      Okay.

16     A      -- if I remember correctly.

17     Q      Okay.  Thank you.

18            I don't want to know anything that you

19  talked about with counsel if you were represented by

20  counsel in that complaint.

21     A      No, I was not.

22     Q      Okay.  What was the ultimate result?

23     A      Changes to policy, education of staff and

24  updates to the Post orders, the book that security

25  guards carry at the entrances to the security

```
                                              Page 17
 1    checkpoints.
 2         Q     Okay.  Did you receive any monetary
 3    compensation as a result of that complaint?
 4         A     No.
 5         Q     Any other complaints that did not result in
 6    lawsuits that you can think of?
 7         A     Yeah, policy was changed to not allow
 8    Denver Police Officers to wear blue line flags.  I
 9    believe that was Chief Paul Pazen who made that
10    modification, and it's supposed to apply to Denver
11    Police Officers, as well as sheriffs.
12         Q     Are you referring to an emblem on their
13    uniform?
14         A     That's correct.
15         Q     Okay.  What's the approximate time frame
16    for that complaint?
17         A     Somewhere between '19 and '21.
18         Q     2019 and 2021?
19         A     Yes.
20         Q     Okay.  Did you receive any monetary
21    compensation as a result of that complaint?
22         A     No.
23         Q     Were you represented by counsel with
24    respect to that issue?
25         A     No.
```

Page 18

1    Q    Any other civil claims that you can think

2    of?

3    A    I've done a lot of work over the years.

4    Not off the top of my head.

5    Q    Okay.  Thank you.

6         How many civil claims have been filed

7    against you in the past ten years?

8    A    Zero.

9    Q    So, I think you mentioned when we were

10   talking about lawsuits earlier you were a defendant in

11   at least one --

12   A    Those were criminal --

13   Q    -- matter.

14   A    -- claims.  You said civil.

15   Q    Correct.  So nothing in the civil realm,

16   correct?

17   A    No.

18   Q    Okay.  You've never been sued or had a

19   claim brought against you in a civil matter, correct?

20   A    Correct.

21   Q    Okay.  What is your highest level of

22   education?

23   A    I have a bachelor's of science.

24   Q    And where did you go to college?

25   A    My degree cumulated at the highest level at

Page 19

1    Metropolitan State University.

2        Q     Okay.  And when did you graduate?

3        A     Either 2014 or 2015.

4        Q     Okay.  And earlier you mentioned a

5    professional business or professional company by which

6    you go by the name of Cut the Plastic, correct?

7        A     That's correct.

8        Q     Okay.  Is that your only current source of

9    income?

10       A     No.

11       Q     Okay.  What are your current sources of

12   income just in general.

13       A     I print clothes under A Free Press Clothing

14   and Apparel.  My business associate operates ground

15   organizing.  We are a petition entity.  He --

16   individually we're both petition entities, but I'm

17   doing a lot of work under him right now.

18             I contract with the City and County of

19   Denver, as well as other organizations to do

20   canvassing, residential outreach, voter engagement,

21   constituent engagement, I am involved in tracking and

22   supporting Colorado's efforts to be more

23   environmentally responsible with the issues like

24   enhanced producer responsibility, current legislative

25   items that are going up, like the anti-incineration

Page 20

1    bill, where I'm not only participating in meetings,

2    discussions and panels, but reporting the results of

3    those to others who might then, with their

4    organization or NGOs, have a position that they would

5    reach their membership to -- to take a stance on or to

6    communicate with their legislators in support or

7    opposition to a proposed legislative measure.

8         Q    Okay.  And you are, in fact, paid for all

9    of those activities and work?

10        A    In one form or another.

11        Q    Okay.  Just generally speaking, how do you

12   get paid for something like that?  Is there -- so you

13   mentioned you work with the City and County of Denver.

14   Does the City and County of Denver pay you to do some

15   of those things?

16        A    Yeah, on contract.

17        Q    Okay.  Who is your contact at the City and

18   County of Denver City for your work with them?

19        A    Leslie Barrens, I would have to look it up

20   to spell her name.  She's with the Health Department

21   or CASR, one of the two.

22        Q    After you said Health Department, what

23   was --

24        A    I can't remember, she's either with CASR or

25   the Health Department, somewhere in that -- in that

EXHIBIT 2

Page 21

1    range of things.

2         Q    Okay.  And how long have you had a contract

3    with the City and County of Denver?

4         A    I've been paid on, like, two purchase

5    orders in the year 2023 I believe it was.

6         Q    Okay.

7         A    Yeah.

8         Q    And so you said --

9         A    So about a year.

10        Q    Okay.  And you were paid on purchase

11   orders.  Did you provide them with a good or a

12   product?

13        A    Services.

14        Q    Services.  Okay.

15        A    So we physically go talk to the people, go

16   to their houses, drop off packages, do surveys.

17        Q    Okay.  Do you need -- are you aware if you

18   need any sort of license to do that kind of canvassing

19   or political work?

20        A    Yeah, and I'm licensed with the State of

21   Colorado, Secretary of State's office.

22        Q    Okay.  What license is that, if you know?

23        A    So I have a petitioner's license.

24        Q    Okay.

25        A    I also have non-food pending license with

Page 22

1    the City and County of Denver.

2         Q      What does that let you do?

3         A      Sell stuff.

4         Q      Okay.  T-shirts, things like that?

5         A      On the street, yeah.

6         Q      Okay.  Anything else that we haven't

7    already talked about as far as current sources of

8    income?

9         A      I used to have -- not so much these days,

10   my work has shifted, but, like, 1099 contracts to

11   provide my video to news, radio stations to

12   rebroadcast or publish.

13              I haven't seen it in a while, but at one

14   point I was getting ad revenue from YouTube, and I

15   still receive a modest residual from a previous career

16   as an insurance agent with AFLAC.

17        Q      Okay.  How long did you work for AFLAC?

18        A      Nine years.

19        Q      And when did you stop working for them?

20        A      2010 or '11.

21        Q      Okay.  Is 2010, 2011 the last time that you

22   held, like, a W-2 sort of employment?

23        A      No.

24        Q      Okay.  What were some of the other

25   employers that you've worked for since then that we

Page 23

1    haven't already talked about?

2        A    So I've had a slew of contracts or

3    positions.  One that comes to my mind is CIRC Action

4    Fund; Brio Energy, I was like the door-to-door put

5    solar on your house guy; Lisa Calderon for Denver

6    mayor.  I believe that was a W-2 position.  Yeah.

7        Q    Okay.  You mentioned ad revenue on YouTube,

8    so let's talk about that a little bit.

9             In 2019, how much were you receiving, if

10   anything, in ad revenue through YouTube?

11       A    Not more than a hundred dollars a month.

12       Q    Okay.  And can you describe for me how that

13   works?  Do you know how YouTube calculates what to pay

14   you, and --

15       A    Yeah --

16       Q    -- sort of how that process works?

17       A    -- so ads are put into videos for replay.

18   So you film an event, say a protest at the capitol,

19   YouTube, after the fact, after the livestream's over

20   will add video breaks into the videos automatically so

21   that somebody watching them gets an advertisement pop

22   up in the middle of it, will have the ability to skip

23   or not skip the videos depending on the length of the

24   video, type of the video, or the advertising.

25             Those ads, when watched, pay a different

Page 24

1    amount if they're skipped versus if they're not

2    skipped, or if they're a short video that doesn't have

3    an ability to skip, and YouTube automatically adds and

4    iterates those into the videos themselves.  So when

5    you watch anything that's not a minute, minute and a

6    half little short, some ads, just like when you watch

7    TV.

8        Q    Okay.  To your knowledge do you have to

9    have a certain number of followers on YouTube to

10   receive ad revenue like that?

11       A    Yes; yes, you have to have a minimum number

12   of watch hours, you have to have a minimum number of

13   followers, and you have to have all your tax

14   information provided to qualify.

15       Q    Okay.  So generally speaking, the more

16   content you post on your YouTube, the better chances

17   that you'll receive revenue as a result, correct?

18       A    Quantity, quality, some factors there.

19       Q    Okay.

20       A    Yes.

21       Q    Okay.  And you mentioned that you've been

22   paid before to provide videos to news stations and

23   other folks, correct?

24       A    Yes.

25       Q    Okay.  In 2019 did you receive any revenue

Page 25

1   for providing videos to news stations or other

2   media --

3         A     No.

4         Q     -- outlets?

5               Okay.  Have you ever sold any videos from

6   the February 15th, 2019 incident to anyone?

7         A     No.

8         Q     Did you try to do that?

9         A     No.

10        Q     How many times have you been arrested in

11   the last ten years to your knowledge?

12        A     Three, four.

13        Q     Were all of those in the City and County of

14   Denver?

15        A     Yes.

16        Q     Okay.  What about an arrest or a summons

17   for impeding traffic from November 26th of 2014?  Do

18   you recall that?

19        A     Yes, that was one of the four.

20        Q     Okay.  What about an incident from May 23rd

21   of 2018, as noted by Denver PD, for acting suspicious,

22   disturbance around a business?  Does that ring a bell?

23        A     I'm sorry, can you repeat the date?

24        Q     Sure, May 23rd, 2018.

25        A     That was probably the first not guilty --

Page 26

1    actually, I wasn't even guilty, charges were

2    dismissed, and the civil -- city paid a civil

3    settlement.

4          Q      Related to the May 23rd, 2018 incident?

5          A      I believe that was the one.

6          Q      Okay.  Is this the same civil settlement

7    that we talked about earlier?

8          A      Yes.

9          Q      Isn't it true that you were arrested or

10   issued a summons for disturbing the peace on

11   September 23rd, 2018?

12         A      Can you tell me where that location was?

13         Q      I might be able to.  I've got an offense

14   number and a date, states your role as arrestee,

15   doesn't give us any other details unfortunately.  Not

16   something that rings a bell for you?

17         A      One of those two might have been the 16th

18   Street Mall, I think the other one was at the -- if

19   you have a report, that was probably the 16th Street

20   Mall, and I think then maybe the previous one was at

21   the Denver Police Department where I was released

22   without -- or without action.

23         Q      Okay.  What about an August 7th, 2019

24   arrest for unlawful conduct, public property?

25         A      August 2019?

Page 27

1      Q     Correct.

2      A     I would have to review.  I don't remember.

3   It's been -- I mean, you're talking five years ago.

4      Q     Sure.

5      A     So maybe it was five instead of four.

6      Q     Okay.  Do you have any reason to disagree

7   with me that the Denver Police Department has records

8   of an arrest for you on that date?

9      A     No.

10      Q     What about December 18th, 2019 obstructing

11   government operation?

12      A     I think that was the one where I was

13   released.

14      Q     Okay.  The one you were just speaking of?

15      A     Yeah.

16      Q     Okay.  So you recall that incident from

17   December of 2019, correct?

18      A     I think I do.

19      Q     Okay.  And were you arrested and later

20   released; is that your testimony?

21      A     I believe so.

22      Q     Okay.

23      A     Without charges.

24      Q     And what about January 24th of 2020,

25   disturbing the peace?

Page 28

1      A      2020.  Is that an incident or an arrest?

2      Q      I believe it's an arrest for disturbing the

3   peace.

4      A      I've done a lot in the last seven years.  I

5   would have to review the incident to know which one

6   was what.  I feel like it was before college or during

7   college.

8             Yeah, I would have to look at the files.

9      Q      Okay.  So you don't have a specific memory

10   of that arrest or incident, correct?

11      A      Correct.

12      Q      Okay.  Similar to the other incident, you

13   don't dispute that Denver Police Department has

14   records related to an incident for that date?

15      A      I would not be able to affirm or dispute

16   without reviewing any of the documentation.

17      Q      Okay.  Well, let's go ahead and do that.

18   So this will be marked as Exhibit 1.

19             (Exhibit 1 was marked.)

20      Q      Mr. Loma you've just been handed what has

21   been marked as Exhibit 1.  For the record, this is

22   Bates stamped Denver000199 through 208.

23             Have you ever seen this document before,

24   Mr. Loma?

25      A      I couldn't tell you for sure.  I haven't

Page 29

1    gotten through it yet.

2              This is a redacted document with minimal

3    information.

4              Yeah, I've never seen this document because

5    documents from the Denver Police Department that I get

6    are much more involved, usually have a statement of

7    the incident, have an officer's report.  None of that

8    is in here.

9         Q    Okay.  I would like to direct your

10   attention to State's page 5 of 8 on the bottom right,

11   Bates labeled Denver205.

12        A    Uh-huh.

13        Q    And if you look at item number 9 it has

14   a -- what appears to be an offense or a case number,

15   and it states a date of January 24th, 2020.  Do you

16   see that?

17        A    Uh-huh.

18        Q    Okay.  So, again, recognizing that you

19   don't have a specific memory of this incident, you

20   don't have any reason to dispute, now that you've seen

21   the records from the Denver Police Department, that

22   they have a record of an arrest for disturbing the

23   peace on that date, correct?

24        A    Not correct.

25        Q    Why is that?

EXHIBIT 2

Page 30

1      A     It doesn't say arrested; it says suspect.

2      Q     And where do you see suspect?  Are you

3   looking at 205?

4      A     Page 5 of 8.

5      Q     Correct.

6      A     I'm sorry, which -- which line item?  Which

7   number?

8      Q     Yes, line item 9, please.

9      A     9.  No, it says complainant.

10      Q     Okay.

11      A     Complaint.

12      Q     Do you know what that -- sorry, sir.

13            Do you know what that means, complainant?

14      A     No.

15      Q     Okay.

16      A     I just know that it doesn't say arrestee.

17      Q     Okay.

18      A     Or arrested.

19      Q     Keep your attention on that same page for

20   me, please.  If you go up a few line items, line item

21   7 states a date of September 28th, 2020.  Do you see

22   that?

23      A     I do.

24      Q     And that states a role as arrestee,

25   correct?

Page 31

1        A      Yes.

2        Q      Okay.  Do you have a recollection of that

3    particular arrest?

4        A      I do not.

5        Q      My understanding is that that related to

6    obstruction of streets at 8th and Broadway.  It was a

7    fairly large protest of approximately --

8        A      Oh.

9        Q      -- 25 to 30 people.

10       A      Oh, that's the -- okay.  See, I wasn't -- I

11   wasn't arrested in September, I don't think, it was

12   like a month later.

13              That would be the incident where I was

14   found not guilty for obstructing traffic.  As a

15   journalist I was interviewing passengers or drivers

16   from the passenger side of a vehicle who were being --

17   having -- or I was attempting to interview,

18   interviewing, who were having their traffic disrupted

19   by protestors who were obstructing traffic.

20       Q      Okay.  Were you part of the protest?

21       A      I was filming it.

22       Q      Did you livestream that incident on your

23   YouTube channel?

24       A      I'm sure I did.

25       Q      Okay.  And I think you mentioned that you

Page 32

1    don't believe you were arrested on September 28th,

2    2020, but on a later date, correct?

3        A    Correct, I mean, I -- unless I had a

4    calendar in front of me, right, because I was arrested

5    -- the commander of District 6 called me to ask me if

6    I was going to be at an event that night, at that

7    event I was arrested.

8        Q    Okay.

9        A    So I was not arrested at the protest.

10       Q    Fair enough.

11            And I think Mr. McCaffrey's probably going

12   to get into this particular incident more than I will,

13   but were you involved in an incident on November 17th

14   of 2020 at 19th and Emerson?  It was an unhoused

15   persons camp clean-up.

16       A    Is that by St. Joseph's Hospital?

17       Q    19th and Emerson, probably in that area of

18   town.

19       A    Yes, there was an incident in which I was a

20   party.

21       Q    Okay.  And was that a protest, or what was

22   that?

23       A    I was filming the actions of the City and

24   County of Denver.

25       Q    And when you say City and County of Denver,

Page 33

1    are you referring to city officials, or to Denver PD?

2        A    The actions authorized by city officials

3    and enacted by a variety of agencies within the City

4    and County of Denver.

5        Q    Okay.  Including Denver Police?

6        A    Including but not limited to the Denver

7    Police Department.

8        Q    Okay.  I want to shift gears a little bit

9    and talk you to about the date of the incident,

10   February 15th, 2019.

11           Do you recall what you were doing that day

12   leading up to the incident that occurred that evening?

13       A    Yeah.

14           THE VIDEOGRAPHER:  Hold on one second.  I

15   think your mic is about to come off, just make sure

16   it's on all the way.

17           THE WITNESS:  Good eyes.

18       Q    (BY MS. KOEHLER) I'll repeat my question:

19   Do you recall what you were doing on that day sort of

20   leading up to that evening when the incident occurred?

21       A    Yeah, I was learning about the operations

22   of a pizza joint, Mushroom something or other, on the

23   16th Street Mall.  They were a business that I had

24   learned about their ethics through a woman who was

25   talking to me at some point in the previous weeks on a

Page 34

1     livestream, if I remember correctly, about her son who

2     was living on the streets of Denver as a homeless

3     person who had been given a hand up by the business to

4     help re-establish himself and his life and, they had

5     gone, in the mother's opinion, above and beyond what a

6     normal business might do to help take care of its

7     employees.

8          Q     Okay.  So you were there to interview other

9     employees at that business?

10         A     I was eating.  I was with another person of

11    my community, we had a meal, talked to management.  I

12    remember learning about how -- the Mellow Mushroom,

13    that's what it is -- how they were being used as a

14    franchise's location as a model for other franchises

15    -- franchise owners to come to Denver and to

16    understand their operations in part because the way

17    that they were hiring and working with people who were

18    in not financially-stable situations or housing-stable

19    situations --

20         Q     Okay.

21         A     -- to help them get back on their feet and

22    off -- out of homelessness.

23         Q     Was the Mellow Mushroom the last place you

24    were before you walked over to the Tabor Center and

25    the incident occurred?

Page 35

1       A     I would say that, if my memory serves me

2    correct, I was leaving the Mellow Mushroom and headed

3    in for the night to my vehicle, train station, I think

4    I was -- I don't think I was driving at the time, so I

5    think I was probably on my way to the train station.

6       Q     Okay.  Union Station, correct?

7       A     No, I would have probably -- I don't

8    remember where I lived at the time.  It was one of the

9    train stations I think is where I was headed.

10      Q     You mentioned that you were with someone

11   else at dinner at the Mellow Mushroom.  Who was that?

12      A     Bonnie Costas.

13      Q     Okay.  Okay.  So you have dinner at the

14   Mellow Mushroom and then you were walking to one of

15   the train stations to head home, correct?

16      A     I believe that's what happened, yes.

17      Q     Okay.  Was anyone else with you and Bonnie

18   at dinner?

19      A     The manager that we chatted with at the

20   point that we learned about these things, and probably

21   the bartender, I think we sat at the bar.

22      Q     Okay.  Did you film any of your activity at

23   the Mellow Mushroom?

24      A     No.

25      Q     Okay.  So tell me what -- what happened.

Page 36

1    So you mentioned you left the Mellow

2    Mushroom, you were walking down the street.  Were you

3    walking down Lawrence Street at that time?

4    A    I believe I was walking up 16th Street

5    eastbound, and I believe -- I haven't watched the

6    video since, years, so my memory says that I observed

7    three security guards trying to interact with a

8    gentleman who was appearing to be asleep on the

9    sidewalk, on -- whatever the cross street was there,

10   Lawrence I guess you said.

11   Q    Maybe between 16th and 17th and Lawrence?

12   A    Right around the corner.

13   Q    Okay.  So as you were walking down the

14   street, you observed three private security officers,

15   correct?

16   A    I don't believe that I realized that they

17   were security officers immediately.  If any one of

18   them would have been in uniform -- again, I haven't

19   watched the video again, but there's something that

20   sticks in my head that says that, like, there was a

21   kid with a night cap -- with, like, a beanie cap on,

22   and maybe after a while I realized he had a badge on

23   his head -- on his hat, but he wasn't, like -- my --

24   my unverified memory tells me that they were not all

25   -- if any of them -- in full security uniform, or how

Page 37

1    many exactly were there to start with.

2              I remember seeing an incident and I pulled

3    my camera out and started filming.

4         Q    Okay.  What did you see specifically?

5         A    Again, I haven't watched the video so I

6    don't remember all the specifics.

7         Q    Sure.  What do you remember?

8         A    I remember after pulling my camera out a

9    woman trying to block me, waving her arms in the air,

10   trying to prevent me from my constitutional right of

11   filming on a public sidewalk in a public place.

12        Q    Okay.  So let's back up a little bit

13   because I think you had mentioned that you saw

14   something and then you pulled out your phone and

15   started filming, right?  What did you see that made

16   you want to film it?

17        A    People interacting with the person asleep

18   on the sidewalk.

19        Q    Okay.  Did you know the person that was

20   asleep on the sidewalk?

21        A    Personally, no.

22        Q    Okay.  Did you believe that he was an

23   unhoused person?

24        A    Probably.

25        Q    Okay.  So you saw three individuals.  At

Page 38

1    that point you're not sure if they're private security

2    or who they are, right?

3         A     And I don't remember if there were two or

4    three from the very beginning, if somebody had came

5    out and joined later.  Those are specifics I would

6    have to review the video to be confident in my

7    answers.

8         Q     Okay.  And what were they doing when you

9    decided to pull out your phone and start filming?

10   What were they doing with respect to the unhoused

11   person on the sidewalk?

12        A     I believe they were trying to wake him up.

13        Q     Okay.  So it's your recollection that he

14   appeared to be unresponsive, correct?

15        A     No.  It's my recollection that he appeared

16   to be sleeping.

17        Q     Did you witness any of the individuals that

18   you first approached trying to, you know, wake him up

19   or see if he was okay?  Anything of that nature?

20        A     I feel like, yeah, they were poking at him

21   or talking loudly at him.

22        Q     Okay.  What do you mean by poking at him?

23        A     Like using their hands to try to touch,

24   shake, move the person.

25        Q     Okay.  Who did you see do that?

```
                                               Page 39

 1      A      I would have to watch the video to
 2   recollect fully.  It's been five years plus.
 3      Q      Was it one person that was doing that?  All
 4   of the folks that you saw standing there doing that?
 5      A      I don't recall.
 6      Q      Okay.  So what happened next?  You pulled
 7   out your phone, you started filming, right?
 8      A      Yeah.
 9      Q      Why did you start filming?
10      A      Because that's what I do.
11      Q      So what about the incident that you had
12   observed, I guess, made you want to start filming your
13   interaction with these folks?
14      A      There was a person sleeping on the street
15   and there were people attempting to interact with him.
16      Q      Checking to see if he was okay, right?
17      A      I had no idea what they were doing at that
18   time, and again, I haven't watched the video, but the
19   fact that there was a person sleeping and there were
20   people interacting with him was the cause for filming.
21      Q      And you mentioned that it looked like
22   perhaps they were trying wake him up, correct?
23      A      Uh-huh.
24      Q      Okay.
25      A      Yes.
```

Page 40

1        Q        And you had a problem with that, right?

2        A        Yeah, they were internal building security,

3    and --

4        Q        Well --

5        A        -- I don't think that they were -- I don't

6    think that they were blue shirts, the employed 16th

7    Street Downtown Denver partnership security personnel,

8    who would be the ones to normally interact with people

9    who are sleeping on the sidewalk.

10       Q        So earlier you testified you didn't know

11   who these people were, and you don't recall whether

12   they were wearing any sort of uniform.

13       A        That is what I said.  I said I haven't

14   watched the video --

15       Q        I understand that.

16       A        -- to review that.

17                So anybody who is interacting with a

18   homeless person on the street is cause to pull out the

19   camera.

20       Q        Why?

21       A        Because that's my constitutional right.

22       Q        So, again, you didn't know this gentleman,

23   correct?

24       A        Right.

25       Q        And you didn't know any of the security

Page 41

1    officers that were interacting with him, correct?

2        A    Correct.

3        Q    What was the purpose of filming your

4    interactions with them and their interactions with the

5    unhoused person?

6        A    I have had a long-standing history of

7    filming interactions that occur to highlight the

8    tragedy of how the City and County of Denver has

9    treated, managed, and served the low income and

10   at-risk communities for seven or eight years now.

11       Q    So you understand when you approached these

12   people that they were not police officers for the City

13   and County of Denver, correct?

14       A    They were not uniformed as police officers

15   in the City and County of Denver, that is correct.

16       Q    Okay.  Do you have any reason the dispute

17   that the unhoused person on the sidewalk was

18   unresponsive for several minute and that's why Allied

19   Security stepped in to assist him?

20       A    Yes.

21       Q    What information or documents is that

22   belief based on?

23       A    I believe that if we were to review the

24   video that there was a comment that he was sleeping

25   against their building and they were there to remove

Page 42

1    him.

2         Q    Who made that someone?

3         A    One of the three people.  I would have to

4    watch the video to be able to give you an affirmative

5    answer.

6         Q    And I understand at the time you didn't

7    know who these people were, correct?

8         A    Again, without watching the video to see my

9    first five minutes -- or the interaction, I couldn't

10   tell you what they look like.  I just remember a guy

11   with a beanie right now.

12             So if we want to watch the video so I could

13   give more affirmative answers, that would be fine with

14   me.

15        Q    Well, I -- I first would like to know what

16   you remember.

17             So my question for you is:  Do you

18   understand that you have sued Allied Universal

19   Security Services in this lawsuit, correct?

20        A    Correct.

21        Q    And you have sued two of their employees

22   that were there on that night, correct?

23        A    Correct.

24        Q    Okay.  So two of the three people that were

25   standing around the unhoused person you have sued in

Page 43

1    this lawsuit, correct?

2         A     Correct.

3         Q     Okay.  Were you also present when the fire

4    department showed up?

5         A     Yes.

6         Q     Okay.  Did you have any specific

7    interactions with them directly?

8         A     I don't recall.  Again, I could watch the

9    video to strengthen my memory.

10        Q     Sure.

11              Do you recall firemen and paramedics sort

12   of directed toward you asking you to step back, to

13   give them some space?  They were trying figure out

14   what was going on with unhoused person, right?  See if

15   he's okay?  Does he need medical attention?

16        A     I'm sure that if medical professionals

17   showed up on the scene to check with somebody, that

18   they were there to check on somebody's medical

19   condition.

20        Q     Okay.

21        A     So I remember medical professionals being

22   on site, so I can only assume that they checked on the

23   person.

24        Q     Okay.  And while all of this was going on

25   you were filming, correct?

Page 44

```
 1        A      Correct.

 2        Q      And you were livestreaming to YouTube,

 3    correct?

 4        A      It's the same thing, yes.

 5        Q      Okay.  And this is the camera on your phone

 6    that you were using to record the incident, correct?

 7        A      Yes.

 8        Q      Do you still have that phone?

 9        A      No.

10        Q      What happened to that phone?

11        A      It's probably been recycled.

12        Q      When would you have recycled it?

13        A      Sometime in the last seven years.

14        Q      The last seven years?  We're talking about

15    an incident from 2019.

16        A      Great.  It was sometime in the last five

17    years.

18        Q      Okay.  Did the phone break, that's why you

19    recycled it?

20        A      Generally that's what happens to them, yes.

21              MR. McCAFFREY:  I hate to interrupt, but I

22    have to take that phone call.

23              MS. KOEHLER:  Sure.  Let's go off the

24    record.

25              THE VIDEOGRAPHER:  Going off the record at
```

Page 45

1    10:54.  This marks the end of media one.

2              (Recess taken.)

3              THE VIDEOGRAPHER:  This marks this start of

4    media two of the video deposition of Brian Loma.

5    We're back on the record.  The time is 11:24.

6         Q    (BY MS. KOEHLER) So before the break,

7    Mr. Loma, we were discussing the February 2019

8    incident, but I want to ask you some other background

9    questions before I forget.  Okay?

10        A    Yeah, yes.

11        Q    Okay.  This morning you mentioned a new

12   video of the February 2019 incident, correct?

13        A    Yes, I received a video today.

14        Q    Okay.  Who did you receive that video from?

15        A    Michael Sexton.

16        Q    Okay.  And who is Mr. Sexton?

17        A    Michael Sexton is, I believe, a named

18   defendant or witness to the incident.  He was watching

19   online and he was one of the people who arrived on the

20   scene to provide additional video witness and support

21   of the incident as it was happening.

22        Q    Okay.  Was this someone that you called for

23   support?

24        A    No, there was a group of people watching

25   the livestream, and they piled in a vehicle and came

Page 46

1    downtown to put extra eyes and cameras on the incident

2    and to help protect my safety.

3        Q    Okay.  Did you later speak with these folks

4    and that's what they told you, or how did you find out

5    about that?

6        A    I was there, they showed up.  It's on the

7    video.

8        Q    Okay.  Did you know the people that showed

9    up?

10       A    Yes.

11       Q    Okay.  And one of them was Michael Sexton?

12       A    Yes.

13       Q    Okay.  I suppose -- how did in video come

14   up recently where it was just sent to you this

15   morning?

16       A    I, in conferring with my attorney

17   yesterday, realized that these videos were not -- they

18   were not in the evidence list.

19       Q    Okay.  And when did you know that

20   Mr. Sexton had a video of this incident?

21       A    I knew this morning, I believed that there

22   were videos prior because in my video it shows a whole

23   bunch of people showing up with their cameras in their

24   hand.

25       Q    Okay.  At any point before this morning, or

Page 47

1    perhaps the last couple of days, did you reach out to

2    Mr. Sexton and ask him, "Hey, do you have a video from

3    this date?  Can you send it to me"?

4         A    No.

5         Q    Okay.  So this was just a recent

6    conversation, correct?

7         A    Just a recent conversation.

8         Q    Okay.  Are there other folks that you've

9    reached out to and asked if they have videos of the

10   same incident?

11        A    Yes.

12        Q    Okay.  Who did you ask?

13        A    Abade Irazarry, his name is Chris, he is

14   the trustee of Eric Brandt's video vault.

15        Q    Anyone else?

16        A    Johna Solis.

17        Q    Okay.  So other than Mr. Sexton, you've

18   asked three other people if they have videos of the

19   incident?

20        A    Yes.

21        Q    Okay.  And what was their response to your

22   question?

23        A    They're looking.

24        Q    Okay.  All three of them?

25        A    Yes.

Page 48

1      Q      Okay.  And when did you have these

2  conversations?

3      A      Yesterday.

4      Q      Okay.  Do you know if Bonnie -- and how do

5  you pronounce her last name?

6      A      Costas.

7      Q      Costas?

8      A      I think that's how it is pronounced.

9      Q      Okay.  Do you know if Miss Costas has a

10  video from the date of the incident?

11      A      I do not believe she does.  I believe the

12  video will represent that she did not have a camera in

13  her hand.

14      Q      And when you say the video, are you talking

15  about your video?

16      A      Yes.

17      Q      Okay.  Not Mr. Sexton's, or --

18      A      I haven't watched Mr. Sexton's video yet,

19  so I don't know what it has in it.

20      Q      Okay.  And I believe your counsel indicated

21  this morning off the record that the new video is

22  approximately 55 minutes long.  Is that your

23  understanding as well?

24      A      Yes.

25      Q      But you haven't watched the video?

Page 49

1        A      No.

2        Q      Okay.  When did you receive the video?

3        A      9:45, 9:50 this morning.

4        Q      As you were arriving for your deposition

5    today?

6        A      Yes.

7        Q      Okay.  Do you believe that anyone else that

8    you know might have a video of this incident?

9        A      I believe that there may be another person,

10   unknown to me who it is at this point, because I

11   believe that somewhere between four to eight people

12   arrived on the scene.

13              So there may be two or three more people

14   actually, but I haven't reviewed the videos to see who

15   was there, that showed up after the incident started,

16   to verify who to ask for yet.

17       Q      Okay.  And the other folks, the three

18   people that you mentioned that you asked recently,

19   they told you that they were looking --

20       A      Yes.

21       Q      -- to see if they have anything?

22       A      That's correct.

23              MS. KOEHLER:  Okay.  Counsel, we would

24   reserve the right to leave open this deposition in the

25   event that we feel the need to question Mr. Loma

Page 50

1    regarding any additional videos or other documents

2    produced after today.

3              MR. MOSSINGHOFF:  I agree.

4              MS. KOEHLER:  Thank you.

5         Q    (BY MS. KOEHLER) Mr. Loma, have you ever

6    been convicted of a felony?

7         A    No.

8         Q    Okay.  Have you ever been convicted of any

9    crimes of dishonesty?

10        A    No.

11        Q    And have you ever been in the military?

12        A    No, I was not allowed to serve.

13        Q    And why is that?

14        A    A medical condition that, at the time of my

15   application, disqualified me.

16        Q    Okay.  When did you apply?

17        A    I spoke with a recruiter after -- was it

18   Desert Storm, Desert Shield time frame.

19        Q    Several years ago?

20        A    2001?  When was 9-11, 2001?

21        Q    Correct.

22        A    Yes.

23        Q    Earlier you mentioned that you have a

24   couple business partners, correct?

25        A    Associates.

EXHIBIT 2

Page 51

```
 1        Q      Okay.

 2        A      Separate that they run their own business

 3   entities.  My business is not tied to theirs.

 4        Q      Got it.  Okay.

 5               Are you the sole owner of Cut the Plastic?

 6        A      Yes.

 7        Q      Okay.  And then I think you mentioned --

 8   was it Free the Press?

 9        A      A Free Press Clothing.

10        Q      Okay.  Are you the sole owner --

11        A      Yes.

12        Q      -- of that business?  Okay.

13               Do you own any other business we didn't --

14   businesses we didn't already talk about?

15        A      No.

16        Q      Okay.  So the contract work that we were

17   talking about earlier, for example, with the City of

18   Denver, you would have been paid through one of those

19   two business entities for that work?

20        A      Through Cut the Plastic, yes.

21        Q      Okay.  How long have you been working with

22   the City and County of Denver?

23        A      A year roughly.

24        Q      Okay.

25        A      In that capacity as a contractor.
```

Page 52

1     Q     Okay.  You get paid 1099?

2     A     Yes.

3     Q     Okay.  So going back to the incident, you

4  mentioned that you were using a camera on your phone

5  to record the incident, right?

6     A     To livestream it, yes.

7     Q     Okay.  Did a copy of that video save to

8  your phone, or how -- how did that work at the time

9  with your phone?

10     A     The way livestreams work is they're

11  broadcast to the world in realtime.  YouTube or Google

12  on the back end saves that and processes it, so the

13  videos are not stored on a cell phone as they're

14  livestreamed.

15     Q     Okay.  So if you're livestreaming something

16  to YouTube, it does not save the video to your phone?

17     A     That is correct.

18     Q     Okay.  With respect to this incident, is it

19  your understanding that a copy of this video saved to

20  your YouTube page after it was livestreamed?

21     A     Yes.

22     Q     Okay.

23     A     And it exists today.

24     Q     Okay.  Did you record the entire incident?

25  And what I mean by that is what we discussed earlier

Page 53

1    where you started to walk up to the folks that were,

2    you know, with the unhoused person, right?  Did you

3    film that entire interaction starting at that point

4    all the way through when you were issued a citation?

5         A    The memory that I have is that from the

6    moment I pulled my camera out and went live, I did not

7    shut off my camera until the incident was complete.

8         Q    Okay.  Did you receive any money from

9    YouTube for this particular video?

10        A    I don't know.

11        Q    Is there a way that you could go back and

12   check financial records to find out?

13        A    Probably.  I would guess that if I did it

14   would not have been more than $10 or some measly

15   amount.

16        Q    Okay.  Is that pretty common for you to

17   earn, say, a maximum of $10 per a livestream video on

18   YouTube?

19        A    I think that's a high-end estimation.

20        Q    How many videos do you typically post on

21   any given day, and as far as the time frame -- let me

22   rephrase that.

23             How many videos were you posting on any

24   given day to Cut the Plastic back in 2019?

25        A    Two to five.

Page 54

1      Q     Okay.  Generally speaking, what were the

2   content of those videos?  Were they all different?

3   Did they all relate to the same constitutional issues?

4      A     Yeah, I mean, my work as a journalist

5   documenting the tragedy and trauma of the urban

6   camping ban set of laws that criminalize people who

7   don't have the financial wherewithal to maintain their

8   own personal housing is extensive.

9      Q     Generally speaking, that's sort of the

10  issues that your videos typically relate to?

11     A     Generally the main focus.  Additional focus

12  is on environmental justice, issues of the day, right,

13  is it Black Lives Matter, is it George Floyd, is the

14  poisoning of the air by people living in and around

15  Suncor, is it city council meetings, is it homeless

16  sweeps, right, it's issues that are important to the

17  population and documenting how we treat our humans.

18     Q     What did you intend to use this video

19  recording for?

20     A     Documentation of realtime activity as it

21  occurs sanctioned by the 16th Street downtown Denver

22  partnership City and County of Denver and those, you

23  know, who enforce such laws.

24     Q     Do you have any personal knowledge as to

25  whether Allied Universal Security is a partner in the

Page 55

1    Denver downtown partnership that you mentioned?

2        A    Are they an active member today, or were

3    they an active member in 2019?  I would say that the

4    roles of membership are not something that I keep a

5    record of, nor do I know if they're actually publicly

6    available.

7            Memory serves me that the downtown Denver

8    partnerships membership directory is private and not

9    public record.

10       Q    Okay.  Back in February of 2019, if you had

11   known that the folks that you were approaching were

12   Allied Universal Security officers, would that have

13   meant anything to you?  Would you have heard of that

14   business before?

15       A    Yes, it would have meant something to me.

16   I would have -- have -- familiar with Allied Security.

17           I -- I vaguely want to say that they

18   settled for assault for Raverro Stinette at the Union

19   Station facility for beating him up in the bathroom.

20       Q    Okay.  So let's back up a little bit.

21           So you said that back in 2019 you were

22   familiar with the business Allied Universal Security?

23       A    Yes.

24       Q    And you say that was based on another

25   incident involving Allied Security that you heard

Page 56

1    about?

2         A     No, actually I have personal ties and

3    connections to that, but I would say that throughout

4    my work in and around the Denver Metro area, I am

5    familiar with Allied Security as a business.  I was

6    just referencing that I believe they were also in a

7    settlement for the assault of an individual why their

8    agents were working actively.

9         Q     What's the time frame of this other

10   incident that you mentioned?  Do you know?

11        A     Sometime in the last six years.

12        Q     Do you think it would have been before 2019

13   or after?

14        A     I don't remember.

15        Q     Back in February of 2019 did you have a

16   personal opinion about Allied as a business?

17        A     I would say that I have a personal opinion

18   about the conditions of our homeless community and any

19   entity that interacts with them.

20        Q     Including Allied potentially?

21        A     Potentially including Allied, yes.

22        Q     Okay.  And what is that opinion?

23        A     Overbroad that they, you know, often

24   enforce regulations and move our unhoused communities

25   away from the safety and protection of cameras,

Page 57

1    lights, the public spaces where people don't get

2    violated in unnecessary ways.

3        Q    What is that belief or opinion based on?

4        A    City data, statistics showing, for example,

5    that the reported sexual assault per capita since the

6    urban camping -- these laws known as the urban camping

7    ban were initiated doubled per capita in less than ten

8    years.

9        Q    Do you have a negative opinion about my

10   client, Allied Universal?

11       A    I have neutral opinion.

12       Q    Did you have a negative opinion about them

13   back in February of 2019 before this happened?

14       A    I don't think so.

15       Q    Okay.  Had you ever met the two or three

16   security guards from Allied that were involved in this

17   incident before it happened?

18       A    Not to my recollection, no.

19       Q    Before this incident, had you been involved

20   with Allied in any other incidents that you can

21   recall?

22       A    I am sure that I have recorded every

23   security company representative -- representatives of

24   every security company in the City and County of

25   Denver in the last decade.

Page 58

1      Q      Okay.  So you're fairly confident that you

2      probably recorded other interactions with my client at

3      some point before --

4      A      Before and after.

5      Q      Before and after.  Okay.

6             So I know we talked about the incident a

7      little bit, and I know you said that you haven't seen

8      the video recently, but what do you recall about what

9      happened?

10     A      I recall a gentleman sleeping on the

11     ground, I recall a woman shoving me, pushing me away

12     from the ability to video, blocking me, waving their

13     arms to prevent me from filming.  I vaguely remember

14     the EMTs showing up; I remember a police officer

15     coming; I remember being accused of hawking a loogie

16     or spitting on a woman's face where it rolled down her

17     face as an accusation; I remember the police officer

18     asking to see the video and I said, "I'm recording

19     live.  Go get a phone and watch the video from the

20     beginning."

21            I remember a bunch of people showing up to

22     the incident, people that knew me directly; I remember

23     there being a bunch of police officers, and I remember

24     that I went home that night; I did not get jailed.  I

25     was issued a citation instead of an arrest.

Page 59

1      Q      Correct, that's my understanding as well.

2      A      That's a vague recollection of the night.

3      Q      Okay.  So you mentioned a woman reporting

4   to police that you had spit on her, correct?

5      A      Yeah.

6      Q      What was your response to Denver PD when

7   they were investigating this incident?  What did you

8   say when you were asked about that?

9      A      To my memory, I would have said that I

10  didn't spit on her because I didn't spit on her.

11     Q      Do you believe that you may have

12  accidentally spit on her while you were speaking with

13  her during this incident?

14     A      I don't know how you would accidentally

15  spit on somebody to the degree that it would roll down

16  their face.  I think that would be an intent of

17  assault to spit on somebody.

18     Q      Do you deny that you spit on her at all

19  when you were interacting with her?  And when I say

20  her, I'm talking about Miss Trimble that you've sued

21  in this lawsuit.

22     A      I do deny that I intentionally spit or

23  assaulted her -- spit on or assaulted her in such a

24  way that she described.

25     Q      So taking sort of the -- the intent out of

Page 60

1    it, that is a very specific legal definition under the

2    law.  So taking that out of it, did you spit on her

3    whether it was intentional or not?

4        A    Again, I don't know how you would spit on

5    somebody unintentionally.

6        Q    But did that happen?

7        A    No, I do not believe that I spit on her.

8    Spitting on somebody requires an intentional effort.

9            MR. MOSSINGHOFF:  Can I ask for one break

10   just for a second?

11           Is it too cold in here?

12           THE VIDEOGRAPHER:  Hold on one second.

13           Going off the record at 11:45.

14           (Discussion off the record.)

15           THE VIDEOGRAPHER:  Back on the record at

16   11:44.

17       Q    (BY MS. KOEHLER) My question, sir, is:  Did

18   you spit on her whether it was intentional or not?

19       A    To my knowledge and understanding, I did

20   not formulate a quantity of saliva to hurl at your

21   client.

22       Q    So, that wasn't really my question.

23       A    That's what spitting is to me, is

24   quantifying an amount of saliva or other mucous in

25   one's mouth and intentionally ejecting it somewhere.

Page 61

1    That is my understanding of the definition of

2    spitting.

3         Q    So what you're describing to me sounds like

4    somebody hawking loogie.  Does that sound -- would you

5    agree with that?

6         A    That could be a slang term, yes.

7         Q    Okay.  So you would agree with me that

8    hawking a loogie is different than -- can be different

9    than spitting on someone, right?

10        A    I believe that that would be the same kind

11   of thing.  Yeah, I believe it would be the same thing,

12   to spit on somebody.

13        Q    So is it your testimony that you did not

14   intentionally spit on Miss Trimble, correct?

15        A    That is correct.

16        Q    Okay.  Did you accidentally spit on her?

17        A    I don't believe that I did.

18        Q    She says that you spit in her face twice.

19   Do you deny that?

20        A    Yes.

21        Q    Why?

22        A    There is video evidence.  I was

23   livestreaming the whole time.  It's my understanding

24   that there is no evidence that I spit on your client.

25        Q    Well, having no evidence of something

Page 62

1     happened is different than whether something actually

2     happened.  So are you denying that you spit in my

3     client's face?

4          A     Yes.

5          Q     Okay.

6                THE VIDEOGRAPHER:  Real quick, Counsel.  I

7     think your hair might be -- thanks.

8          Q     (BY MS. KOEHLER) Do you recall having any

9     conversations with Miss Trimble during this

10    interaction?

11         A     I am sure that I had to interact with her.

12    She was trying to block me from videotaping the

13    incident as it was happening.

14         Q     Okay.  So do you recall what -- what you

15    may have been saying to her in response to her doing

16    that?

17         A     Probably that I have a constitutional right

18    to film on the street, and if she doesn't want to be

19    filmed, then she should go inside her building.

20         Q     And how far away were you standing from her

21    when you were interacting with her?

22         A     I don't know how close she came to approach

23    me, but she laid hands on me, so I'm sure that at

24    various points she was within --

25         Q     Arm's length?

Page 63

1          A       Within arm's length if she was able to put

2     her hands on me and shove me.

3          Q       When did she put her hands on you?

4          A       I don't remember the time stamp.  The video

5     is there for evidence.

6          Q       Was it, to your recollection, toward the

7     beginning of this incident, toward the --

8          A       Yes.

9          Q       -- end?

10         A       I believe, if my memory serves me

11    correctly, that this incident lasted for an hour or

12    two from beginning to end --

13         Q       How did --

14         A       -- or somewhere in that range.

15         Q       Okay.  How did she put her hands on you?

16         A       I don't remember; I just remember that

17    she -- I don't -- the video's there.  I don't remember

18    if she pushed me, if she -- you know, was blocking me.

19    I don't remember the exact details.

20         Q       Did you tell Denver Police that

21    investigated this incident that that happened?

22         A       Probably.

23         Q       You don't remember?

24         A       I haven't watched the video.  That's my

25    testimony.  The video is there.  If I told the police,

Page 64

1    I probably recorded the interaction with the officer.

2        Q    Did you ask Denver Police to charge my

3    client with assault for putting her hands on you

4    and/or pushing you as you termed it?

5        A    I don't remember.  It's possible.

6        Q    Why not?

7        A    Because I haven't watched the video.

8        Q    No, why didn't you ask Denver PD to give

9    her a citation if she touched you?

10       A    Well, that would be telling me that I

11   didn't ask her -- or didn't ask them based on the

12   question if I did or not.

13            So, you know, I -- I don't call the police

14   on people.  That's not my daily practice.  I'm more of

15   a person who will work to find resolution to a

16   circumstance and assist a person in the situation that

17   they're going through versus calling on the brutality

18   of the Denver Police Department to manage situations.

19            So if you're telling me that I didn't ask

20   the police to cite her, it would probably be along

21   that moral code.

22       Q    So, let's talk about that a little bit.

23            You said that you don't really call the

24   cops on people.  Is that your testimony?

25       A    Generally speaking.

Page 65

1        Q      Okay.  Do you ever do anything that

2    attracts police officer attention in public?

3        A      Sure.

4        Q      So protesting, things like that, right?

5        A      Yes.

6        Q      Yelling, screaming, using profanity?

7        A      Yeah, sometimes, you know, it's a

8    constitutional free right, free speech, freedom to

9    practice your faith, and things like that, in a public

10   setting.

11             I've street preached in the middle of Mardi

12   Gras while people are getting drunk and lewd, so why

13   wouldn't I street preach in my home city?

14       Q      Are you a pastor or minister of some sort?

15       A      Licensed as a pastor?  Is that the question

16   you're asking me?

17       Q      Sure.

18       A      I do not have a degree or license as a

19   religious entity, no.

20       Q      Do you belong to a church?

21       A      I've belonged to a multitude of churches

22   over the years.

23       Q      What religion are you?

24       A      Christian.

25       Q      Okay.  When you say you often street

Page 66

1    preach, what does that mean?

2        A      Street preach, talk about the conditions of

3    humanity, how we treat one another, the conditions of

4    the way we treat our planet, the world, other human

5    beings, the laws that we make and regulate, behavior,

6    the solutions that we focus on when it comes to the

7    use of our money, taxpayer or otherwise, to engage or

8    shift the moral compass.

9        Q      And when do you that, when you street

10   preach, is it common for you to make a lot of noise,

11   yell, shout, use profanity, or do other things to get

12   police attention?

13       A      No.

14       Q      Did you do that in this incident?

15       A      The purpose isn't to attract police

16   attention.

17       Q      What's the purpose?

18       A      To educate the public and to draw eyes and

19   awareness to the incident that's happening.

20       Q      So if you want the general public to look

21   at you, to listen to what, you know, you are trying to

22   tell them, one way to do that is to be pretty loud

23   about it, right?

24       A      Yeah.

25       Q      And to get someone's attention, right,

Page 67

1     sometimes you've got to be loud, you've got to use

2     profane language, things like that, right?

3          A     I don't know why you keep coming to profane

4     language.  There's no constitutional restrictions

5     against it or necessity, but it does not necessitate

6     profane language to be loud.  You don't have to use

7     profane language to preach.  It is or can be whatever

8     words people use, but no, it is not my necessarily

9     daily practice to use profane language to solicit

10    awareness or education.

11         Q     In this instance, after the incident had

12    already occurred and Denver PD was investigating, what

13    were you doing?  So you said, you know, this sort of

14    lasted an hour or two, right?  What were you doing in

15    that time frame to your recollection?

16         A     Man, I mean, filming from a pubic sidewalk,

17    documenting the incident as it was going on, I mean,

18    obviously once the police are there, I can't leave.  I

19    believe I was detained legally for the time frame.

20              So, I don't know, did I start preaching at

21    some point?  Did I start educating people about how

22    taxpayer dollars are being used to persecute those at

23    the bottom of the pool?  Did I draw attention to the

24    struggles that we've faced other the last decade plus

25    here in the City and County of Denver without, you

Page 68

1    know, working adequate solutions?  Probably.

2        Q    Okay.  So you say you haven't watched the

3    video in a long time, but it sounds to me like you

4    remember it pretty well.

5        A    I mean, I remember my daily weekly

6    activities, right, from 2012-13 to last Sunday I was

7    on the mall feeding the homeless, providing clothing,

8    a listening ear, jobs when people look for them to

9    those who are in need.

10       Q    Okay.  So --

11       A    I'm on the 16th Street Mall every week as

12   dead as it is now, and I often elocute with a loud

13   voice the concerns that we face.

14       Q    Okay.  Did it upset you that Miss Trimble

15   was trying to block you from filming the incident and

16   that she told you to stop filming?  Did that upset you

17   in any way?

18       A    Probably not.  She doesn't have legal

19   authority to tell me to stop filming on the sidewalk,

20   and I hold my constitutional rights with extreme

21   knowledge and prejudice.

22       Q    That didn't make you angry that she told

23   you to stop filming?

24       A    Probably not angry, no.

25       Q    How would you describe it then?

Page 69

1          A     I would have to review the video to be more

2     clearly definitive on it, but I don't tend to carry

3     anger at people.

4          Q     Interesting.  Okay.

5                Do you recall my client saying to you,

6     Miss Trimble, "Do not spit in my face, sir"?

7          A     I would have to watch the video.

8          Q     So if the video that you took that you

9     livestreamed of this incident shows you saying that --

10    or excuse me, you can hear her saying that on the

11    video to you, you would have no reason to dispute

12    that, right?  If it's in the video?

13         A     That -- that she said it.

14         Q     Right.

15         A     I would have no reason to dispute that she

16    said it; I would definitely have reason to dispute

17    whether it happened or not.

18         Q     Why?  It's your video.  You created it,

19    right?  No one else has access to it, no one can

20    modify the content of this video that you

21    livestreamed, correct?

22         A     I would say that there are regular examples

23    in society where -- where people say things are

24    happening and they don't.

25                We can look at incidents that just happened

Page 70

1    in the last couple weeks in the news where an officer

2    thought that that sound of an acorn falling was

3    gunfire and that the person that he had secured in the

4    back of his car was actively shooting at him.  It

5    didn't happen that way, the video shows him saying,

6    "Gunfire," but he didn't actually have gunfire.

7         Q    Okay.  So --

8         A    So, could she have said something that

9    didn't actually happen as a way to solicit or elicit a

10   response?  It's absolutely possible.

11        Q    So going back to my question, and I think

12   you answered it, but just to be clear, you don't

13   believe that anyone has altered the video that you

14   livestreamed, right?

15        A    Not my video, no.

16        Q    Okay.  Thank you.

17             What do you remember, if anything, from

18   your interactions with Miss Chaplinskiy?

19        A    If Miss Trimble is the person who waved her

20   arms at me, then she's the one I remember, you know,

21   the most, and I would have vague recollection of --

22   like I said earlier in my testimony, I don't even

23   remember what they were wearing other than the young

24   man that had a beanie with a badge on his head.  That

25   stuck out the me.

Page 71

1           So I don't remember, I haven't reviewed the

2      video.

3           Q    Sure.  Do you recall what Miss Chaplinskiy

4      looked like?

5           A    Not without watching the video.

6           Q    What did Miss Chaplinskiy do or say that

7      caused you to include her as a defendant in this

8      lawsuit?

9           A    I would believe, based on the reading of

10     the discovery questions, that she affirmed that I

11     intentionally spit on Miss Trimble.

12          Q    So your recollection is that she told

13     Denver PD the same thing that Miss Trimble did, that

14     you spit on her, correct?

15          A    Based on my review of the discovery

16     questions.

17          Q    Do you have a specific recollection of your

18     interactions with Miss Chaplinskiy?

19          A    Not without watching the video.

20          Q    You don't recall anything that you would

21     have discussed with her?  Any of the interactions you

22     had with her?  Anything like that?

23          A    Not without watching the video.

24          Q    But you felt that she wronged you in such a

25     way to deserve to be sued?

Page 72

1      A      I didn't write the lawsuit.

2      Q      I understand you're not an attorney, sir,

3  but you can't -- sitting here today, you can't

4  remember anything that Miss Chaplinskiy did that upset

5  you, you can't remember your interactions with her.

6  I'm just curious, why are you suing her?

7      A      Ma'am, I have over 2,000 incidences that

8  I've documented in the City and County of Denver.

9  Without watching the video, I can't remember

10  everything.

11             So, if the video gave its own evidence, if

12  the police report gave its own evidence that she was

13  involved, that she gave testimony to an officer, or

14  that my attorneys felt that she did something in such

15  a way that she should be included, that was my

16  attorneys' decision.

17      Q      So you don't -- as you sit here today, you

18  do not have any specific feelings toward

19  Miss Chaplinskiy?  You don't recall being angry with

20  her?  You don't recall being involved in the decision

21  to include her in this lawsuit, correct?

22             MR. MOSSINGHOFF:  Objection.  Compound

23  question.

24             You can answer if you can.

25      Q      (BY MS. KOEHLER) You don't remember her at

Page 73

1    all, right?

2         A    I would have to watch the video.  I don't

3    know everything that happened in the video.  I don't

4    know that I would recognize her if I just ran into her

5    on the street.

6         Q    So, you have very specific recollections of

7    your interactions my other client, Miss Trimble,

8    right?  You said, "Well, somebody was" -- you know --

9    "put her hands up, was blocking my ability to film,

10   she told me not to film, she said I spit on her, I did

11   not," you have specific memories of your interactions

12   with her, correct?

13        A    I have memories based on the review of the

14   discovery questions, and based on the fact that yes,

15   Miss -- Faliesha I think her name is.

16        Q    Faliesha Trimble, yes.

17        A    Trimble -- as the main character in the

18   incident was talked about for a period of time after

19   the incident happened and that she tried to stop me

20   from videotaping.

21        Q    What is the factual basis for including

22   claims against Miss Chaplinskiy in this lawsuit?  So I

23   don't want to know anything you talked about your with

24   your counsel, I'm not asking for legal strategy,

25   anything of that nature, I'm asking:  What is the

Page 74

1    factual basis to include her as a defendant in this

2    lawsuit from your perspective?

3        A       She was a party to the incident.

4        Q       She was there, you're going to sue her?

5        A       She was there, she gave testimony to the

6    police officers.

7        Q       Do you recall the Denver Police Officers

8    interviewing any other Allied Security employees other

9    than Miss Trimble and Miss Chaplinskiy?

10       A       I'm guessing there were three people on

11   site so they probably interviewed all three.

12       Q       Okay.  What about the young gentleman you

13   mentioned earlier with the beanie and the -- the

14   badge?  Do you recall Denver PD interviewing him?

15       A       I would have to watch the video to remember

16   to -- you know, to refresh my memory.

17       Q       Do you have a specific recollection of why

18   you did not also include the other Allied employee

19   that was there in this lawsuit?

20               MR. MOSSINGHOFF:  Objection.  Calls for a

21   legal conclusion.

22       Q       (BY MS. KOEHLER) Do you know why?

23       A       I'm not a lawyer.  I didn't write the

24   lawsuit.  I'm not a lawyer.

25       Q       Okay.  So Denver Police Department arrived

Page 75

1    on the scene and they investigated the report that you

2    spit on my client, correct?

3        A    Yeah.

4        Q    And this incident was investigated by

5    Corporal Robert D. Smith of the DPD.  Do you have any

6    reason to dispute that?

7        A    No.

8        Q    Did you know Corporal Smith before you

9    interacted with him on this date?

10       A    I don't know.  I have interacted with well

11   over half of the city's police department at some

12   point in the last decade.

13       Q    So you might have interacted with him

14   before this incident, but you're not sure?

15       A    Yeah.

16       Q    Okay.  And if I told you the DPD spent

17   approximately 40 minutes or more investigating this

18   incident before issuing you a ticket, would you have

19   any reason to dispute that?

20       A    No.

21       Q    Does that sound about right from your

22   recollection?

23       A    Yeah, I remember the incident was more than

24   an hour long, so I'm sure that that was -- that's

25   probable.

Page 76

1      Q      Okay.  DPD was there for a while

2    interviewing witnesses and trying to figure out what

3    happened, right?

4      A      Right.

5      Q      Okay.  And as part of his investigation

6    into this report that you spit on my client, you were

7    interviewed by Corporal Smith.  Do you recall that?

8      A      Not directly.  I haven't watched the video.

9      Q      Did you recall any of DPD asking you

10   questions about what had happened from your

11   perspective?

12     A      I'm sure that I talked to somebody.

13     Q      Okay.  That would be pretty common, right?

14   For them to ask the other person involved in an

15   assault allegation, you know, "Sir, what happened?

16   Tell me what happened from your perspective," right?

17     A      Right.

18     Q      Okay.  Do you recall telling Corporal Smith

19   that maybe you sprayed Miss Trimble on accident while

20   you were speaking with her?

21     A      Without watching the video, I would have --

22   not -- recollection.

23     Q      Do you recall telling Corporal Smith that

24   there was a difference between intentionally hawking a

25   loogie on someone and accidentally spraying spit in

Page 77

1    their face while talking to them in close proximity?

2        A    Excuse me.

3            Sounds like you're quoting me, but I don't

4    remember the words; I haven't watched the video.

5        Q    And if you are seen and heard on the video

6    that you produced in this lawsuit saying these things,

7    you don't have a reason to dispute that, right?

8        A    If I said them and it's on recording why

9    would I have a -- to dispute it?

10       Q    I -- I just need to know.

11       A    Okay.

12       Q    Okay.  So you don't have a reason to

13   dispute that it -- it's you in the video, right?  This

14   is not somebody else?  I know there's other folks in

15   the video, but there wasn't someone out there using

16   your name pretending to be you that looks exactly like

17   you on this video, right?

18       A    Correct.

19       Q    Okay.

20       A    I am the only Brian Loma.

21       Q    Thank you.

22           And you understand that Corporal Smith

23   interviewed Miss Trimble about what had happened,

24   right?

25       A    Uh-huh.

Page 78

1      Q      And --

2      A      I'm sure.

3      Q      Do you understand that Corporal Smith also

4    interviewed Miss Chaplinskiy about this incident?

5      A      Sure, yes.

6      Q      Okay.  Is it also your understanding that

7    Corporal Smith interviewed someone that was associated

8    with you and also there, Bonnie Costas?

9      A      Yes.

10     Q      How do you know Miss Costas?

11     A      I met her on the street while serving the

12   needs of our disadvantaged community on the 16th

13   Street Mall.

14     Q      How -- how long did you know her before

15   2019?

16     A      Maybe a year.

17     Q      How would you describe your relationship

18   with her?  Was she a close friend, kind of a business

19   acquaintance?

20     A      Yeah, she's a friend.  She came to our

21   weekly service.

22     Q      Where was your weekly service held back in

23   2019?

24     A      On the 16th Street Mall where it's still

25   held.

Page 79

1          Q      Okay.  Do you still talk to her today?

2          A      From time to time, yeah.  We don't

3    communicate on a daily basis or a weekly basis, but

4    probably every few months.

5          Q      Okay.  And it's been sort of the same

6    relationship with her in the last several years it

7    sounds like, from 2019 to date?

8          A      Yeah.

9          Q      Okay.

10         A      She still, you know, shows up from time to

11   time to our meals.

12         Q      Okay.  Is it your understanding that

13   Corporal Smith interviewed another witness, Brianna

14   Palomino?

15         A      I don't know who that is.

16         Q      Okay.  If I told you that in the body cam

17   footage from Corporal Smith that he was wearing when

18   he was doing his investigation that he talked to a

19   witness with the name Brianna Palomino, you don't have

20   any reason to dispute that?

21         A      No.

22         Q      And you don't -- it sounds like you don't

23   know who Miss Palomino is, correct?

24         A      No idea.

25         Q      So by -- by my count, including speaking

Page 80

1    with you and the other folks that were at the scene,

2    Denver PD interviewed no less than six different

3    witnesses, correct?

4            MR. MOSSINGHOFF:  Objection.  Calls for

5    speculation.

6            You can answer the question.

7            THE WITNESS:  I only count five currently.

8        Q    (BY MS. KOEHLER) You, Mr. Loma, correct?

9    My clients, Miss Trimble and Miss Chaplinskiy,

10   correct?  Miss Palomino, correct?

11       A    Those are the people you've stated so far,

12   correct.

13       Q    Okay.  Miss Costas, correct?

14       A    Okay.

15       Q    And another individual that was associated

16   with my client, the young gentleman, Kevin Reiser.

17       A    That's the third security guard?

18       Q    Correct.

19       A    Okay.

20       Q    So, you don't have any reason to dispute

21   the Denver PD interviewed six different witnesses to

22   investigate this report of an alleged assault,

23   correct?

24       A    Correct.

25       Q    Okay.  Is it your understanding that

Page 81

1    Corporal Smith also watched the video of the incident

2    that you had been livestreaming up and to that point?

3        A    Yeah, I feel like he got in the car with

4    Bonnie and they watched the video, yes, or they

5    attempted to watch the video from the beginning,

6    something along those lines.

7        Q    And I think you said this earlier, but

8    didn't Corporal Smith ask you for your phone so he

9    could watch the video from there and you told him no,

10    right?  Because you were still streaming?

11        A    Actively broadcasting, that's correct.

12        Q    Okay.  Isn't it true that he asked you a

13    couple of times, "Sir, if you can just show me the

14    video, if this video starts from the beginning of this

15    incident, then I can figure this out.  I can figure

16    out whether you spit on her or not," right?

17        A    I vaguely feel that that is right, yes,

18    that he -- so I feel like that's why they went in the

19    car to go to YouTube and watch the video from the

20    beginning.

21             I also feel like there was a lot of things

22    going on at the time, I mean, there were 10, 15 people

23    on scene.  So, yeah, I'm sure that he did some

24    investigation in the incident, didn't feel that I had

25    assaulted her to the -- in any way that I would be

Page 82

1    arrested but instead, because there was an issue and

2    commotion in a call that they would send it to the

3    District Attorney for -- for dealing with it.

4        Q    So have you ever spoken with Corporal Smith

5    after he issued you a ticket about this incident?

6        A    No --

7        Q    Okay.

8        A    -- probably not.

9        Q    So you don't know why he chose to write you

10   a ticket versus not arresting you and taking you to

11   jail, right?  You don't know that?

12       A    I don't know.  There's something in my

13   memory that says there might have actually been a

14   statement in the video when he made the decision to

15   give me a ticket about the commotion that was there,

16   but I would have to review the video, again.

17       Q    You were part of the commotion at this

18   point, right?  These folks were your sort of

19   associates, for lack of a better word, that had come

20   out to support you that were causing a commotion on

21   the 16th Street Mall, right?

22       A    I think that your client is the one who

23   caused the commotion when she attempted to stop me

24   from my constitutional rights of videotaping activity

25   on a public sidewalk, and that everything that

Page 83

1    happened after that was because of her actions.

2         Q      That's an interesting theory.

3              So other folks that came to support you,

4    you said to protect you, that were causing a

5    commotion, they were yelling, they were screaming,

6    they were getting up in Denver Police Officers' faces,

7    getting up in the faces of innocent bystanders, you

8    don't think that's a commotion that had something to

9    do with you?

10        A      Again, the reason those people came to the

11   16th Street Mall was because of your client's actions.

12        Q      Because you were livestreaming it, right?

13        A      No, not because I was livestreaming;

14   because she attempted to stop me from livestreaming.

15        Q      And you didn't stop though, right?

16        A      It was her actions responding to me, I

17   believe silently at the point, until she interacted

18   with me streaming the event, or if I was making

19   commentary, making commentary to the audience watching

20   my video that caused everything else to happen from

21   then on.

22        Q      So, no one else involved in the commotion

23   after the incident has responsibility for their own

24   behavior, is that what you're saying?  Including

25   yourself?

Page 84

1        A      We all have responsibility for our own

2    behaviors, but based on the picture that you're

3    painting, I would say that I was the only one who was

4    issued a summons, at the end of the day.  The District

5    Attorney's Office didn't find that the -- that there

6    was evidence for charges, and the case was dismissed.

7        Q      That wasn't really my question, sir.

8              So, you mentioned that Corporal Smith

9    watches the video.  Is it from Miss Costas's phone?

10       A      I don't know whose phone he was watching it

11   on.  Could have been his own.

12       Q      You understand at some point while he

13   investigated this incident, he watches the video that

14   you created and were livestreaming, right?

15       A      Yes.

16       Q      Okay.  Do you have any understanding that

17   he actually watched the video twice while he was

18   investigating the incident?

19       A      That would be your assertion.

20       Q      You don't have any reason to disagree with

21   me that his body cam footage indicates that he watched

22   it twice?

23       A      I haven't seen the body camera footage.

24       Q      Okay.  But if that's what the body camera

25   footage shows, you don't -- again, you don't have any

Page 85

1    reason to dispute that, right?

2              MR. MOSSINGHOFF:  Objection to the form of

3    the question.

4              THE WITNESS:  Yeah, if the body camera

5    video shows that he attempted to understand what was

6    going on by watching the video twice, then that's what

7    his body camera footage would show.

8              I have no -- I haven't seen his video, so I

9    don't know what he did.  I was not conducting his

10   investigation.

11        Q    (BY MS. KOEHLER) Do you have an

12   understanding that the body cam footage was actually

13   first produced by your attorneys in this case?

14        A    As discovery evidence from the prep for a

15   trial?

16        Q    No, just that at some point your attorneys

17   had a copy of the video.  Did they get it from you?

18        A    I'm assuming they got it from the ADC.

19        Q    Who is the ADC?

20        A    Alternative defense counsel.

21        Q    Okay.  So you yourself have never had a

22   copy of the body cam footage from this incident; is

23   that your testimony?

24        A    I don't recall having video.

25        Q    Okay.  And you don't recall ever having

Page 86

1    watched it, correct?

2         A     I don't recall having watched it, but I've

3    watched so much body camera in my life that it's, you

4    know --

5         Q     At -- at one point do you recall Corporal

6    Smith asking you if the video starts from the

7    beginning of whole interaction with my clients?

8         A     I don't recall his exact line of

9    questioning or when it happened, but I'm sure that if

10   he asked me that question that I would have responded

11   that, you know, whatever's going on, I pulled up the

12   thing and I started the thing, so --

13        Q     Okay.  So your response to him likely would

14   have been, you know, "Yeah, I started" -- "I started

15   filming this from when I first walked up," right?

16        A     Right, or as soon as I was able to pull my

17   phone out, yeah.

18        Q     Okay.

19        A     It's not like -- it's not like there's a

20   hot button on a phone that -- you know, you have to

21   passcode, enter, open YouTube, start a video.  It's

22   not just push a button and it starts broadcasting live

23   automatically.  There's a couple of steps.

24        Q     Okay.  How long does it take to get ready

25   to start livestreaming?  A couple seconds maybe?

Page 87

1      A      Yeah, you know, 30 seconds, a minute.

2      Q      Do you recall being questioned by Corporal

3   Smith along the lines of his opinions about watching

4   the video?  Do you recall him saying something to you

5   like, "Well, it looks like to me in the video the

6   victim was walking away from you."  Do you recall

7   that --

8      A      No.

9      Q      -- conversation?  No.

10          Do you recall Corporal Smith asking you

11   that in his impression watching the video that you

12   kept getting right up in her face?

13      A      No.

14      Q      So the next line of questioning that I'm

15   going to ask you is about a number of comments that

16   you made in your video, okay, from the date of the

17   incident.

18          So I think it's pretty straightforward, I'm

19   going to ask you, you know, did you say this comment,

20   and I think to sort of move things along it would be

21   helpful if you just said a yes or a no, or if you

22   don't remember that's fine, too, right, because I know

23   that you haven't watched this video recently, correct?

24      A      Correct.

25      Q      Okay.  You equated one of Allied Security

Page 88

1    guard's comments that they were just doing their jobs

2    at the Holocaust, right?

3        A    I haven't watched the video.

4        Q    You don't recall making a comment like

5    that?

6        A    I don't recall making a comment like that.

7        Q    Do you recall talking to a gentleman

8    walking by, sort of viewing the other folks that

9    were -- I know your counsel's probably going to object

10   if I say causing a commotion, but after the incident

11   happened, do you recall speaking to a gentleman that

12   was passing by about the holocaust?  Do you remember

13   that at all?

14       A    I haven't watched the video.

15       Q    But do you remember?  I'm not asking about

16   do you remember the video; do you remember having a

17   conversation like that with someone?

18       A    Without watching the video, I would not

19   have the ability to comment on my conversations.  I

20   don't recall all the details.

21       Q    In your video, correct?

22       A    Correct.  As I've said, I've made thousands

23   of videos.

24       Q    Do you recall yelling, "You see this

25   spittle coming out of mouth.  Corporal, look at this.

Page 89

1    I'm spitting when I'm talking.  This is the evidence

2    you need that I didn't spit in her face"?

3         A    I don't recall saying that.

4         Q    Do you recall saying to a gentleman that

5    did not appear to be involved in this dispute, "Be a

6    better human being, Jew"?

7         A    No.

8         Q    Do you recall fake crying loudly on the

9    video making fun of Miss Trimble because she was

10   sitting in the back of a patrol car while she gave her

11   statement for her own safety?

12             MR. MOSSINGHOFF:  Objection to the form of

13   the question.

14             THE WITNESS:  I haven't watched the video.

15        Q    (BY MS. KOEHLER) You don't recall doing

16   that?

17        A    I don't recall what happened in the video.

18   I haven't watched it.

19        Q    You don't recall saying, "This lady in that

20   squad car, she hides for her own protection"?

21        A    I don't recall it.

22        Q    "She fucks with the homeless"?

23        A    I don't recall it.

24        Q    "Fuck the police"?

25        A    Oh, I say that all the time.

Page 90

1      Q      "This is a million dollar experience,

2    folks"?

3      A      Don't recall saying that.

4      Q      Do you know what you might have meant by a

5    comment like that?

6      A      Well, we spend millions of dollars on an

7    annual basis moving our unhoused people to nowhere,

8    spending millions of dollars a year moving people and

9    policing them from space to space so that they are not

10   as visible in the places that we don't want to see

11   them.  We spend millions of dollars a year not housing

12   people, except for the current administration, which

13   is doing a lot more on that.

14            So, you know, the experience of the

15   millions and millions of dollars that we've spent of

16   city taxpayer money to not solve the problem of our

17   most diminished people.

18     Q      So when you say we, you don't mean you,

19   right?  You mean kind of like what you said, taxpayer

20   money, the government, things like that, right?

21     A      I'm not spending millions, I don't have

22   millions.  I spend what I have to solve the problems

23   as I can.

24     Q      So one of your associates that was there

25   with you is a Mr. Eric Brandt; is that correct?

Page 91

1        A       That is correct.

2        Q       Do you recall after Corporal Smith hands

3   you your ticket he said, "We'll see you in court,

4   bitch"?

5        A       Sounds like Eric.

6        Q       At one point in the video Mr. Brandt says,

7   "As soon as this case is dismissed, we're going to sue

8   your stupid ass," correct?

9        A       I would have to watch the video, but --

10       Q       Do you recall laughing hysterically in the

11  video that you livestreamed of this incident?

12              MR. MOSSINGHOFF:  Objection.  Foundation.

13  Objection to form of the question.

14              MS. KOEHLER:  Foundation?  It's his

15  conduct.

16              MR. MOSSINGHOFF:  You're describing it in

17  your own terms.

18       Q       (BY MS. KOEHLER) Do you recall laughing,

19  sir, in the video that you posted of this incident?

20       A       I haven't watched the video.

21       Q       So, you don't --

22       A       I don't remember what happened in it, all

23  of it.

24       Q       You later say, "Well, ladies and gentlemen,

25  that was a fun hour."  Do you recall saying that?

Page 92

1      A      Again, without watching the video, I don't

2    recall the exact words that I stated in the video.

3      Q      Do you recall how you were feeling when you

4    were making this content for your website?  So after

5    the incident had already happened, you're kind of

6    waiting around for DPD to investigate the incident,

7    how did you feel?

8      A      I mean, probably a range of emotions.

9    Generally speaking I'm upset with the conditions that

10   we allow our humans to live in and the way we treat

11   them when they're at the bottom of the barrel, so to

12   speak.

13     Q      Were you angry when all of this was going

14   on?

15     A      I may have -- I may have experienced a wide

16   variety of ranges -- of emotions.  I'm sure, in an

17   hour plus video that started with me observing an

18   unhoused person being interfered with their lifestyle,

19   and then being assaulted in the process.

20     Q      The unhoused person was assaulted?

21     A      No, I was assaulted.

22     Q      Okay.  How did you feel about the fact that

23   you received a summons to go to court for this assault

24   charge?

25     A      I don't recall; I haven't watched the

Page 93

1    video. I --

2        Q    Does it generally make you upset when you

3    are issued a ticket for any of your behavior?  So, for

4    example, if you're protesting or, you know, something

5    like that, and you get a ticket or you get arrested,

6    does that normally upset you?

7        A    Yeah, nobody likes to go get entered into

8    the court processes, nobody enjoys having handcuffs

9    put on them or put in the back of a car.  Those kind

10   of things are not pleasant.

11       Q    Are you sure about that?

12       A    I mean, I don't have a long and aggressive

13   history of being arrested, ticketed, or forced into

14   the court system.

15       Q    That's not something that you enjoy to

16   continue filming content for your YouTube page?

17       A    No.

18       Q    Wouldn't you agree with me that more

19   attention is sometimes paid to the causes that you're

20   advocating for because you are making a lot of noise,

21   you're getting a lot of people to watch your videos?

22   You're getting people to listen to these issues that

23   are important you to you, right?

24       A    I'm an enacting policy change.  I enjoy

25   enacting policy change, changing the wrongs that I see

Page 94

1    around me is an important part of what I do in my

2    daily life.

3         Q    So does it bother you when you get a ticket

4    for doing something that you feel is important to your

5    cause?

6         A    I think that, yeah, I would always

7    internally be bothered by being cited, ticketed.

8              (Cell phone interruption.)

9         A    I apologize, let me shut that.

10             I don't know how to answer that.  I have a

11   variety of thoughts that are going on.  You know,

12   people -- people participate in non-violent protests

13   to get arrested at nuclear sites, for example, because

14   they protest the war, Food Not Bombs, and sometimes

15   being arrested for the things that you believe in

16   carries a myriad of emotions.

17        Q    In your opinion, is it better for the

18   causes that you're advocating for that you get

19   arrested or you get issued a ticket for some of these

20   things because then that draws more attention to your

21   cause?

22        A    Can you repeat the question, please?

23             MS. KOEHLER:  Can you read that back?

24             (Record read.)

25             THE WITNESS:  In my opinion, factually I

Page 95

1    believe that without -- it's a very difficult thing to

2    answer.

3              The thing that sticks in my head right now

4    is Food Not Bombs in Houston.

5              On a daily basis when the Foot Not Bombs

6    people provide a meal when five people -- when a

7    person feeds five people every day, the Houston police

8    are citing somebody, arresting them without taking

9    them in, and so for over 200 days now, I believe it

10   is, a person has been issued a citation to -- for

11   feeding the poor and the homeless, an act of protected

12   free speech.

13        Q     If --

14        A     If -- so if the people just got ticketed

15   for feeding the poor and said, "Oh, we're going to get

16   tickets and we're going to go to jail for this, we

17   better stop feeding the poor," then the act of getting

18   a ticket is the continuance of doing the next right

19   thing, taking care of the next person.

20             I think that what I hear you trying to ask

21   me is do I go out to do these things on purpose to get

22   ticketed, and my answer would no, I don't ever seek to

23   be cited for my activity.

24        Q     Okay.  So let me ask you this then:  Do you

25   go out and do these things with the knowledge that

Page 96

1  that's a risk that you're taking?  You might get

2  arrested, you might get a citation to go to court,

3  right?  Just based on your own personal experience?

4      A    Yeah, based on my own personal experience,

5  if somebody doesn't understand the law and they try to

6  stop one's protected free speech for filming on a

7  public sidewalk, I would never seek to be arrested or

8  think that my activity of filming on a public sidewalk

9  is an arrestable offense.

10     Q    But this has happened to you before,

11  correct?  You have been arrested for similar conduct

12  in the past, true?  Before 2019?

13     A    Yes.

14     Q    Okay.  So isn't it fair to say that it's a

15  risk somewhat that you are taking that someone else is

16  going to disagree with how you view your

17  constitutional rights, and you might get a ticket or

18  you might get arrested, right?

19     A    I have not been convicted for any of it.

20     Q    That's something different though, right?

21  It's possible when you go out and you sort of insert

22  yourself into these situations with other folks, you

23  film it, you livestream, you get police attention, you

24  might get arrested, correct?

25     A    If you leave your house, you might get

Page 97

1    arrested.  The idea that you stand up to that risk in

2    order to continue to train your employees so that they

3    know when they can and can't arrest you is a whole

4    'nother thing.

5         Q    So, sir, that's not my question.  My

6    question is:  You understood on February 15th of 2019

7    that if were you to go out and do something like this,

8    it might garner the kind of attention that would get

9    you arrested?

10        A    No, I do not have the reasonable

11   expectation that filming on the sidewalk would cause

12   me to be arrested.

13        Q    Even though you've been arrested for

14   similar circumstances --

15        A    Wrongfully arrested.

16        Q    -- in the past?  But you were arrested,

17   true?

18        A    Yes, and those were wrongful instances that

19   lead to me understanding that I should not have the

20   expectation or fear of being arrested for my

21   constitutionally-protected activities.

22        Q    But it could happen, right?  It has

23   happened?

24        A    It shouldn't happen.

25        Q    But it does happen sometimes, right?

Page 98

1         A       Justifiably.

2         Q       That's -- that's not my question.  I'm just

3    asking:  It has happened to you, correct?

4         A       I have been arrested for my protected free

5    speech activities, and I have been shown that the

6    activities for which I was arrested for were not

7    legally arrestable activities.

8         Q       And doesn't livestreaming that kind of

9    content on your YouTube page get you more followers

10   and get more people paying attention to your cause?

11        A       Not necessarily.

12        Q       Well, people, generally speaking, don't

13   watch content on YouTube that is boring, right?

14        A       Sure they do.  Do you know how many

15   millions of hours of livestream are uploaded to

16   YouTube on a daily basis?

17        Q       Okay.  But your content that's on your

18   YouTube page, Cut the Plastic --

19        A       Is often quite boring.

20        Q       I would disagree with that.

21        A       Okay.  Thank you.  Thank you for watching.

22        Q       But it would make sense to you, based on

23   your knowledge of how you get paid through YouTube for

24   some of your content, that the more sort of outrageous

25   the conduct, the more riled up people get, things like

Page 99

1    that, more people are going to watch that, right?

2    People like drama, right?

3        A    I hear you trying to associate me with

4    people that I'm not, and I want to draw a clear line

5    in the sand in your questioning because my content is

6    not driven for people watching the outrageous things

7    that I do.  My content is driven by people being aware

8    of the tragedy of the circumstance of the human

9    condition and the moral disgrace that it brings to our

10   society.

11       Q    And to clarify, sir, I'm not just talking

12   about things that you do in the videos that are on

13   your page, but in general, you are filming things that

14   you see as a social injustice that are important to

15   your cause, and the more dramatic those videos are,

16   the more followers you get, true?

17       A    No, I'm less than 4,000 followers and have

18   been for, like, two years.

19       Q    What happened after you received the

20   ticket?  What do you recall happening, if anything?

21       A    I don't know.  I'm guessing I got a ride

22   home.

23       Q    So you don't remember whether you went home

24   immediately after getting the ticket or did something

25   else downtown?

Page 100

1      A     No, but I think it was a Sunday night, so

2    I'm sure that I wanted to go home at some point

3    shortly thereafter.

4             My memory seems to tell me that it was

5    dusk, so I wouldn't have, like, gone to the bar and

6    partied and celebrated getting a ticket, for example,

7    that wouldn't have been the kind of response I would

8    have done, right.

9      Q     Okay.  Do you recall Mr. Brandt saying to

10   you while you were still livestreaming and after you

11   had been ticketed, "Let's go make a mess somewhere

12   else"?

13     A     No.

14     Q     Do you recall counting the number of people

15   that were watching you livestream the video at some

16   point while you were still on video?

17     A     No, I would say that the YouTube video

18   screen on the phone would automatically show you how

19   many people were on the video.

20     Q     So, is there something, like, in the corner

21   that shows you, like, a number that goes up and down,

22   right?

23     A     Sure.

24     Q     So if 200 people are watching your video,

25   you can see a little --

EXHIBIT 2

Page 101

1        A       Sure.

2        Q       -- 200 in the corner?

3                Okay.  And do you see as that number

4     changes?

5        A       Probably, yes.

6        Q       Okay.  And do you recall commenting on the

7     number of folks that were watching your content at

8     that time?

9        A       I haven't watched the video to review and

10    recollect with greater detail.

11       Q       Do you recall saying to the other folks

12    that were with you after you received the ticket, "Are

13    you going to go home now, or are you going to go to

14    Union Station with us and fuck with cops with us"?

15       A       I don't recall because I haven't watched

16    the video.

17       Q       So the way that you end the video you say,

18    "I love you all.  Thank you for being my strong

19    supporters for following us.  So, listen, guys, I

20    need, like, 200 more people to like and share so I can

21    be one of those big guys, skip a button when my videos

22    come up and I get a penny every time you hit a

23    button."  Do you remember saying something like that?

24       A       Not directly; I haven't watched the video.

25       Q       When you're livestreaming a video like

Page 102

1    this, are you able to see the comments that folks are

2    posting while you're livestreaming?

3        A    Depending on the settings.

4        Q    Okay.  Do you recall whether in this

5    instance for this video you were, at any point, while

6    you were filming, looking the comments that people

7    were posting online?

8        A    I don't recall because I haven't watched

9    the video.

10       Q    Do you recall that a number of folks online

11   were making derogatory comments about Miss Trimble --

12            MR. MOSSINGHOFF:  Objection.  Calls --

13       Q    (BY MS. KOEHLER) -- when you were filming?

14            MR. MOSSINGHOFF:  Objection.  Calls for --

15   objection to the form of the question.

16            You can answer.

17            THE WITNESS:  I don't recall.

18       Q    (BY MS. KOEHLER) You don't recall

19   commenting on the comments that were being posted

20   about her and repeating the comments out loud in the

21   video for everyone watching that were things that were

22   being said about her?

23       A    I haven't watched the video to recall

24   exactly what happened in the video.

25       Q    Do you recall asking Miss Trimble for her

Page 103

1    name and badge number from essentially the first

2    moment that you interacted with her?

3        A    I don't recall.

4        Q    Is that something that you typically do?

5        A    Yes.

6        Q    Okay.  Do you remember whether she asked

7    you for your name at any point during this

8    interaction?

9        A    I don't recall; I haven't watched the

10    video.

11        Q    Do you recall what your response would have

12    been to that question?

13        A    I don't recall; I haven't watched the

14    video.

15        Q    Does it sound like something you would say

16    to respond to her, "You can call me Daddy"?

17        A    I don't recall; I haven't watched the

18    video.

19        Q    And do you recall accusing Miss Trimble of

20    drinking alcohol while you were interacting with her

21    because she was holding an open cup of liquid?

22        A    I don't recall; I haven't watched the

23    video.

24        Q    Who is Eric Brandt?

25        A    He is a veteran who has advocated for the

Page 104

1    rights of the unhoused community for many years.

2         Q     And was that sort of your relationship with

3    him?

4         A     That's how I met him.

5         Q     Okay.  When did you meet Mr. Brandt if you

6    can recall?

7         A     I don't know; I moved to Denver in July of

8    2012, and -- so I probably originally came into

9    contact with him sometime in 2012 to 2014.

10        Q     He wasn't with you and Miss Costas when you

11   first approached Allied folks, right?

12        A     No, he showed up a vehicle full of other

13   livestreamers.

14        Q     Okay.  Did you call him and ask him to

15   come?

16        A     No, he saw my video online, saw that I was

17   being assaulted for videotaping on a sidewalk, grabbed

18   a bunch of people that he was with and showed up on

19   the scene.

20        Q     What is Occupy Denver?  Do you know what

21   that is?

22        A     Yeah, Occupy Denver is a community

23   organization that was formed during the Occupy Wall

24   Street movement to protest the financial conditions of

25   the people where 1 percent of the population controls

Page 105

1    99 percent of the money in our global society.  They

2    are the last occupied movement that stayed active

3    during the time frame of the Occupy Wall Street

4    movement from 2011 to 2012.

5         Q     Are you a part of this movement?

6         A     I moved to Denver, Colorado in, as I just

7    stated, July of 2012.  The primary existence of the

8    Occupy movement at that time had been diminished by

9    the Denver Police Department and affiliated agencies

10   and there was a small group of those people who

11   remained active to this day.

12        Q     And are you, I guess, a part of that

13   organization, or associated with them in any way?

14        A     It's a mutual aid community now, yes.

15        Q     What does no, yes mean?

16        A     I said, "It's a mutual aid community now,

17   yes."

18        Q     Okay.  Thank you.

19              To your knowledge, is Mr. Brandt associated

20   with Occupy Denver?

21        A     Yes -- no, actually -- well, interestingly

22   he was not affiliated with Occupy Denver during the

23   primary existence of the organization.  He was

24   actually rejected by them if I remember correctly, but

25   as that movement dwindled, he became involved.

Page 106

1              MR. MOSSINGHOFF:  Counsel, we've been going

2      for a while here.  Do you think we might be able to

3      take a break here soon?

4              MS. KOEHLER:  Sure, we can do it now.

5              THE VIDEOGRAPHER:  Going off the record at

6      12:46.  This marks the end of media two.

7              (Recess taken.)

8              THE VIDEOGRAPHER:  This marks the start of

9      media three of the video deposition of Brian Loma.

10     We're back on the record.  The time is 1:33.

11             (Exhibit 2 was marked.)

12        Q    (BY MS. KOEHLER) So, Mr. Loma, we are now

13     going to introduce what will be marked as Exhibit 2,

14     which is a copy of the video of the incident that

15     we've been discussing -- discussing today that was

16     taken by you.  So I'll have your counsel show you.

17        A    That's my voice.

18             Oh, no comments sorry.

19        Q    That's okay.  No worries.  We'll probably

20     stop you so there's not a third person talking.

21             MR. MOSSINGHOFF:  Okay.  Are you ready for

22     me to play it?

23             MS. KOEHLER:  Yes.

24             THE VIDEOGRAPHER:  Real quick, if you could

25     get your mic on, like, all the way.  It's kind of

EXHIBIT 2

Page 107

1    hidden in your shirt.

2              (Thereupon, a video was played and

3    transcribed to the best of the reporter's ability.)

4              "Downtown on the 16th Street Mall, and this

5    private detective is a detective, look at that.  Look

6    at your smiling beautiful face.

7              "Yes, thank you.

8              "Okay.  What are you doing here?  Why are

9    you blocking my private sidewalk space?

10             "Sorry.

11             "For what?

12             "This is off.

13             "For what?

14             "For right now.

15             "For what?"

16             "Thank you."

17             MR. MOSSINGHOFF:  Of course my phone --

18             "Okay.  You can do that.  I'm on the

19    sidewalk.  I'm not violating any laws.

20             "Hi.

21             "Hi.  Oh, you're" -- "you're about to be

22    become famous.  What's your name and ID number?

23    What's your name and badge number?"

24             MR. MOSSINGHOFF:  Where did it go?

25             "Smile.  Okay.  Just making sure."

Page 108

1          MR. MOSSINGHOFF:  Where did my video go?

2          THE VIDEOGRAPHER:  Do you want to go off

3     the record for a second?

4          MR. MOSSINGHOFF:  Yes, please.

5          MS. KOEHLER:  Sure.

6          THE VIDEOGRAPHER:  Going off the record at

7     1:35.

8          (Recess taken.)

9          THE VIDEOGRAPHER:  Back on the record at

10    1:37.

11       Q    (BY MS. KOEHLER) Mr. Loma, you were just

12    shore -- shown, excuse me, a small clip of the

13    beginning of Exhibit 2, correct?

14       A    Yes.

15       Q    Okay.  Does that video, Exhibit 2, look to

16    you to be a true and correct copy of the video that

17    you were livestreaming of this incident?

18       A    Yes.

19       Q    Okay.  And that's you speaking in the

20    video, correct?

21       A    Yes.

22       Q    Okay.  Thank you.

23          MS. KOEHLER:  Counsel, if you can go to one

24    hour and five minutes in the video, and then Mr. Loma,

25    I would ask you to -- to watch the video, and then

Page 109

1    once it ends I'll have some questions for you.  Okay?

2            MR. MOSSINGHOFF:  So this is starting at

3    1:04:59.

4            MS. KOEHLER:  Sure.  That's fine.

5            (Thereupon, a video was played and

6    transcribed to the best of the reporter's ability.)

7            "You got one fucking letter, get it going.

8    I told him earlier, you can put me in hot water and

9    I'll still be cold.  I saw one letter and left -- we

10   left our fucking -- we've got -- we just made root

11   beer floats they're all -- I was going there -- I was

12   about -- paperwork was everywhere, there's ice cream

13   floats everywhere -- oh, my fucking God.  I hope she

14   enjoys the ice cream while it's still frozen.  I don't

15   know if I put the ice cream in the -- because I'm like

16   get the keys, we're going, then we had to turn

17   around to get 303 but he wasn't there, he was way down

18   the street so we had to turn around again -- and then

19   we got him.  Hey guys, the plan is to follow us.

20   Let's go make a mess somewhere else.  Where we going?

21   Let's go off of 16th Mall so I can have a cigarette.

22   Oh, they're listening to the scanner and the Denver

23   Police are going to follow the occupying crew -- oh,

24   wait, we're not an occupying crew, we're free

25   speeches.  As the fearless leader of the Horizontal

Page 110

1    Organization, I hereby declare, let's fuck up Union

2    Station.  No it's -- this is me not going to Union

3    Station.  Do you realize that's the guy that chalked

4    with you?  Yeah, that's Joe.  Yeah, he bought our

5    lunch today.  I bought lunch yesterday so it all works

6    out.  Eric bought lunch today to cover it.  That's

7    okay.  It was funny this is all good.  Was that

8    yesterday?  Subways?  Subways was yesterday.  We

9    haven't seen you all day Brian.  You sure about that?

10   I wanted to tell you that I walked into your room and

11   then I was going to do it in there and EZ yelled at

12   me.  Just do the dabs in the bedroom, it's fine.

13   You're not going to steal a thousand dollars from me

14   like Phillip who peed in jars and slept in the

15   basement and smoked meth.  Innocent until proven

16   guilty.  I got the bags, I got the pipe.  And you

17   didn't share?  No, we threw it all away and destroyed

18   it.  I have pictures of it, though.  Did you want to

19   see pictures of pee and meth baggies?  I have them.

20   I'm just saying, I got that.  So we're losing people,

21   we're down to 211 instead of 275 that we're at maximum

22   point.  So here go we go.  We're on our way to Union

23   Station.  That would put us all on the train.  Oh, my

24   God Brian we've got to run.  I didn't even put my belt

25   on until we got here.  We got here.  Here we go -- you

EXHIBIT 2

Page 111

1    can't smoke on the mall -- he went to go smoke down

2    the street.  Here's water hanging off my shoulder.  I

3    don't know if it's safe.  It could be contaminated

4    with swine flu.  No.  Okay.  The swine are gone.  All

5    our spit.  We know how you like to spit on people,

6    Brian.  We know how you like to spit on shit.  On

7    shit, get it?  I really was taking a shit when I saw

8    your stream.  I'm like, Oh, fuck, we got to go.  No,

9    we can't smoke, Michelle, on the 16th Street Mall

10    within 50 feet of either direction, so you've got to

11    go down there to smoke because that's where it's

12    legal.  But seriously, seriously, like, I'm like, oh,

13    Bonnie, I'm on the mall, you're off of work, let's

14    have -- let's have a beer, right.  So we're having a

15    beer, and I'm walking around the corner and I'm

16    literally like I'm going to like -- fuck --

17    I literally -- we came around the corner and I'm like

18    fuck.  You just never know, do you?  You know, when

19    the cameras -- but we could not do it, right?  I mean

20    it's been an interesting hour to say the least.  I

21    don't think we broke any laws getting here.  I don't

22    think we could have got here any faster, I mean, maybe

23    with a helicopter.  Are you going to go home now or

24    are you going to go to Union Station and fuck with the

25    cops with us?  No.  Where is PP?  Hey, where's PPA?  I

Page 112

1    think he went that way.  All right.  Well, guys,

2    there's 200 of you here on this hour long.  So the

3    question is do we keep the stream going or do we cut

4    it off and call it a day?  They say keep it going, but

5    I can't smoke pot on camera anymore.  Battery check.

6    Oh, shit, I'm at 12 percent.  Good call.  Whoever said

7    battery check, that's the answer.  Defend.  Yeah,

8    we're going to get some throat spray.  Probably not,

9    but we'll do something.  All right guys.  I'm at 12

10   percent, the battery's dying.  I got to go put it on a

11   charger in case something else happens, so I'm going

12   to shut down for now, but you never know, we might be

13   back live later.  I love you all.  Thank you for being

14   my strong supporters, for following us.  And listen,

15   guys, I need like a hundred -- two hundred more people

16   to like and share and follow me so that I can be one

17   of those big guys who, like, you have to skip the

18   button when my videos come up and I get, like, a penny

19   every time you hit the skip button.  I'm just joking.

20   Thank you guys.  We love you all.  We're done."

21            (End of video.)

22        Q    (BY MS. KOEHLER) Okay.  So Mr. Loma you

23   just watched the last five or six minutes of that

24   video, correct?

25        A    Yes.

EXHIBIT 2

Page 113

1      Q      Okay.  And is that you laughing in the last
2    couple of minutes of the video?
3      A      I don't know if I would call it necessarily
4    laughing in itself, but yes, that's me you hear
5    talking and expressing myself.
6      Q      Okay.  And then did -- did watching that
7    part of the video refresh your recollection as far as
8    some of the things I was asking about earlier, about
9    -- like, talking about the number of followers that
10   were watching, things like that?
11     A      Yeah, it reminded me of a few things,
12   actually.
13     Q      Okay.  When so you say -- and I think I
14   wrote this down correctly, but you say something along
15   the lines of, "We're down to 211 from 275," are you
16   talking about, like, people watching the livestream?
17     A      That's correct.
18     Q      Okay.  And then when you say -- you know,
19   again, there's 200 of you here, you're talking about
20   followers, you're talking about the folks that are
21   watching the video, right?
22     A      Yes.
23     Q      Okay.  Would you agree with me that Allied
24   Universal, Miss Trimble, and Miss Chaplinskiy have no
25   control over what Denver Police Department officers

Page 114

1    choose to investigate and ultimately write a citation

2    for?

3        A    No.

4        Q    Would you agree with me that my clients are

5    not affiliated in any way with the Denver Police

6    Department?

7        A    No.

8        Q    They do not work for the Denver Police

9    Department, correct?

10       A    She called herself Officer Faliesha in the

11   video that you had me listen to or watch, and she

12   called for the police identifying herself as an

13   officer.

14       Q    Is your understanding, as you sit here

15   today, that my clients do not work for the Denver

16   Police Department and did not on the date that this

17   happened?

18       A    She identified herself as an officer even

19   though she may be employed by a different entity.

20       Q    But she is a not a Denver Police

21   Department --

22       A    She is not a Denver Police Department

23   officer employee of the City and County of Denver.

24       Q    Thank you.

25            Same question with respect to

Page 115

1    Miss Chaplinskiy, correct?

2         A      Concur.

3         Q      And Allied Universal, you would agree with

4    me, is a private corporation, right?

5         A      Yes.

6         Q      And you don't have any information that

7    would support that Allied Universal has some sort of

8    contract with the Denver Police Department, or another

9    governmental agency, to perform functions as a

10   governing police body; is that true?

11        A      No, I would say that Allied Security, to my

12   recollection, has a variety of contracts to work in

13   the roles that peace officers could be working in,

14   that includes, but is not limited to the policing of

15   the 16th Street Mall then and now.

16        Q      Okay.  So let me ask you this:  None of the

17   Allied Universal employees involved in this incident

18   tried to arrest you, correct?

19        A      No, I don't agree with that.  They arrested

20   my behavior when she stood in front of me and tried to

21   block my camera.

22        Q      They did not arrest you in the legal sense

23   that a police officer has authority to arrest you?  My

24   clients did not do that, correct?

25        A      She did not have the ability to take me

EXHIBIT 2

Page 116

1    into custody, but she arrested my behavior.

2         Q      She did not detain you in any way, correct?

3         A      Yeah, she did.  She obstructed my

4    passageway down the sidewalk.

5         Q      So --

6         A      She detained me from walking down it.

7         Q      And are you speaking about at the beginning

8    of your interaction with her, Miss Trimble, on the

9    video, she kind of -- and you've talked about this

10   today, too, she holds out her arms and, as you said,

11   she kind of blocks you from walking, right?

12        A      There's no kind of about it.

13        Q      So is that what you're referring to?

14        A      She blocked my passage way, she prevented

15   me from walking down the sidewalk, she detained me.

16        Q      For how long?  Seconds?

17        A      Long enough for me to have to have the cops

18   called on me.

19        Q      And for the rest of your video, Exhibit 2,

20   she's not doing the same thing, right?  She doesn't

21   continue to block the sidewalk for all one hour and

22   eleven minutes of your video, correct?

23        A      We didn't watch the whole video.

24        Q      Is it your recollection that she blocks

25   your pathway on the sidewalk for longer than a few

Page 117

1    seconds?

2        A      Yeah, she blocked my pathway because she

3    called the police and now I couldn't leave the scene

4    even if I wanted to.

5        Q      Because the police officer told you to

6    stick around while he investigated and took your ID,

7    right?

8        A      I had the choice to leave, so she detained

9    me and she called the cops.  I chose to stay for the

10   police.  That's still a detention.  She called the

11   cops on me, right?  Were they going to come looking

12   for me?  I'm a known person.  So was I going to leave?

13   No.  She stopped me and she called the cops on me.

14           In the video that you played, she

15   identifies herself as an officer and calls for more

16   officers.  She detained me.

17       Q      You understood by that point, though, that

18   she was not a police officer, right?

19       A      I understand she's not a police officer.

20       Q      Okay.  What about Miss Chaplinskiy?  Did

21   she do anything, like block your access on the

22   sidewalk or detain you in some way?

23       A      I would have to watch the rest of the video

24   to recollect.

25       Q      But as you sit here today, you don't have

EXHIBIT 2

Page 118

1    any recollection of something like that happening with

2    Miss Chaplinskiy, correct?

3        A    She was part of a team that participated in

4    the action.

5        Q    Is it fair to say that if in this video

6    there is -- there's no depiction of Miss Chaplinskiy

7    blocking your movement in any way that she did not do

8    that?

9        A    We haven't watched the HALO and other

10   cameras to verify that, but I would say that once she

11   testified to the officer that I assaulted her coworker

12   that she was also --

13       Q    Detaining you?

14       A    Causing my detention, that's correct.

15       Q    Allied Universal did not have any

16   authority, as far as you know, to issue you a summons

17   to appear in court for assault, correct?

18       A    Correct.

19            THE VIDEOGRAPHER:  Real quick, Counsel,

20   your --

21       Q    (BY MS. KOEHLER) Isn't it true that Allied

22   Universal called the police because they didn't have

23   authority to do anything about what was going on?

24   Wouldn't that make sense?

25       A    I would have to suggest that she actually

Page 119

1   called the police because I refused to obey her

2   orders.

3        Q    Because, again, Miss Trimble, as a private

4   citizen, doesn't have any authority to detain you as

5   far as you understand, right?

6        A    Right, she didn't have to authority to

7   detain me and stop me from walking down the sidewalk

8   either.  She did that as well.

9        Q    You ultimately received a summons to appear

10  in Denver Municipal Court for a charge of assault for

11  spitting on Miss Trimble, correct?

12       A    Correct.

13       Q    And I think you said this earlier, but you

14  were not arrested and booked into jail as a result,

15  correct?

16       A    Thankfully.

17       Q    Okay.  At any point after this date related

18  to this summons, were you put in jail or otherwise

19  arrested for this incident?

20       A    No.

21       Q    And what is your understanding about the

22  result of the assault summons?  I think you said this

23  earlier, that it was dismissed; is that correct?

24       A    Yeah, after, like, a year and all the crazy

25  things I had to experience.

Page 120

1      Q      How many times, if any, did you have to go

2    to court to deal with the summons for this case?

3      A      I would think that it was somewhere between

4    6 and 12 court dates.

5      Q      Do you have any idea why it would have been

6    so many court dates?  Do you know?

7      A      Yeah, I had to get an attorney because the

8    District Attorney's Office said to me in the

9    courtroom, "We are not dismissing these charges

10   without an attorney."  When I was pro se, I had to --

11   I had an area restriction applied to me that I was

12   fighting, I had drama and trauma of trying to apply

13   for a public defender, getting alternative defense

14   counsel because the public defender's office wouldn't

15   represent me as a non-guilty party with effectiveness.

16          So, I had to go through a series of

17   incidences going in and out of the Lindsey-Flanigan

18   Courthouse, specifically due to the falsehood that I

19   was assaulting a woman who came at me as soon as I

20   walked around the corner and put my camera on her.

21     Q      So out of the 6 to 12 times you said you

22   had to go to Lindsey-Flanigan to sort of deal with

23   this, how many of those were, you know, court

24   appearances that you were required --

25     A      All of them.

Page 121

1      Q      -- to appear for?

2             All of them?

3      A      On this case specifically.

4      Q      Okay.  But you said something about at the

5      same time you were dealing with an area of

6      restriction.  That's not related to this, right?

7      A      Absolutely related to this.

8      Q      How is that related to this?

9      A      I was issued a area restriction in my first

10     court appearance.

11     Q      At your first court --

12     A      I believe it was my first -- it could have

13     been my second, but it was an appearance on these

14     charges that I had my constitutional freedoms of

15     speech and worship yanked from me because of the

16     falsehoods presented by your client.

17     Q      Did you testify at the hearing at which you

18     say the area of restriction was issued?  Do you recall

19     whether you testified under oath at that hearing?

20     A      Testified, no; I appeared.

21     Q      Do you remember whether you talked to the

22     judge on the record during the hearing?

23     A      The magistrate, yes.

24     Q      Yes.

25     A      You have to appear, you have to say I am

EXHIBIT 2

```
                                             Page 122
 1    who I am.
 2         Q     Okay.
 3         A     I'm not guilty, all that stuff.
 4         Q     Okay.  So your testimony is that you had to
 5    appear in court roughly 6 to 12 times related to this
 6    summons before it was ultimately dismissed?
 7         A     Yes.
 8         Q     What about once you hired an attorney?  Did
 9    you appear each time with your attorney as well?
10         A     Every time.
11         Q     Do you have any understanding of why the
12    summons was ultimately dismissed?
13         A     Because I didn't assault your client.
14         Q     Is that what the DA said to you?
15         A     Yeah, the video evidence spoke for itself
16    and they would not drop the charges until I had an
17    attorney to represent me.
18         Q     And the DA specifically said to you, "We
19    are dropping these charges because there's no
20    evidence"?
21         A     I believe the charges were dropped in the
22    administration of justice, or something like that.
23    There's a standard term for you didn't do it.
24         Q     Okay.  Do you know if there is any records
25    that would support that?
```

Page 123

1       A       The case was sealed, and -- because I don't

2    have an extensive history of being arrested, jailed,

3    charged for my activities.  It's not something I

4    enjoy.  It's traumatic to me to have to be in a

5    courtroom and deal with all these things.  I didn't

6    understand the implications when my ADC sealed the

7    record, so I don't know if the record is available

8    anymore.

9       Q       Okay.  Did your attorney or ADC seal the

10   record without your involvement, or is that something

11   that you asked to be done on your behalf?

12      A       I did not ask for it to be done on my

13   behalf, it was part of the process of the dismissal.

14      Q       Okay.

15      A       And I did not understand the implications

16   at the time.

17      Q       What are the damages you're seeking in this

18   lawsuit specific to my clients and the February 2019

19   incident?

20      A       You know, your clients put me through hell.

21   I was not allowed to participate in my weekly

22   activities of worship, I was banned from participating

23   in free speech activities, I was restricted in my

24   travel, in my daily activities of living and my job

25   requirements because when I appeared in court, the

Page 124

1    area restriction banned me from downtown Denver.

2         I have a long and extensive history that

3    carries to -- again, as I said earlier in my

4    testimony, this last Sunday, and I'll be there again

5    this Sunday upcoming and providing food, clothing and

6    administering to the needs as we can for those who are

7    in need on the street in the community where they

8    live.

9         Q    Okay.  So -- and I don't want to be rude

10   and interrupt you, sir, but I want to make sure that

11   we get to Mr. McCaffrey's questions --

12        A    Yeah.

13        Q    -- too.  So let me ask you maybe a slightly

14   different question:  You are no longer claiming

15   economic damages as a result of this incident,

16   correct?  And I'll sort of define that for you.  What

17   I mean is, like, an out-of-pocket expense, I paid $50

18   to make this ticket go away, I paid X amount, you

19   know, so do you understand?

20        A    I understand what you're asking me, the

21   time that I lost, my wages, the parking fees, the bus

22   fares, all the cumulative costs that went into

23   defending myself, including the time, are not, as I

24   understand, specifically a receipted recompense that

25   we're asking for.

Page 125

1      Q     Okay.  So you are not asking, in essence,

2    for a judgment against my clients for a dollar amount

3    for economic damages, out-of-pocket damages, things

4    you've paid, right?

5      A     I believe that is correct, yes.

6      Q     Okay.  But you are seeking I think the

7    damages you were just speaking to, sort of, you know,

8    emotional distress damages, you're seeking damages in

9    general for those things, right?

10     A     Yeah.

11     Q     Okay.  So just to be clear, your phone that

12   you -- that you were using to film this incident, that

13   was not taken away from you by my clients, correct?

14     A     Correct.

15           THE WITNESS:  Can we have an aside for

16   second?

17           MS. KOEHLER:  I mean --

18           THE WITNESS:  Let me just write it down.

19           Did we go over that yesterday?

20           MR. MOSSINGHOFF:  Well --

21           MS. KOEHLER:  And again, I don't want to

22   know anything you talked about.

23           MR. MOSSINGHOFF:  Right.  So let's stop

24   there.  I think she's just asking you whether or not

25   her clients damaged your phone.

Page 126

1          THE WITNESS:  Correct.  No, they did not.

2       Q     (BY MS. KOEHLER) Okay.  And you mentioned

3   something about lost wages, but again, that's not

4   something that you are, in fact, seeking in this

5   lawsuit against my clients, correct?

6       A     Correct.

7       Q     Okay.  So in effect, the only damages you

8   are seeking against my clients are the ones that you

9   believe would compensate you for emotional distress,

10  inconvenience, things of that nature, correct?

11      A     Retraining.  I don't know if that's listed

12  per se, but the concepts that when we recognize that

13  our staff are not doing the right thing and we have to

14  retrain them so we don't go through this process

15  again.

16      Q     Our staff?  What do you mean?

17      A     Your stuff, right?  Your staff violated my

18  rights, my constitutional rights of free -- of free

19  movement, and after this is done, hopefully like in

20  the other instances that your firm has been in, people

21  get retained to do it better, right?  In the City and

22  County of Denver -- you asked about all these other

23  things at the beginning --

24      Q     Sure.

25      A     -- the ways that I've helped make active

Page 127

1    and significant change in the City of Denver and in

2    the State of Colorado because when we learn that we've

3    done something wrong, we teach people to do it better

4    the next time.

5        Q    So you want somebody to -- to --

6        A    I would imagine --

7        Q    -- retrain my --

8        A    I would imagine that --

9        Q    My clients and employees?

10       A    Yes.  I'm sorry.  I will not overtalk her.

11            I would imagine that that would be part of

12   the processes of continuously evaluating the work of a

13   -- what did you call it?  A private enterprise

14   earlier?

15       Q    A private corporation.

16       A    Private corporation.

17       Q    Private business.

18       A    Right.

19       Q    So I want to hand you a document, and this

20   will be marked as Exhibit 3, and she will put a

21   sticker on it first.

22            (Exhibit 3 was marked.)

23       Q    For the record, Mr. Loma, you've just been

24   handed what's been marked as Exhibit 3.  This is a

25   copy of your responses to written questions that I

EXHIBIT 2

Page 128

1    asked you in discovery.

2            If you skip to the last page, these are

3    dated November 6th of 2023.  Have you seen this

4    document before today?

5        A    I have.

6        Q    Okay.  And take as much time as you need to

7    page through it, but does this appear to be a true and

8    correct copy of your discovery responses that you

9    would have worked on with counsel?

10       A    It is a -- what I understand to be the true

11   and correct copy of what -- what you received, yes.

12       Q    Okay.  I know there's a couple -- when

13   I say that, I know there's a couple of different sets,

14   so we'll get to those, some amended more recent

15   responses, so we will get to those in a moment.

16           Do you have a question about that?

17           THE WITNESS:  I would like to take a break

18   for a second.

19           MS. KOEHLER:  Sure, that's fine.

20           THE WITNESS:  Counsel, just, like, two

21   minutes.

22           THE VIDEOGRAPHER:  Going off -- hold on.

23   Going off the record at 2:05.

24           (Recess taken.)

25           THE VIDEOGRAPHER:  Back on the record at

Page 129

1    2:08.

2         Q    (BY MS. KOEHLER) So Mr. Loma, you have

3    Exhibit 3 still in front of you?

4         A    Yeah.

5         Q    And just for the record, there are some

6    other questions you have answered for me in this

7    lawsuit.  Do you know that?  Does that make sense --

8         A    Sure.

9         Q    -- that you've answered similar things like

10   Exhibit 3 to date?

11        A    Sure.

12        Q    Okay.  Can you tell me what information or

13   what documents supports your allegation in this

14   lawsuit that Miss Trimble had a motive in reporting to

15   police you spit in her face other than to report a

16   possible crime?

17             MR. MOSSINGHOFF:  Objection as to the form

18        of the question.

19             You can answer if you know.

20             THE WITNESS:  I mean, I don't know.  Allied

21   Security was under some pretty heavy examination, if I

22   remember correctly, due to the incident at Union

23   Station that wasn't that far previous.

24             So were there other issues with other

25   Allied Security officials in the City and County of

Page 130

1    Denver and their behavior that she might be trying

2    defend herself against, or, you know, not wanting to

3    -- I don't know.  I don't really have any physical

4    documentation per se, but I would say that there's a

5    history of Allied Security in Denver.

6         Q     (BY MS. KOEHLER) Okay.  Same question with

7    respect to Miss Chaplinskiy.  Do you have any

8    information or documents to support your belief that

9    Miss Chaplinskiy had a motive in reporting to police

10   that you spit on her colleague other than to report a

11   possible crime?

12              MR. MOSSINGHOFF:  Again, objection to the

13   form of the question.

14              You can answer.

15              THE WITNESS:  Yeah, I mean, she's

16   supporting her coworker and probably supervisor.

17        Q     (BY MS. KOEHLER) So what is -- that belief

18   that you just stated, what is that based on?  Is that

19   based on a document, is that based on a witness's

20   anticipated testimony?

21        A     I would say just based on the scene of the

22   incident they were working together, you back your

23   partner.

24        Q     So this is just your belief, right?

25        A     Sure.

Page 131

1    Q    Okay.  Do any documents exist that relate

2  to the damages you're seeking in this lawsuit against

3  my clients?

4    A    I don't think so, no.

5    Q    Okay.

6    A    I don't know.

7    Q    Have you personally ever asked a witness

8  for a written or recorded statement to talk about this

9  incident?

10    A    No.

11    Q    Okay.  And Mr. Loma, have you ever signed

12  what's called a verification, or basically just a

13  sheet of paper that has your name on it that you sign

14  under oath verifying your responses are truthful and

15  accurate to Exhibit 3?

16    A    No.

17    Q    Okay.  Did you review these before they

18  were given to me in this action to your knowledge?

19    A    No, I communicated with my attorneys via

20  email, answers, at a time where I was working 12, 14

21  hour days out of state.

22    Q    So you worked on these responses with your

23  counsel, correct?

24    A    I worked on them separate from my counsel.

25  So I got a document, I wrote a bunch of answers as

Page 132

1   best as I could, I sent them in by email, and then

2   they compiled the information.

3        Q     Okay.  So you had substantial input in

4   these responses, true?

5        A     I had some input; I don't know how

6   substantial it was.

7        Q     Okay.  And I will tell you, I've asked your

8   counsel to make sure that you do sign a verification

9   for Exhibit 3 because we are missing that and that's

10  something that's required.

11       A     Okay.

12       Q     Do you have any objection to doing that?

13       A     I mean, no, you know, most of the responses

14  are more legalese than they are own verbiage, so they

15  would have been written more by my counsel than

16  myself.

17       Q     But --

18       A     I mean, I'm just looking at each one of

19  these.  They're citing code and stuff.

20       Q     Sure, but with respect to the responses to

21  interrogatories, you are willing to work with your

22  counsel to sign a verification?

23       A     Great, yes.

24       Q     Okay.  And does that apply to the other two

25  sets of responses that your counsel has served in this

Page 133

1    case on your behalf?

2         A     Yes.

3         Q     Thank you.

4               (Exhibit 4 was marked.)

5         Q     Mr. Loma, for the record, you've been

6    handed Exhibit 4.  This is a copy of plaintiff's

7    amended responses to AUS defendant's first set of

8    written discovery.  If you flip to the last page, page

9    6, there's a date of January 25th, 2024.  Have you

10   seen this document before today?

11        A     I believe so.

12        Q     Okay.  I just have a couple questions for

13   you.  If you'll go to page 4.

14        A     Yes.

15        Q     We had asked for some documents, and in

16   response you had indicated, "I am no longer making a

17   claim for lost wages," correct?

18        A     Correct.

19        Q     And you had also indicated -- and that was

20   actually in response to a couple different questions

21   on page 4, correct?

22        A     Correct.

23        Q     And if you go to page 5 there is a question

24   that reads, "Request for Admission, number 2, admit

25   that you have not obtained or sought any medical or

Page 134

1    psychiatric treatment as a result of the incident

2    including without limitation, for depression, anxiety,

3    mental anguish, or stress."  Did I read that

4    correctly?

5         A    Yep.

6         Q    And your response was, "Denied.  I have

7    attended several community meetings and group meetings

8    but have not treated in a clinical setting."  Did I

9    read that correctly?

10        A    Yes.

11        Q    Okay.  So I just wanted to ask you:  Do any

12   records exist related to these community meetings that

13   you mentioned?

14        A    No, they're done anonymously.

15        Q    Okay.

16             (Exhibit 5 was marked.)

17        Q    So, Mr. Loma, I will represent to you this

18   is a copy of plaintiff's second amended responses to

19   written discovery, and these are dated if you look at

20   page 14, February 19th of 2024.  Have you seen this

21   document before today?

22        A    Yes.

23        Q    Okay.  So on page 7 in response to one of

24   my questions at the top of the paragraph you had

25   stated, "By being forced to the attend active court

Page 135

1    sessions on a monthly basis," did I read that

2    correctly?

3        A    Uh-huh.

4        Q    Is that what you were talking about

5    earlier, the 6 to 12 court dates?

6        A    Yeah, and quite honestly -- yeah, I don't

7    know that it was more than 12.

8        Q    Okay.

9        A    I think it was closer to a dozen than

10   farther away from it.

11       Q    Okay.  If you turn to page 8, there is a

12   response in the center of the page after letter b.,

13   page 8, and it states, "Plaintiff does not intend to

14   ask a jury for a specific dollar amount from AUS's

15   Insurance Company, in large part because damages such

16   as emotional stress cannot be precisely calculated."

17   Did I read that correctly?

18       A    Uh-huh.

19       Q    Okay.  Is that your understanding as well?

20       A    Yes.

21            MS. KOEHLER:  Okay.  And I believe those

22   are all of my questions for you, sir.

23            Again, for the record we're leaving the

24   deposition open, which I understand there is no

25   objection to that --

EXHIBIT 2

Page 136

1          MR. MOSSINGHOFF:  Correct.

2          MS. KOEHLER:  -- for production of this

3    other video that you received, Mr. Loma, recently, and

4    anything else we may receive after today.  So thank

5    you for your time.

6                    EXAMINATION

7    BY MR. McCAFFREY:

8       Q    Good afternoon, Mr. Loma.  Do you want to

9    take a break before we get started?

10      A    No, we're good.  Let's get this done.

11      Q    Ready to go, huh?

12      A    Tired.

13      Q    All right.  I know we went over some of the

14   ground rules with you, and you've been very good

15   throughout, but it's very important that if you don't

16   understand a question I'm asking, please let me know.

17   Do you understand that?

18      A    Yes.

19      Q    If you don't understand the question, let

20   me know, and I'll rephrase it.  Do you understand

21   that?

22      A    Yes.

23      Q    And it's very important that all your

24   responses be verbal.  Sometimes -- verbal, yes, no,

25   those type of responses.  Sometimes throughout you

Page 137

1    might have said uh-huh, things of that nature.  In

2    normal conversation, obviously that's perfectly

3    appropriate, but here in a legal proceeding, we need

4    to make sure that everything that you say is

5    accurately reflected in the record.  Do you understand

6    that?

7         A    Yes.

8         Q    So there might be times where I may

9    interrupt you to ask -- to give a response in a verbal

10   setting.

11        If at any point during this deposition I

12   interrupt you when you're giving a response, please

13   let me know and I'll give you an opportunity to finish

14   answering my question.  Do you understand that?

15        A    Yes.

16        Q    As you've been sitting here today, you've

17   been taking notes; is that correct?

18        A    A few.

19        Q    And did anybody tell you to take those

20   notes?

21        A    No.

22        Q    You did that on your own?

23        A    Yes.

24        Q    What was the purpose of taking the notes?

25        A    To help with my memory and recollection.

Page 138

1        Q     And are those notes you've been using

2     throughout the course of your deposition to help you

3     respond to some of the questions that are being asked?

4        A     As they were being asked.

5        Q     Okay.  Can I see what you wrote down?

6        A     No.

7              MR. MOSSINGHOFF:  I think actually he's

8     entitled to.

9              MR. McCAFFREY:  If you want to look at

10    that.

11       Q     (BY MR. McCAFFREY) Before coming here

12    today, did you tell anyone, other than your attorney,

13    that you were coming to give testimony in your

14    deposition?

15       A     Yes.

16       Q     Who did you tell?

17       A     The person that I'm contracted under

18    currently, and those who I am overseeing the contracts

19    for that I would be unavailable today because I had a

20    deposition.

21       Q     And who was that that you spoke to?

22       A     A business associate, Eddie Soto, and a

23    handful of door-to-door canvassers who are out working

24    on their contracts who needed to know that I would not

25    be available to answer their calls today.

Page 139

1      Q     And when you communicated with Mr. Soto

2   that you wouldn't be available today because you were

3   in deposition, did you communicate with him in person,

4   via text?

5      A     Telephone.

6      Q     Telephone.  So you spoke to him?

7      A     I spoke to him.

8      Q     Okay.  That's one of the things, you know a

9   question I'm getting to, and that's perfectly

10  understandable to interrupt and to give the response.

11     A     Sorry.

12     Q     But so the record is clear, you need to

13  allow me to ask the question before you give your

14  response.  I know it's not being rude, it's normal

15  conversation, but obviously it's not a normal

16  conversation, correct?

17           Other than -- and did you communicate with

18  any of the employees of the other canvassers, or you

19  just spoke to Mr. Soto?

20     A     Yeah, I let the team know that I would not

21  be available today.

22     Q     How did you let them know?

23     A     By phone call.

24     Q     Other than those individuals, did you talk

25  to anybody else -- I'm sorry, back up for a second.

Page 140

1          In your communication with Mr. Soto and the

2    team members, did you discuss the facts and

3    circumstances of the litigation that you were

4    testifying in?

5          A     No.

6          Q     And you understand that when -- you

7    initially brought this claim against a number of

8    Denver employees, as well as the City and County of

9    Denver, you understand that, correct?

10         A     I do, yes.

11         Q     And you understand that the only claim that

12   remains involves the claim that you have against

13   Sergeant Berger from November 17th, 2020.  Do you

14   understand that?

15         A     I'm having a hard time understanding how

16   that occurred.

17         Q     Whether or not you understand it, you know,

18   you do understand that's the only claim that remains,

19   correct?

20         A     I understand that that's where the

21   situation sits today.

22         Q     Okay.  And --

23         A     No wait, no, there's three incidences.

24         Q     There are three claims involving Sergeant

25   Berger.

Page 141

1          MR. MOSSINGHOFF:  Right.

2      Q    (BY MR. McCAFFREY) There are three claims

3   involving Sergeant Berger, all arising from the

4   November 17th, 2020 incident.

5          What other claims were you under the

6   impression still exist?  From what dates?

7      A    From my 2020 incident with the warrant

8   where I was found not guilty in a court of law after

9   being arrested and detained for obstruction of streets

10   under public passage ways.

11      Q    Who was that -- who was that arrest by?  Do

12   you remember?

13      A    No.

14      Q    Okay.  So -- and in around November 17th,

15   2020, how many social media accounts did you have?

16      A    Five or six maybe.

17      Q    And what -- what applications?

18      A    Twitter, Instagram, YouTube, Facebook, that

19   sounds like it.  I think I have a TikTok but I don't

20   think I've ever used it.

21      Q    All right.  And other than YouTube, have

22   you ever posted anything on any other social media

23   accounts concerning the events which occurred on

24   November 17th, 2020?

25      A    I don't know.

Page 142

1        Q      Have you ever checked any of your social

2    media accounts to determine whether or not there are

3    any posts from any of those accounts?

4        A      No.

5        Q      In November of 2020 -- on November 17th,

6    2020, what type of phone did you have?  Android phone?

7        A      Android.

8        Q      All right.  And have you always had an

9    Android phone since then?

10        A      Yes.

11        Q      And does any of those phone -- did you ever

12    have -- do they have cloud-based storage service?

13        A      Yeah, emails are stored on the cloud.

14        Q      And have you ever uploaded any video to

15    that cloud service?

16        A      YouTube is a live upload of the videos as

17    they occur, so yes.

18        Q      And well do you -- have you ever recorded

19    video that you did not stream live on your phone that

20    you then uploaded to a cloud-based service?

21        A      Yes.

22        Q      All right.  And -- and you said -- and how

23    about your emails?  Do you ever update any of your --

24    save any of your emails on the cloud-based service?

25        A      Doesn't that happen every day live?

Page 143

1      Q      I'm asking you, have you ever done it?

2      A      I'm assuming that emails that I sent today

3   were uploaded to the cloud when I sent them.

4      Q      Do you regularly delete emails?

5      A      Yeah, I try to.

6      Q      And since November 17th, 2020, have you

7   ever emailed anyone, other than your attorney, an

8   account of what happened to you on that date?

9      A      I don't believe so, no.

10     Q      And since -- I'm sorry, and on

11  November 17th, 2020, did your phone have texting

12  capabilities?

13     A      Yeah.

14     Q      And do you know whether or not you've ever

15  uploaded any text messages that you've received to the

16  cloud?

17     A      I'm confused by the question because as I

18  stated earlier with sending an email, I believe that

19  sending a text message in and of itself is an

20  automatic upload of the text message to the cloud.

21     Q      So whenever you changed the phone --

22  whenever you changed your phone from one to another,

23  all of your text messages would be saved on the phone,

24  or would they be saved on the cloud or would the prior

25  text messages on that phone be deleted?

Page 144

1          A     I think they're phone specific.

2          Q     All right.  And how many phones have you

3    had since November 17th, 2020?

4          A     I don't know, four or five.

5          Q     Do you generally keep the phones for a

6    period of time before you upgrade to a new one?

7          A     They break.

8          Q     And prior to November 17th, 2020, how long

9    have you had that phone before -- before it broke on

10   that day?

11         A     I don't know, a year.

12         Q     What type of phone was it that you had on

13   that day?

14         A     Android.

15         Q     And what was your carrier?

16         A     Verizon.

17         Q     And have -- have you ever texted anyone an

18   account of the events that occurred to you on

19   November 17th, 2020?

20         A     Have I ever texted anyone?

21         Q     Yeah.

22         A     I've received texts asking me if I had

23   additional video of the video that was online for the

24   purpose of evidence for other trials.

25         Q     Are you talking about the incident which

Page 145

1    occurred on November 17th, 2020?

2        A    That's correct.

3        Q    So you have received text messages from

4    people asking you whether or not they have -- if you

5    have any other video concerning the events surrounding

6    that date?

7        A    That's correct.

8        Q    All right.  And whom have you received

9    those texts from?

10        A    I think attorneys.

11        Q    Your attorneys?

12        A    Other people's attorney.

13        Q    Do you know the names of those attorneys?

14        A    No.

15        Q    And how many text messages did you receive?

16        A    Two or three.

17        Q    Have you ever provided those individuals

18    any additional videos in response to that request?

19        A    No, because there is one none.

20        Q    Have any of those communications you've had

21    with the attorneys via text message, did they ever ask

22    you to describe what happened to you?

23            MR. MOSSINGHOFF:  Just objection as it

24    relates to any communications between this firm.

25        Q    (BY MR. McCAFFREY) Exactly.  To the extent

Page 146

1    -- to the extent -- any communications -- you

2    indicated you received communications from attorneys

3    for other individuals seeking video from

4    November 17th, 2020.  I'm only asking whether or not

5    you've ever communicated with them about the facts and

6    circumstances of what happened to you on

7    November 17th, 2020.

8         A    What happened to me?

9         Q    What happened to you, yeah.

10        A    I think I have, that -- in the aspects that

11   because my phone was destroyed by the officer, there

12   was no additional video available as I was the only

13   journalist on the scene video recording the actions of

14   the events, and so after my phone was broken I was no

15   longer able to perform such duties.

16        Q    All right.  But the question is:  Did you

17   ever describe to them the event that resulted in your

18   phone getting destroyed on November 17th, 2020?

19        A    By having a cop slap it out of my hand for

20   refusing to identify?  No.

21        Q    Sure.

22        A    Yeah, no, other than that, no.

23        Q    So you had that communication?

24        A    Sure.  I'm sure I have.

25        Q    Right.  And have you ever checked to see

Page 147

1    whether or not you still have any of those text

2    messages that you've received from those other

3    individuals in your responses?

4         A    No.

5         Q    Were you ever under -- aware that you were

6    under an obligation to preserve any communications

7    that you had concerning the events of November 17th,

8    2020?

9         A    No, nor would I think that I would have to

10   preserve any communications that I had with an

11   attorney doing an investigation for their client.

12        Q    Okay.  That's fine what you think.

13             Have you ever deleted, intentionally

14   deleted any communications that you've had with anyone

15   concerning the events of November 17th, 2020?

16        A    No.

17        Q    Have you ever communicated with anyone via

18   email anything about the events which occurred on

19   November 17th, 2020 other than your current attorneys?

20        A    No, I don't believe I have.

21        Q    Have you ever -- have you ever checked your

22   email to determine whether or not there are any emails

23   concerning the events?

24        A    No.

25        Q    Other than text message and email, did you

Page 148

1    ever communicate in any other way, Telegram, or any

2    other -- Snapchat, any other communication device or

3    application?

4        A    I have -- I had used Telegram as a text

5    message tool prior to the third and allegedly-missing

6    event, not consistently, but a long time ago.

7        Q    Were you using Telegram at or about the

8    time of November 17th, 2020?

9        A    No.

10       Q    And other than -- you say -- you indicate

11   you had a Facebook, correct?

12       A    Uh-huh.

13       Q    Is that right?  Yes or no?

14       A    Yes; yes, I'm sorry, yes.

15       Q    And have -- and Facebook has a messaging

16   application, correct?

17       A    It does.

18       Q    And have you ever used the messaging

19   application to communicate with people about any of

20   your activism, or anything like that?

21       A    I don't think so, no.

22       Q    Have you ever used that Facebook messaging

23   application to communicate with anyone concerning the

24   events of November 17th, 2020?

25       A    I don't think so.

EXHIBIT 2

Page 149

1      Q      Have you ever made an effort to check to

2   see whether or not there were -- are any

3   communications?

4      A      No.

5      Q      Did you have Instagram at that time?

6      A      I do have Instagram.

7      Q      Did you have Instagram in around November

8   of 2020?

9      A      Yes.

10      Q      Instagram also had a messaging application,

11   correct?

12      A      I think so, yes.

13      Q      Have you ever used that messaging

14   application?

15      A      I don't think so.

16      Q      Do you know whether or not you ever used

17   that messaging application to relay or account the

18   accidents which occurred on November 17th, 2020?

19      A      No.

20      Q      Have you ever made a check to determine

21   whether or not you did so?

22      A      No.

23      Q      You also indicated you had Twitter at that

24   time?

25      A      Yes.

EXHIBIT 2

Page 150

1       Q      I guess it's now X.  Twitter -- X, formerly

2   known as Twitter in November of 2020, had a messaging

3   application, correct?

4       A      I believe so, yes.

5       Q      Did you ever use that messaging application

6   to communicate about any of the events which occurred

7   on November 17th, 2020?

8       A      Maybe.

9       Q      Have you ever made a check to determine

10  whether or not you did?

11      A      No.

12      Q      Have you ever deleted any of your messages

13  from X?

14      A      I don't think so -- yes, I get spam ones

15  all the time so I delete or block.

16      Q      Have you ever deleted or blocked anything

17  about any messages that you sent concerning the events

18  on November 17th, 2020?

19      A      If any messages were sent about the

20  incident, it would have been to members of the press,

21  so other than that, no.

22      Q      What members of the press would you have

23  sent that type of communication to?

24      A      Journalists that are residing in the City

25  and County of Denver --

Page 151

1      Q     Okay.

2      A     -- or operating for entities like CBS, NBC,

3   Westwood, Denverite, that kind of, you know,

4   mainstream media.

5      Q     When you communicated with members of

6   mainstream media, did you communicate with them

7   primarily via the messaging application or X, or did

8   you text message them, email them, and other means of

9   communication?

10     A     As a journalist, do I have to answer that

11   question?

12     Q     You do.

13     A     Yeah, I -- I think that there's one or two

14   journalists that I might have communicated with via

15   the Twitter chat function.

16     Q     And have you ever communicated with any of

17   those journalists concerning the events of

18   November 17th, 2020.

19     A     Yeah, I think that a journalist might have

20   asked me if I had any other video other than the video

21   existed due to the fact that there were multiple

22   arrests at that incident that did not get recorded

23   outside of BWC.

24     Q     Who was that journalist?

25     A     I mean, as a journalist I don't know that

Page 152

1    that's -- that's my freedom of press to communicate

2    with other journalists.  It's protected.

3              MR. MOSSINGHOFF:  I'm not objecting to

4    privilege.  For the purposes of this hearing, I think

5    you need to answer that question.

6              THE WITNESS:  Kevin Beaty, the Denverite.

7         Q    (BY MR. McCAFFREY) When you communicated

8    with Mr. Beaty at the Denverite, did you do so via

9    Twitter, email, text?  How did you communicate with

10   him?

11        A    Probably Twitter.

12        Q    When you communicated with him via Twitter

13   messaging application, you had a discussion about the

14   events of November 17th, 2020 and what happened you

15   to, correct?

16        A    No, I think they were more worried about

17   the people who were getting arrested, if there was any

18   footage of it.

19        Q    And -- but have you ever checked to

20   determine whether -- the content of that

21   communication?

22        A    No, but I'm sure that -- I didn't care

23   about my broken phone other than the fact they didn't

24   have material for the arrest of a dozen people that

25   day.

Page 153

1    Q    You didn't care about your broken phone?

2    A    I don't think that he cared so much other

3    than the fact that they were trying to find footage of

4    the seven arrested -- or dozen arrested people.  Maybe

5    he cared because he knew or saw the video ended at

6    some point, or that it didn't have --

7    Q    And --

8    A    -- he might even have watched it.

9    Q    You have two phones?

10   A    Yes.

11   Q    And in November of 2020 how many phones did

12   you have?

13   A    One.

14   Q    At what point?

15   A    After that incident.

16   Q    So since after November 17th, 2020 when did

17   you get a new phone?

18   A    Probably the same day.

19   Q    And you got two phones that day?

20   A    No, I probably had one that day, but in a

21   scope of time shortly there afterwards that I might

22   have come to the realization that I needed a second

23   phone.

24   Q    And what -- in November of 2020 who was

25   your carrier?

EXHIBIT 2

Page 154

1       A       Verizon.

2       Q       Did you review any documents in preparation

3   for today's deposition?  Did you look at any

4   paperwork?  Just what she gave you?

5       A       These -- these are the paperworks that are

6   Exhibits 1, 3, 4 and 5 that I reviewed with my

7   attorneys.

8       Q       Did you -- did you look at any video --

9       A       No -- wait --

10      Q       -- in preparation for today's deposition?

11      A       Yes, actually I did look at this video.

12      Q       The video from November 17th, 2020?

13      A       Yes.

14      Q       It's about a six minute video?

15      A       Yeah, it is.

16      Q       Other than looking at that video and

17  reviewing your responses to the interrogatories, did

18  you look at anything else --

19      A       No.

20      Q       -- in preparation for today's deposition?

21              Again, let me finish asking the question.

22      A       Sorry.

23      Q       It's all right.  It's all right.

24              You identify yourself as a journalist,

25  correct?

Page 155

1        A      Yes.

2        Q      Have you -- did you go to journalism

3    school?

4        A      I took journalism in my college education,

5    yes.

6        Q      Do you have a degree in journalism?

7        A      No, I have a bachelor's of science.

8        Q      Have you ever -- have you ever worked for a

9    journalist institution, mainstream media?

10       A      In high school, yes.

11       Q      And what year was that?

12       A      Oh, '93 to '96.  I was on the newspaper,

13   yearbook, and created other materials.

14       Q      And have you ever been paid for reporting

15   from any mainstream media outlet?

16       A      Yes.

17       Q      And what mainstream media outlets have you

18   received payment from?

19       A      CBS, sticks in the head for the first one,

20   for video during the George Floyd protests, YouTube,

21   for the content that I created.

22       Q      So, the -- other than -- you said CBS and

23   YouTube, was there another one?

24       A      I don't remember if I got payment from Fox.

25       Q      And in those instances where you would

Page 156

1  receive payment, did they send you out to report an

2  incident, or did you report an incident and then sell

3  them the video?

4        A     I recorded the incident and sold the video,

5  but I also did Stringer for a little bit.

6        Q     What years were you working for Stringer?

7        A     I think '18, '19.

8        Q     My son used to work for Stringer, media

9  creation.  Maybe he was the guy you sold the video to.

10             And how often -- how many videos did you

11  sell to Stringer, for instance?

12        A     Stringer's probably the biggest one, and

13  maybe -- I don't think it was more than 25.

14        Q     Stringer is a system where essentially they

15  send out a notification to you that there's a news

16  event going and they see whether or not anybody's in

17  the area to film it, correct?

18        A     Correct.

19        Q     It's like Uber for news, right?

20        A     Yes.

21        Q     And you get paid per video --

22        A     Yes.

23        Q     -- that you recorded?

24             How much do you get paid per video?

25        A     20 to 50 dollars.

Page 157

1        Q     And you haven't done Stringer since '18,

2    '19 you said?

3        A     Correct.

4        Q     And you -- you were selling -- you sold

5    video to CBS?

6        A     I did.

7        Q     And that was during the -- in May of 2020

8    during the George Floyd protests?

9        A     I'm the guy whose video is used when a

10   private security guard killed a pro-police protester

11   in the City and County of Denver at a rally at Civic

12   Center Park, or just outside Civic Center Park.

13       Q     And when was that?

14       A     '21, '22.  It was the 9News incident.

15       Q     And most of the -- any compensation you

16   received from your journalism would come from your

17   YouTube channel, correct?

18       A     Sure, yes.

19       Q     Would it be fair to say that you would be

20   an independent journalist, correct?

21       A     Yes.

22       Q     A citizen journalist, correct?

23       A     Yeah.

24       Q     And when you -- on November 17th, 2020 when

25   you went out to -- to film the removal of the homeless

Page 158

1    encampment, was it your intent to monetize that video?

2        A    Yes.

3        Q    Monetize it by -- by either YouTube or

4    selling it to another media company, correct?

5        A    Yes.  It should have been launched as a

6    monetized video from the beginning of the video.

7        Q    And did you file taxes in 2018?

8        A    Yes, I'm sure that I did.

9        Q    And did you receive any 1099 from any media

10   companies in 2019?

11       A    Yeah, I think YouTube sent me a 1099.

12       Q    How much did you receive from YouTube?

13       A    Less than a thousand dollars.

14       Q    And how much from selling video?

15       A    Couple hundred bucks.

16       Q    And how about in 2020?  How much money did

17   you make from YouTube.

18       A    Yeah, again, I would have to check my

19   records, but I'm not making an extensive amount of

20   money.  It's a small nominal sum in the same -- you

21   know, maybe a thousand dollars.

22       Q    So about same you made in 2019?

23       A    Yeah.

24       Q    And that would come from both YouTube and

25   from selling video?

EXHIBIT 2

Page 159

1      A      Primarily probably YouTube.

2      Q      How about in 2021?

3      A      Okay.  So I think '20 I might not have

4   actually sold any video; the primary video sold

5   outside during the George Floyd protests.

6      Q      Which was 2020.

7      A      '20.  Okay.  Great.  Then that would be the

8   answer, '20 not '21.

9      Q      And May of '20 was the George Floyd

10  protest, correct?

11     A      Okay.  Yes.

12     Q      And there you would sell video to media

13  companies?

14     A      Mostly livestreaming YouTube.  There were

15  one or two incidences -- a few incidences at most that

16  video was purchased.

17     Q      How about in 2021?  How much money did you

18  make from YouTube?

19     A      Yeah, I don't think I -- I think I stopped

20  making money from YouTube.

21     Q      So the amount of money that you made from

22  YouTube in 2022 was primarily related to the George

23  Floyd protests and people following your streams at

24  that point?

25     A      Yes.

Page 160

1      Q     And the George Floyd protest went on from
2   May to middle of June, correct?
3      A     No.
4      Q     They quieted down after June, would that be
5   fair to say?  Weren't as many?
6      A     They carried on on a daily basis for 200
7   straight days.
8      Q     And was there as much interest in them for
9   that 200 straight days?
10      A     I was broadcasting every day, so yes.
11      Q     Were you making as much money from the
12   videos that you were filming in August of 2020 --
13      A     No.
14      Q     -- as you were in May of 2020?
15      A     No.
16      Q     And as a result -- let's go back.
17            In 2020, in addition to deriving income
18   from YouTube and your work as a citizen journalist,
19   you also maintained a business yourself and you sold
20   shirts?
21      A     What year?
22      Q     2020.  I'm more concerned about the time
23   frame of November 2020.
24      A     No, I'm sure I was doing election work.  I
25   didn't get my printing business started until '21.

Page 161

1      Q     Okay.

2      A     I was making masks.  We ran a mask factory

3   in Denver during COVID, and my business associate,

4   Eddie Soto, had opened with my assistance at -- we had

5   opened up a mask factory in the summer, and I feel

6   like we were still doing that in November.

7      Q     So at some point in time, like a good

8   entrepreneur, you began to sell masks in 2020?

9      A     We manufactured them due to COVID.

10      Q     You manufactured them, and did you sell

11  them?

12      A     Yes, we also -- the company sold masks.

13  They were not directly my selling them per se.

14      Q     What was the name of the?

15      A     Colorado Masquerade.

16      Q     Was that incorporated in the state of

17  Colorado?

18      A     It was.

19      Q     All right.  And you indicated also that you

20  did -- other than Colorado Masquerade, YouTube, you

21  indicated you did some work as -- in campaigns?

22      A     Yes.

23      Q     And what -- in 2020 what campaigns were you

24  involved in?

25      A     Well, at the beginning of COVID I was the

Page 162

1    field director for Maria Orms, candidate for senate

2    31.

3        Q    As the field director, was that a paid

4    position?

5        A    Yeah.

6        Q    And for what period of time did you hold

7    that position?

8        A    November to March -- no, not November,

9    January to March.

10       Q    January to March of 2020?

11       A    '20.  I think that was the year COVID hit

12   us, right?

13       Q    Yeah.  So you worked it from January to

14   March of 2020?

15       A    Right.  When COVID hit I lost my job.

16       Q    Other than working on that campaign in

17   2020, did you work on any other campaigns?

18       A    I'm guessing that there was something that

19   was done in the fall due to the November election.

20       Q    Was that a paid position?

21       A    Usually.  Usually I take a paid position in

22   every election.

23       Q    Do you remember what --

24       A    No --

25       Q    -- campaign it was for?

Page 163

1       A      -- I don't remember.  I've represented more

2    than 20 candidates in the last five years.

3       Q      And were you -- did that position in the

4    campaign that you were working on for the fall

5    election of 2020, was that over by the time of

6    November 17th, 2020?

7       A      Had to have been.  Election's at the

8    beginning of November.

9       Q      So in November 17th of 2020 were you

10   working for any campaigns?

11      A      Probably not.

12      Q      And what was the next campaign that you got

13   involved in after the November of 2020?

14      A      It would have been either a January

15   candidate signature gathering, or something like that.

16             It's cyclical, right, on election years in

17   January, candidates have to get their signatures to

18   get on the ballot and then there is a period of time

19   where you have the statewide ballot measures that we

20   vote on in November.  They generally open up in March,

21   April, carry on through August.

22      Q      So you also indicated that you had a

23   license from the State of Colorado which permitted you

24   to do petitioning.

25      A      Yes, I'm a licensed petition entity.

Page 164

1        Q     And what do you have to do to get that type

2    of license?

3        A     It's like $500 and training.  You have to

4    train your people to do the job properly in a legal

5    accordance.

6        Q     And you currently maintain or operate a

7    business which is involved with canvassing and

8    collecting signatures?

9        A     Yes.

10       Q     Is that under your name or is that under a

11   corporate name?

12       A     It's under Cut the Plastic.

13       Q     And is Cut the Plastic itself, is that a --

14   is that organized under the --

15       A     State of Colorado --

16       Q     -- State of Colorado?

17       A     -- as a legal business?

18             THE COURT REPORTER:  I'm sorry.  One at a

19   time, please.

20             THE WITNESS:  I'm sorry.  I'm getting

21   tired.  I apologize.

22       Q     (BY MR. McCAFFREY) That's all right.

23             It's organized under the State of Colorado,

24   correct?

25       A     Correct.

EXHIBIT 2

Page 165

1      Q      What type of corporation is that?  Is it a

2  corporation or is it a business?

3      A      Yeah, it's a sole proprietorship, LLC,

4  limited liability corporation, right?  I think.

5      Q      And you, as an individual, need to have

6  that Colorado license, correct?

7      A      Yes.

8      Q      Are there circumstances upon which that

9  license can be revoked?

10     A      Yes.

11     Q      Under what circumstances?

12     A      Fraud, for example.  So say I was a

13  petition entity, and instead of actually going out and

14  getting signatures from legal registered voters, I

15  paid a bunch of people to falsify documents and sign

16  them in a room where they never went and talked to the

17  people, that would be a violation of law.

18     Q      Could you --

19     A      That would be fraud.

20     Q      Could you also be -- lose that license if

21  you were engaged in conduct outside of petitioning,

22  like you committed a crime, or anything like that?

23     A      I don't know.

24     Q      How long have you had that license?

25     A      Three, four years.

Page 166

1      Q      And have you ever been subject to any

2   investigation from Colorado -- in Colorado for

3   violating the provisions of that license?

4      A      No.

5      Q      You've indicated you have been arrested a

6   few times.  Have you ever been convicted of any

7   crimes?

8      A      No.  That's not true, I pleaded no contest

9   in 2014 to obstruction of traffic.

10     Q      Other than that, have you ever been

11  convicted of any other crime?

12     A      In the last ten years?

13     Q      At any time.

14     A      Yeah, when I was 18 I drove without a

15  license and had a lot of speeding tickets.

16     Q      And what -- and you moved to Colorado in --

17  I believe you said 2012?

18     A      Yes, that's correct.

19     Q      From what state did you come from?

20     A      Illinois.

21     Q      Did you live in Illinois your whole life

22  prior to that?

23     A      No, I'm from Wisconsin by birth.

24     Q      Have you ever been fired or terminated from

25  any employment because of misconduct?

Page 167

1        A     No.

2        Q     You indicated that you sold insurance, or

3    was that previously?

4        A     Yes.

5        Q     Did you have to be licensed --

6        A     Yes.

7        Q     Let me finish.

8        A     Sorry.

9        Q     I know you're tired.

10             Do you have to be licensed to sell

11   insurance?

12       A     Yes.

13       Q     And what state were you licensed?

14       A     Illinois.

15       Q     And do you still have that license?

16       A     No.

17       Q     Was that -- did you voluntarily surrender

18   that license, or was that license revoked for any

19   reason?

20       A     I voluntarily retired the license, changed

21   my career.

22       Q     And while serving as an insurance broker,

23   were you ever the subject of any complaints?

24       A     No.

25       Q     And you have indicated you have a BS from

Page 168

1    Metropolitan State University?

2         A    That's correct.

3         Q    In what field?

4         A    It's a bachelor's of science, it's an IDP

5    so it was a self-directed plan that had to be approved

6    through some rigorous stuff to qualify for a

7    bachelor's of science.  I have a IDP in sustainable

8    infrastructure and practices.

9         Q    You also indicated you have some contracts

10   with the City and County of Denver?

11        A    Yes, I have had contracts and am open to

12   more.

13        Q    And those contracts that you've had, are

14   they through you personally, or are they through --

15        A    The business.

16        Q    -- the business name?

17        A    They are through the business name.

18        Q    And are you identified as an officer of

19   that business?

20        A    Yes.

21        Q    And is Eddie Soto one of the other

22   officers?

23        A    No.

24        Q    Who are the other officers, if there are

25   any?

Page 169

1        A        None.

2        Q        Did you have any contracts with the City

3     and County of Denver prior to November of 2020?

4        A        No.

5        Q        So any contracts you received from the City

6     and County of Denver came after November 2020,

7     correct?

8        A        Yes.

9        Q        And do you currently have a contract now?

10       A        No.

11       Q        But you had a contract in 2020?

12       A        No, I had --

13       Q        I'm sorry, 2023?

14       A        Yes.

15       Q        And did you successfully complete the terms

16    of that contract?

17       A        Yes.

18       Q        I'm going to show you -- I guess I'll have

19    this marked.  It's only the one copy.

20                MR. McCAFFREY:  What number are we up to?

21                THE COURT REPORTER:  6.

22                MR. McCAFFREY:  I'll have it marked as 6.

23                (Exhibit 6 was marked.)

24                MR. McCAFFREY:  It's just a list of cases

25    that he had.

Page 170

1          Q       (BY MR. McCAFFREY) I'm going to show you

2     what's been marked as Defendant's Exhibit 6, which is

3     a -- just a printout from the Colorado District Court

4     of all claims upon which you have been identified as a

5     plaintiff.

6          A       Okay.

7          Q       All right.  It identifies four claims

8     there, correct?

9          A       Yes.

10         Q       I believe the first one on the top is the

11    claim that you talked about earlier that was settled,

12    correct?

13         A       Yes.

14         Q       And the third one is this -- I believe is

15    this claim?

16         A       Oh, yes.

17         Q       And the fourth one was, that name, that

18    defendant there is Blades, correct?

19         A       Yes.

20         Q       But you're one of the plaintiffs on that

21    case as well?

22         A       Yes.

23         Q       And that case is currently pending?

24         A       Yes.

25         Q       That involves the activity of the Denver

Page 171

1    Police Department and your participation in the George

2    Floyd protests, correct?

3        A    Yes.

4        Q    And you were deposed in that case, right?

5        A    I don't remember.

6        Q    Okay.  But the second case that's listed

7    there indicates that was dismissed, correct?

8        A    Yes, it was my first attempt to represent

9    myself as a pro se litigant.

10       Q    That was a pro se case which was dismissed

11   by the Court?

12       A    Yes.

13       Q    Other than those four cases are you aware

14   of any other cases on which you were identified as a

15   plaintiff in a federal court?

16       A    No.

17       Q    How about state court?

18       A    No.

19       Q    Prior to November 17th, 2020 have you ever

20   been under the treatment of a mental health

21   professional?

22       A    Yes.

23       Q    Subsequent to November 17th, 2020 have you

24   ever been under the treatment of a mental health

25   professional?

EXHIBIT 2

Page 172

1          A      Not in a clinical sense.

2          Q      How long prior to November 17th, 2020 were

3    you under the treatment of a mental health

4    professional?

5          A      I think it was January 2014 when my father

6    shot himself.  Yeah, I think that's when it was.

7          Q      I'm sorry to hear that.  But as a result of

8    that incident you sought treatment?

9          A      Yes.

10         Q      All right.  And when was the last time you

11   sought any treatment as a result of that?

12         A      Probably May of 2015 when I had

13   successfully completed my degree.

14         Q      And as a result of that incident, where

15   your father shot himself, were you experiencing

16   depression?

17         A      Yeah.

18         Q      Were you experiencing anxiety?

19         A      Sure, yes.

20         Q      And were you diagnosed with anything by any

21   of the -- any of the mental health professionals?

22                MR. MOSSINGHOFF:  I'm going to object at

23   this point to a medical therapist privilege under the

24   federal rules.

25         Q      (BY MR. McCAFFREY) Okay.  And subsequent to

EXHIBIT 2

Page 173

1    November 17th, 2020, you've indicated you have not

2    been under the treatment of any mental health

3    professional, but you've communicated with community

4    meetings; is that right?

5        A    Yeah.

6        Q    What community meetings?

7        A    Like -- I mean, there's a variety of types

8    for people who are going through stress to be able to

9    pop up and talk in for self-care, for mental health,

10   for addiction and other -- other types of, you know,

11   anonymous meetings.

12       Q    Have you ever been treated for any

13   addiction to any substances?

14       A    Yes.

15       Q    And when was the last time you received

16   treatment?

17       A    2010, 2011.

18       Q    And the community meetings that you go to,

19   was that Alcoholics Anonymous, or one of the other

20   types of meetings?

21       A    One of the types of meetings that I have

22   attended.

23       Q    And as a result of the incident on

24   November 17th, 2020, did you ever discuss any issues

25   that you had emotionally as a result of that incident

Page 174

1    at any of these community meetings?

2         A      Yeah, I'm sure I have.

3         Q      Do you have any independent recollection of

4    doing so?

5         A      Do I have any what?

6         Q      Independent recollection of doing so?

7         A      What do you mean by that?

8         Q      Do you recall an instance where you said,

9    "You know what?  I'm not feeling very good today

10   because what happened to me on November 17th, 2020,"

11   something like that?

12        A      No.

13        Q      When was the last time you went to one of

14   these community meetings for counseling or discussion

15   about mental health issues?

16        A      Last year.

17        Q      What month of last year?

18        A      I don't know, maybe June or July.

19        Q      And on November 17th, 2020 how did you

20   become aware that there was a planned removal of a

21   homeless encampment in the area of 19th and Emerson?

22        A      Federal settlements require that every

23   displacement of unhoused individuals on public right

24   of ways that have more than ten people be posted

25   publicly for seven day advanced notice.

Page 175

1    Q    And do you remember seeing that

2    notification about particular removal of the camp

3    on -- prior to November 17th, 2020?

4    A    Yes.

5    Q    Where did you see it?

6    A    Outside the hospital.  I'm sure there was a

7    sign posted on a fence post or on a tent.  Generally

8    that's the locations that they post, right, if there's

9    a -- there's a city sign, like no parking on this side

10   of the street and there's tents next to it, they'll

11   post the sign there or on a fence, on people's tents.

12   Q    So you happened to see a sign when you were

13   in the area prior to November 17th, 2020, which

14   alerted you to it?

15   A    I'm sure that other methodologies of

16   communication existed, like Twitter posts, Facebook

17   posts, recognizing the public event or activity that

18   was going to be happening.

19   Q    Did you ever get any emails from any of

20   your fellow activists concerning protesting at that

21   particular removal of that encampment --

22   A    No.

23   Q    -- prior to November 17th, 2020?

24   A    No.

25   Q    When you -- at some point you made a

Page 176

1    determination that you were going to film it, correct?

2         A    Yes.

3         Q    And before going to film it, did you advise

4    anybody that you were going to film it?

5         A    Yes.

6         Q    Who did you tell?

7         A    I'm pretty sure I told Kevin Beaty that I

8    would be there.

9         Q    When you spoke to Kevin Beaty about it, did

10   you speak to him by telephone, by the Twitter

11   messaging app, or some other kind of method?

12        A    I may have spoke to him face-to-face at

13   city council, or some other community event that had

14   happened in the seven days prior.

15        Q    Other than Mr. Beaty, do you have any

16   recollection of telling anybody else?

17        A    Yeah; yes, my roommate who was a barista at

18   the time.

19        Q    What was the name?  I'm sorry.

20        A    I'm sorry?

21        Q    Did you say the name of the roommate?

22        A    No, I did not.

23        Q    Okay.

24        A    I said he was a barista.

25        Q    Oh.

Page 177

1      A    I may have told other livestreamers, tried

2   to encourage others to show up to film.

3      Q    Your roommate at time, what was his name?

4      A    The roommate that I would have told -- I

5   think his -- he changed his name.  It was Chris.

6      Q    Do you currently live with anybody now?

7      A    No.

8      Q    When you spoke to other livestreamers, how

9   would you communicate with them; in person, via text

10  message, email, or just livestreaming it?

11     A    Yeah, livestreaming, one way to communicate

12  with people.

13     Q    Do you remember how you did it prior to

14  November 17th, 2020?

15     A    I was having conversations in the kitchen

16  at the time, so I was doing livestreams in the morning

17  while I was making breakfast, talking about the

18  issues, events of the day.  So I'm sure that I had a

19  livestream at that point at some point --

20     Q    Miss --

21     A    -- talking about the upcoming events.

22     Q    And Miss Koehler said that YouTubing

23  couldn't -- could not be boring.

24          So you were cooking breakfast and talking

25  about the upcoming events?

Page 178

1         A      Yeah; yeah, that would be pretty boring to

2    a lot of people.

3                 MR. MOSSINGHOFF:  How are you doing?  Do

4    you need a break?

5                 THE WITNESS:  I'm -- I'm --

6                 MR. MOSSINGHOFF:  You'd rather just go

7    through?

8                 THE WITNESS:  I don't want to be here all

9    night.

10                MR. MOSSINGHOFF:  I gotcha.

11                MR. McCAFFREY:  You won't be here all

12   night, believe me.

13                MR. MOSSINGHOFF:  Just checking, just

14   checking.

15        Q      (BY MR. McCAFFREY) Let me just -- just go

16   back -- just to income.

17                You had to get a new phone after

18   November 17th, 2020, correct?

19        A      Yep -- yes.

20        Q      How much did that phone cost you?

21        A      Couple hundred bucks at the time.

22        Q      Did you get any sort of deal with the

23   phone?  Did you extend the contract to get a new

24   phone?

25        A      I'm on a prepaid plan.

EXHIBIT 2

Page 179

1      Q      And what type of phone -- and what was the

2    value of the phone that you had that was damaged?

3      A      Two, three hundred dollars.

4      Q      And you had that phone for about a year at

5    the time that it was damaged?

6      A      Probably.

7      Q      And what condition was it in?  Was it

8    already -- was there any damage of the screen or

9    anything like that --

10     A      No.

11     Q      -- prior to November 17th --

12     A      No, because I usually don't have -- I'm

13    sorry, I interrupted you again.

14            I usually don't -- I usually repair these

15    phones when they break right away, or replace them.

16            Back then there was a little bit easier to

17    do both, now it's really hard to replace the screen on

18    a phone once it breaks?

19     Q      And when you had the phone did you have any

20    sort of case on it to --

21     A      Yes.

22     Q      -- protect it?

23            What type of case did you have on it to

24    protect it?

25     A      These standard plastic with the glass

Page 180

1    screen protector.

2        Q    And did you -- and as a -- when you got the

3    new phone, did you get a new receipt for it?  Do you

4    have any receipts available?

5        A    You know, not real good with -- I'm sure

6    there's a bag somewhere with the receipt in it.

7        Q    Well, if you -- if you were to go on your

8    Verizon account now, could you go and check your

9    Verizon account to go back to see whether or not

10   there's any receipts on there?

11       A    No, it's a prepaid phone plan.

12       Q    Oh.

13       A    So they don't keep track of the phone costs

14   or the phones.  They don't offer discounts or service

15   plans on the phones.

16       Q    So this is a plan where you pay -- you pay

17   upfront for the amount of minutes and WiFi you use?

18       A    Pay a monthly fee for a plan, but it's

19   advanced pay.

20       Q    And when you bought the phone, did you buy

21   it directly from a Verizon dealer, or where did you

22   buy it?

23       A    I don't remember if I bought it from a

24   phone reseller or if I bought the phone immediately at

25   a Verizon store.

Page 181

1      Q      And the phone that you had that was damaged

2    on November 17th, 2020, did you buy it new, or did you

3    buy it from a reseller -- refurbished I should say?

4      A      I don't remember.

5      Q      And --

6      A      I think I bought it new.

7      Q      And once -- you indicate you probably

8    replaced the phone on or about the same day as the

9    date it was damaged?

10     A      Probably yes.

11     Q      As a result of the damaged phone, were you

12   prevented from continuing to livestream?

13     A      Yes.

14     Q      From that day, from that --

15     A      Yes.

16     Q      -- moment?

17            But from the moment -- but after you

18   left -- once you got your new phone, what time of day

19   -- the incident happened around 5:00 o'clock in the

20   morning, correct?

21     A      5:00, 6:00, yes.

22     Q      And the stores open at 10:00 o'clock in the

23   morning?

24     A      Yeah, it was probably a workday so I

25   probably had to go to work first.

Page 182

1      Q      By the end of the day you had a new phone,
2   correct?
3      A      Yeah, yes.
4      Q      So by the 18th you were livestreaming
5   again, correct?
6      A      Without checking my records, sure, yes.
7      Q      You had the ability to do so by the 18th?
8      A      Yes, maybe the 19th at the latest.
9      Q      I think you indicated in 2020 you made
10  about a thousand dollars total from YouTube?
11     A      Yes.
12     Q      About how much money would you say that you
13  lost as a result of the damaged phone from streaming?
14     A      Well, the video of the incident would have
15  prevented me from having -- or the lack of it --
16  nobody got the arrests on video, so that would have
17  been an item that could have been sold, plus the video
18  watch time, could have been $200.
19     Q      So about $200?
20     A      Plus the cost of the phone.
21     Q      So a total of about $400?
22     A      Sure, maybe five.
23     Q      And as a result of the incident, which
24  happened on November 17th, did it prevent you from
25  getting any other employment?

Page 183

1          A       No.

2          Q       So your total economic damages as a result

3     of what happened to you on November 17th, 2020 is

4     about $500?

5          A       Physical expenses?

6          Q       I'm talking about economic, physical.  I'm

7     not talking about emotional or anything like that,

8     just physical.

9          A       Probably.

10         Q       Now, what time did you get to 19th and

11    Emerson on November 17th, 2020?

12         A       Before dawn.

13         Q       And when you got there, what was the first

14    thing you observed?

15         A       There wasn't anybody there -- or when I

16    first got there, I was early.  I think I beat the

17    police, I think I beat the work crews that day.

18         Q       And when you got there were you with

19    anybody else?

20         A       I don't think so.

21         Q       And before going there did you have any

22    plans to meet anybody?

23         A       Yes.

24         Q       Who did you plan on meeting?

25         A       There was a variety of community people

Page 184

1    that knew that this displacement was going on.

2            This displacement was very particular

3    because it represented the LGBTQIA and disadvantaged

4    communities.  This was their safe space, this wasn't

5    your standard homeless encampment.  These were the

6    marginalized people encampment, and so it was a big

7    concern for lots of people to the degree that a dozen

8    people I think it was decided that they were going to

9    be peacefully arrested in protest of the action of the

10   Denver Police traumatically displacing these people

11   without providing solutions or services to housing.

12       Q     Did you make plans to meet these people

13   prior to going there on November 17th, 2020?

14       A     Did I make plans to --

15       Q     To meet them.

16       A     Like specifically meet them?

17       Q     Yes.

18       A     Or was it, "I'll be there"?

19       Q     Did you take plans to specifically meet

20   them?

21       A     I would say that I did not make plans to

22   specifically meet people; I indicated that I would be

23   there to film the event.

24       Q     And when you made those plans, did you do

25   so -- how did you do so?  Did you text message?

Page 185

1    Email?

2         A      Verbal communication.

3         Q      And who did you have these communications

4    with?

5         A      Various members of mutual aid communities

6    in the City and County of Denver.

7         Q      Do you remember their names?

8         A      No.  I was not organizing or planning any

9    of the -- I -- was there to film.  I wasn't there as

10   somebody that was providing service to the people.  I

11   wasn't going to be moving people, I wasn't going to be

12   helping them pack their belongings or find a new spot

13   to live.  I was just there to film.

14        Q      And you were aware that the individuals

15   that were going, it was their intent to get arrested,

16   correct?

17              MR. MOSSINGHOFF:  Objection.  Calls for --

18   object to the form of the question.

19        Q      (BY MR. McCAFFREY) I'll ask it this way:

20   Was it your understanding that these individuals, for

21   whatever reason, had intended to get arrested in

22   protest of removal of the camp?

23        A      There was some community chatter that there

24   might be a nonviolent protest, a peaceful, like,

25   sitting.

Page 186

1      Q      And you were aware that that might result

2   in people getting arrested, correct?

3      A      Yeah, the City of Denver violently arrests

4   people on a regular basis.

5      Q      The question I had for you:  Were you aware

6   that that might result in people being arrested?

7      A      Yes, the City and County of Denver

8   regularly arrest people at these actions of displacing

9   people and moving them.

10     Q      Okay.  But it wasn't your intent get

11  arrested?

12     A      No.

13     Q      It was your intent go there and film it so

14  you could monetize it?

15     A      No, it was my intent to film it so that I

16  could record the actions of the City and County of

17  Denver and how they treat unhoused people so we could

18  create a lasting change in the way that we displace

19  people who are living on the street.

20     Q      So any financial benefit that you would

21  receive would just be --

22     A      Bonus.

23     Q      -- ancillary, a bonus?

24     A      Yes.

25            I want to make clear that this is not a

Page 187

1    career of financial stability for me.  You can't pay

2    the rent on these videos.

3        Q    Do you know -- prior to November 17th, 2020

4    did you know Sergeant Berger?

5        A    Did I know him?

6        Q    Had you ever seen him before?

7        A    Yes, I have seen him before.

8        Q    Prior to November 17th, 2020, had you ever

9    interacted with him?

10       A    It's possible.

11       Q    Prior to November 17th, 2020, do you recall

12   any conversation or interaction you had with him?

13       A    Specific and individual to Berger, no.

14           MR. MOSSINGHOFF:  Mr. Loma indicated to me

15   quietly that he would like to request a break.

16           MR. McCAFFREY:  Oh, yeah.  Sure,

17   absolutely.  Five minutes?  I mean, I'm going to be

18   done within 40 minutes, 45 minutes, so how much time

19   did you want?

20           THE WITNESS:  I need to use the washroom.

21           THE VIDEOGRAPHER:  Going off the record at

22   3:20.  This marks the end of media three.

23           (Recess taken.)

24           THE VIDEOGRAPHER:  This is marks this start

25   of media four of the video deposition of Brian Loma.

Page 188

1    We're back on the record.  The time is 3:29.

2        Q    (BY MR. McCAFFREY) Mr. Loma, I'm going to

3    show you what we're going to mark as Exhibit 7, which

4    I believe is your YouTube channel.  Can you just take

5    a look at that?  And you can scroll down.  Just

6    confirm to me that that's your YouTube channel.

7        A    That is my YouTube channel.

8             (Exhibit 7 was marked.)

9        Q    Okay.  Just by looking at the first page

10   you can tell by looking at that?

11       A    Yes.

12       Q    Cut the Plastic?

13            So any video that you've posted concerning

14   the events of November 17th, 2020 would have been

15   posted on this YouTube channel?

16       A    Yes.

17       Q    And did you take any video on

18   November 17th, 2020 that you did not post?

19       A    No.

20       Q    I believe there are somewhat -- over a

21   thousand videos?

22       A    A thousand publicly-accessible videos, yes.

23       Q    Are there videos that you've posted that

24   aren't publicly-accessible?

25       A    Yes.

Page 189

1        Q      And have you posted any video concerning

2     the events of November 17th, 2020 that are not

3     publicly accessible?

4        A      No.

5        Q      And I think you indicated that you did

6     watch the video concerning the events of

7     November 17th, 2020 --

8        A      Yes.

9        Q      -- prior to today?

10       A      Yes.

11       Q      How long prior?

12       A      Yesterday, or last night.

13       Q      And other than that video did you record

14    any other video concerning the events of

15    November 17th, 2020?

16       A      I probably did, yeah, there's probably

17    videos after the incident in which I'm livestreaming

18    and discussing the incident.

19       Q      Were those videos posted on the date of

20    November 17th, 2020?

21       A      No.

22       Q      They would have been posted after

23    November --

24       A      Correct.

25       Q      And those videos are not publicly

Page 190

1    accessible?

2        A    No, I would say that -- I would say that

3    they are publicly accessible.

4        Q    And have you ever checked your YouTube

5    channel to determine whether or not there are any

6    other videos in which you've discussed the events of

7    November 17th, 2020?

8        A    I have not checked my videos to --

9    specifically, but I am sure that because I require

10   city employees who are badged and on the clock to

11   identify with their name and badge number that I would

12   have, at some point, said something about the fact

13   that this is why we do this, to make sure they are

14   accountable and that they do identify.

15       Q    Do you have any independent recollection of

16   doing that?

17       A    Not -- not specific, no, I'm just -- I'm

18   betting on the odds statistically that I had discussed

19   it within two weeks of the incident while

20   livestreaming and chatting, doing other things.

21       Q    Some of your livestreams and chats could be

22   over an hour long, correct?

23       A    Yeah.

24       Q    And have you ever gone back to look at any

25   of those videos post November 17th, 2020 to determine

Page 191

1    whether or not you reviewed or you discussed the

2    events of November 17th, 2020?

3         A    I believe at the beginning of the effort of

4    the lawsuit being written that I went and looked to

5    see if I could find anything.

6         Q    And did you?

7         A    No.

8         Q    So as you sit here today, you're not aware

9    of any other videos in which the events of

10   November 17th, 2020 are discussed?

11        A    Directly, no.

12        Q    Other than -- you say other than -- there

13   may be other videos afterwards where you reference

14   police not identifying themselves when requested?

15        A    Yes.

16        Q    And when you made those references, did you

17   ever reference it back to the events of November 17th,

18   2020?

19        A    I cannot say with assurity that I did or

20   did not.

21        Q    Since November 17th, 2020, how many videos

22   have you posted?

23        A    Couple hundred.

24        Q    And some of those video -- some of them are

25   an hour and a half, two hours long?

Page 192

1     A     Sometimes.

2     Q     And in that hour and a half, two hour long

3   video, you may be speaking about the events of

4   November 17th, 2020 --

5     A     It's possible.

6     Q     -- for about 30 seconds?

7     A     Yes, it's possible.

8         MR. McCAFFREY:  I would renew our request

9   for all video that plaintiff has taken and has posted

10  concerning the events of November 17th, 2020.  I don't

11  believe it's our obligation to go through hundreds of

12  hours of video to find and determine that.

13         I'm going to show what has been -- what I'm

14  going to mark as Exhibit 7.

15         THE COURT REPORTER:  Eight.

16         (Exhibit 8 was marked.)

17         MR. McCAFFREY:  Eight, which is, I believe

18  to be the video from November 17th, 2020.  And of

19  course there's an ad first.  I'm afraid I don't have

20  premium service, so I pay the ad.

21         THE COURT REPORTER:  Would you like this

22  transcribed?

23         MR. McCAFFREY:  No, we don't need it

24  transcribed.

25         I'll turn on the volume.

Page 193

1              It's a -- again, it's a six minute video, I

2      believe.  So I'm going to play the whole video through

3      and then I'm going to ask you some questions.

4              (Video played.)

5          Q    (BY MR. McCAFFREY) Okay.  Done with that

6      video for now.

7              Mr. Loma did you have an opportunity to

8      view that video?

9          A    Yes.

10         Q    And there was an individual who was asking

11     the officers to identify themselves.  Do you recognize

12     that individual?

13         A    Yeah, that was me.

14         Q    You indicated -- a couple times you used

15     the term Nazis and concentration camps.  Did you hear

16     that?

17         A    Yes.

18         Q    You understand that concentration camps

19     have a certain connotation in American society?

20         A    Yes.

21         Q    Which resulted in sometimes the slaughter

22     of six million Jews?

23         A    Yes.

24         Q    And do you consider -- do you understand

25     that maybe using those terminologies in that

Page 194

1    circumstances could be considered antisemitic?

2        A    As a person of Jewish Heritage, I don't

3    understand that that would be the case.  I correlate

4    the way that we -- building fences around our

5    houseless people to be in the same conditions in many

6    cases the trauma, the mental health, the lack of

7    humanity to be similar to the greatest worst example

8    in our modern history.

9        Q    So you think it was the same example as to

10   what happened to six million Jews in the occupying

11   territories?

12       A    It's the modern day example of the horrors

13   that we allow ourselves to put our society under.

14       Q    And you looked at your -- some of the

15   officers identified themselves to you, correct?

16       A    Yes.

17       Q    And you did you know any of those officers

18   prior to?

19       A    Yeah.

20       Q    Which ones?

21       A    Without going through the list of badge

22   numbers, which I stopped taking notes because of your

23   discouragement in such activity, I would say the --

24   Ramos and somebody else I recognized from multiple

25   instances.  Those two guys might have even been the

Page 195

1    ones who arrested me in the other case.

2         Q    So you recognize at least two of the

3    officers?

4         A    Yeah.

5         Q    Berger you did not recognize?

6         A    No, I -- I've had hundreds if not thousands

7    of interactions with the Denver Police Department and

8    the District 6 officers who were primarily at the

9    scene that day.

10        Q    Did any of those officers say anything to

11   you -- I'm sorry, was your whole interaction with the

12   police officers recorded in that video?

13        A    No, I'm sure there was interactions that

14   happened afterwards.

15        Q    But -- but from the moment that you started

16   recording, that was the first time you saw a police

17   officer that day, correct?

18        A    Yes.

19        Q    And did they say anything you to prior to

20   your phone being broken by -- did any of the officers

21   say anything to you which would indicate to you that

22   they didn't want you filming?

23        A    No.

24        Q    And when you were holding the camera, were

25   you holding it in a -- in your hand, or did you have

Page 196

1    it in some sort of device?

2         A    It was in a gimbal.

3         Q    What is gimbal?

4         A    A gimbal is a stabilizer.  It stabilizes

5    the camera so that any hand shakiness or other

6    movement is minimized to help stabilize the quality of

7    the shot.

8         Q    And the gimbal, does the gimbal extend the

9    camera from your -- from your hand?  Does it hold it

10   straight up?

11        A    So the gimbal is a hand-held device with a

12   hand stick and then a gyroscope attached to it at the

13   top of the stick, that's the stabilization piece.  So

14   it's within the range of a hand.  It's not like it

15   would stick out any extra distance.  It would be in

16   the same proximity as the arm movement would be.

17        Q    And would -- and prior to attempting to

18   place the camera to record Sergeant Berger's name, did

19   they say anything to you which would indicate to you

20   that he did not want you filming?

21        A    Did he say anything that would indicate

22   that he did not want me filming?  No.  Was he out of

23   compliance during that video we just watched where I

24   had to repeat to him a half dozen times or more his

25   refusal to identify while his supervisors were there

Page 197

1    showing by example how to respond to me?

2        Q    Do you have a First Amendment right to have

3    him respond to you?

4        A    He has a legal obligation, according to the

5    State of Colorado statutes, to identify himself.

6        Q    Is it a violation of any constitutional

7    right if he doesn't?

8        A    Huh?

9        Q    Is it a violation of any constitutional

10   right if he doesn't?

11       A    I believe it's a violation of state

12   statutes and City and County of Denver policy.

13       Q    All right.  Did that -- were your rights in

14   any way violated by him failing to identify?

15       A    I mean, he didn't stop my rights, but he

16   was not following the laws that he's sworn to uphold

17   and protect.

18       Q    And how close to his badge -- him name did

19   you get the camera?

20       A    The camera was -- I was standing less than

21   three feet away from him, so the extension of my arm

22   toward his badge wouldn't have been more than, you

23   know, two feet --

24       Q    So --

25       A    -- my belief.

EXHIBIT 2

Page 198

1        Q      And how tall are you?

2        A      Five six and a half.

3        Q      And your -- how about your arm?  How long

4    are your arms?

5        A      I don't know, two and a half, three feet.

6        Q      That's a long arm, three feet?  We'll

7    say --

8        A      12, 24, you know --

9        Q      We'll say two and a quarter.

10       A      Two and a quarter, great.

11       Q      So you were standing about three feet from

12   him, correct?

13       A      Sure, yes.

14       Q      And you held the camera to -- with, you

15   know, 6 inches to 12 inches from the name on his -- on

16   his badge, correct?

17       A      Yes.

18       Q      And as a result, he placed his -- and what

19   hand are you holding it?  Right or your left?

20       A      Right.

21       Q      And when you were facing him, were you

22   facing him square, meaning your shoulder -- your right

23   shoulder was square with his left shoulder and your

24   left shoulder was square with his right shoulder?

25   Were you off centered?  How were you standing?

EXHIBIT 2

Page 199

1      A      Could rewatch the video for exact details

2    of it.

3      Q      Sure.

4      A      But I was -- I had walked around him, so he

5    obviously knew I wasn't a threat to him.  I had walked

6    behind him.  I was to his left and probably on a

7    little bit of an angle.

8      Q      You were -- you were calling the officers

9    bitches, right, or something of that expression?  You

10   were cursing at them?

11     A      One.

12     Q      Yeah, and you think, you know -- do you

13   think that your demeanor and using profanity at the

14   officers -- it sounded to me that you may have been

15   angry when you were speaking to them because they

16   weren't giving you identification.  Do you think that

17   the sound of your voice and the language you were

18   using, as a result do you believe the officer

19   shouldn't have thought you were a threat?

20     A      No, he had no reason to feel I was a

21   threat.

22     Q      Okay.  And as you were -- did you ever hear

23   of the -- police say -- sometimes talk about the six

24   feet rule?

25     A      No.

EXHIBIT 2

Page 200

1        Q      This was -- this was during COVID, too,

2    correct?

3        A      Possibly, yeah, maybe at the end of it.

4        Q      Were you wearing a mask?

5        A      I may have been.

6        Q      Do you have any -- at some point time

7    you -- you posted a YouTube channel about how masks

8    were violating people's rights, correct?

9        A      No.

10       Q      No?  You never did that?

11       A      I was a mask manufacturer.

12       Q      So you were all for masks?

13       A      So I was providing masks to nurses and

14   jails, to the emergency shelter for homeless services.

15   We were providing masks and wearing them, absolutely.

16       Q      Did you ever post on -- on your YouTube

17   channel about how happy you were that you weren't a

18   target now if you were vaccinated and didn't have to

19   wear a mask?

20       A      Not to my recollection.

21       Q      And -- and on November 17th, 2020, do you

22   have an independent recollection whether or not you

23   were wearing a mask?

24       A      Based on watching the video, it sounds like

25   I may have been for a portion of time, but I couldn't

Page 201

1    tell.  The audio sounded muffled at the beginning.

2         Q    And -- but before the officer reached out,

3    he told you to back up, correct?

4         A    No, it was a different officer.

5         Q    They both told you to back up though,

6    right.

7         A    The different officer was the one who

8    was -- who called in all his buddies and wouldn't

9    identify to begin with.  He kept telling me to back up

10   because I was filming the people from a distance who

11   were putting the fence up.

12        Q    So when -- when you -- when you held the

13   camera next to Sergeant Berger's name tag, he lift up

14   his hand, correct?

15        A    He actually pulled his jacket away to show

16   and expose his name badge as my camera was going to

17   look at it.

18        Q    Exactly, and then at some point he lifted

19   his hand up and told you to -- lifted his hand up and

20   placed his hand against your phone, correct?

21        A    No, he smacked my phone with force.

22        Q    Okay.  And when he smacked it, did he do it

23   from the -- from right to left, left to right, did he

24   punch it straight forward?  How did he do it?

25        A    With his right hand.

EXHIBIT 2

Page 202

1       Q      He took his right hand and he -- and he --
2    and he thrust it forward?
3       A      Thrust it forward, hitting the gimbal and
4    knocking the camera out of my hand -- out of the --
5    out of the gimbal if I remember correctly.
6       Q      So it -- it came into contact with the
7    gimbal, correct?
8       A      That's correct.
9       Q      At no point in time did he ever touch you?
10      A      No, I do not believe so.
11      Q      And as a result of this incident, did you
12   sustain any sort of injury, physical injury?
13      A      Physical injury, my phone did.  It was
14   damaged.
15      Q      No, did you?
16      A      No.
17      Q      Did you have to seek any medical attention
18   from what happened?
19      A      No.
20      Q      And as a result of this incident, did you
21   sustain any sort of emotional injury?
22      A      Yeah.
23      Q      Tell me about your emotional trauma from
24   this incident.
25      A      I had never -- shortly thereafter, I ended

Page 203

1    up with a second phone so I would always have a phone

2    to be able to protect myself in videotaping police

3    activity.

4        Q    Okay.

5        A    Okay.  I have a long history with the

6    Denver Police Department, interactions with them, and

7    I am sure that if we were to look up all the CAD

8    reports for the incidences that the other counsel

9    represented that that officer was on the scene at some

10    other event where I was physically present.

11        Q    So other than -- so this emotional trauma

12    that you sustained as a result of the incident on

13    November 17th, 2020 has manifested itself by you

14    having to buy a second phone?

15        A    Not only has it manifested itself by me

16    having a second phone, but the combination of these

17    cases, you will see outside of the George Floyd

18    protests represented diminutization of my activity in

19    such manners.

20        Q    The other claims have been dismissed.

21        A    I'm talking about my overall lifestyle

22    practices --

23        Q    But --

24        A    -- of regularly and consistently being at

25    these locations, filming the police officers and the

Page 204

1    trauma that is inflicted by our city onto people.  It

2    has phased out as a regular daily activity.

3         Q    Has the -- can you differentiate any trauma

4    -- any emotional trauma that you were feeling or

5    experienced as a result of November 17th, 2020 with

6    any other emotional trauma that you've experienced

7    with other interactions with the Denver Police?

8         A    Can I differentiate it?

9         Q    Yeah.

10        A    Yeah, five or seven, whatever number of

11   officers, including a corporal and a sergeant, you

12   know, did nothing physically, did not reprimand, did

13   not correct in the manner of this officer's behavior

14   to make me feel confident or safe around these people

15   protected knowing that one of their officers, being

16   rogue in some way, refusing while his supervisors on

17   the scene identified -- to identify.  So I don't

18   necessarily feel safe in a group of officers where one

19   of them doesn't have his head on straight.

20        Q    So the only time that you feel any sort of

21   impact from this incident is when you're surrounded by

22   a group of officers and one of them doesn't have their

23   head on straight?

24        A    I would say that's one example.

25        Q    You tell me.  Any more examples?

Page 205

1        A      Yeah, I mean, I don't -- I generally don't

2    feel safe around police officers these days in this

3    day and age.

4        Q      Well, I mean, you were involved in the

5    George Floyd protests, correct?

6        A      Yeah, I was assaulted heavy during the

7    George Floyd protests.

8        Q      And I believe you allegedly -- at the

9    George Floyd protest you were actually struck by

10    nonlethal devices?

11        A      Yeah, I had one launched at my head.

12        Q      Did that cause you any trauma?

13        A      Yes.

14        Q      How would you compare the trauma you

15    experienced from that to the trauma you experienced as

16    a result of the November 17th, 2020?

17        A      Yeah, I think it's compounding.  I think

18    that when you have your taxpayers under the authority

19    of peace officer who are repetitively and consistently

20    violent under the people that they're supposed to be

21    defending or protecting and serving that the

22    repetitive continued lack of -- of such collective --

23    you know, of -- of -- of good behavior has compounding

24    impact on the trauma of being around these officers.

25        Q      And you haven't -- again, you haven't

Page 206

1    sought any treatment from any mental health

2    professional?

3         A    No, I do not attend clinical counseling

4    services on a regular and consistent basis.

5         Q    Prior to going to this event on

6    November 17th of 2020 did you consume any drugs or

7    alcohol?

8         A    No.

9         Q    Were you -- had you smoked any marijuana

10   before this?

11        A    I -- I don't think I would have smoked any

12   marijuana that early in the day.

13        Q    But are you a regular smoker of marijuana?

14        A    Yes, I consume -- I consume cannabis.

15        Q    And other than cannabis, do you drink?

16        A    Sometimes, yes.

17        Q    And prior -- the night before

18   November 17th, 2020, before going, did you get -- I'm

19   sorry, did you sleep before going to the 19th and

20   Emerson?

21        A    Yes.

22        Q    All right.  And prior to sleeping, did you

23   consume any alcohol or drugs the night before?

24        A    Maybe.

25        Q    And what -- what types of alcohol or drugs

Page 207

1    maybe you might have consumed?

2         A    Couple of beers, maybe a joint.

3         Q    And how long prior to getting there before

4    5:00 a.m. did you consume that?

5         A    Eight hours.

6         Q    At the time -- at the time of this

7    incident, were you under the influence of any drugs or

8    alcohol?

9         A    No.

10        Q    And the incident in February of 2019, did

11   you consume any alcohol while you were in the Mellow

12   Mushroom?

13        A    Might have had a beer.

14        Q    All right.  Were you under the influence of

15   any drugs or alcohol at that time before this

16   incident -- before the incident of February 2019?

17        A    Not to any degree that I would have been

18   out of control of my own senses.

19        Q    And as a result of the incident of

20   November 17 of 2020, has your use of drugs or alcohol

21   increased or decreased or is it the same?

22        A    Yeah, I had a period where I was struggling

23   based on all the things that I was going through and

24   had to quit for a while.

25        Q    What period was that?

EXHIBIT 2

Page 208

1        A       Probably a year.

2        Q       The last year?

3        A       End of '21, '22.

4        Q       Did you consume any drugs or alcohol last

5    night before coming today?

6        A       Yeah, I had a beer last night.

7        Q       Did you smoke any marijuana?

8        A       Last night, yeah, I had a -- I'm sure I had

9    some cannabis.

10       Q       Before you got here today did you consume

11   any drugs or alcohol?

12       A       I had coffee this morning.

13       Q       Other than coffee, did you smoke any

14   marijuana?

15       A       No.

16       Q       Drink any alcohol?

17       A       No.

18       Q       All right.  And previously you indicated

19   that you went to AA?

20       A       Yeah.

21       Q       And -- and you're still drinking today even

22   though you've been in treatment for alcohol?

23       A       Yeah, when I got divorced I got hooked on

24   crack cocaine, so AA got me sober and clean, saved my

25   life.

Page 209

1     Q     When was the last time you did any crack
2  cocaine?
3     A     Twenty five, 2005.
4     Q     And other than marijuana and alcohol, do
5  you consume any other --
6     A     No.
7     Q     -- narcotics?
8           And are you currently under the -- under
9  any medication that would affect your ability to
10  recall the events?
11     A     No.
12     Q     Is there anything that you can't do today
13  that you could do before November 17th, 2020?
14     A     Anything that I can't do today that I could
15  do then?  Yeah, I don't know the answer to that
16  question.
17     Q     As a result of the incident on
18  November 17th, 2020, were you arrested?
19     A     No.
20     Q     You just -- you picked up your phone and
21  you left?
22     A     No, I stayed and watched the rest of the
23  show until I had to go to work.
24     Q     And where were you working at that time?
25     A     I believe I was making masks at that time,

Page 210

1    as I said earlier.

2         Q     Do you know whether or not any other --

3    your colleagues in the livestreaming community came to

4    the location?

5         A     Based on the video that you showed me, it

6    looked like there was somebody else with a tripod in

7    their hand at the event that I had no recollection of

8    being there.

9         Q     Are you aware of any instances -- I'm

10   sorry, any witnesses to the incident on November 17th,

11   2020 other than the police officers?

12        A     I mean, there was a whole bunch of people

13   there, including a bunch of people who got arrested.

14        Q     And have you ever communicated with them

15   what it was they observed?

16        A     No.

17        Q     And do you know the names of any of those

18   individuals?

19        A     Not off the top of my head.

20        Q     Are you aware of any other video, other

21   than body camera video or video that you've posted on

22   the -- on YouTube or any other video of your encounter

23   with the police on November 17th, 2020?

24        A     I'm imagining there would be HALO camera

25   video that should have been available at the time.

Page 211

1        Q     Other than -- other than that, are you

2    aware of any other video by any private citizen?

3        A     No.  Again, as I just indicated, in

4    reviewing the video that you asked me to watch today,

5    and I didn't even notice it yesterday, it looks like

6    there is somebody else with a tripod in the video that

7    you showed me, and I didn't see that until it was in

8    front of my camera, or in front of me right here on

9    your computer screen.

10       Q     And do you plan, at this point now, to try

11   to determine whether or not there's any additional

12   video by contacting any of the people in your

13   community?

14       A     I don't know what my lawyer's going to

15   advise me to do.

16            MR. McCAFFREY:  All right.  I have no

17   further questions.

18            MS. KOEHLER:  I don't have anything else.

19   Sorry.

20            MR. MOSSINGHOFF:  I have a few clarifying

21   questions I would like to ask Mr. Loma.

22                    EXAMINATION

23   BY MR. MOSSINGHOFF:

24       Q     Mr. Loma, I first want to direct your

25   attention to the incident that happened in February of

Page 212

1   2019.  That is the incident with the Allied Security.

2   You're aware of which I speak, right?

3       A    Yes.

4       Q    Okay.  How did that affect you as far as

5   did it change any of your behaviors or your

6   day-to-day -- what your day-to-day behaviors usually

7   were?

8       A    Yeah, definitely, like I -- I think I said

9   earlier, the results of having to go to court changed

10  my life for about a year.

11           I watched my then house mates go to feed

12  people on Sundays, and I was not allowed to

13  participate, I was restricted in the normal means and

14  modes of traffic because you can't -- the area

15  restriction wouldn't even allow me to take the train

16  through the downtown area like I did today, rode the

17  train, got off and walked the block and a half, or

18  whatever it was, to get here.

19           That was something that I was not allowed

20  to do by court order.

21      Q    And that was due to the citation that you

22  received on that night?

23      A    Correct.

24      Q    All right.  And that was -- is there any

25  reason to believe that that citation was based on

Page 213

1    anything other than reports made by Miss Chaplinskiy

2    and Miss Trimble?

3         A      No.

4         Q      Okay.  Did you "hawk a loogie" in

5    Miss Trimble's face?

6         A      No, I did not hawk a loogie in

7    Miss Trimble's face.

8         Q      And was -- Miss Chaplinskiy seemingly

9    working with Miss Trimble?

10        A      They were coworkers, partners on a squad.

11        Q      In your opinion, did they both make a false

12   report to Denver Police Department?

13        A      Yes.

14        Q      All right.  I would like to turn your

15   attention briefly to the November 17th, 2020 matter,

16   and you were just being examined about that, right?

17        A      Yes.

18        Q      Okay.  And briefly, just regarding the

19   videotape that you made in that case, was your -- what

20   was your primary motive in making that video?

21        A      To videotape the way our city failed at

22   that time period to provide constructive services and

23   opportunities for people to get off the streets when

24   being required to move from the place that they were

25   currently habitating.

Page 214

1    Q    There were many questions about the income

2    that you may have received from posting these videos

3    online, specifically YouTube.  Is there any way the

4    primary interest in making these videos is to monetize

5    them and to make a profit?

6    A    No, absolutely not.  There's -- the income

7    generated in total from all the videos that I've ever

8    made paid by news persons, paid by YouTube ad revenue

9    doesn't pay two months' rent.

10    Q    And that's not only just the videos that

11    we're addressing, but all of the --

12    A    The accumulation of all of my video income

13    is less than two months' rent over a multiyear period.

14    Q    Regarding your interactions with the

15    officers on November 17th, 2020, how did that affect

16    your daily lifestyle or behaviors?

17    A    I don't videotape much of anything anymore.

18        I have stopped attending 99 percent of

19    traumatic displacements and I've changed my

20    methodologies of activism from filming and yelling and

21    being present to identifying and I document things to

22    working with our elected officials, not only to put

23    people in the positions of power that would give an

24    ear to change their -- change the way the

25    methodologies are done, but to testify in the

Page 215

1   legislative sessions to help address and readdress the

2   way we do things.

3           And if I might for 30 seconds show that the

4   way our current mayor handles the displacement of

5   homeless people to the way our previous mayor did it

6   has changed significantly, and I had an active role in

7   helping to see that those changes happened.

8       Q    What was the primary reason or cause for

9   you to reduce the amount of times or videos that you

10  have videotaped Denver Police Department?

11      A    It was stressful.  It's -- it's not fun.

12  It's not -- it's not fun.  It's -- it will drive a

13  person nuts to live in the world of watching people

14  who are at the bottom of their hope pile have their

15  lives wrecked and destroyed even more.  It's -- it's

16  gotten too much to bear.

17          MR. MOSSINGHOFF:  I have no further

18  questions.

19          MR. McCAFFREY:  I have a quick follow-up

20  there about the --

21                  EXAMINATION

22  BY MR. McCAFFREY:

23      Q    You indicated now you're more involved in,

24  I guess, working with elected politicians than you

25  were previously?

EXHIBIT 2

Page 216

1      A      Yes.

2      Q      And you attribute part of that to the

3    events which occurred on November 17th, 2020?

4      A      Yes.

5      Q      And your working with the politicians now

6    has been more effective in effecting change?

7      A      Yes.

8      Q      You're welcome.

9            Nothing further.

10           MS. KOEHLER:  Nothing from me.

11           THE VIDEOGRAPHER:  Going off the record at

12   4:09.  This marks the end of media four of four.

13           THE COURT REPORTER:  Is an electronic okay

14   for you?

15           MS. KOEHLER:  Yes, with exhibits.

16           THE COURT REPORTER:  Yep.

17           MR. McCAFFREY:  I just need an electronic

18   copy with the exhibits.

19           THE COURT REPORTER:  You need exhibits?

20           MR. McCAFFREY:  Yeah, and I'll email you

21   the links.

22           THE COURT REPORTER:  I'll get you a card.

23           And would you like a copy of the

24   transcript?

25           MR. MOSSINGHOFF:  Yes, thank you.  Same as

EXHIBIT 2

Page 217

1    Mr. McCaffrey.

2              THE COURT REPORTER:  Okay.  And would you

3    like to handle signature?

4              MR. MOSSINGHOFF:  Yes.

5              (Thereupon, at 4:11 p.m. the deposition was

6        concluded.  Total time on the record was 4 hours

7        and 41 minutes.)

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 218

1                    SIGNATURE PAGE

2

3

4       I, BRIAN BENJAMIN LOMA, the deponent in the

above deposition, do hereby acknowledge that I have

5

read the foregoing transcript of my testimony, and

6

state under oath that it, together with any attached

7

amendment to deposition pages, constitute my sworn

8

testimony.

9

10

        _____ I have made changes to my deposition.

11

        _____ I have NOT made any changes to my

12

        deposition.

13

14

15

16

17    _____

       BRIAN BENJAMIN LOMA

18

        Subscribed and sworn to before me this

19

_____ day of _____, 2024

20

21

       _____

22     Notary Public

23

24

25    Job No. CS6440548

Page 219

1                    REPORTER'S CERTIFICATE
2
          I, Randi E. Barrett, Notary Public,
3
State of Colorado, do hereby certify that previous to
4
the commencement of the examination, the deponent was
5
duly sworn by me to testify to the truth in relation
6
to the matters in controversy between the parties
7
hereto; that the said deposition was taken in machine
8
shorthand by me at the time and place aforesaid and
9
was thereafter reduced to typewritten form; that the
10
foregoing is a true transcript of the questions asked,
11
testimony given, and proceedings had.
12
          I further certify that I am not employed by,
13
related to, nor counsel for any of the parties herein,
14
nor otherwise interested in the outcome of this
15
litigation.
16
     My Commission Expires April 17th, 2027.
17
18
19
                    _____
20
                    Randi E. Barrett, Notary Public
21
22
23
24
25

EXHIBIT 2

Page 220

1    DANIEL MOSSINGHOFF, ESQ.

2    Daniel@baumgartnerlaw.com

3                              March 8, 2024

4    RE: Loma, Brian v. Allied Universal Security

5        2/22/2024, Brian Loma (#6440548)

6        The above-referenced transcript is available for

7    review.

8        Within the applicable timeframe, the witness should

9    read the testimony to verify its accuracy. If there are

10   any changes, the witness should note those with the

11   reason, on the attached Errata Sheet.

12       The witness should sign the Acknowledgment of

13   Deponent and Errata and return to the deposing attorney.

14   Copies should be sent to all counsel, and to

15   Erratas-CS@veritext.com.

16    Return completed errata within 30 days from

17   receipt of testimony.

18     If the witness fails to do so within the time

19   allotted, the transcript may be used as if signed.

20

21

22                    Yours,

23                    Veritext Legal Solutions

24

25

```
                                                      Page 221

1     Loma, Brian v. Allied Universal Security

2     Brian Loma (#6440548)

3                    E R R A T A   S H E E T

4     PAGE_____ LINE_____ CHANGE_____

5     _____

6     REASON_____

7     PAGE_____ LINE_____ CHANGE_____

8     _____

9     REASON_____

10    PAGE_____ LINE_____ CHANGE_____

11    _____

12    REASON_____

13    PAGE_____ LINE_____ CHANGE_____

14    _____

15    REASON_____

16    PAGE_____ LINE_____ CHANGE_____

17    _____

18    REASON_____

19    PAGE_____ LINE_____ CHANGE_____

20    _____

21    REASON_____

22

23    _____    _____

24    Brian Loma                           Date

25
```

**[& - 2017]**                                                                                Page 1

| **&** | **15** 81:22 | 182:24 183:3 | **2** |
|---|---|---|---|
| **&** 1:18 | **15th** 6:7 25:6 | 183:11 184:13 | |
| **0** | 33:10 97:6 | 187:3,8,11 | **2** 2:16 22:22 |
| | **169** 2:22 | 188:14,18 | 23:6 106:11,13 |
| **02214** 1:3 3:9 | **16th** 10:24 | 189:2,7,15,20 | 108:13,15 |
| **04-04** 15:4 | 26:17,19 33:23 | 190:7,25 191:2 | 116:19 133:24 |
| **1** | 36:4,11 40:6 | 191:10,17,21 | **2,000** 72:7 |
| | 54:21 68:11 | 192:4,10,18 | **2/22/2024** |
| **1** 2:15 28:18,19 | 78:12,24 82:21 | 200:21 203:13 | 220:5 |
| 28:21 104:25 | 83:11 107:4 | 204:5 205:16 | **20** 156:25 |
| 154:6 | 109:21 111:9 | 206:6,18 | 159:3,7,8,9 |
| **10** 53:14,17 | 115:15 | 209:13,18 | 162:11 163:2 |
| 81:22 | **17** 207:20 | 210:10,23 | **20,000** 13:20 |
| **106** 2:16 | **1700** 1:18 | 213:15 214:15 | 14:3 |
| **1099** 22:10 | **17th** 1:13,18 | 216:3 219:16 | **200** 95:9 |
| 52:1 158:9,11 | 2:4 3:10 32:13 | **18** 156:7 157:1 | 100:24 101:2 |
| **10:00** 181:22 | 36:11 140:13 | 166:14 | 101:20 112:2 |
| **10:54** 45:1 | 141:4,14,24 | **188** 2:23 | 113:19 160:6,9 |
| **11** 22:20 | 142:5 143:6,11 | **18th** 27:10 | 182:18,19 |
| **1108** 1:22 | 144:3,8,19 | 182:4,7 | **2001** 50:20,20 |
| **11:24** 45:5 | 145:1 146:4,7 | **19** 17:17 156:7 | **2005** 209:3 |
| **11:44** 60:16 | 146:18 147:7 | 157:2 | **201** 1:22 |
| **11:45** 60:13 | 147:15,19 | **192** 2:23 | **2010** 22:20,21 |
| **12** 112:6,9 | 148:8,24 | **19th** 32:14,17 | 173:17 |
| 120:4,21 122:5 | 149:18 150:7 | 134:20 174:21 | **2011** 22:21 |
| 131:20 135:5,7 | 150:18 151:18 | 182:8 183:10 | 105:4 173:17 |
| 198:8,15 | 152:14 153:16 | 206:19 | **2012** 104:8,9 |
| **1225** 1:18 | 154:12 157:24 | **1:04:59** 109:3 | 105:4,7 166:17 |
| **127** 2:18 | 163:6,9 171:19 | **1:21** 1:3 3:9 | **2012-13** 68:6 |
| **12:46** 106:6 | 171:23 172:2 | **1:33** 106:10 | **2014** 19:3 |
| **133** 2:20 | 173:1,24 | **1:35** 108:7 | 25:17 104:9 |
| **134** 2:22 | 174:10,19 | **1:37** 108:10 | 166:9 172:5 |
| **136,215** 2:9 | 175:3,13,23 | | **2015** 19:3 |
| **14** 131:20 | 177:14 178:18 | | 172:12 |
| 134:20 | 179:11 181:2 | | **2017** 12:3 |

**[2018 - 500]**                                                      Page 2

**2018**   11:3
25:21,24 26:4
26:11 158:7
**2019**   6:7,23
11:3 17:18
23:9 24:25
25:6 26:23,25
27:10,17 33:10
44:15 45:7,12
53:24 55:3,10
55:21 56:12,15
57:13 78:15,23
79:7 96:12
97:6 123:18
158:10,22
207:10,16
212:1
**2020**   27:24
28:1 29:15
30:21 32:2,14
140:13 141:4,7
141:15,24
142:5,6 143:6
143:11 144:3,8
144:19 145:1
146:4,7,18
147:8,15,19
148:8,24 149:8
149:18 150:2,7
150:18 151:18
152:14 153:11
153:16,24
154:12 157:7
157:24 158:16
159:6 160:12

160:14,17,22
160:23 161:8
161:23 162:10
162:14,17
163:5,6,9,13
169:3,6,11
171:19,23
172:2 173:1,24
174:10,19
175:3,13,23
177:14 178:18
181:2 182:9
183:3,11
184:13 187:3,8
187:11 188:14
188:18 189:2,7
189:15,20
190:7,25 191:2
191:10,18,21
192:4,10,18
200:21 203:13
204:5 205:16
206:6,18
207:20 209:13
209:18 210:11
210:23 213:15
214:15 216:3
**2021**   12:3
17:18 159:2,17
**2022**   9:21
159:22
**2023**   2:5 21:5
128:3 169:13
**2024**   1:10 3:3
133:9 134:20

218:19 220:3
**2027**   219:16
**205**   30:3
**208**   28:22
**21**   17:17
157:14 159:8
160:25 208:3
**211**   2:10
110:21 113:15
**213**   5:4
**22**   1:10 157:14
208:3
**22nd**   2:5 3:3
**23rd**   25:20,24
26:4,11
**24**   198:8
**24171**   219:19
**24th**   27:24
29:15
**25**   31:9 156:13
**25th**   133:9
**26th**   25:17
**275**   110:21
113:15
**28**   2:15
**28th**   30:21 32:1
**2:05**   128:23
**2:08**   129:1

**3**

**3**   2:16 127:20
127:22,24
129:3,10
131:15 132:9
154:6

**3-12-76**   5:1
**30**   31:9 87:1
192:6 215:3
220:16
**303**   109:17
**303-529-3476**
1:14
**303-572-5300**
1:19
**31**   162:2
**3145**   5:4
**340**   1:13 2:4
**3:20**   187:22
**3:29**   188:1

**4**

**4**   2:9,18 133:4
133:6,13,21
154:6 217:6
**4,000**   99:17
**40**   75:17
187:18
**400**   182:21
**41**   217:7
**45**   187:18
**4:09**   216:12
**4:11**   217:5

**5**

**5**   2:20 29:10
30:4 133:23
134:16 154:6
**50**   111:10
124:17 156:25
**500**   164:3
183:4

**[55 - activity]**

**55**  48:22

**5:00**  181:19,21
207:4

**6**

**6**  2:22 32:5
120:4,21 122:5
133:9 135:5
169:21,22,23
170:2 195:8
198:15

**60**  14:10

**6440548**  220:5
221:2

**6:00**  181:21

**6th**  128:3

**7**

**7**  2:23 30:21
134:23 188:3,8
192:14

**730**  1:13 2:4
3:10

**7th**  26:23

**8**

**8**  2:23 29:10
30:4 135:11,13
192:16 220:3

**80**  14:10

**80202**  1:14,19
1:23 2:4

**80219**  5:5

**8th**  31:6

**9**

**9**  29:13 30:8,9

**9-11**  50:20

**93**  155:12

**96**  155:12

**98049**  1:7

**99**  105:1
214:18

**9:45**  49:3

**9:50**  49:3

**9:59**  2:4 3:3

**9news**  157:14

**a**

**a.m.**  2:4 207:4

**aa**  208:19,24

**abade**  47:13

**ability**  23:22
24:3 58:12
73:9 88:19
107:3 109:6
115:25 182:7
209:9

**able**  26:13
28:15 42:4
63:1 86:16
102:1 106:2
146:15 173:8
203:2

**above**  34:5
218:4 220:6

**absolutely**
70:10 121:7
187:17 200:15
214:6

**access**  69:19
117:21

**accessible**
188:22,24
189:3 190:1,3

**accident**  76:19

**accidentally**
59:12,14 61:16
76:25

**accidents**
149:18

**accordance**
164:5

**account**  143:8
144:18 149:17
180:8,9

**accountable**
190:14

**accounts**
141:15,23
142:2,3

**accumulation**
214:12

**accuracy**  220:9

**accurate**
131:15

**accurately**
137:5

**accusation**
58:17

**accused**  58:15

**accusing**
103:19

**acknowledge**
218:4

**acknowledg...**
220:12

**acorn**  70:2

**acquaintance**
78:19

**act**  95:11,17

**acting**  25:21

**action**  1:3
12:25 23:3
26:22 118:4
131:18 184:9

**actions**  32:23
33:2 83:1,11
83:16 146:13
186:8,16

**active**  55:2,3
105:2,11
126:25 134:25
215:6

**actively**  15:4
56:8 70:4
81:11

**activism**
148:20 214:20

**activists**  175:20

**activities**  20:9
68:6 97:21
98:5,6,7 123:3
123:22,23,24

**activity**  16:8
35:22 54:20
82:24 95:23
96:8 170:25
175:17 194:23
203:3,18 204:2

**[actually - ancillary]** Page 4

| | | | |
|---|---|---|---|
| **actually** 26:1 49:14 55:5 56:2 62:1 70:6 70:9 82:13 84:17 85:12 105:21,24 113:12 118:25 133:20 138:7 154:11 159:4 165:13 201:15 205:9 | **administration** 90:12 122:22 | **agency** 115:9 | 56:16,20,21 57:10,16,20 74:8,18 87:25 104:11 113:23 115:3,7,11,17 118:15,21 129:20,25 130:5 212:1 220:4 221:1 |
| **ad** 22:14 23:7 23:10 24:10 192:19,20 214:8 | **admission** 2:18 2:20,22 133:24 | **agent** 22:16 | |
| | **admit** 133:24 | **agents** 56:8 | **allotted** 220:19 |
| | **ads** 23:17,25 24:6 | **aggressive** 93:12 | **allow** 16:8 17:7 92:10 139:13 194:13 212:15 |
| **adc** 85:18,19 123:6,9 | **advanced** 174:25 180:19 | **ago** 9:21 11:1 15:6,7 27:3 50:19 148:6 | **allowed** 50:12 123:21 212:12 212:19 |
| **add** 23:20 | **advertisement** 23:21 | **agree** 50:3 61:5 61:7 93:18 113:23 114:4 115:3,19 | **altered** 70:13 |
| **addiction** 173:10,13 | **advertising** 23:24 | | **alternative** 85:20 120:13 |
| **addition** 160:17 | **advise** 176:3 211:15 | **ahead** 28:17 | **amended** 2:18 2:20 128:14 133:7 134:18 |
| **additional** 45:20 50:1 54:11 144:23 145:18 146:12 211:11 | **advocated** 103:25 | **aid** 105:14,16 185:5 | |
| | **advocating** 93:20 94:18 | **air** 37:9 54:14 | **amendment** 197:2 218:7 |
| | **affect** 209:9 212:4 214:15 | **al** 3:7 | **american** 193:19 |
| **address** 5:3 215:1 | **affiliated** 105:9 105:22 114:5 | **alcohol** 103:20 206:7,23,25 207:8,11,15,20 208:4,11,16,22 209:4 | **amount** 14:9 24:1 53:15 60:24 124:18 125:2 135:14 158:19 159:21 180:17 215:9 |
| **addressing** 214:11 | **affirm** 28:15 | | |
| **adds** 24:3 | **affirmative** 42:4,13 | **alcoholics** 173:19 | |
| **adequate** 68:1 | **affirmed** 71:10 | **alerted** 175:14 | |
| **administering** 124:6 | **aflac** 22:16,17 | **allegation** 76:15 129:13 | **ancillary** 186:23 |
| | **aforesaid** 219:8 | **alleged** 80:22 | |
| | **afraid** 192:19 | **allegedly** 148:5 205:8 | |
| | **afternoon** 136:8 | **allied** 1:5,16 2:2 3:6,19 6:6 41:18 42:18 54:25 55:12,16 55:22,25 56:5 | |
| | **age** 205:3 | | |
| | **agencies** 33:3 105:9 | | |

**[android - arrested]**                                                    Page 5

| | | | |
|---|---|---|---|
| **android** 142:6 | **anxiety** 134:2 | 148:3,16,19,23 | **arising** 141:3 |
| 142:7,9 144:14 | 172:18 | 149:10,14,17 | **arkansas** 5:4 |
| **angelika** 1:6,16 | **anybody** 40:17 | 150:3,5 151:7 | **arm** 196:16 |
| 2:3 3:20 | 137:19 139:25 | 152:13 | 197:21 198:3,6 |
| **anger** 69:3 | 176:4,16 177:6 | **applications** | **arm's** 62:25 |
| **angle** 199:7 | 183:15,19,22 | 141:17 | 63:1 |
| **angry** 68:22,24 | **anybody's** | **applied** 120:11 | **arms** 37:9 |
| 72:19 92:13 | 156:16 | **apply** 17:10 | 58:13 70:20 |
| 199:15 | **anymore** 112:5 | 50:16 120:12 | 116:10 198:4 |
| **anguish** 134:3 | 123:8 214:17 | 132:24 | **arrest** 10:24 |
| **annual** 90:7 | **apologies** 8:21 | **approach** | 12:23 25:16 |
| **anonymous** | **apologize** 94:9 | 62:22 | 26:24 27:8 |
| 173:11,19 | 164:21 | **approached** | 28:1,2,10 |
| **anonymously** | **app** 176:11 | 38:18 41:11 | 29:22 31:3 |
| 134:14 | **apparel** 19:14 | 104:11 | 58:25 97:3 |
| **answer** 5:16 | **appear** 89:5 | **approaching** | 115:18,22,23 |
| 42:5 72:24 | 118:17 119:9 | 55:11 | 141:11 152:24 |
| 80:6 94:10 | 121:1,25 122:5 | **appropriate** | 186:8 |
| 95:2,22 102:16 | 122:9 128:7 | 2:1 8:17 137:3 | **arrestable** 96:9 |
| 112:7 129:19 | **appearance** | **approve** 13:17 | 98:7 |
| 130:14 138:25 | 121:10,13 | **approved** | **arrested** 25:10 |
| 151:10 152:5 | **appearances** | 168:5 | 26:9 27:19 |
| 159:8 209:15 | 1:11 3:15 | **approximate** | 30:1,18 31:11 |
| **answered** | 120:24 | 17:15 | 32:1,4,7,9 82:1 |
| 70:12 129:6,9 | **appeared** 38:14 | **approximately** | 93:5,13 94:13 |
| **answering** | 38:15 121:20 | 31:7 48:22 | 94:15,19 96:2 |
| 137:14 | 123:25 | 75:17 | 96:7,11,18,24 |
| **answers** 6:11 | **appearing** 4:2 | **april** 163:21 | 97:1,9,12,13,15 |
| 38:7 42:13 | 36:8 | 219:16 | 97:16,20 98:4 |
| 131:20,25 | **appears** 4:2 | **area** 32:17 56:4 | 98:6 115:19 |
| **anti** 19:25 | 29:14 | 120:11 121:5,9 | 116:1 119:14 |
| **anticipated** | **applicable** | 121:18 124:1 | 119:19 123:2 |
| 130:20 | 220:8 | 156:17 174:21 | 141:9 152:17 |
| **antisemitic** | **application** | 175:13 212:14 | 153:4,4 166:5 |
| 194:1 | 15:13 50:15 | 212:16 | 184:9 185:15 |

**[arrested - available]**                                                                Page 6

185:21 186:2,6
186:11 195:1
209:18 210:13
**arrestee** 26:14
30:16,24
**arresting** 82:10
95:8
**arrests** 151:22
182:16 186:3
**arrived** 45:19
49:12 74:25
**arriving** 49:4
**aside** 125:15
**asked** 47:9,18
49:18 59:8
81:12 86:10
103:6 123:11
126:22 128:1
131:7 132:7
133:15 138:3,4
151:20 211:4
219:10
**asking** 43:12
58:18 65:16
73:24,25 76:9
86:6 87:10
88:15 98:3
102:25 113:8
124:20,25
125:1,24
136:16 143:1
144:22 145:4
146:4 154:21
193:10

**asleep** 36:8
37:17,20
**aspects** 146:10
**ass** 91:8
**assault** 55:18
56:7 57:5
59:17 64:3
76:15 80:22
92:23 118:17
119:10,22
122:13
**assaulted** 59:23
59:23 81:25
92:19,20,21
104:17 118:11
205:6
**assaulting**
120:19
**assertion** 84:19
**assist** 41:19
64:16
**assistance**
161:4
**associate** 19:14
99:3 138:22
161:3
**associated** 78:7
80:15 105:13
105:19
**associates**
50:25 82:19
90:24
**association**
15:5

**assume** 43:22
**assuming** 85:18
143:2
**assurity** 191:19
**attached** 8:11
8:14 196:12
218:6 220:11
**attempt** 171:8
**attempted** 81:5
82:23 83:14
85:5
**attempting**
31:17 39:15
196:17
**attend** 134:25
206:3
**attended** 134:7
173:22
**attending**
214:18
**attention** 29:10
30:19 43:15
65:2 66:12,16
66:25 67:23
93:19 94:20
96:23 97:8
98:10 202:17
211:25 213:15
**attorney** 3:16
3:22 8:18
46:16 72:2
82:3 120:7,10
122:8,9,17
123:9 138:12
143:7 145:12

147:11 220:13
**attorney's** 84:5
120:8
**attorneys** 3:18
72:14,16 85:13
85:16 131:19
145:10,11,13
145:21 146:2
147:19 154:7
**attract** 66:15
**attracts** 65:2
**attribute** 216:2
**audience** 83:19
**audio** 201:1
**august** 26:23
26:25 160:12
163:21
**aus** 2:16,18,21
133:7
**aus's** 135:14
**authority** 68:19
115:23 118:16
118:23 119:4,6
205:18
**authorized**
16:4 33:2
**automatic**
143:20
**automatically**
23:20 24:3
86:23 100:18
**available** 55:6
123:7 138:25
139:2,21
146:12 180:4

**[available - believe]**                                                    Page 7

210:25 220:6
**avenue**  1:22
**avoid**  5:10
**aware**  21:17
99:7 147:5
171:13 174:20
185:14 186:1,5
191:8 210:9,20
211:2 212:2
**awareness**
66:19 67:10

**b**

**b**  4:15,16
135:12
**bachelor's**
18:23 155:7
168:4,7
**back**  9:2 34:21
37:12 43:12
45:5 52:3,12
53:11,24 55:10
55:20,21 56:15
57:13 60:15
70:4,11 78:22
89:10 93:9
94:23 106:10
108:9 112:13
128:25 130:22
139:25 160:16
178:16 179:16
180:9 188:1
190:24 191:17
201:3,5,9
**background**
45:8

**badge**  36:22
70:24 74:14
103:1 107:23
190:11 194:21
197:18,22
198:16 201:16
**badged**  190:10
**bag**  180:6
**baggies**  110:19
**bags**  110:16
**ballot**  163:18
163:19
**ban**  54:6 57:7
**banned**  123:22
124:1
**bar**  15:5 35:21
100:5
**barista**  176:17
176:24
**barrel**  92:11
**barrens**  20:19
**barrett**  2:5
3:14 219:2,20
**bartender**
35:21
**based**  41:22
55:24 57:3
64:11 71:9,15
73:13,14 84:2
96:3,4 98:22
130:18,19,19
130:21 142:12
142:20,24
200:24 207:23
210:5 212:25

**basement**
110:15
**basically**
131:12
**basis**  73:21
74:1 79:3,3
90:7 95:5
98:16 135:1
160:6 186:4
206:4
**bates**  28:22
29:11
**bathroom**
55:19
**battery**  112:5,7
**battery's**
112:10
**baumgartner**
1:13 2:3 4:1
**baumgartnerl...**
1:15 220:2
**baumunk**  1:25
3:12
**beanie**  36:21
42:11 70:24
74:13
**bear**  215:16
**beat**  183:16,17
**beating**  55:19
**beaty**  152:6,8
176:7,9,15
**beautiful**  107:6
**bedroom**
110:12

**beer**  109:11
111:14,15
207:13 208:6
**beers**  207:2
**began**  161:8
**beginning**  38:4
58:20 63:7,12
81:5,14,20
86:7 108:13
116:7 126:23
158:6 161:25
163:8 191:3
201:1
**behalf**  1:12,16
1:21 123:11,13
133:1
**behavior**  66:5
83:24 93:3
115:20 116:1
130:1 204:13
205:23
**behaviors**  84:2
212:5,6 214:16
**beings**  66:5
**belief**  41:22
57:3 130:8,17
130:24 197:25
**believe**  8:11
9:21 12:25
14:16 17:9
21:5 23:6 26:5
27:21 28:2
32:1 35:16
36:4,5,16
37:22 38:12

**[believe - broadcasting]**                                                      Page 8

41:23 45:17
48:11,11,20
49:7,9,11 56:6
59:11 60:7
61:10,11,17
63:10 67:19
70:13 71:9
83:17 94:15
95:1,9 121:12
122:21 125:5
126:9 133:11
135:21 143:9
143:18 147:20
150:4 166:17
170:10,14
178:12 188:4
188:20 191:3
192:11,17
193:2 197:11
199:18 202:10
205:8 209:25
212:25
**believed** 46:21
**bell** 25:22
26:16
**belong** 65:20
**belonged** 65:21
**belongings**
185:12
**belt** 110:24
**bench** 15:17
**benefit** 186:20
**benjamin** 1:9
2:2 4:7,15,15
218:3,17

**berger** 1:7,21
3:24 140:13,25
141:3 187:4,13
195:5
**berger's** 196:18
201:13
**best** 8:2,24
107:3 109:6
132:1
**better** 24:16
82:19 89:6
94:17 95:17
126:21 127:3
**betting** 190:18
**beyond** 34:5
**big** 101:21
112:17 184:6
**biggest** 156:12
**bill** 20:1
**birth** 4:25
166:23
**bit** 9:2 23:8
33:8 37:12
55:20 58:7
64:22 156:5
179:16 199:7
**bitch** 91:4
**bitches** 199:9
**black** 54:13
**blades** 170:18
**block** 37:9
62:12 68:15
115:21 116:21
117:21 150:15
212:17

**blocked** 116:14
117:2 150:16
**blocking** 58:12
63:18 73:9
107:9 118:7
**blocks** 116:11
116:24
**blue** 17:8 40:6
**body** 7:6,10
79:16 84:21,23
84:24 85:4,7
85:12,22 86:3
115:10 210:21
**bombs** 94:14
95:4,5
**bonnie** 35:12
35:17 48:4
78:8 81:4
111:13
**bonus** 186:22
186:23
**book** 16:24
**booked** 119:14
**boring** 98:13
98:19 177:23
178:1
**bother** 94:3
**bothered** 94:7
**bottom** 29:10
67:23 92:11
215:14
**bought** 110:4,5
110:6 180:20
180:23,24
181:6

**brandt** 11:20
12:4 90:25
91:6 100:9
103:24 104:5
105:19
**brandt's** 47:14
**break** 44:18
45:6 60:9
106:3 128:17
136:9 144:7
178:4 179:15
187:15
**breakfast**
177:17,24
**breaks** 23:20
179:18
**brian** 1:3,9 2:2
2:15,22 3:5,6
4:7,15 45:4
77:20 106:9
110:9,24 111:6
187:25 218:3
218:17 220:4,5
221:1,2,24
**brianna** 79:13
79:19
**briefly** 213:15
213:18
**brings** 99:9
**brio** 23:4
**broadcast**
52:11
**broadcasting**
81:11 86:22
160:10

**broadway** 31:6
**broke** 111:21
  144:9
**broken** 146:14
  152:23 153:1
  195:20
**broker** 167:22
**brought** 18:19
  140:7
**brutality** 64:17
**bs** 167:25
**bucks** 158:15
  178:21
**buddies** 201:8
**building** 40:2
  41:25 62:19
  194:4
**buildings** 16:4
**bunch** 46:23
  58:21,23
  104:18 131:25
  165:15 210:12
  210:13
**bus** 124:21
**business** 4:24
  19:5,14 25:22
  33:23 34:3,6,9
  50:24 51:2,3
  51:12,13,19
  55:14,22 56:5
  56:16 78:18
  127:17 138:22
  160:19,25
  161:3 164:7,17
  165:2 168:15

  168:16,17,19
**businesses**
  51:14
**busy** 7:2
**button** 86:20
  86:22 101:21
  101:23 112:18
  112:19
**buy** 180:20,22
  181:2,3 203:14
**bwc** 151:23
**bystanders**
  83:7

**c**

**c** 3:1
**cad** 203:7
**calculated**
  135:16
**calculates**
  23:13
**calderon** 23:5
**calendar** 32:4
**call** 12:24
  44:22 64:13,23
  82:2 103:16
  104:14 112:4,6
  113:3 127:13
  139:23
**called** 2:2 32:5
  45:22 114:10
  114:12 116:18
  117:3,9,10,13
  118:22 119:1
  131:12 201:8

**calling** 64:17
  199:8
**calls** 74:20 80:4
  102:12,14
  117:15 138:25
  185:17
**cam** 7:6,10
  79:16 84:21
  85:12,22
**camera** 37:3,8
  40:19 44:5
  48:12 52:4
  53:6,7 84:23
  84:24 85:4,7
  86:3 112:5
  115:21 120:20
  195:24 196:5,9
  196:18 197:19
  197:20 198:14
  201:13,16
  202:4 210:21
  210:24 211:8
**cameras** 46:1
  46:23 56:25
  111:19 118:10
**camp** 32:15
  175:2 185:22
**campaign**
  162:16,25
  163:4,12
**campaigns**
  161:21,23
  162:17 163:10
**camping** 54:6
  57:6,6

**camps** 193:15
  193:18
**candidate**
  162:1 163:15
**candidates**
  163:2,17
**cannabis** 16:2
  16:3 206:14,15
  208:9
**canvassers**
  138:23 139:18
**canvassing**
  19:20 21:18
  164:7
**cap** 36:21,21
**capabilities**
  143:12
**capacity** 1:6,6
  1:7 51:25
**capita** 57:5,7
**capitol** 23:18
**car** 70:4 81:3
  81:19 89:10,20
  93:9
**card** 216:22
**care** 34:6 95:19
  152:22 153:1
  173:9
**cared** 153:2,5
**career** 22:15
  167:21 187:1
**carried** 160:6
**carrier** 144:15
  153:25

**[carries - cite]**                                                      Page 10

| | | | |
|---|---|---|---|
| **carries** 94:16 | **cbs** 151:2 | **changing** 93:25 | **checked** 43:22 |
| 124:3 | 155:19,22 | **channel** 2:23 | 142:1 146:25 |
| **carry** 16:3,25 | 157:5 | 31:23 157:17 | 147:21 152:19 |
| 69:2 163:21 | **celebrated** | 188:4,6,7,15 | 190:4,8 |
| **case** 2:22 3:9 | 100:6 | 190:5 200:7,17 | **checking** 39:16 |
| 6:21,21 8:11 | **cell** 52:13 94:8 | **chaplinskiy** 1:6 | 178:13,14 |
| 9:8,11 11:5,7 | **center** 34:24 | 1:17 2:3 3:20 | 182:6 |
| 11:15 13:14,22 | 135:12 157:12 | 70:18 71:3,6 | **checkpoints** |
| 13:22 14:2 | 157:12 | 71:18 72:4,19 | 17:1 |
| 29:14 84:6 | **centered** | 73:22 74:9 | **chief** 15:4 17:9 |
| 85:13 91:7 | 198:25 | 78:4 80:9 | **choice** 117:8 |
| 112:11 120:2 | **certain** 24:9 | 113:24 115:1 | **choose** 114:1 |
| 121:3 123:1 | 193:19 | 117:20 118:2,6 | **chose** 82:9 |
| 133:1 170:21 | **certificate** | 130:7,9 213:1 | 117:9 |
| 170:23 171:4,6 | 219:1 | 213:8 | **chris** 47:13 |
| 171:10 179:20 | **certify** 219:3,12 | **character** | 177:5 |
| 179:23 194:3 | **chalked** 110:3 | 73:17 | **christian** 65:24 |
| 195:1 213:19 | **chances** 24:16 | **charge** 64:2 | **church** 65:20 |
| **cases** 169:24 | **change** 93:24 | 92:24 119:10 | **churches** 65:21 |
| 171:13,14 | 93:25 127:1 | **charged** 123:3 | **cigarette** |
| 194:6 203:17 | 186:18 212:5 | **charger** 112:11 | 109:21 |
| **casr** 20:21,24 | 214:24,24 | **charges** 2:15 | **circ** 23:3 |
| **cause** 39:20 | 216:6 221:4,7 | 10:25 26:1 | **circumstance** |
| 40:18 94:5,21 | 221:10,13,16 | 27:23 84:6 | 64:16 99:8 |
| 97:11 98:10 | 221:19 | 120:9 121:14 | **circumstances** |
| 99:15 205:12 | **changed** 16:14 | 122:16,19,21 | 97:14 140:3 |
| 215:8 | 17:7 143:21,22 | **chat** 151:15 | 146:6 165:8,11 |
| **caused** 71:7 | 167:20 177:5 | **chats** 190:21 | 194:1 |
| 82:23 83:20 | 212:9 214:19 | **chatted** 35:19 | **citation** 53:4 |
| **causes** 93:19 | 215:6 | **chatter** 185:23 | 58:25 64:9 |
| 94:18 | **changes** 16:23 | **chatting** 190:20 | 95:10 96:2 |
| **causing** 82:20 | 101:4 215:7 | **check** 43:17,18 | 114:1 212:21 |
| 83:4 88:10 | 218:10,11 | 53:12 112:5,7 | 212:25 |
| 118:14 | 220:10 | 149:1,20 150:9 | **cite** 64:20 |
| | | 158:18 180:8 | |

**[cited - comes]**

Page 11

cited  94:7
  95:23
citing  95:8
  132:19
citizen  119:4
  157:22 160:18
  211:2
city  1:22 3:23
  7:7 9:13 10:10
  10:24 11:9
  13:2,16 15:3
  15:12 16:10,11
  16:12 19:18
  20:13,14,17,18
  21:3 22:1
  25:13 26:2
  32:23,25 33:1
  33:2,3 41:8,12
  41:15 51:17,22
  54:15,22 57:4
  57:24 65:13
  67:25 72:8
  90:16 114:23
  126:21 127:1
  129:25 140:8
  150:24 157:11
  168:10 169:2,5
  175:9 176:13
  185:6 186:3,7
  186:16 190:10
  197:12 204:1
  213:21
city's  75:11
civic  157:11,12

civil  1:3 2:1
  9:16,23 11:25
  13:23 14:11
  18:1,6,14,15,19
  26:2,2,6
civilly  8:11
claim  18:19
  133:17 140:7
  140:11,12,18
  170:11,15
claiming
  124:14
claims  14:11,19
  15:22 18:1,6
  18:14 73:22
  140:24 141:2,5
  170:4,7 203:20
clarification
  14:3,7
clarify  6:22
  99:11
clarifying
  211:20
class  12:25
clean  32:15
  208:24
clear  70:12
  99:4 125:11
  139:12 186:25
clearly  69:2
client  57:10
  58:2 60:21
  61:24 64:3
  69:5 73:7 75:2
  76:6 80:16

82:22 121:16
  122:13 147:11
client's  62:3
  83:11
clients  80:9
  86:7 114:4,15
  115:24 123:18
  123:20 125:2
  125:13,25
  126:5,8 127:9
  131:3
clinical  134:8
  172:1 206:3
clip  108:12
clock  190:10
close  62:22
  77:1 78:18
  197:18
closer  135:9
clothes  19:13
clothing  19:13
  51:9 68:7
  124:5
cloud  142:12
  142:13,15,20
  142:24 143:3
  143:16,20,24
cocaine  208:24
  209:2
code  64:21
  132:19
coffee  208:12
  208:13
cold  60:11
  109:9

colfax  1:22
colleague
  130:10
colleagues
  210:3
collecting
  164:8
collective
  205:22
college  18:24
  28:6,7 155:4
colorado  1:1,14
  1:19,23 2:4,5
  3:9,11 5:5 13:6
  21:21 105:6
  127:2 161:15
  161:17,20
  163:23 164:15
  164:16,23
  165:6 166:2,2
  166:16 170:3
  197:5 219:3
colorado's
  19:22
combination
  203:16
come  33:15
  34:15 46:13
  82:19 101:22
  104:15 112:18
  117:11 153:22
  157:16 158:24
  166:19
comes  11:12
  23:3 66:6

**[coming - conferring]**  Page 12

| | | | |
|---|---|---|---|
| **coming** 58:15 | 150:6 151:6 | **company** 4:24 | **concentration** |
| 67:3 88:25 | 152:1,9 177:9 | 19:5 57:23,24 | 193:15,18 |
| 138:11,13 | 177:11 | 135:15 158:4 | **concepts** |
| 208:5 | **communicated** | 161:12 | 126:12 |
| **commander** | 131:19 139:1 | **compare** | **concern** 184:7 |
| 32:5 | 146:5 147:17 | 205:14 | **concerned** |
| **commencem...** | 151:5,14,16 | **compass** 66:8 | 160:22 |
| 219:4 | 152:7,12 173:3 | **compensate** | **concerning** |
| **commencing** | 210:14 | 126:9 | 141:23 145:5 |
| 2:4 | **communication** | **compensation** | 147:7,15,23 |
| **comment** 41:24 | 140:1 146:23 | 17:3,21 157:15 | 148:23 150:17 |
| 87:19 88:4,6 | 148:2 150:23 | **compiled** 132:2 | 151:17 175:20 |
| 88:19 90:5 | 151:9 152:21 | **complainant** | 188:13 189:1,6 |
| **commentary** | 175:16 185:2 | 30:9,13 | 189:14 192:10 |
| 83:19,19 | **communicati...** | **complained** | **concerns** 68:13 |
| **commenting** | 145:20,24 | 15:16 | **concluded** |
| 101:6 102:19 | 146:1,2 147:6 | **complaint** 15:5 | 217:6 |
| **comments** | 147:10,14 | 15:8,10,21 | **conclusion** |
| 87:15 88:1 | 149:3 185:3 | 16:5,20 17:3 | 74:21 |
| 102:1,6,11,19 | **communities** | 17:16,21 30:11 | **concur** 115:2 |
| 102:20 106:18 | 41:10 56:24 | **complaints** | **condition** 43:19 |
| **commission** | 184:4 185:5 | 15:11 17:5 | 50:14 99:9 |
| 219:16 | **community** | 167:23 | 179:7 |
| **committed** | 34:11 56:18 | **complete** 53:7 | **conditions** |
| 165:22 | 78:12 104:1,22 | 169:15 | 56:18 66:2,3 |
| **common** 53:16 | 105:14,16 | **completed** | 92:9 104:24 |
| 66:10 76:13 | 124:7 134:7,12 | 172:13 220:16 | 194:5 |
| **commotion** | 173:3,6,18 | **compliance** | **conduct** 26:24 |
| 82:2,15,17,20 | 174:1,14 | 196:23 | 91:15 96:11 |
| 82:23 83:5,8 | 176:13 183:25 | **compound** | 98:25 165:21 |
| 83:22 88:10 | 185:23 210:3 | 72:22 | **conducting** |
| **communicate** | 211:13 | **compounding** | 85:9 |
| 20:6 79:3 | **companies** | 205:17,23 | **conferring** |
| 139:3,17 148:1 | 158:10 159:13 | **computer** | 46:16 |
| 148:19,23 | | 211:9 | |

**[confident - correct]**                                                                              Page 13

| | | | |
|---|---|---|---|
| **confident** 38:6 | **consume** 206:6 | **contracted** | 127:25 128:8 |
| 58:1 204:14 | 206:14,14,23 | 138:17 | 128:11 133:6 |
| **confidential** | 207:4,11 208:4 | **contractor** | 134:18 169:19 |
| 13:15 | 208:10 209:5 | 51:25 | 216:18,23 |
| **confirm** 188:6 | **consumed** | **contracts** 22:10 | **corner** 36:12 |
| **confused** | 207:1 | 23:2 115:12 | 100:20 101:2 |
| 143:17 | **contact** 20:17 | 138:18,24 | 111:15,17 |
| **connections** | 104:9 202:6 | 168:9,11,13 | 120:20 |
| 56:3 | **contacting** | 169:2,5 | **corporal** 75:5,8 |
| **connotation** | 211:12 | **control** 113:25 | 76:7,18,23 |
| 193:19 | **contaminated** | 207:18 | 77:22 78:3,7 |
| **consider** | 111:3 | **controls** 104:25 | 79:13,17 81:1 |
| 193:24 | **content** 24:16 | **controversy** | 81:8 82:4 84:8 |
| **considered** | 54:2 69:20 | 219:6 | 86:5 87:2,10 |
| 194:1 | 92:4 93:16 | **conversation** | 88:25 91:2 |
| **consistent** | 98:9,13,17,24 | 47:6,7 87:9 | 204:11 |
| 206:4 | 99:5,7 101:7 | 88:17 137:2 | **corporate** |
| **consistently** | 152:20 155:21 | 139:15,16 | 14:12 164:11 |
| 148:6 203:24 | **contest** 166:8 | 187:12 | **corporation** |
| 205:19 | **continuance** | **conversations** | 115:4 127:15 |
| **constituent** | 95:18 | 48:2 62:9 | 127:16 165:1,2 |
| 19:21 | **continue** 93:16 | 88:19 177:15 | 165:4 |
| **constitute** | 97:2 116:21 | **convicted** 50:6 | **correct** 10:2,8,9 |
| 218:7 | **continued** | 50:8 96:19 | 11:23 13:10,12 |
| **constitutional** | 205:22 | 166:6,11 | 13:23 14:2,16 |
| 37:10 40:21 | **continuing** | **cooking** 177:24 | 17:14 18:15,16 |
| 54:3 62:17 | 181:12 | **cop** 146:19 | 18:19,20 19:6 |
| 65:8 67:4 | **continuously** | **copies** 220:14 | 19:7 24:17,23 |
| 68:20 82:24 | 127:12 | **cops** 64:24 | 27:1,17 28:10 |
| 96:17 121:14 | **contract** 19:18 | 101:14 111:25 | 28:11 29:23,24 |
| 126:18 197:6,9 | 20:16 21:2 | 116:17 117:9 | 30:5,25 32:2,3 |
| **constitutional...** | 51:16 115:8 | 117:11,13 | 35:2,6,15 |
| 97:21 | 169:9,11,16 | **copy** 52:7,19 | 36:15 38:14 |
| **constructive** | 178:23 | 85:17,22 | 39:22 40:23 |
| 213:22 | | 106:14 108:16 | 41:1,2,13,15 |

**[correct - court]**                                                                 Page 14

42:7,19,20,22
42:23 43:1,2
43:25 44:1,3,6
45:12 47:6
49:22 50:21,24
52:17 59:1,4
61:14,15 69:21
71:14 72:21
73:12 75:2
77:18 79:23
80:3,8,10,10,12
80:13,18,23,24
81:11 86:1
87:23,24 88:21
88:22 90:25
91:1,8 96:11
96:24 98:3
108:13,16,20
112:24 113:17
114:9 115:1,18
115:24 116:2
116:22 118:2
118:14,17,18
119:11,12,15
119:23 124:16
125:5,13,14
126:1,5,6,10
128:8,11
131:23 133:17
133:18,21,22
136:1 137:17
139:16 140:9
140:19 145:2,7
148:11,16
149:11 150:3

152:15 154:25
156:17,18
157:3,17,20,22
158:4 159:10
160:2 164:24
164:25 165:6
166:18 168:2
169:7 170:8,12
170:18 171:2,7
176:1 178:18
181:20 182:2,5
185:16 186:2
189:24 190:22
194:15 195:17
198:12,16
200:2,8 201:3
201:14,20
202:7,8 204:13
205:5 212:23
**correctly** 16:16
34:1 63:11
105:24 113:14
129:22 134:4,9
135:2,17 202:5
**correlate** 15:14
194:3
**corresponden...**
14:22
**cost** 178:20
182:20
**costas** 35:12
48:6,7,9 78:8
78:10 80:13
104:10

**costas's** 84:9
**costs** 124:22
180:13
**council** 54:15
176:13
**counsel** 3:5,15
7:14 16:19,20
17:23 48:20
49:23 62:6
73:24 85:20
106:1,16
108:23 118:19
120:14 128:9
128:20 131:23
131:24 132:8
132:15,22,25
203:8 219:13
220:14
**counsel's** 88:9
**counseling**
174:14 206:3
**count** 79:25
80:7
**counties** 16:6
**counting**
100:14
**county** 1:22
3:23 7:7 9:13
10:11,24 11:9
13:2 15:3,12
15:22 16:10,12
16:13,14 19:18
20:13,14,18
21:3 22:1
25:13 32:24,25

33:4 41:8,13
41:15 51:22
54:22 57:24
67:25 72:8
114:23 126:22
129:25 140:8
150:25 157:11
168:10 169:3,6
185:6 186:7,16
197:12
**couple** 8:25
14:15 47:1
50:24 70:1
81:13 86:23,25
113:2 128:12
128:13 133:12
133:20 158:15
178:21 191:23
193:14 207:2
**course** 107:17
138:2 192:19
**court** 1:1 3:8
3:14 4:5 5:8
11:15 13:5,10
91:3 92:23
93:8,14 96:2
118:17 119:10
120:2,4,6,23
121:10,11
122:5 123:25
134:25 135:5
141:8 164:18
169:21 170:3
171:11,15,17
192:15,21

**[court - dealing]**

Page 15

212:9,20
216:13,16,19
216:22 217:2
**courthouse**
9:25 120:18
**courtroom**
120:9 123:5
**courts** 11:10
**cover** 110:6
**covid** 161:3,9
161:25 162:11
162:15 200:1
**coworker**
118:11 130:16
**coworkers**
213:10
**crack** 208:24
209:1
**crazy** 119:24
**cream** 109:12
109:14,15
**create** 186:18
**created** 69:18
84:14 155:13
155:21
**creation** 156:9
**crew** 109:23,24
**crews** 183:17
**crime** 129:16
130:11 165:22
166:11
**crimes** 50:9
166:7
**criminal** 9:17
9:18,22,24

12:1,2 18:12
**criminalize**
54:6
**cross** 36:9
**crying** 89:8
**cs** 220:15
**cs6440548** 1:25
218:25
**cumulated**
18:25
**cumulative**
15:10,11
124:22
**cup** 103:21
**curious** 72:6
**current** 5:2
19:8,11,24
22:7 90:12
147:19 215:4
**currently** 13:24
80:7 138:18
164:6 169:9
170:23 177:6
209:8 213:25
**cursing** 199:10
**custody** 116:1
**cut** 4:20 19:6
51:5,20 53:24
98:18 112:3
164:12,13
188:12
**cv** 1:3 3:9
**cyclical** 163:16

**d**

**d** 2:7 3:1 75:5
**da** 122:14,18
**dabs** 110:12
**daddy** 103:16
**daily** 64:14
67:9 68:5 79:3
94:2 95:5
98:16 123:24
160:6 204:2
214:16
**damage** 179:8
**damaged**
125:25 179:2,5
181:1,9,11
182:13 202:14
**damages**
123:17 124:15
125:3,3,7,8,8
126:7 131:2
135:15 183:2
**dan** 6:11
**daniel** 1:12,15
3:25 220:1,2
**data** 57:4
**date** 4:25 7:4
25:23 26:14
27:8 28:14
29:15,23 30:21
32:2 33:9 47:3
48:10 75:9
79:7 87:16
114:16 119:17
129:10 133:9
143:8 145:6

181:9 189:19
221:24
**dated** 128:3
134:19
**dates** 8:16
120:4,6 135:5
141:6
**davis** 1:25 3:12
**dawn** 183:12
**day** 14:4 33:11
33:19 53:21,24
54:12 84:4
95:7 105:11
110:9 112:4
142:25 144:10
144:13 152:25
153:18,19,20
160:10 174:25
177:18 181:8
181:14,18
182:1 183:17
194:12 195:9
195:17 205:3
206:12 212:6,6
212:6,6 218:19
**days** 22:9 47:1
95:9 131:21
160:7,9 176:14
205:2 220:16
**dead** 68:12
**deal** 120:2,22
123:5 178:22
**dealer** 180:21
**dealing** 82:3
121:5

**[decade - deposition]**                                                          Page 16

| | | | |
|---|---|---|---|
| **decade** 57:25 67:24 75:12 | **definition** 60:1 61:1 | 57:25 59:6 63:20 64:2,8 | **department** 2:15 20:20,22 |
| **december** 27:10,17 | **definitive** 69:2 | 64:18 67:12,25 71:13 72:8 | 20:25 26:21 27:7 28:13 |
| **decided** 38:9 184:8 | **degree** 18:25 59:15 65:18 | 74:7,14,25 80:2,21 83:6 | 29:5,21 33:7 43:4 64:18 |
| **decision** 72:16 72:20 82:14 | 155:6 172:13 184:7 207:17 | 104:7,20,22 105:6,9,20,22 | 74:25 75:11 105:9 113:25 |
| **declare** 110:1 | **delete** 143:4 150:15 | 109:22 113:25 114:5,8,15,20 | 114:6,9,16,21 114:22 115:8 |
| **decreased** 207:21 | **deleted** 143:25 147:13,14 | 114:22,23 115:8 119:10 | 171:1 195:7 203:6 213:12 |
| **defend** 112:7 130:2 | 150:12,16 | 124:1 126:22 127:1 130:1,5 | 215:10 |
| **defendant** 1:21 3:23 8:10 9:7,8 | **demand** 14:21 | 140:8,9 150:25 157:11 161:3 | **depending** 23:23 102:3 |
| 18:10 45:18 71:7 74:1 | **demeanor** 199:13 | 168:10 169:3,6 170:25 184:10 | **depiction** 118:6 |
| 170:18 | **denied** 134:6 | 185:6 186:3,7 186:17 195:7 | **deponent** 218:3 219:4 220:13 |
| **defendant's** 2:16,19,21 | **denver** 1:14,19 1:22,23 2:4,15 | 197:12 203:6 204:7 213:12 | **deposed** 9:14 10:23 11:16,18 |
| 133:7 170:2 | 3:11,23 5:4 7:7 7:11 9:13 10:2 | 215:10 | 11:22 171:4 |
| **defendants** 1:8 1:16 2:2 3:6,19 | 10:11,24 11:10 13:2 15:3,12 | **denver000199** 28:22 | **deposing** 220:13 |
| **defender** 120:13 | 15:22 16:11 17:8,10 19:19 | **denver205** 29:11 | **deposition** 1:9 2:2 3:5,10 6:2 |
| **defender's** 15:13 120:14 | 20:13,14,18 21:3 22:1 23:5 | **denvergov.org** 1:24 | 6:10,24 7:14 7:21,25 8:3 9:3 |
| **defending** 124:23 205:21 | 25:14,21 26:21 27:7 28:13 | **denverite** 151:3 152:6,8 | 10:6,17 11:1 11:13 12:8 |
| **defense** 85:20 120:13 | 29:5,21 32:24 32:25 33:1,4,5 | **deny** 59:18,22 61:19 | 45:4 49:4,24 106:9 135:24 |
| **define** 124:16 | 33:6 34:2,15 40:7 41:8,13 | **denying** 62:2 | 137:11 138:2 138:14,20 |
| **definitely** 69:16 212:8 | 41:15 51:18,22 54:21,22 55:1 55:7 56:4 | | 139:3 154:3,10 154:20 187:25 |

**[deposition - dispute]**                                                      Page 17

217:5 218:4,7
218:10,12
219:7
**depression**
134:2 172:16
**dept** 1:22
**deriving**
160:17
**derogatory**
102:11
**describe** 23:12
68:25 78:17
145:22 146:17
**described**
59:24
**describing** 61:3
91:16
**desert** 50:18,18
**deserve** 71:25
**destroyed**
110:17 146:11
146:18 215:15
**detail** 101:10
**details** 26:15
63:19 88:20
199:1
**detain** 116:2
117:22 119:4,7
**detained** 67:19
116:6,15 117:8
117:16 141:9
**detaining**
118:13
**detective** 107:5
107:5

**detention**
117:10 118:14
**determination**
176:1
**determine**
142:2 147:22
149:20 150:9
152:20 190:5
190:25 192:12
211:11
**device** 148:2
196:1,11
**devices** 205:10
**diagnosed**
172:20
**dicker** 1:18
**difference**
76:24
**different** 8:15
23:25 54:2
61:8,8 62:1
80:2,21 96:20
114:19 124:14
128:13 133:20
201:4,7
**differentiate**
204:3,8
**difficult** 95:1
**diminished**
90:17 105:8
**diminutization**
203:18
**dinner** 35:11
35:13,18

**direct** 29:9
211:24
**directed** 43:12
168:5
**direction**
111:10
**directive** 15:4
**directly** 43:7
58:22 76:8
101:24 161:13
180:21 191:11
**director** 162:1
162:3
**directory** 55:8
**disadvantaged**
78:12 184:3
**disagree** 27:6
84:20 96:16
98:20
**disclosed** 7:7
**discounts**
180:14
**discouragem...**
194:23
**discovery** 6:13
71:10,15 73:14
85:14 128:1,8
133:8 134:19
**discuss** 140:2
173:24
**discussed** 10:18
52:25 71:21
190:6,18 191:1
191:10

**discussing** 45:7
106:15,15
189:18
**discussion**
60:14 152:13
174:14
**discussions**
20:2
**disgrace** 99:9
**dishonesty** 50:9
**dismissal**
123:13
**dismissed**
10:25 26:2
84:6 91:7
119:23 122:6
122:12 171:7
171:10 203:20
**dismissing**
120:9
**displace** 186:18
**displacement**
174:23 184:1,2
215:4
**displacements**
214:19
**displacing**
184:10 186:8
**dispute** 28:13
28:15 29:20
41:16 69:11,15
69:16 75:6,19
77:7,9,13
79:20 80:20
85:1 89:5

**[disqualified - educate]**                                                    Page 18

**disqualified**
  50:15
**disrupted**
  31:18
**distance**  196:15
  201:10
**distress**  125:8
  126:9
**district**  1:1,1
  3:8,8 32:5 82:3
  84:4 120:8
  170:3 195:8
**disturbance**
  25:22
**disturbing**
  26:10 27:25
  28:2 29:22
**divorced**
  208:23
**document**
  28:23 29:2,4
  127:19 128:4
  130:19 131:25
  133:10 134:21
  214:21
**documentation**
  28:16 54:20
  130:4
**documented**
  72:8
**documenting**
  54:5,17 67:17
**documents**
  6:18 29:5
  41:21 50:1

129:13 130:8
131:1 133:15
154:2 165:15
**doing**  5:7 19:17
  33:11,19 38:8
  38:10 39:3,4
  39:17 62:15
  67:13,14 79:18
  88:1 89:15
  90:13 94:4
  95:18 107:8
  116:20 126:13
  132:12 147:11
  160:24 161:6
  174:4,6 177:16
  178:3 190:16
  190:20
**dollar**  90:1
  125:2 135:14
**dollars**  23:11
  67:22 90:6,8
  90:11,15
  110:13 156:25
  158:13,21
  179:3 182:10
**door**  23:4,4
  138:23,23
**doubled**  57:7
**downtown**  40:7
  46:1 54:21
  55:1,7 99:25
  107:4 124:1
  212:16
**dozen**  135:9
  152:24 153:4

184:7 196:24
**dpd**  75:5,16
  76:1,9 92:6
**drama**  99:2
  120:12
**dramatic**  99:15
**draw**  66:18
  67:23 99:4
**draws**  94:20
**drink**  206:15
  208:16
**drinking**
  103:20 208:21
**drive**  215:12
**driven**  99:6,7
**drivers**  31:15
**driving**  35:4
**drop**  21:16
  122:16
**dropped**
  122:21
**dropping**
  122:19
**drove**  166:14
**drugs**  206:6,23
  206:25 207:7
  207:15,20
  208:4,11
**drunk**  65:12
**due**  120:18
  129:22 151:21
  161:9 162:19
  212:21
**duly**  4:8 219:5

**dusk**  100:5
**duties**  146:15
**dwindled**
  105:25
**dying**  112:10

**e**

**e**  2:5,7 3:1,1
  4:16 219:2,20
  221:3,3,3
**ear**  68:8 214:24
**earlier**  18:10
  19:4 26:7
  40:10 50:23
  51:17 52:25
  70:22 74:13
  81:7 109:8
  113:8 119:13
  119:23 124:3
  127:14 135:5
  143:18 170:11
  210:1 212:9
**early**  183:16
  206:12
**earn**  53:17
**easier**  179:16
**eastbound**  36:5
**eating**  34:10
**economic**
  124:15 125:3
  183:2,6
**eddie**  138:22
  161:4 168:21
**edelman**  1:18
**educate**  66:18

[educating - essentially]                                                                    Page 19

**educating**
   67:21
**education**
   16:23 18:22
   67:10 155:4
**effect** 126:7
**effecting** 216:6
**effective** 216:6
**effectiveness**
   120:15
**effort** 60:8
   149:1 191:3
**efforts** 19:22
**eight** 41:10
   49:11 192:15
   192:17 207:5
**either** 19:3
   20:24 111:10
   119:8 158:3
   163:14
**ejecting** 60:25
**elected** 214:22
   215:24
**election** 160:24
   162:19,22
   163:5,16
**election's** 163:7
**electronic**
   216:13,17
**eleven** 116:22
**elicit** 70:9
**elocute** 68:12
**elser** 1:18
**email** 1:15,20
   1:24 131:20

132:1 143:18
147:18,22,25
151:8 152:9
177:10 185:1
216:20
**emailed** 143:7
**emails** 142:13
142:23,24
143:2,4 147:22
175:19
**emblem** 17:12
**emergency**
   200:14
**emerson** 32:14
   32:17 174:21
   183:11 206:20
**emotional**
   125:8 126:9
   135:16 183:7
   202:21,23
   203:11 204:4,6
**emotionally**
   173:25
**emotions** 92:8
   92:16 94:16
**employed** 40:6
   114:19 219:12
**employee** 74:18
   114:23
**employees** 6:6
   34:7,9 42:21
   74:8 97:2
   115:17 127:9
   139:18 140:8
   190:10

**employers**
   22:25
**employment**
   22:22 166:25
   182:25
**emts** 58:14
**enacted** 33:3
**enacting** 93:24
   93:25
**encampment**
   158:1 174:21
   175:21 184:5,6
**encounter**
   210:22
**encourage**
   177:2
**ended** 153:5
   202:25
**ends** 109:1
**energy** 23:4
**enforce** 54:23
   56:24
**engage** 66:7
**engaged** 165:21
**engagement**
   19:20,21
**englewood**
   16:13
**enhanced**
   19:24
**enjoy** 93:15,24
   123:4
**enjoys** 93:8
   109:14

**enter** 86:21
**entered** 93:7
**enterprise**
   127:13
**entire** 52:24
   53:3
**entities** 14:12
   19:16 51:3,19
   151:2
**entitled** 138:8
**entity** 19:15
   56:19 65:19
   114:19 163:25
   165:13
**entrances**
   16:25
**entrepreneur**
   161:8
**environmental**
   54:12
**environment...**
   19:23
**equated** 87:25
**eri** 11:19
**eric** 47:14
   90:25 91:5
   103:24 110:6
**errata** 220:11
   220:13,16
**erratas** 220:15
**esq** 1:12,17,21
   220:1
**essence** 125:1
**essentially**
   103:1 156:14

**[establish - fact]**                                                     Page 20

establish   34:4
estimation
  53:19
et   3:7
ethics   33:24
evaluating
  127:12
evening   33:12
  33:20
event   23:18
  32:6,7 49:25
  83:18 146:17
  148:6 156:16
  175:17 176:13
  184:23 203:10
  206:5 210:7
events   141:23
  144:18 145:5
  146:14 147:7
  147:15,18,23
  148:24 150:6
  150:17 151:17
  152:14 177:18
  177:21,25
  188:14 189:2,6
  189:14 190:6
  191:2,9,17
  192:3,10
  209:10 216:3
evidence   6:2
  46:18 61:22,24
  61:25 63:5
  72:11,12 84:6
  85:14 89:1
  122:15,20

144:24
exact   63:19
  86:8 92:2
  199:1
exactly   37:1
  77:16 102:24
  145:25 201:18
examination
  2:2,8 4:10
  129:21 136:6
  211:22 215:21
  219:4
examined   4:8
  213:16
example   51:17
  57:4 93:4
  94:13 100:6
  165:12 194:7,9
  194:12 197:1
  204:24
examples   69:22
  204:25
except   90:12
excuse   69:10
  77:2 108:12
exhibit   2:15,16
  2:16,18,20,22
  2:23,23 28:18
  28:19,21
  106:11,13
  108:13,15
  116:19 127:20
  127:22,24
  129:3,10
  131:15 132:9

133:4,6 134:16
  169:23 170:2
  188:3,8 192:14
  192:16
exhibits   2:14
  154:6 216:15
  216:18,19
exist   131:1
  134:12 141:6
existed   151:21
  175:16
existence   105:7
  105:23
exists   52:23
expectation
  97:11,20
expense   124:17
expenses   14:6
  183:5
experience   90:1
  90:14 96:3,4
  119:25
experienced
  92:15 204:5,6
  205:15,15
experiencing
  172:15,18
expires   219:16
expose   201:16
expressing
  113:5
expression
  199:9
extend   178:23
  196:8

extension
  197:21
extensive   54:8
  123:2 124:2
  158:19
extent   145:25
  146:1
extra   46:1
  196:15
extreme   68:20
eyes   33:17 46:1
  66:18
ez   110:11

**f**

f   4:1,1
face   58:16,17
  59:16 61:18
  62:3 68:13
  69:6 77:1
  87:12 89:2
  107:6 129:15
  176:12,12
  213:5,7
facebook
  141:18 148:11
  148:15,22
  175:16
faced   67:24
faces   83:6,7
facility   55:19
facing   198:21
  198:22
fact   20:8 23:19
  39:19 73:14
  92:22 126:4

**[fact - firm]** Page 21

151:21 152:23
153:3 190:12
**factors** 24:18
**factory** 161:2,5
**facts** 140:2
146:5
**factual** 73:21
74:1
**factually** 94:25
**failed** 213:21
**failing** 197:14
**fails** 220:18
**fair** 5:15 32:10
96:14 118:5
157:19 160:5
**fairly** 31:7 58:1
**faith** 65:9
**fake** 89:8
**faliesha** 1:6,16
2:3 3:20 73:15
73:16 114:10
**fall** 162:19
163:4
**falling** 70:2
**false** 213:11
**falsehood**
120:18
**falsehoods**
121:16
**falsify** 165:15
**familiar** 55:16
55:22 56:5
**famous** 107:22
**far** 5:8 22:7
53:21 62:20

80:11 113:7
118:16 119:5
129:23 212:4
**fares** 124:22
**farther** 135:10
**faster** 111:22
**father** 172:5,15
**fear** 97:20
**fearless** 109:25
**february** 1:10
2:4 3:3 6:7,23
25:6 33:10
45:7,12 55:10
56:15 57:13
97:6 123:18
134:20 207:10
207:16 211:25
**federal** 11:10
13:5,9 171:15
172:24 174:22
**fee** 180:18
**feed** 212:11
**feeding** 68:7
95:11,15,17
**feeds** 95:7
**feel** 8:25 11:14
28:6 38:20
49:25 81:3,17
81:18,21,24
92:7,22 94:4
161:5 199:20
204:14,18,20
205:2
**feeling** 92:3
174:9 204:4

**feelings** 72:18
**fees** 14:6
124:21
**feet** 34:21
111:10 197:21
197:23 198:5,6
198:11 199:24
**fellow** 175:20
**felony** 50:6
**felt** 14:23 71:24
72:14
**fence** 175:7,11
201:11
**fences** 194:4
**field** 162:1,3
168:3
**fighting** 120:12
**figure** 43:13
76:2 81:15,15
**file** 158:7
**filed** 3:7 12:17
14:11,16,19
15:5 18:6
**files** 28:8
**filing** 14:13
**film** 23:18
35:22 37:16
53:3 62:18
73:9,10 96:23
125:12 156:17
157:25 176:1,3
176:4 177:2
184:23 185:9
185:13 186:13
186:15

**filmed** 62:19
**filming** 31:21
32:23 37:3,11
37:15 38:9
39:7,9,12,20
41:3,7 43:25
58:13 67:16
68:15,16,19,23
86:15 93:16
96:6,8 97:11
99:13 102:6,13
160:12 195:22
196:20,22
201:10 203:25
214:20
**financial** 53:12
54:7 104:24
186:20 187:1
**financially**
34:18
**find** 46:4 53:12
64:15 84:5
153:3 185:12
191:5 192:12
**fine** 42:13
87:22 109:4
110:12 128:19
147:12
**finish** 137:13
154:21 167:7
**fire** 43:3
**fired** 166:24
**firemen** 43:11
**firm** 126:20
145:24

**[firms - function]**                                                    Page 22

**firms**  16:11
**first**  2:17,19,21
  4:8 9:4 25:25
  38:18 42:9,15
  85:13 86:15
  103:1 104:11
  121:9,11,12
  127:21 133:7
  155:19 170:10
  171:8 181:25
  183:13,16
  188:9 192:19
  195:16 197:2
  211:24
**five**  27:3,5 39:2
  42:9 44:16
  53:25 80:7
  95:6,7 108:24
  112:23 141:16
  144:4 163:2
  182:22 187:17
  198:2 204:10
  209:3
**flags**  17:8
**flanigan**  10:1
  120:17,22
**flip**  133:8
**floats**  109:11
  109:13
**floyd**  9:10 13:4
  54:13 155:20
  157:8 159:5,9
  159:23 160:1
  171:2 203:17
  205:5,7,9

**flu**  111:4
**focus**  54:11,11
  66:6
**folks**  14:20
  24:23 39:4,13
  46:3 47:8
  49:17 53:1
  55:11 77:14
  80:1 82:18
  83:3 88:8 90:2
  96:22 101:7,11
  102:1,10
  104:11 113:20
**follow**  109:19
  109:23 112:16
  215:19
**followers**  24:9
  24:13 98:9
  99:16,17 113:9
  113:20
**following**
  101:19 112:14
  159:23 197:16
**follows**  4:9
**food**  21:25
  94:14 95:4
  124:5
**foot**  95:5
**footage**  7:6,11
  79:17 84:21,23
  84:25 85:7,12
  85:22 152:18
  153:3
**force**  13:3
  201:21

**forced**  93:13
  134:25
**foregoing**
  218:5 219:10
**forget**  45:9
**form**  20:10
  85:2 89:12
  91:13 102:15
  129:17 130:13
  185:18 219:9
**formal**  14:24
**formed**  104:23
**formerly**  150:1
**formulate**
  60:20
**forward**  201:24
  202:2,3
**found**  9:9
  10:14 31:14
  141:8
**foundation**
  91:12,14
**four**  15:7 25:12
  25:19 27:5
  49:11 144:4
  165:25 170:7
  171:13 187:25
  216:12,12
**fourth**  170:17
**fox**  155:24
**frame**  17:15
  50:18 53:21
  56:9 67:15,19
  105:3 160:23

**franchise**  34:15
**franchise's**
  34:14
**franchises**
  34:14
**fraud**  165:12
  165:19
**free**  19:13 51:8
  51:9 65:8,8
  95:12 96:6
  98:4 109:24
  123:23 126:18
  126:18
**freedom**  65:8
  152:1
**freedoms**
  121:14
**friend**  78:18,20
**front**  32:4
  115:20 129:3
  211:8,8
**frozen**  109:14
**fuck**  89:24
  101:14 110:1
  111:8,16,18,24
**fucking**  109:7
  109:10,13
**fucks**  89:22
**full**  4:4,13
  36:25 104:12
**fully**  39:2
**fun**  89:9 91:25
  215:11,12
**function**
  151:15

**[functions - governing]**                                                    Page 23

| | | | |
|---|---|---|---|
| **functions**  115:9 | 203:17 205:5,7 | 96:2,21 97:7 | 106:1,5,13 |
| **fund**  23:4 | 205:9 | 100:2,11 | 108:6 109:7,11 |
| **funny**  110:7 | **getting**  22:14 | 101:13,13 | 109:16,20,23 |
| **further**  211:17 | 65:12 83:6,7 | 107:24 108:1,2 | 110:2,11,13 |
| 215:17 216:9 | 87:12 93:21,22 | 108:23 109:20 | 111:16,23,24 |
| 219:12 | 95:17 99:24 | 109:21 110:22 | 112:3,4,8,11 |
| **g** | 100:6 111:21 | 110:22,25 | 117:11,12 |
| | 120:13 139:9 | 111:1,8,11,23 | 118:23 120:17 |
| **g**  3:1 4:1 | 146:18 152:17 | 111:24 112:10 | 128:22,23 |
| **garner**  97:8 | 164:20 165:14 | 120:1,16,22 | 156:16 165:13 |
| **gathering** | 182:25 186:2 | 124:18 125:19 | 169:18 170:1 |
| 163:15 | 207:3 | 126:14 133:13 | 172:22 173:8 |
| **gears**  33:8 | **gimbal**  196:2,3 | 133:23 136:11 | 175:18 176:1,3 |
| **general**  19:12 | 196:4,8,8,11 | 155:2 160:16 | 176:4 183:21 |
| 66:20 99:13 | 202:3,5,7 | 173:18 178:6 | 184:1,8,13 |
| 125:9 | **give**  5:12 26:15 | 178:15 180:7,8 | 185:11,11,15 |
| **generally**  20:11 | 42:4,13 43:13 | 180:9 181:25 | 187:17,21 |
| 24:15 44:20 | 64:8 82:15 | 186:13 192:11 | 188:2,3 192:13 |
| 54:1,9,11 | 137:9,13 | 209:23 212:9 | 192:14 193:2,3 |
| 64:25 92:9 | 138:13 139:10 | 212:11 | 194:21 201:16 |
| 93:2 98:12 | 139:13 214:23 | **god**  109:13 | 206:5,18,19 |
| 144:5 163:20 | **given**  34:3 | 110:24 | 207:23 211:14 |
| 175:7 205:1 | 53:21,24 | **goes**  100:21 | 216:11 |
| **generated** | 131:18 219:11 | **going**  3:3 19:25 | **good**  3:2,17,21 |
| 214:7 | **giving**  137:12 | 32:6,11 43:14 | 21:11 33:17 |
| **gentleman**  36:8 | 199:16 | 43:24 44:25 | 110:7 112:6 |
| 40:22 58:10 | **glass**  179:25 | 52:3 60:13 | 136:8,10,14 |
| 74:12 80:16 | **global**  105:1 | 64:17 67:17 | 161:7 174:9 |
| 88:7,11 89:4 | **go**  18:24 19:6 | 70:11 74:4 | 180:5 205:23 |
| **gentlemen** | 21:15,15 28:17 | 81:22 85:6 | **google**  52:11 |
| 91:24 | 30:20 44:23 | 86:11 87:15,19 | **gotcha**  178:10 |
| **george**  9:10 | 53:11 58:19 | 88:9 91:7 | **gotten**  29:1 |
| 13:4 54:13 | 62:19 81:19 | 92:13 94:11 | 215:16 |
| 155:20 157:8 | 92:23 93:7 | 95:15,16 96:16 | **governing** |
| 159:5,9,22 | 95:16,21,25 | 99:1 101:13,13 | 115:10 |
| 160:1 171:1 | | | |

[government - hear]                                                          Page 24

**government**
16:4 27:11
90:20
**governmental**
115:9
**grabbed**
104:17
**graduate** 19:2
**gras** 65:12
**great** 5:7 44:16
132:23 159:7
198:10
**greater** 101:10
**greatest** 194:7
**ground** 19:14
58:11 136:14
**group** 12:25
45:24 105:10
134:7 204:18
204:22
**guard** 80:17
157:10
**guard's** 88:1
**guards** 16:25
36:7 57:16
**guess** 6:20
36:10 39:12
53:13 105:12
150:1 169:18
215:24
**guessing** 74:10
99:21 162:18
**guilty** 9:9 10:14
25:25 26:1
31:14 110:16

120:15 122:3
141:8
**gunfire** 70:3,6
70:6
**guy** 23:5 42:10
110:3 156:9
157:9
**guys** 101:19,21
109:19 112:1,9
112:15,17,20
194:25
**gyroscope**
196:12

**h**

**h** 4:1 221:3
**habitating**
213:25
**hair** 62:7
**half** 24:6 75:11
191:25 192:2
196:24 198:2,5
212:17
**halo** 118:9
210:24
**hand** 34:3
46:24 48:13
127:19 146:19
195:25 196:5,9
196:11,12,14
198:19 201:14
201:19,19,20
201:25 202:1,4
210:7
**handcuffs** 93:8

**handed** 28:20
127:24 133:6
**handful** 138:23
**handle** 4:20,21
217:3
**handles** 215:4
**hands** 38:23
62:23 63:2,3
63:15 64:3
73:9 91:2
**hanging** 111:2
**happen** 60:6
70:5,9 83:20
97:22,24,25
142:25
**happened**
35:16,25 39:6
44:10 57:13,17
58:9 62:1,2
63:21 69:17,25
73:3,19 76:3
76:10,15,16
77:23 83:1
86:9 88:11
89:17 91:22
92:5 96:10
97:23 98:3
99:19 102:24
114:17 143:8
145:22 146:6,8
146:9 152:14
174:10 175:12
176:14 181:19
182:24 183:3
194:10 195:14

202:18 211:25
215:7
**happening**
45:21 62:13
66:19 69:24
99:20 118:1
175:18
**happens** 44:20
112:11
**happy** 200:17
**hard** 140:15
179:17
**hat** 36:23
**hate** 44:21
**hawk** 213:4,6
**hawking** 58:15
61:4,8 76:24
**head** 5:11,12
18:4 35:15
36:20,23 70:24
95:3 155:19
204:19,23
205:11 210:19
**headed** 35:2,9
**health** 20:20,22
20:25 171:20
171:24 172:3
172:21 173:2,9
174:15 194:6
206:1
**hear** 69:10
95:20 99:3
113:4 172:7
193:15 199:22

**[heard - identify]**                                                          Page 25

**heard** 55:13,25
77:5
**hearing** 121:17
121:19,22
152:4
**heavy** 129:21
205:6
**held** 22:22
78:22,25
196:11 198:14
201:12
**helicopter**
111:23
**hell** 123:20
**help** 34:4,6,21
46:2 137:25
138:2 196:6
215:1
**helped** 126:25
**helpful** 87:21
**helping** 185:12
215:7
**hereto** 219:7
**heritage** 194:2
**hey** 47:2
109:19 111:25
**hi** 107:20,21
**hidden** 107:1
**hides** 89:20
**high** 53:19
155:10
**highest** 18:21
18:25
**highlight** 41:7

**hired** 122:8
**hiring** 34:17
**history** 41:6
93:13 123:2
124:2 130:5
194:8 203:5
**hit** 101:22
112:19 162:11
162:15
**hitting** 202:3
**hold** 33:14
60:12 68:20
128:22 162:6
196:9
**holding** 103:21
195:24,25
198:19
**holds** 116:10
**holocaust** 88:2
88:12
**home** 14:4
35:15 58:24
65:13 99:22,23
100:2 101:13
111:23
**homeless** 34:2
40:18 54:15
56:18 68:7
89:22 95:11
157:25 174:21
184:5 200:14
215:5
**homelessness**
34:22

**honestly** 135:6
**hooked** 208:23
**hope** 109:13
215:14
**hopefully**
126:19
**horizontal**
109:25
**horrors** 194:12
**hospital** 32:16
175:6
**hot** 86:20 109:8
**hour** 63:11
67:14 75:24
91:25 92:17
108:24 111:20
112:2 116:21
131:21 190:22
191:25 192:2,2
**hours** 24:12
98:15 191:25
192:12 207:5
217:6
**house** 23:5
96:25 212:11
**houseless** 194:5
**houses** 21:16
**housing** 34:18
54:8 90:11
184:11
**houston** 95:4,7
**huh** 29:12,17
39:23 77:25
135:3,18
136:11 137:1

148:12 197:8
**human** 66:4
89:6 99:8
**humanity** 66:3
194:7
**humans** 54:17
92:10
**hundred** 23:11
112:15,15
158:15 178:21
179:3 191:23
**hundreds**
192:11 195:6
**hurl** 60:20
**hysterically**
91:10

**i**

**ice** 109:12,14
109:15
**idea** 39:17
79:24 97:1
120:5
**identification**
199:16
**identified**
114:18 168:18
170:4 171:14
194:15 204:17
**identifies**
117:15 170:7
**identify** 146:20
154:24 190:11
190:14 193:11
196:25 197:5
197:14 201:9

**[identify - individuals]**                                      Page 26

204:17
**identifying**
  114:12 191:14
  214:21
**idp** 168:4,7
**illinois** 166:20
  166:21 167:14
**imagine** 127:6
  127:8,11
**imagining**
  210:24
**immediately**
  36:17 99:24
  180:24
**impact** 204:21
  205:24
**impeding** 25:17
**implications**
  123:6,15
**important**
  54:16 93:23
  94:1,4 99:14
  136:15,23
**impression**
  87:11 141:6
**inches** 198:15
  198:15
**incidences** 8:15
  72:7 120:17
  140:23 159:15
  159:15 203:8
**incident** 6:4,5
  6:23 7:4,8,11
  8:12 25:6,20
  26:4 27:16

28:1,5,10,12,14
29:7,19 31:13
31:22 32:12,13
32:19 33:9,12
33:20 34:25
37:2 39:11
44:6,15 45:8
45:12,18,21
46:1,20 47:10
47:19 48:10
49:8,15 52:3,5
52:18,24 53:7
55:25 56:10
57:17,19 58:6
58:22 59:7,13
62:13 63:7,11
63:21 66:14,19
67:11,17 68:15
69:9 73:18,19
74:3 75:4,14
75:18,23 78:4
81:1,15,24
82:5 83:23
84:13,18 85:22
87:17 88:10
91:11,19 92:5
92:6 106:14
108:17 115:17
119:19 123:19
124:15 125:12
129:22 130:22
131:9 134:1
141:4,7 144:25
150:20 151:22
153:15 156:2,2

156:4 157:14
172:8,14
173:23,25
181:19 182:14
182:23 189:17
189:18 190:19
202:11,20,24
203:12 204:21
207:7,10,16,16
207:19 209:17
210:10 211:25
212:1
**incidents** 57:20
69:25
**incineration**
19:25
**include** 12:20
71:7 72:21
74:1,18
**included** 72:15
**includes** 115:14
**including** 33:5
33:6 56:20,21
73:21 79:25
83:24 124:23
134:2 204:11
210:13
**income** 19:9,12
22:8 41:9
160:17 178:16
214:1,6,12
**inconvenience**
126:10
**incorporated**
161:16

**increased**
  207:21
**independent**
  157:20 174:3,6
  190:15 200:22
**indicate** 148:10
  181:7 195:21
  196:19,21
**indicated** 48:20
  133:16,19
  146:2 149:23
  161:19,21
  163:22 166:5
  167:2,25 168:9
  173:1 182:9
  184:22 187:14
  189:5 193:14
  208:18 211:3
  215:23
**indicates** 84:21
  171:7
**indicating**
  14:22
**individual** 1:6
  1:6,7 56:7
  80:15 165:5
  187:13 193:10
  193:12
**individually**
  19:16
**individuals**
  37:25 38:17
  139:24 145:17
  146:3 147:3
  174:23 185:14

**[individuals - ish]**                                                    Page 27

185:20 210:18
**inflicted**  204:1
**influence**  207:7
207:14
**information**
24:14 29:3
41:21 115:6
129:12 130:8
132:2
**infrastructure**
168:8
**initially**  140:7
**initiated**  57:7
**injury**  202:12
202:12,13,21
**injustice**  99:14
**innocent**  83:7
110:15
**input**  132:3,5
**insert**  96:21
**inside**  62:19
**instagram**
141:18 149:5,6
149:7,10
**instance**  67:11
102:5 156:11
174:8
**instances**  97:18
126:20 155:25
194:25 210:9
**institution**
155:9
**insurance**
22:16 135:15
167:2,11,22

**intend**  54:18
135:13
**intended**
185:21
**intent**  59:16,25
158:1 185:15
186:10,13,15
**intentional**
60:3,8,18
**intentionally**
59:22 60:25
61:14 71:11
76:24 147:13
**interact**  36:7
39:15 40:8
62:11
**interacted**  75:9
75:10,13 83:17
103:2 187:9
**interacting**
37:17 39:20
40:17 41:1
59:19 62:21
103:20
**interaction**
39:13 42:9
53:3 62:10
64:1 86:7
103:8 116:8
187:12 195:11
**interactions**
41:4,4,7 43:7
58:2 70:18
71:18,21 72:5
73:7,11 195:7

195:13 203:6
204:7 214:14
**interacts**  56:19
**interest**  160:8
214:4
**interested**
219:14
**interesting**
69:4 83:2
111:20
**interestingly**
105:21
**interfered**
92:18
**internal**  40:2
**internally**  94:7
**interrogatories**
2:17,19,21
132:21 154:17
**interrupt**  44:21
124:10 137:9
137:12 139:10
**interrupted**
179:13
**interruption**
94:8
**interview**  31:17
34:8
**interviewed**
74:11 76:7
77:23 78:4,7
79:13 80:2,21
**interviewing**
31:15,18 74:8
74:14 76:2

**introduce**
106:13
**investigate**
80:22 92:6
114:1
**investigated**
63:21 75:1,4
84:13 117:6
**investigating**
59:7 67:12
75:17 84:18
**investigation**
76:5 79:18
81:24 85:10
147:11 166:2
**involved**  11:19
13:24 19:21
29:6 32:13
57:16,19 72:13
72:20 76:14
83:22 89:5
105:25 115:17
161:24 163:13
164:7 205:4
215:23
**involvement**
123:10
**involves**  140:12
170:25
**involving**  6:5
55:25 140:24
141:3
**irazarry**  47:13
**ish**  14:4

**[issue - know]**

**issue** 17:24
82:1 118:16
**issued** 26:10
53:4 58:25
82:5 84:4 93:3
94:19 95:10
121:9,18
**issues** 19:23
54:3,10,12,16
93:22 129:24
173:24 174:15
177:18
**issuing** 75:18
**item** 29:13 30:6
30:8,20 182:17
**items** 19:25
30:20
**iterates** 24:4

**j**

**j** 4:16
**jacket** 201:15
**jail** 82:11 95:16
119:14,18
**jailed** 58:24
123:2
**jails** 200:14
**january** 27:24
29:15 133:9
162:9,10,13
163:14,17
172:5
**jars** 110:14
**jeffrey** 3:24
**jew** 89:6

**jewish** 194:2
**jews** 193:22
194:10
**job** 1:25 5:7
123:24 162:15
164:4 218:25
**jobs** 68:8 88:1
**joe** 110:4
**johna** 47:16
**joined** 38:5
**joint** 33:22
207:2
**joking** 112:19
**joseph's** 32:16
**journalism**
155:2,4,6
157:16
**journalist**
31:15 54:4
146:13 151:10
151:19,24,25
154:24 155:9
157:20,22
160:18
**journalists**
13:3 150:24
151:14,17
152:2
**judge** 15:3,15
15:22 121:22
**judge's** 15:2
**judges** 15:19
**judgment**
125:2

**july** 104:7
105:7 174:18
**june** 160:2,4
174:18
**jury** 10:16
135:14
**justice** 15:4
54:12 122:22
**justifiably** 98:1

**k**

**keep** 30:19 55:4
67:3 112:3,4
144:5 180:13
**kept** 87:12
201:9
**kevin** 1:21 3:22
80:16 152:6
176:7,9
**kevin.mccaff...**
1:24
**keys** 109:16
**kid** 36:21
**killed** 157:10
**kim** 3:18
**kim.koehler**
1:20
**kimberly** 1:17
**kind** 21:18
61:10 78:18
90:19 92:5
93:9 97:8 98:8
100:7 106:25
116:9,11,12
151:3 176:11

**kitchen** 177:15
**knew** 46:21
58:22 153:5
184:1 199:5
**knocking** 202:4
**know** 5:20 11:8
12:1 15:9
16:18 21:22
23:13 28:5
30:12,13,16
37:19 38:18
40:10,22,25
42:7,15 46:8
46:19 48:4,9
48:19 49:8
53:2,10 54:23
55:5 56:10,23
58:6,7 59:14
60:4 62:22
63:18 64:13
65:7 66:21
67:3,13,20
68:1 70:20
73:3,4,8,23
74:16,22 75:8
75:10 76:15
77:10,14 78:10
78:14 79:10,15
79:23 82:9,11
82:12 84:10
85:9 86:4,11
86:14,20 87:1
87:19,22 88:9
90:4,14 93:4
94:10,11 97:3

**[know - left]**                                                                 Page 29

| | knowledge | l | lawsuit 8:6,9 |
|---|---|---|---|

98:14 99:21
104:7,20
109:15 111:3,5
111:6,18,18
112:12 113:3
113:18 118:16
120:6,23
122:24 123:7
123:20 124:19
125:7,22
126:11 128:12
128:13 129:7
129:19,20
130:2,3 131:6
132:5,13 135:7
136:13,16,20
137:13 138:24
139:8,14,20,22
140:17 141:25
143:14 144:4
144:11 145:13
149:16 151:3
151:25 158:21
165:23 167:9
173:10 174:9
174:18 180:5
187:3,4,5
194:17 197:23
198:5,8,15
199:12 204:12
205:23 209:15
210:2,17
211:14
**knowing**
204:15

**knowledge**
9:12 11:2 12:4
15:15,19 24:8
25:11 54:24
60:19 68:21
95:25 98:23
105:19 131:18
**known** 55:11
57:6 117:12
150:2
**koehler** 1:17
2:9 3:17,18 4:3
4:11 6:17
33:18 44:23
45:6 49:23
50:4,5 60:17
62:8 72:25
74:22 80:8
85:11 89:15
91:14,18 94:23
102:13,18
106:4,12,23
108:5,11,23
109:4 112:22
118:21 125:17
125:21 126:2
128:19 129:2
130:6,17
135:21 136:2
177:22 211:18
216:10,15
**koelher** 8:2

**l**

**l** 1:17 4:16
**labeled** 29:11
**lack** 82:19
182:15 194:6
205:22
**ladies** 91:24
**lady** 89:19
**laid** 62:23
**lakewood**
16:14
**language** 67:2
67:4,6,7,9
199:17
**large** 31:7
135:15
**lasted** 63:11
67:14
**lasting** 186:18
**latest** 182:8
**laughing** 91:10
91:18 113:1,4
**launched** 158:5
205:11
**law** 1:13 2:3
4:2 15:14 60:2
96:5 141:8
165:17
**lawrence** 36:3
36:10,11
**laws** 54:6,23
57:6 66:5
107:19 111:21
197:16

**lawsuit** 8:6,9
8:10,12 14:13
14:24 42:19
43:1 59:21
71:8 72:1,21
73:22 74:2,19
74:24 77:6
123:18 126:5
129:7,14 131:2
191:4
**lawsuits** 12:17
13:23 14:16,17
15:23 17:6
18:10
**lawyer** 74:23
74:24
**lawyer's**
211:14
**lead** 97:19
**leader** 109:25
**leading** 33:12
33:20
**learn** 127:2
**learned** 33:24
35:20
**learning** 33:21
34:12
**leave** 49:24
67:18 96:25
117:3,8,12
**leaving** 35:2
135:23
**left** 4:2 36:1
109:9,10
181:18 198:19

**[left - loma]** Page 30

198:23,24
199:6 201:23
201:23 209:21
**legal**  3:13 7:16
7:20 10:19
11:11 60:1
68:18 73:24
74:21 111:12
115:22 137:3
164:4,17
165:14 197:4
220:23
**legalese**  132:14
**legally**  67:19
98:7
**legislative**
19:24 20:7
215:1
**legislators**  20:6
**length**  23:23
62:25 63:1
**leslie**  20:19
**letter**  109:7,9
135:12
**letters**  14:21
**level**  18:21,25
**lewd**  65:12
**lgbtqia**  184:3
**liability**  165:4
**license**  16:3
21:18,22,23,25
65:18 163:23
164:2 165:6,9
165:20,24
166:3,15

167:15,18,18
167:20
**licensed**  21:20
65:15 163:25
167:5,10,13
**life**  34:4 86:3
94:2 166:21
208:25 212:10
**lifestyle**  92:18
203:21 214:16
**lift**  201:13
**lifted**  201:18,19
**lights**  57:1
**likely**  86:13
**likes**  93:7
**limitation**
134:2
**limited**  33:6
115:14 165:4
**lindsey**  10:1
120:17,22
**line**  17:8 30:6,8
30:20,20 86:8
87:14 99:4
221:4,7,10,13
221:16,19
**lines**  81:6 87:3
113:15
**links**  216:21
**liquid**  103:21
**lisa**  23:5
**list**  2:15,22
46:18 169:24
194:21

**listed**  126:11
171:6
**listen**  66:21
93:22 101:19
112:14 114:11
**listening**  68:8
109:22
**literally**  111:16
111:17
**litigant**  171:9
**litigation**  14:20
140:3 219:15
**little**  9:2 23:8
24:6 33:8
37:12 55:20
58:7 64:22
100:25 156:5
179:16 199:7
**live**  53:6 58:19
86:22 92:10
112:13 124:8
142:16,19,25
166:21 177:6
185:13 215:13
**lived**  35:8
**lives**  54:13
215:15
**livestream**
31:22 34:1
45:25 52:6
53:17 96:23
98:15 100:15
113:16 177:19
181:12

**livestream's**
23:19
**livestreamed**
52:14,20 69:9
69:21 70:14
91:11
**livestreamers**
104:13 177:1,8
**livestreaming**
44:2 52:15
61:23 81:2
83:12,13,14
84:14 86:25
98:8 100:10
101:25 102:2
108:17 159:14
177:10,11
182:4 189:17
190:20 210:3
**livestreams**
52:10 177:16
190:21
**living**  34:2
54:14 123:24
186:19
**llc**  1:13 2:4
165:3
**llp**  1:18
**location**  3:10
26:12 34:14
210:4
**locations**  175:8
203:25
**loma**  1:3,9 2:2
2:15,22 3:5,6

**[loma - management]**                                                      Page 31

3:17,21 4:2,7
4:12,15,16
12:12 28:20,24
45:4,7 49:25
50:5 77:20
80:8 106:9,12
108:11,24
112:22 127:23
129:2 131:11
133:5 134:17
136:3,8 187:14
187:25 188:2
193:7 211:21
211:24 218:3
218:17 220:4,5
221:1,2,24
**long** 11:1 15:6
21:2 22:17
41:6 48:22
51:21 68:3
75:24 78:14
86:24 93:12
112:2 116:16
116:17 124:2
144:8 148:6
165:24 172:2
189:11 190:22
191:25 192:2
198:3,6 203:5
207:3
**longer** 116:25
124:14 133:16
146:15
**loogie** 58:15
61:4,8 76:25

213:4,6
**look** 20:19 28:8
29:13 42:10
66:20 68:8
69:25 88:25
107:5,5 108:15
134:19 138:9
154:3,8,11,18
188:5 190:24
201:17 203:7
**looked** 6:19
39:21 71:4
191:4 194:14
210:6
**looking** 7:1
8:22 30:3
47:23 49:19
102:6 117:11
132:18 154:16
188:9,10
**looks** 77:16
87:5 211:5
**lose** 165:20
**losing** 110:20
**lost** 124:21
126:3 133:17
162:15 182:13
**lot** 18:3 19:17
28:4 66:10
81:21 90:13
93:20,21
166:15 178:2
**lots** 184:7
**loud** 66:22 67:1
67:6 68:12

102:20
**loudly** 38:21
89:8
**love** 101:18
112:13,20
**low** 41:9
**lunch** 110:5,5,6
**lynett** 1:6,16
2:3

**m**

**m** 4:1,16,16
**ma'am** 72:7
**machine** 219:7
**made** 17:9
37:15 39:12
42:2 82:14
87:16 88:22
109:10 149:1
149:20 150:9
158:22 159:21
175:25 182:9
184:24 191:16
213:1,19 214:8
218:10,11
**magistrate**
121:23
**main** 54:11
73:17
**mainstream**
151:4,6 155:9
155:15,17
**maintain** 54:7
164:6
**maintained**
160:19

**make** 5:13
33:15 66:5,10
68:22 93:2
98:22 100:11
109:20 118:24
124:10,18
126:25 129:7
132:8 137:4
158:17 159:18
184:12,14,21
186:25 190:13
204:14 213:11
214:5
**making** 83:18
83:19 88:4,6
89:9 92:4
93:20 102:11
107:25 133:16
158:19 159:20
160:11 161:2
177:17 209:25
213:20 214:4
**mall** 10:25
26:18,20 33:23
68:7,11 78:13
78:24 82:21
83:11 107:4
109:21 111:1,9
111:13 115:15
**man** 67:16
70:24
**manage** 64:18
**managed** 41:9
**management**
34:11

**[manager - member]**                                                           Page 32

| | | | |
|---|---|---|---|
| **manager** 35:19 | **married** 12:12 | 185:19 187:16 | **measure** 20:7 |
| **manifested** | **mask** 161:2,5 | 188:2 192:8,17 | **measures** |
| 203:13,15 | 200:4,11,19,23 | 192:23 193:5 | 163:19 |
| **manner** 16:4 | **masks** 161:2,8 | 211:16 215:19 | **media** 3:4 4:23 |
| 204:13 | 161:12 200:7 | 215:22 216:17 | 25:2 45:1,4 |
| **manners** | 200:12,13,15 | 216:20 217:1 | 106:6,9 141:15 |
| 203:19 | 209:25 | **mccaffrey's** | 141:22 142:2 |
| **manufactured** | **masquerade** | 32:11 124:11 | 151:4,6 155:9 |
| 161:9,10 | 161:15,20 | **meal** 34:11 | 155:15,17 |
| **manufacturer** | **material** | 95:6 | 156:8 158:4,9 |
| 200:11 | 152:24 | **meals** 79:11 | 159:12 187:22 |
| **march** 162:8,9 | **materials** | **mean** 6:5 14:21 | 187:25 216:12 |
| 162:10,14 | 155:13 | 27:3 32:3 | **medical** 43:15 |
| 163:20 220:3 | **mates** 212:11 | 38:22 52:25 | 43:16,18,21 |
| **mardi** 65:11 | **matter** 3:6 8:5 | 54:4 66:1 | 50:14 133:25 |
| **marginalized** | 8:14 9:6,14 | 67:16,17 68:5 | 172:23 202:17 |
| 184:6 | 10:4,5,7,13 | 81:22 90:18,19 | **medication** |
| **maria** 162:1 | 11:17 15:20 | 92:8 93:12 | 209:9 |
| **marijuana** | 18:13,19 54:13 | 105:15 111:19 | **meet** 104:5 |
| 206:9,12,13 | 213:15 | 111:22 124:17 | 183:22 184:12 |
| 208:7,14 209:4 | **matters** 14:23 | 125:17 126:16 | 184:15,16,19 |
| **mark** 188:3 | 219:6 | 129:20 130:15 | 184:22 |
| 192:14 | **maximum** | 132:13,18 | **meeting** 183:24 |
| **marked** 28:18 | 53:17 110:21 | 151:25 173:7 | **meetings** 20:1 |
| 28:19,21 | **mayor** 23:6 | 174:7 187:17 | 54:15 134:7,7 |
| 106:11,13 | 215:4,5 | 197:15 205:1,4 | 134:12 173:4,6 |
| 127:20,22,24 | **mccaffrey** 1:21 | 210:12 | 173:11,18,20 |
| 133:4 134:16 | 2:9 3:21,22 | **meaning** | 173:21 174:1 |
| 169:19,22,23 | 44:21 136:7 | 198:22 | 174:14 |
| 170:2 188:8 | 138:9,11 141:2 | **means** 30:13 | **mellow** 34:12 |
| 192:16 | 145:25 152:7 | 151:8 212:13 | 34:23 35:2,11 |
| **marks** 45:1,3 | 164:22 169:20 | **meant** 55:13,15 | 35:14,23 36:1 |
| 106:6,8 187:22 | 169:22,24 | 90:4 | 207:11 |
| 187:24 216:12 | 170:1 172:25 | **measly** 53:14 | **member** 55:2,3 |
| | 178:11,15 | | |

**[members - morning]** Page 33

| members 140:2 | mess 100:11 | military 50:11 | modified 15:12 |
| 150:20,22 | 109:20 | million 90:1 | 16:7 |
| 151:5 185:5 | message 143:19 | 193:22 194:10 | modify 69:20 |
| membership | 143:20 145:21 | millions 90:6,8 | moment 53:6 |
| 20:5 55:4,8 | 147:25 148:5 | 90:11,15,15,21 | 103:2 128:15 |
| memories | 151:8 177:10 | 90:22 98:15 | 181:16,17 |
| 73:11,13 | 184:25 | mind 11:12 | 195:15 |
| memory 28:9 | messages | 23:3 | monetary 17:2 |
| 29:19 35:1 | 143:15,23,25 | minimal 29:2 | 17:20 |
| 36:6,24 43:9 | 145:3,15 147:2 | minimized | monetize 158:1 |
| 53:5 55:7 59:9 | 150:12,17,19 | 196:6 | 158:3 186:14 |
| 63:10 74:16 | messaging | minimum | 214:4 |
| 82:13 100:4 | 148:15,18,22 | 24:11,12 | monetized |
| 137:25 | 149:10,13,17 | minister 65:14 | 158:6 |
| mental 134:3 | 150:2,5 151:7 | minute 24:5,5 | money 13:18 |
| 171:20,24 | 152:13 176:11 | 41:18 87:1 | 53:8 66:7 |
| 172:3,21 173:2 | met 57:15 | 154:14 193:1 | 90:16,20 105:1 |
| 173:9 174:15 | 78:11 104:4 | minutes 42:9 | 158:16,20 |
| 194:6 206:1 | meth 110:15,19 | 48:22 75:17 | 159:17,20,21 |
| mentioned 9:4 | method 176:11 | 108:24 112:23 | 160:11 182:12 |
| 9:19 13:8,21 | methodologies | 113:2 116:22 | month 23:11 |
| 14:1,15 18:9 | 175:15 214:20 | 128:21 180:17 | 31:12 174:17 |
| 19:4 20:13 | 214:25 | 187:17,18,18 | monthly 135:1 |
| 23:7 24:21 | metro 56:4 | 217:7 | 180:18 |
| 31:25 35:10 | metropolitan | misconduct | months 79:4 |
| 36:1 37:13 | 16:7 19:1 | 166:25 | 214:9,13 |
| 39:21 45:11 | 168:1 | missing 132:9 | moral 64:21 |
| 49:18 50:23 | mic 33:15 | 148:5 | 66:8 99:9 |
| 51:7 52:4 55:1 | 106:25 | model 34:14 | morning 3:2,17 |
| 56:10 59:3 | michael 45:15 | modern 194:8 | 3:21 7:1 45:11 |
| 74:13 84:8 | 45:17 46:11 | 194:12 | 46:15,21,25 |
| 126:2 134:13 | michelle 111:9 | modes 212:14 | 48:21 49:3 |
| mentioning | middle 23:22 | modest 22:15 | 177:16 181:20 |
| 10:5 | 65:11 160:2 | modification | 181:23 208:12 |
| | | 17:10 | |

**[moskowitz - nine]**                                            Page 34

**moskowitz**
  1:18
**mossinghoff**
  1:12 2:10 3:25
  4:1 6:16 7:23
  50:3 60:9
  72:22 74:20
  80:4 85:2
  89:12 91:12,16
  102:12,14
  106:1,21
  107:17,24
  108:1,4 109:2
  125:20,23
  129:17 130:12
  136:1 138:7
  141:1 145:23
  152:3 172:22
  178:3,6,10,13
  185:17 187:14
  211:20,23
  215:17 216:25
  217:4 220:1
**mother's** 34:5
**motive** 129:14
  130:9 213:20
**mouth** 60:25
  88:25
**move** 38:24
  56:24 87:20
  213:24
**moved** 104:7
  105:6 166:16
**movement**
  104:24 105:2,4

  105:5,8,25
  118:7 126:19
  196:6,16
**moving** 90:7,8
  185:11 186:9
**mucous** 60:24
**muffled** 201:1
**multi** 8:12
**multiple** 16:6
  151:21 194:24
**multitude**
  65:21
**multiyear**
  214:13
**municipal** 15:3
  119:10
**mushroom**
  33:22 34:12,23
  35:2,11,14,23
  36:2 207:12
**mutual** 105:14
  105:16 185:5
**myriad** 94:16

| n |
|---|

**n** 2:7 3:1 4:1,15
  4:16,16
**name** 3:12,18
  3:22 4:4,13
  15:2 19:6
  20:20 47:13
  48:5 73:15
  77:16 79:19
  103:1,7 107:22
  107:23 131:13
  161:14 164:10

  164:11 168:16
  168:17 170:17
  176:19,21
  177:3,5 190:11
  196:18 197:18
  198:15 201:13
  201:16
**named** 45:17
**names** 4:18,19
  145:13 185:7
  210:17
**narcotics** 209:7
**nature** 38:19
  73:25 126:10
  137:1
**nazis** 193:15
**nbc** 151:2
**necessarily**
  67:8 98:11
  113:3 204:18
**necessitate**
  67:5
**necessity** 67:5
**need** 5:19 21:17
  21:18 43:15
  49:25 68:9
  77:10 89:2
  101:20 112:15
  124:7 128:6
  137:3 139:12
  152:5 165:5
  178:4 187:20
  192:23 216:17
  216:19

**needed** 138:24
  153:22
**needs** 78:12
  124:6
**negative** 57:9
  57:12
**net** 14:9
**neutral** 57:11
**never** 18:18
  29:4 85:21
  96:7 111:18
  112:12 165:16
  200:10 202:25
**new** 45:11
  48:21 144:6
  153:17 178:17
  178:23 180:3,3
  181:2,6,18
  182:1 185:12
**news** 22:11
  24:22 25:1
  70:1 156:15,19
  214:8
**newspaper**
  155:12
**ngos** 20:4
**night** 32:6 35:3
  36:21 42:22
  58:24 59:2
  100:1 178:9,12
  189:12 206:17
  206:23 208:5,6
  208:8 212:22
**nine** 22:18

**[nodding - occurred]**                                                      Page 35

**nodding** 5:11

**noise** 66:10
 93:20

**nominal** 158:20

**non** 21:25
 94:12 120:15

**nonlethal**
 205:10

**nonverbal** 5:10

**nonviolent**
 185:24

**normal** 34:6
 137:2 139:14
 139:15 212:13

**normally** 40:8
 93:6

**notary** 2:5
 218:22 219:2
 219:20

**note** 220:10

**noted** 25:21

**notes** 137:17,20
 137:24 138:1
 194:22

**nother** 97:4

**notice** 2:1
 174:25 211:5

**noticing** 3:16

**notification**
 156:15 175:2

**november**
 25:17 32:13
 128:3 140:13
 141:4,14,24
 142:5,5 143:6

143:11 144:3,8
144:19 145:1
146:4,7,18
147:7,15,19
148:8,24 149:7
149:18 150:2,7
150:18 151:18
152:14 153:11
153:16,24
154:12 157:24
160:23 161:6
162:8,8,19
163:6,8,9,13,20
169:3,6 171:19
171:23 172:2
173:1,24
174:10,19
175:3,13,23
177:14 178:18
179:11 181:2
182:24 183:3
183:11 184:13
187:3,8,11
188:14,18
189:2,7,15,20
189:23 190:7
190:25 191:2
191:10,17,21
192:4,10,18
200:21 203:13
204:5 205:16
206:6,18
207:20 209:13
209:18 210:10
210:23 213:15

214:15 216:3

**nuclear** 94:13

**number** 3:9
 24:9,11,12
 26:14 29:13,14
 30:7 87:15
 100:14,21
 101:3,7 102:10
 103:1 107:22
 107:23 113:9
 133:24 140:7
 169:20 190:11
 204:10

**numbers**
 194:22

**nurses** 200:13

**nuts** 215:13

**nyw** 1:3 3:9

**o**

**o** 3:1 4:1,1,16

**o'clock** 181:19
 181:22

**oath** 5:23
 121:19 131:14
 218:6

**obey** 119:1

**object** 88:9
 172:22 185:18

**objecting** 152:3

**objection** 72:22
 74:20 80:4
 85:2 89:12
 91:12,13
 102:12,14,15
 129:17 130:12

132:12 135:25
145:23 185:17

**obligation**
 147:6 192:11
 197:4

**observed** 36:6
 36:14 39:12
 183:14 210:15

**observing**
 92:17

**obstructed**
 116:3

**obstructing** 9:9
 27:10 31:14,19

**obstruction**
 31:6 141:9
 166:9

**obtained**
 133:25

**obviously**
 67:18 137:2
 139:15 199:5

**occupied** 105:2

**occupy** 104:20
 104:22,23
 105:3,8,20,22

**occupying**
 109:23,24
 194:10

**occur** 41:7
 142:17

**occurred** 6:6
 33:12,20 34:25
 67:12 140:16
 141:23 144:18

**[occurred - okay]**                                                    Page 36

145:1 147:18
149:18 150:6
216:3
**occurs** 54:21
**odds** 190:18
**offense** 26:13
29:14 96:9
**offer** 180:14
**office** 15:13
21:21 84:5
120:8,14
**officer** 1:7,21
58:14,17 64:1
65:2 70:1
72:13 114:10
114:13,18,23
115:23 117:5
117:15,18,19
118:11 146:11
168:18 195:17
199:18 201:2,4
201:7 203:9
205:19
**officer's** 29:7
204:13
**officers** 17:8,11
36:14,17 41:1
41:12,14 55:12
58:23 74:6,7
83:6 113:25
115:13 117:16
168:22,24
193:11 194:15
194:17 195:3,8
195:10,12,20

199:8,14
203:25 204:11
204:15,18,22
205:2,24
210:11 214:15
**officials** 33:1,2
129:25 214:22
**oh** 4:5 6:19
31:8,10 89:25
95:15 106:18
107:21 109:13
109:22,23
110:23 111:8
111:12 112:6
155:12 170:16
176:25 180:12
187:16
**okay** 4:21,25
5:15,18 6:15
6:22 7:3,19 8:2
8:5,8,19 9:2,4
9:11,14,18,22
10:2,4,6,10,15
10:21 11:1,4,7
11:11,17,21,25
12:4,8,20 13:1
13:5,8,12,14,18
13:21 14:7,11
14:19 15:1,6
15:15,21,25
16:5,9,15,17,22
17:2,15,20
18:5,18,21
19:2,4,8,11
20:8,11,17

21:2,6,10,14,17
21:22,24 22:4
22:6,17,21,24
23:7,12 24:8
24:15,19,21,25
25:5,16,20
26:6,23 27:6
27:14,16,19,22
28:9,12,17
29:9,18 30:10
30:15,17 31:2
31:10,20,25
32:8,21 33:5,8
34:8,20 35:6
35:13,13,17,22
35:25 36:13
37:4,12,19,22
37:25 38:8,13
38:19,22,25
39:6,16,24
41:16 42:24
43:3,6,15,20,24
44:5,18 45:9
45:11,14,16,22
46:3,8,11,13,19
46:25 47:5,8
47:12,17,21,24
48:1,4,9,17,20
49:2,7,17,23
50:8,16 51:1,4
51:7,10,12,16
51:21,24 52:1
52:3,7,15,18,22
52:24 53:8,16
54:1 55:10,20

56:22 57:15
58:1,5 59:3
61:7,16 62:5
62:14 63:15
65:1,25 68:2
68:10,14 69:4
70:7,16 74:12
74:25 75:16
76:1,5,13,18
77:11,12,19
78:6 79:1,5,9
79:12,16 80:13
80:14,19,25
81:12 82:7
84:16,24 85:21
85:25 86:13,18
86:24 87:16,25
92:22 95:24
96:14 98:17,21
100:9 101:3,6
102:4 103:6
104:5,14
105:18 106:19
106:21 107:8
107:18,25
108:15,19,22
109:1 110:7
111:4 112:22
113:1,6,13,18
113:23 115:16
117:20 119:17
121:4 122:2,4
122:24 123:9
123:14 124:9
125:1,6,11

**[okay - paperwork]**                                                                    Page 37

126:2,7 128:6
128:12 129:12
130:6 131:1,5
131:11,17
132:3,7,11,24
133:12 134:11
134:15,23
135:8,11,19,21
138:5 139:8
140:22 141:14
147:12 151:1
159:3,7,11
161:1 170:6
171:6 172:25
176:23 186:10
188:9 193:5
199:22 201:22
203:4,5 212:4
213:4,18
216:13 217:2
**once** 67:18
109:1 118:10
122:8 179:18
181:7,18
**one's** 60:25
96:6
**ones** 40:8 126:8
150:14 194:20
195:1
**online** 45:19
102:7,10
104:16 144:23
214:3
**open** 49:24
86:21 103:21

135:24 163:20
168:11 181:22
**opened** 161:4,5
**operate** 164:6
**operates** 19:14
**operating**
151:2
**operation**
27:11
**operations**
33:21 34:16
**opinion** 34:5
56:16,17,22
57:3,9,11,12
94:17,25
213:11
**opinions** 87:3
**opportunities**
213:23
**opportunity**
137:13 193:7
**opposition** 20:7
**order** 97:2
212:20
**orders** 16:24
21:5,11 119:2
**organization**
20:4 104:23
105:13,23
110:1
**organizations**
19:19
**organized**
164:14,23

**organizing**
19:15 185:8
**originally**
104:8
**orms** 162:1
**outcome**
219:14
**outlet** 155:15
**outlets** 25:4
155:17
**outrageous**
98:24 99:6
**outreach** 19:20
**outside** 151:23
157:12 159:5
165:21 175:6
203:17
**overall** 203:21
**overbroad**
56:23
**overseeing**
138:18
**overtalk**
127:10
**own** 51:2,13
54:8 72:11,12
83:23 84:1,11
89:11,20 91:17
96:3,4 132:14
137:22 207:18
**owner** 51:5,10
**owners** 34:15

**p**

**p** 3:1
**p.m.** 217:5
**pack** 185:12
**packages** 21:16
**page** 2:8,14
29:10 30:4,19
52:20 93:16
98:9,18 99:13
128:2,7 133:8
133:8,13,21,23
134:20,23
135:11,12,13
188:9 218:1
221:4,7,10,13
221:16,19
**pages** 218:7
**paid** 20:8,12
21:4,10 24:22
26:2 51:18
52:1 93:19
98:23 124:17
124:18 125:4
155:14 156:21
156:24 162:3
162:20,21
165:15 214:8,8
**painting** 84:3
**palomino** 79:14
79:19,23 80:10
**panels** 20:2
**paper** 131:13
**paperwork**
109:12 154:4

**[paperworks - percent]**                                            Page 38

**paperworks**
    154:5
**paragraph**
    134:24
**paramedics**
    43:11
**park**  157:12,12
**parking**  124:21
    175:9
**part**  7:23 31:20
    34:16 76:5
    82:17 94:1
    105:5,12 113:7
    118:3 123:13
    127:11 135:15
    216:2
**participate**
    94:12 123:21
    212:13
**participated**
    118:3
**participating**
    20:1 123:22
**participation**
    171:1
**particular**  31:3
    32:12 53:9
    175:2,21 184:2
**partied**  100:6
**parties**  219:6
    219:13
**partner**  54:25
    130:23
**partners**  50:24
    213:10

**partnership**
    40:7 54:22
    55:1
**partnerships**
    55:8
**party**  11:22
    12:25 32:20
    74:3 120:15
**passage**  116:14
    141:10
**passageway**
    116:4
**passcode**  86:21
**passenger**
    31:16
**passengers**
    31:15
**passing**  88:12
**past**  12:18 18:7
    96:12 97:16
**pastor**  65:14,15
**pathway**
    116:25 117:2
**patrick**  1:21
**patrol**  89:10
**paul**  17:9
**pay**  20:14
    23:13,25
    180:16,16,18
    180:19 187:1
    192:20 214:9
**paying**  98:10
**payment**
    155:18,24
    156:1

**pazen**  17:9
**pd**  7:11 25:21
    33:1 59:6 64:8
    67:12 71:13
    74:14 80:2,21
**peace**  26:10
    27:25 28:3
    29:23 115:13
    205:19
**peaceful**
    185:24
**peacefully**
    184:9
**pee**  110:19
**peed**  110:14
**pending**  11:7
    13:7,9,22,22
    21:25 170:23
**penny**  101:22
    112:18
**people**  21:15
    31:9 34:17
    37:17 39:15,20
    40:8,11 41:12
    42:3,7,24
    45:19,24 46:8
    46:23 47:18
    49:11,13,18
    54:6,14 57:1
    58:21,22 64:14
    64:24 65:12
    67:8,21 68:8
    69:3,23 74:10
    80:11 81:22
    83:10 90:7,8

    90:12,17 93:21
    93:22 94:12,12
    95:6,6,7,14
    98:10,12,25
    99:1,2,4,6,7
    100:14,19,24
    101:20 102:6
    104:18,25
    105:10 110:20
    111:5 112:15
    113:16 126:20
    127:3 145:4
    148:19 152:17
    152:24 153:4
    159:23 164:4
    165:15,17
    173:8 174:24
    177:12 178:2
    183:25 184:6,7
    184:8,10,12,22
    185:10,11
    186:2,4,6,8,9
    186:17,19
    194:5 201:10
    204:1,14
    205:20 210:12
    210:13 211:12
    212:12 213:23
    214:23 215:5
    215:13
**people's**  145:12
    175:11 200:8
**percent**  104:25
    105:1 112:6,10
    214:18

**[perfectly - please]**                                                      Page 39

| | | | |
|---|---|---|---|
| **perfectly** 137:2 | **personnel** 40:7 | 180:3,11,13,20 | 11:4 12:5 14:2 |
| 139:9 | **persons** 14:12 | 180:24,24 | 135:13 170:5 |
| **perform** 115:9 | 32:15 214:8 | 181:1,8,11,18 | 171:15 192:9 |
| 146:15 | **perspective** | 182:1,13,20 | **plaintiff's** 2:16 |
| **period** 73:18 | 74:2 76:11,16 | 195:20 201:20 | 2:18,20 133:6 |
| 144:6 162:6 | **petition** 19:15 | 201:21 202:13 | 134:18 |
| 163:18 207:22 | 19:16 163:25 | 203:1,1,14,16 | **plaintiffs** |
| 207:25 213:22 | 165:13 | 209:20 | 170:20 |
| 214:13 | **petitioner's** | **phones** 144:2,5 | **plan** 109:19 |
| **permitted** | 21:23 | 153:9,11,19 | 168:5 178:25 |
| 163:23 | **petitioning** | 179:15 180:14 | 180:11,16,18 |
| **persecute** | 163:24 165:21 | 180:15 | 183:24 211:10 |
| 67:22 | **phased** 204:2 | **physical** 130:3 | **planet** 66:4 |
| **person** 16:2 | **phillip** 110:14 | 183:5,6,8 | **planned** 174:20 |
| 34:3,10 37:17 | **phone** 1:14,19 | 202:12,13 | **planning** 185:8 |
| 37:19,23 38:11 | 1:23 37:14 | **physically** | **plans** 180:15 |
| 38:24 39:3,14 | 38:9 39:7 44:5 | 21:15 203:10 | 183:22 184:12 |
| 39:19 40:18 | 44:8,10,18,22 | 204:12 | 184:14,19,21 |
| 41:5,17 42:25 | 52:4,8,9,13,16 | **picked** 209:20 | 184:24 |
| 43:14,23 49:9 | 58:19 81:8 | **picture** 84:2 | **plastic** 4:20 |
| 53:2 64:15,16 | 84:9,10 86:17 | **pictures** 110:18 | 19:6 51:5,20 |
| 70:3,19 76:14 | 86:20 94:8 | 110:19 | 53:24 98:18 |
| 92:18,20 95:7 | 100:18 107:17 | **piece** 196:13 | 164:12,13 |
| 95:10,19 | 125:11,25 | **pile** 215:14 | 179:25 188:12 |
| 106:20 117:12 | 139:23 142:6,6 | **piled** 45:25 | **play** 106:22 |
| 138:17 139:3 | 142:9,11,19 | **pipe** 110:16 | 193:2 |
| 177:9 194:2 | 143:11,21,22 | **pizza** 33:22 | **played** 107:2 |
| 215:13 | 143:23,25 | **place** 5:4 34:23 | 109:5 117:14 |
| **personal** 54:8 | 144:1,9,12 | 37:11 196:18 | 193:4 |
| 54:24 56:2,16 | 146:11,14,18 | 213:24 219:8 | **pleaded** 166:8 |
| 56:17 96:3,4 | 152:23 153:1 | **placed** 198:18 | **pleasant** 93:10 |
| **personally** | 153:17,23 | 201:20 | **please** 3:15 4:3 |
| 37:21 131:7 | 178:17,20,23 | **places** 90:10 | 4:13 5:10 |
| 168:14 | 178:24 179:1,2 | **plaintiff** 1:4,12 | 15:25 30:8,20 |
| | 179:4,18,19 | 8:8 9:11 10:10 | 94:22 108:4 |

**[please - present]**                                                           Page 40

136:16 137:12
164:19
**plus**  39:2 67:24
92:17 182:17
182:20
**pocket**  124:17
125:3
**point**  5:18
22:14 33:25
35:20 38:1
46:25 49:10
53:3 58:3
67:21 75:12
81:2 82:18
83:17 84:12
85:16 86:5
91:6 100:2,16
102:5 103:7
110:22 117:17
119:17 137:11
153:6,14
159:24 161:7
172:23 175:25
177:19,19
190:12 200:6
201:18 202:9
211:10
**points**  62:24
**poisoning**
54:14
**poking**  38:20
38:22
**police**  2:15 17:8
17:11 26:21
27:7 28:13

29:5,21 33:5,7
41:12,14 58:14
58:17,23 59:4
63:20,25 64:2
64:13,18,20
65:2 66:12,15
67:18 72:12
74:6,7,25
75:11 83:6
89:24 95:7
96:23 105:9
109:23 113:25
114:5,8,12,16
114:20,22
115:8,10,23
117:3,5,10,18
117:19 118:22
119:1 129:15
130:9 157:10
171:1 183:17
184:10 191:14
195:7,12,16
199:23 203:2,6
203:25 204:7
205:2 210:11
210:23 213:12
215:10
**policies**  16:8,14
**policing**  90:9
115:14
**policy**  16:23
17:7 93:24,25
197:12
**political**  21:19

**politicians**
215:24 216:5
**pool**  67:23
**poor**  95:11,15
95:17
**pop**  23:21
173:9
**population**
54:17 104:25
**portion**  200:25
**position**  20:4
23:6 162:4,7
162:20,21
163:3
**positions**  23:3
214:23
**possible**  64:5
70:10 96:21
129:16 130:11
187:10 192:5,7
**possibly**  200:3
**post**  16:24
24:16 53:20
175:7,8,11
188:18 190:25
200:16
**posted**  91:19
102:19 141:22
174:24 175:7
188:13,15,23
189:1,19,22
191:22 192:9
200:7 210:21
**posting**  53:23
102:2,7 214:2

**posts**  142:3
175:16,17
**pot**  112:5
**potentially**
56:20,21
**power**  214:23
**pp**  111:25
**ppa**  111:25
**practice**  64:14
65:9 67:9
**practices**  168:8
203:22
**preach**  65:13
66:1,2,10 67:7
**preached**  65:11
**preaching**
67:20
**precisely**
135:16
**prejudice**
68:21
**premium**
192:20
**prep**  85:14
**prepaid**  178:25
180:11
**preparation**
154:2,10,20
**prepare**  6:9
**preparing**  6:24
7:14
**prescription**
16:2,3
**present**  1:25
43:3 203:10

**[present - protected]** Page 41

214:21
**presented**
121:16
**preserve** 147:6
147:10
**press** 19:13
51:8,9 150:20
150:22 152:1
**pretending**
77:16
**pretty** 53:16
66:22 68:4
76:13 87:18
129:21 176:7
178:1
**prevent** 37:10
58:13 182:24
**prevented**
116:14 181:12
182:15
**previous** 22:15
26:20 33:25
129:23 215:5
219:3
**previously**
167:3 208:18
215:25
**primarily**
151:7 159:1,22
195:8
**primary** 105:7
105:23 159:4
213:20 214:4
215:8

**print** 19:13
**printing** 160:25
**printout** 170:3
**prior** 11:12
46:22 143:24
144:8 148:5
166:22 169:3
171:19 172:2
175:3,13,23
176:14 177:13
179:11 184:13
187:3,8,11
189:9,11
194:18 195:19
196:17 206:5
206:17,22
207:3
**private** 15:20
16:11 36:14
38:1 55:8
107:5,9 115:4
119:3 127:13
127:15,16,17
157:10 211:2
**privilege** 152:4
172:23
**pro** 120:10
157:10 171:9
171:10
**probable** 75:25
**probably** 11:3
25:25 26:19
32:11,17 35:5
35:7,20 37:24
44:11 53:13

58:2 62:17
63:22 64:1,20
68:1,18,24
74:11 79:4
82:8 88:9 92:8
101:5 104:8
106:19 112:8
130:16 152:11
153:18,20
156:12 159:1
163:11 172:12
179:6 181:7,10
181:24,25
183:9 189:16
189:16 199:6
208:1
**problem** 40:1
90:16
**problems** 90:22
**procedure** 2:1
**proceeding**
7:17,20 9:16
9:23 10:23
11:11,25 12:1
12:2 137:3
**proceedings**
10:19 219:11
**process** 23:16
92:19 123:13
126:14
**processes** 52:12
93:8 127:12
**produced** 50:2
77:6 85:13

**producer** 19:24
**product** 21:12
**production**
2:17,19,21
136:2
**profane** 67:2,3
67:6,7,9
**profanity** 65:6
66:11 199:13
**professional**
4:24 19:5,5
171:21,25
172:4 173:3
206:2
**professionals**
43:16,21
172:21
**profit** 214:5
**pronounce**
48:5
**pronounced**
48:8
**properly** 164:4
**property** 26:24
**proposed** 20:7
**proprietorship**
165:3
**protect** 46:2
83:4 179:22,24
197:17 203:2
**protected**
95:11 96:6
97:21 98:4
152:2 204:15

**[protecting - quick]**                                                          Page 42

**protecting**
  205:21
**protection**
  56:25 89:20
**protector**  180:1
**protest**  9:10
  23:18 31:7,20
  32:9,21 94:14
  104:24 159:10
  160:1 184:9
  185:22,24
  205:9
**protester**
  157:10
**protesting**  65:4
  93:4 175:20
**protestors**
  31:19
**protests**  13:4
  94:12 155:20
  157:8 159:5,23
  171:2 203:18
  205:5,7
**proven**  110:15
**provide**  21:11
  22:11 24:22
  45:20 95:6
  213:22
**provided**  6:12
  24:14 145:17
**providing**  25:1
  68:7 124:5
  184:11 185:10
  200:13,15

**provisions**
  166:3
**proximity**  77:1
  196:16
**psychiatric**
  134:1
**pubic**  67:16
**public**  2:5
  13:16 15:13,20
  26:24 37:11,11
  55:9 57:1 65:2
  65:9 66:18,20
  82:25 96:7,8
  120:13,14
  141:10 174:23
  175:17 218:22
  219:2,20
**publicly**  55:5
  174:25 188:22
  188:24 189:3
  189:25 190:3
**publish**  22:12
**pull**  38:9 40:18
  86:16
**pulled**  37:2,14
  39:6 53:6
  86:11 201:15
**pulling**  37:8
**punch**  201:24
**purchase**  21:4
  21:10
**purchased**
  159:16
**purpose**  41:3
  66:15,17 95:21

  137:24 144:24
**purposes**  152:4
**pursuant**  2:1
**push**  86:22
**pushed**  63:18
**pushing**  58:11
  64:4
**put**  23:4,17
  46:1 63:1,3,15
  73:9 93:9,9
  109:8,15
  110:23,24
  112:10 119:18
  120:20 123:20
  127:20 194:13
  214:22
**putting**  64:3
  201:11

**q**

**qualify**  24:14
  168:6
**quality**  24:18
  196:6
**quantifying**
  60:24
**quantity**  24:18
  60:20
**quarter**  198:9
  198:10
**question**  5:16
  5:19 14:14
  33:18 42:17
  47:22 49:25
  60:17,22 64:12
  65:15 70:11

  72:23 80:6
  84:7 85:3
  86:10 89:13
  91:13 94:22
  97:5,6 98:2
  102:15 103:12
  112:3 114:25
  124:14 128:16
  129:18 130:6
  130:13 133:23
  136:16,19
  137:14 139:9
  139:13 143:17
  146:16 151:11
  152:5 154:21
  185:18 186:5
  209:16
**questioned**
  87:2
**questioning**
  86:9 87:14
  99:5
**questions**  6:11
  8:18 45:9
  71:10,16 73:14
  76:10 109:1
  124:11 127:25
  129:6 133:12
  133:20 134:24
  135:22 138:3
  193:3 211:17
  211:21 214:1
  215:18 219:10
**quick**  62:6
  106:24 118:19

**[quick - recollection]**                                                        Page 43

215:19

**quieted**  160:4

**quietly**  187:15

**quit**  207:24

**quite**  98:19
135:6

**quoting**  77:3

**r**

**r**  3:1 4:15 221:3
221:3

**radio**  22:11

**rally**  157:11

**ramos**  194:24

**ran**  73:4 161:2

**randi**  2:5 3:14
219:2,20

**range**  14:5 21:1
63:14 92:8
196:14

**ranges**  92:16

**rather**  178:6

**raverro**  55:18

**reach**  20:5 47:1

**reached**  47:9
201:2

**read**  6:2 94:23
94:24 134:3,9
135:1,17 218:5
220:9

**readdress**
215:1

**reading**  71:9

**reads**  133:24

**ready**  86:24
106:21 136:11

**real**  62:6
106:24 118:19
180:5

**realization**
153:22

**realize**  110:3

**realized**  36:16
36:22 46:17

**really**  8:17
60:22 64:23
84:7 111:7
130:3 179:17

**realm**  18:15

**realtime**  52:11
54:20

**reason**  27:6
29:20 41:16
69:11,15,16
75:6,19 77:7
77:12 79:20
80:20 83:10
84:20 85:1
167:19 185:21
199:20 212:25
215:8 220:11
221:6,9,12,15
221:18,21

**reasonable**
97:10

**rebroadcast**
22:12

**recall**  7:9,12
10:22 12:9
14:8 25:18
27:16 33:11,19

39:5 40:11
43:8,11 57:21
58:8,10,11
62:8,14 69:5
71:3,20 72:19
72:20 74:7,14
76:7,9,18,23
85:24,25 86:2
86:5,8 87:2,4,6
87:10 88:4,6,7
88:11,20,24
89:3,4,8,15,17
89:19,21,23
90:3 91:2,10
91:18,25 92:2
92:3,25 99:20
100:9,14 101:6
101:11,15
102:4,8,10,17
102:18,23,25
103:3,9,11,13
103:17,19,22
104:6 121:18
174:8 187:11
209:10

**receipt**  180:3,6
220:17

**receipted**
124:24

**receipts**  180:4
180:10

**receive**  13:19
17:2,20 22:15
24:10,17,25
45:14 49:2

53:8 136:4
145:15 156:1
158:9,12
186:21

**received**  6:25
14:9 45:13
92:23 99:19
101:12 119:9
128:11 136:3
143:15 144:22
145:3,8 146:2
147:2 155:18
157:16 169:5
173:15 212:22
214:2

**receiving**  23:9

**recent**  47:5,7
128:14

**recently**  46:14
49:18 58:8
87:23 136:3

**recess**  45:2
106:7 108:8
128:24 187:23

**recognize**  73:4
126:12 193:11
195:2,5

**recognized**
194:24

**recognizing**
29:18 175:17

**recollect**  39:2
101:10 117:24

**recollection**  8:3
8:24 31:2

**[recollection - remember]**                                    Page 44

38:13,15 57:18
59:2 63:6
67:15 70:21
71:12,17 74:17
75:22 76:22
113:7 115:12
116:24 118:1
137:25 174:3,6
176:16 190:15
200:20,22
210:7
**recollections**
73:6
**recompense**
124:24
**record** 3:3,25
4:4,14 13:16
28:21 29:22
44:6,24,25
45:5 48:21
52:5,24 55:5,9
60:13,14,15
94:24 106:5,10
108:3,6,9
121:22 123:7,7
123:10 127:23
128:23,25
129:5 133:5
135:23 137:5
139:12 186:16
187:21 188:1
189:13 196:18
216:11 217:6
**recorded** 3:5
57:22 58:2

64:1 131:8
142:18 151:22
156:4,23
195:12
**recording**
54:19 58:18
77:8 146:13
195:16
**records** 27:7
28:14 29:21
53:12 122:24
134:12 158:19
182:6
**recruiter** 50:17
**recycled** 44:11
44:12,19
**redacted** 29:2
**reduce** 215:9
**reduced** 219:9
**refer** 6:4
**reference**
191:13,17
**referenced**
220:6
**references**
191:16
**referencing**
4:21 56:6
**referring** 17:12
33:1 116:13
**reflected** 137:5
**refresh** 74:16
113:7
**refurbished**
181:3

**refusal** 196:25
**refused** 119:1
**refusing** 146:20
204:16
**regarding** 8:6
9:6 10:4 50:1
213:18 214:14
**region** 16:7
**registered**
165:14
**regular** 69:22
186:4 204:2
206:4,13
**regularly** 143:4
186:8 203:24
**regulate** 66:5
**regulations**
56:24
**reiser** 80:16
**rejected** 105:24
**relate** 54:3,10
131:1
**related** 7:7,11
10:7 26:4
28:14 31:5
119:17 121:6,7
121:8 122:5
134:12 159:22
219:13
**relates** 145:24
**relation** 219:5
**relationship**
78:17 79:6
104:2

**relay** 149:17
**released** 26:21
27:13,20
**religion** 65:23
**religious** 65:19
**remained**
105:11
**remains** 140:12
140:18
**remember** 15:2
16:1,16 20:24
27:2 34:1,12
35:8 37:2,6,7,8
38:3 42:10,16
43:21 56:14
58:13,14,15,17
58:21,22,23
63:4,16,16,17
63:19,23 64:5
68:4,5 70:17
70:20,23 71:1
72:4,5,9,25
74:15 75:23
77:4 87:22
88:12,15,16,16
91:22 99:23
101:23 103:6
105:24 121:21
129:22 141:12
155:24 162:23
163:1 171:5
175:1 177:13
180:23 181:4
185:7 202:5

**[reminded - restriction]**                                                                 Page 45

**reminded**
  113:11
**removal**  157:25
  174:20 175:2
  175:21 185:22
**remove**  41:25
**removed**  15:16
**renew**  192:8
**rent**  187:2
  214:9,13
**repair**  179:14
**repeat**  25:23
  33:18 94:22
  196:24
**repeating**
  102:20
**repetitive**
  205:22
**repetitively**
  205:19
**rephrase**  5:19
  53:22 136:20
**replace**  179:15
  179:17
**replaced**  181:8
**replay**  23:17
**report**  26:19
  29:7 72:12
  75:1 76:6
  80:22 129:15
  130:10 156:1,2
  213:12
**reported**  57:5
**reporter**  3:14
  4:5 5:8 164:18

169:21 192:15
192:21 216:13
216:16,19,22
217:2
**reporter's**
  107:3 109:6
  219:1
**reporting**  20:2
  59:3 129:14
  130:9 155:14
**reports**  203:8
  213:1
**represent**
  48:12 120:15
  122:17 134:17
  171:8
**representative**
  57:23
**representatives**
  57:23
**represented**
  16:19 17:23
  163:1 184:3
  203:9,18
**representing**
  3:12
**reprimand**
  204:12
**reprimanded**
  15:16
**reprimands**
  15:19
**request**  133:24
  145:18 187:15
  192:8

**requested**
  191:14
**requests**  2:17
  2:17,19,19,21
  2:22
**require**  174:22
  190:9
**required**
  120:24 132:10
  213:24
**requirements**
  123:25
**requires**  60:8
**reread**  6:11
**reseller**  180:24
  181:3
**reserve**  49:24
**residential**  5:2
  19:20
**resides**  12:15
**residing**  150:24
**residual**  22:15
**resolution**
  64:15
**resolved**  10:13
  13:9
**respect**  17:24
  38:10 52:18
  114:25 130:7
  132:20
**respond**  103:16
  138:3 197:1,3
**responded**
  86:10

**responding**
  83:16
**response**  2:16
  5:12 47:21
  59:6 62:15
  70:10 86:13
  100:7 103:11
  133:16,20
  134:6,23
  135:12 137:9
  137:12 139:10
  139:14 145:18
**responses**  2:18
  2:20 5:11 6:13
  127:25 128:8
  128:15 131:14
  131:22 132:4
  132:13,20,25
  133:7 134:18
  136:24,25
  147:3 154:17
**responsibility**
  19:24 83:23
  84:1
**responsible**
  19:23
**rest**  116:19
  117:23 209:22
**restricted**
  123:23 212:13
**restriction**
  120:11 121:6,9
  121:18 124:1
  212:15

**[restrictions - roommate]**                                    Page 46

**restrictions**
67:4
**result**   13:19
14:13,20 15:8
15:10,23 16:22
17:3,5,21
24:17 119:14
119:22 124:15
134:1 160:16
172:7,11,14
173:23,25
181:11 182:13
182:23 183:2
186:1,6 198:18
199:18 202:11
202:20 203:12
204:5 205:16
207:19 209:17
**resulted**   146:17
193:21
**results**   20:2
212:9
**retained**
126:21
**retired**   167:20
**retrain**   126:14
127:7
**retraining**
126:11
**return**   220:13
220:16
**revenue**   22:14
23:7,10 24:10
24:17,25 214:8

**review**   6:17
27:2 28:5 38:6
40:16 41:23
69:1 71:15
73:13 82:16
101:9 131:17
154:2 220:7
**reviewed**   49:14
71:1 154:6
191:1
**reviewing**
28:16 154:17
211:4
**revoked**   165:9
167:18
**rewatch**   199:1
**ride**   99:21
**ridge**   16:12,13
16:13
**right**   8:15 9:5
11:24 16:2
19:17 29:10
32:4 36:12
37:10,15 38:2
39:7,16 40:1
40:21,24 42:11
43:14 49:24
52:5 53:2
54:12,16 61:9
62:17 65:4,8
66:23,25 67:2
67:14 68:6
69:12,14,19
70:14 73:1,8
75:21 76:3,4

76:13,16,17
77:7,13,17,24
81:10,16,17
82:11,18,21
83:12,15 84:14
85:1 86:15,16
87:12,22 88:2
90:19,20 93:23
95:3,18 96:3
96:18,20 97:22
97:25 98:13
99:1,2 100:8
100:22 104:11
107:14 111:14
111:19 112:1,9
113:21 115:4
116:11,20
117:7,11,18
119:5,6 121:6
125:4,9,23
126:13,17,21
127:18 130:24
136:13 141:1
141:21 142:8
142:22 144:2
145:8 146:16
146:25 148:13
154:23,23
156:19 161:19
162:12,15
163:16 164:22
165:4 170:7
171:4 172:10
173:4 174:23
175:8 179:15

197:2,7,10,13
198:19,20,22
198:24 199:9
201:6,23,23,25
202:1 206:22
207:14 208:18
211:8,16 212:2
212:24 213:14
213:16
**rights**   68:20
82:24 96:17
104:1 126:18
126:18 197:13
197:15 200:8
**rigorous**   168:6
**riled**   98:25
**ring**   25:22
**rings**   26:16
**risk**   41:10 96:1
96:15 97:1
**robert**   75:5
**rode**   212:16
**rogue**   204:16
**role**   26:14
30:24 215:6
**roles**   55:4
115:13
**roll**   59:15
**rolled**   58:16
**room**   7:21,25
110:10 165:16
**roommate**
176:17,21
177:3,4

**[root - selling]**                                                    Page 47

| | | | |
|---|---|---|---|
| **root**  109:10 | 69:10 70:5 | **sealed**  123:1,6 | 88:24 90:10 |
| **roughly**  51:23 | 77:6 83:24 | **second**  2:20 | 91:3 93:25 |
| 122:5 | 87:4 89:3,4,19 | 33:14 60:10,12 | 99:14 100:25 |
| **rude**  124:9 | 90:3 91:25 | 108:3 121:13 | 101:3 102:1 |
| 139:14 | 100:9 101:11 | 125:16 128:18 | 110:19 138:5 |
| **rule**  199:24 | 101:23 110:20 | 134:18 139:25 | 146:25 149:2 |
| **rules**  2:1 | **says**  30:1,9 | 153:22 171:6 | 156:16 175:5 |
| 136:14 172:24 | 36:6,20 61:18 | 203:1,14,16 | 175:12 180:9 |
| **run**  51:2 | 82:13 91:6 | **seconds**  86:25 | 191:5 203:17 |
| 110:24 | **sbp**  1:3 3:9 | 87:1 116:16 | 211:7 215:7 |
| | **scanner**  109:22 | 117:1 192:6 | **seeing**  37:2 |
| **s** | **scenario**  15:20 | 215:3 | 175:1 |
| **s**  3:1 4:1,1 | **scene**  43:17 | **secretary**  21:21 | **seek**  95:22 96:7 |
| 221:3 | 45:20 49:12 | **secured**  70:3 | 202:17 |
| **safe**  111:3 | 75:1 80:1 | **security**  1:5,16 | **seeking**  123:17 |
| 184:4 204:14 | 81:23 104:19 | 2:3 3:7,19 | 125:6,8 126:4 |
| 204:18 205:2 | 117:3 130:21 | 16:11,24,25 | 126:8 131:2 |
| **safety**  46:2 | 146:13 195:9 | 36:7,14,17,25 | 146:3 |
| 56:25 89:11 | 203:9 204:17 | 38:1 40:2,7,25 | **seemingly** |
| **saliva**  60:20,24 | **school**  155:3,10 | 41:19 42:19 | 213:8 |
| **sanctioned** | **science**  18:23 | 54:25 55:12,16 | **seems**  100:4 |
| 54:21 | 155:7 168:4,7 | 55:22,25 56:5 | **seen**  22:13 |
| **sand**  99:5 | **scope**  153:21 | 57:16,23,24 | 28:23 29:4,20 |
| **sat**  35:21 | **screaming**  65:6 | 74:8 80:17 | 58:7 77:5 |
| **save**  52:7,16 | 83:5 | 87:25 115:11 | 84:23 85:8 |
| 142:24 | **screen**  100:18 | 129:21,25 | 110:9 128:3 |
| **saved**  52:19 | 179:8,17 180:1 | 130:5 157:10 | 133:10 134:20 |
| 143:23,24 | 211:9 | 212:1 220:4 | 187:6,7 |
| 208:24 | **scroll**  188:5 | 221:1 | **self**  168:5 173:9 |
| **saves**  52:12 | **se**  120:10 | **see**  29:16 30:2 | **sell**  22:3 156:2 |
| **saw**  37:13,25 | 126:12 130:4 | 30:21 31:10 | 156:11 159:12 |
| 39:4 104:16,16 | 161:13 171:9 | 37:4,15 38:19 | 161:8,10 |
| 109:9 111:7 | 171:10 | 38:25 39:16 | 167:10 |
| 153:5 195:16 | **seal**  123:9 | 42:8 43:14 | **selling**  157:4 |
| **saying**  5:9,10 | | 49:14,21 58:18 | 158:4,14,25 |
| 62:15 69:5,9 | | | |

**[selling - sidewalk]** Page 48

161:13
**senate** 162:1
**send** 47:3 82:2
156:1,15
**sending** 143:18
143:19
**sense** 5:13
98:22 115:22
118:24 129:7
172:1
**senses** 207:18
**sent** 14:21,21
46:14 132:1
143:2,3 150:17
150:19,23
158:11 220:14
**separate** 51:2
131:24
**september**
26:11 30:21
31:11 32:1
**sergeant** 3:23
140:13,24
141:3 187:4
196:18 201:13
204:11
**series** 120:16
**seriously**
111:12,12
**serve** 50:12
**served** 41:9
132:25
**serves** 35:1
55:7 63:10

**service** 78:21
78:22 142:12
142:15,20,24
180:14 185:10
192:20
**services** 1:5,16
2:3 3:7,19
21:13,14 42:19
184:11 200:14
206:4 213:22
**serving** 78:11
167:22 205:21
**sessions** 135:1
215:1
**set** 2:17,19,21
54:6 133:7
**sets** 128:13
132:25
**setting** 65:10
134:8 137:10
**settings** 102:3
**settled** 12:23
13:15 55:18
170:11
**settlement**
13:14 14:5
26:3,6 56:7
**settlements**
174:22
**seven** 28:4
41:10 44:13,14
153:4 174:25
176:14 204:10
**several** 41:18
50:19 79:6

134:7
**sexton** 45:15,16
45:17 46:11,20
47:2,17
**sexton's** 48:17
48:18
**sexual** 57:5
**shake** 38:24
**shakiness**
196:5
**shaking** 5:11
**share** 101:20
110:17 112:16
**sheet** 131:13
220:11
**shelter** 200:14
**sheriffs** 17:11
**shield** 50:18
**shift** 33:8 66:8
**shifted** 22:10
**shirt** 107:1
**shirts** 22:4 40:6
160:20
**shit** 111:6,7,7
112:6
**shooting** 70:4
**shore** 108:12
**short** 24:2,6
**shorthand**
219:8
**shortly** 100:3
153:21 202:25
**shot** 172:6,15
196:7

**shoulder** 111:2
198:22,23,23
198:24,24
**shout** 66:11
**shove** 63:2
**shoving** 58:11
**show** 81:13
85:7 100:18
106:16 169:18
170:1 177:2
188:3 192:13
201:15 209:23
215:3
**showed** 43:4,17
46:6,8 49:15
104:12,18
210:5 211:7
**showing** 46:23
57:4 58:14,21
197:1
**shown** 98:5
108:12
**shows** 46:22
69:9 70:5
79:10 84:25
85:5 100:21
**shut** 53:7 94:9
112:12
**side** 31:16
175:9
**sidewalk** 36:9
37:11,18,20
38:11 40:9
41:17 67:16
68:19 82:25

**[sidewalk - sorry]**                                                      Page 49

96:7,8 97:11
104:17 107:9
107:19 116:4
116:15,21,25
117:22 119:7
**sign** 131:13
132:8,22
165:15 175:7,9
175:11,12
220:12
**signature**
163:15 217:3
218:1 219:19
**signatures**
163:17 164:8
165:14
**signed** 131:11
220:19
**significant**
12:14 127:1
**significantly**
215:6
**silently** 83:17
**similar** 28:12
96:11 97:14
129:9 194:7
**sir** 7:22 30:12
60:17 69:6
72:2 76:15
81:13 84:7
91:19 97:5
99:11 124:10
135:22
**sit** 72:17
114:14 117:25

191:8
**site** 43:22 74:11
**sites** 94:13
**sits** 140:21
**sitting** 72:3
89:10 137:16
185:25
**situation** 64:16
140:21
**situations**
34:18,19 64:18
96:22
**six** 15:7 56:11
80:2,21 112:23
141:16 154:14
193:1,22
194:10 198:2
199:23
**skip** 23:22,23
24:3 101:21
112:17,19
128:2
**skipped** 24:1,2
**slang** 61:6
**slap** 146:19
**slaughter**
193:21
**sleep** 206:19
**sleeping** 38:16
39:14,19 40:9
41:24 58:10
206:22
**slept** 110:14
**slew** 23:2

**slightly** 124:13
**smacked**
201:21,22
**small** 105:10
108:12 158:20
**smile** 107:25
**smiling** 107:6
**smith** 75:5,8
76:7,18,23
77:22 78:3,7
79:13,17 81:1
81:8 82:4 84:8
86:6 87:3,10
91:2
**smoke** 111:1,1
111:9,11 112:5
208:7,13
**smoked** 110:15
206:9,11
**smoker** 206:13
**snapchat** 148:2
**sober** 208:24
**social** 99:14
141:15,22
142:1
**society** 69:23
99:10 105:1
193:19 194:13
**solar** 23:5
**sold** 25:5 156:4
156:9 157:4
159:4,4 160:19
161:12 167:2
182:17

**sole** 51:5,10
165:3
**solicit** 67:9
70:9
**solis** 47:16
**solutions** 3:13
66:6 68:1
184:11 220:23
**solve** 90:16,22
**somebody**
23:21 38:4
43:17 59:15,17
60:5,8 61:4,12
73:8 76:12
77:14 95:8
96:5 127:5
185:10 194:24
210:6 211:6
**somebody's**
43:18
**someone's**
66:25
**somewhat**
96:15 188:20
**son** 34:1 156:8
**soon** 86:16 91:7
106:3 120:19
**sorry** 25:23
30:6,12 106:18
107:10 127:10
139:11,25
143:10 148:14
154:22 164:18
164:20 167:8
169:13 172:7

**[sorry - start]**                                                    Page 50

176:19,20
179:13 195:11
206:19 210:10
211:19
**sort**  14:22
21:18 22:22
23:16 33:19
40:12 43:11
54:9 59:25
65:14 67:13
79:5 82:18
87:20 88:8
96:21 98:24
104:2 115:7
120:22 124:16
125:7 178:22
179:20 196:1
202:12,21
204:20
**soto**  138:22
139:1,19 140:1
161:4 168:21
**sought**  133:25
172:8,11 206:1
**sound**  61:4
70:2 75:21
103:15 199:17
**sounded**
199:14 201:1
**sounds**  61:3
68:3 77:3 79:7
79:22 91:5
141:19 200:24
**source**  19:8

**sources**  19:11
22:7
**space**  43:13
90:9,9 107:9
184:4
**spaces**  57:1
**spam**  150:14
**speak**  7:13 46:3
92:12 176:10
212:2
**speaking**  20:11
24:15 27:14
54:1,9 59:12
64:25 76:20
79:25 88:11
92:9 98:12
108:19 116:7
125:7 192:3
199:15
**specific**  28:9
29:19 43:6
60:1 71:17
72:18 73:6,11
74:17 123:18
135:14 144:1
187:13 190:17
**specifically**
16:1,10 37:4
120:18 121:3
122:18 124:24
184:16,19,22
190:9 214:3
**specifics**  37:6
38:5

**speculation**
80:5
**speech**  65:8
95:12 96:6
98:5 121:15
123:23
**speeches**
109:25
**speeding**
166:15
**spell**  4:4,13
20:20
**spend**  90:6,11
90:22
**spending**  90:8
90:21
**spent**  75:16
90:15
**spit**  59:4,10,10
59:12,15,17,18
59:22,23 60:2
60:4,7,18
61:12,14,16,18
61:24 62:2
69:6 71:11,14
73:10 75:2
76:6,25 81:16
89:2 111:5,5,6
129:15 130:10
**spitting**  58:16
60:8,23 61:2,9
89:1 119:11
**spittle**  88:25
**spoke**  50:17
122:15 138:21

139:6,7,19
176:9,12 177:8
**spoken**  82:4
**spot**  185:12
**spray**  112:8
**sprayed**  76:19
**spraying**  76:25
**squad**  89:20
213:10
**square**  198:22
198:23,24
**st**  32:16
**stability**  187:1
**stabilization**
196:13
**stabilize**  196:6
**stabilizer**  196:4
**stabilizes**  196:4
**stable**  34:18,18
**staff**  16:23
126:13,16,17
**stamp**  63:4
**stamped**  28:22
**stance**  20:5
**stand**  97:1
**standard**
122:23 179:25
184:5
**standing**  39:4
41:6 42:25
62:20 197:20
198:11,25
**start**  37:1 38:9
39:9,12 45:3
67:20,21 86:21

**[start - subsequent]**                                                                      Page 51

86:25 106:8
187:24
**started**  37:3,15
39:7 49:15
53:1 86:12,14
86:14 92:17
136:9 160:25
195:15
**starting**  3:16
53:3 109:2
**starts**  81:14
86:6,22
**state**  2:5 3:15
4:3,13 19:1
21:20 127:2
131:21 161:16
163:23 164:15
164:16,23
166:19 167:13
168:1 171:17
197:5,11 218:6
219:3
**state's**  21:21
29:10
**stated**  80:11
92:2 105:7
130:18 134:25
143:18
**statement**  29:6
82:14 89:11
131:8
**states**  1:1 3:8
26:14 29:15
30:21,24
135:13

**statewide**
163:19
**station**  35:3,5,6
55:19 101:14
110:2,3,23
111:24 129:23
**stations**  22:11
24:22 25:1
35:9,15
**statistically**
190:18
**statistics**  57:4
**statutes**  197:5
197:12
**stay**  117:9
**stayed**  105:2
209:22
**steal**  110:13
**step**  43:12
**stepped**  41:19
**steps**  86:23
**stick**  117:6
196:12,13,15
**sticker**  127:21
**sticks**  36:20
95:3 155:19
**stinette**  55:18
**stood**  115:20
**stop**  22:19
68:16,19,23
73:19 82:23
83:14,15 95:17
96:6 106:20
119:7 125:23
197:15

**stopped**  117:13
159:19 194:22
214:18
**storage**  142:12
**store**  180:25
**stored**  52:13
142:13
**stores**  181:22
**storm**  50:18
**straight**  160:7
160:9 196:10
201:24 204:19
204:23
**straightforward**
87:18
**strategy**  73:24
**stream**  111:8
112:3 142:19
**streaming**
81:10 83:18
182:13
**streams**  4:23
159:23
**street**  1:13,18
2:4 3:11 10:25
22:5 26:18,19
33:23 36:2,3,4
36:9,14 39:14
40:7,18 54:21
62:18 65:11,13
65:25 66:2,9
68:11 73:5
78:11,13,24
82:21 83:11
104:24 105:3

107:4 109:18
111:2,9 115:15
124:7 175:10
186:19
**streets**  31:6
34:2 141:9
213:23
**strengthen**
43:9
**stress**  134:3
135:16 173:8
**stressful**
215:11
**stringer**  156:5
156:6,8,11,14
157:1
**stringer's**
156:12
**strong**  101:18
112:14
**struck**  205:9
**struggles**  67:24
**struggling**
207:22
**stuck**  70:25
**stuff**  22:3 122:3
126:17 132:19
168:6
**stupid**  91:8
**subject**  166:1
167:23
**subscribed**
218:18
**subsequent**
171:23 172:25

[substances - talking]                                          Page 52

substances
    173:13
substantial
    132:3,6
subways  110:8
    110:8
successfully
    169:15 172:13
sue  74:4 91:7
sued  18:18
    42:18,21,25
    59:20 71:25
suggest  118:25
suing  72:6
suit  11:23 12:7
    13:5,12,19
suite  1:13,18
    2:4
sum  158:20
summer  161:5
summons  25:16
    26:10 84:4
    92:23 118:16
    119:9,18,22
    120:2 122:6,12
suncor  54:15
sunday  68:6
    100:1 124:4,5
sundays  212:12
supervisor
    130:16
supervisors
    196:25 204:16
support  20:6
    45:20,23 82:20

83:3 115:7
122:25 130:8
supporters
    101:19 112:14
supporting
    19:22 130:16
supports
    129:13
suppose  46:13
supposed  17:10
    205:20
sure  8:23 14:15
    25:24 27:4
    28:25 31:24
    33:15 37:7
    38:1 43:10,16
    44:23 57:22
    62:11,23 65:3
    65:17 71:3
    75:14,24 76:12
    78:2,5 81:23
    86:9 92:16
    93:11 98:14
    100:2,23 101:1
    106:4 107:25
    108:5 109:4
    110:9 124:10
    126:24 128:19
    129:8,11
    130:25 132:8
    132:20 137:4
    146:21,24,24
    152:22 157:18
    158:8 160:24
    172:19 174:2

175:6,15 176:7
177:18 180:5
182:6,22
187:16 190:9
190:13 195:13
198:13 199:3
203:7 208:8
surrender
    167:17
surrounded
    204:21
surrounding
    145:5
surveys  21:16
suspect  30:1,2
suspicious
    25:21
sustain  202:12
    202:21
sustainable
    168:7
sustained
    203:12
swear  4:5
sweeps  54:16
swine  111:4,4
sworn  4:8
    197:16 218:7
    218:18 219:5
system  93:14
    156:14

t

t  22:4 221:3,3
tabor  34:24

tag  201:13
take  14:4 20:5
    34:6 44:22
    86:24 106:3
    115:25 128:6
    128:17 136:9
    137:19 162:21
    184:19 188:4
    188:17 212:15
taken  2:3 3:5
    45:2 106:7,16
    108:8 125:13
    128:24 187:23
    192:9 219:7
talk  21:15 23:8
    33:9 51:14
    64:22 66:2
    79:1 131:8
    139:24 173:9
    199:23
talked  8:15
    16:19 22:7
    23:1 26:7
    34:11 58:6
    73:18,23 76:12
    79:18 116:9
    121:21 125:22
    165:16 170:11
talking  18:10
    27:3 33:25
    38:21 44:14
    48:14 51:17
    59:20 77:1
    88:7 89:1
    99:11 106:20

**[talking - think]**                                                        Page 53

| | | | |
|---|---|---|---|
| 113:5,9,16,19 | **tells** 36:24 | 218:5,8 219:11 | 86:12,12 95:1 |
| 113:20 135:4 | **ten** 12:18 14:17 | 220:9,17 | 95:3,19 97:4 |
| 144:25 177:17 | 18:7 25:11 | **text** 139:4 | 116:20 126:13 |
| 177:21,24 | 57:7 166:12 | 143:15,19,20 | 183:14 |
| 183:6,7 203:21 | 174:24 | 143:23,25 | **things** 14:6 |
| **tall** 198:1 | **tend** 69:2 | 145:3,15,21 | 20:15 21:1 |
| **target** 200:18 | **tent** 175:7 | 147:1,25 148:4 | 22:4 35:20 |
| **tax** 24:13 | **tents** 175:10,11 | 151:8 152:9 | 65:4,9 66:11 |
| **taxes** 158:7 | **term** 61:6 | 177:9 184:25 | 67:2 69:23 |
| **taxpayer** 66:7 | 122:23 193:15 | **texted** 144:17 | 77:6 81:21 |
| 67:22 90:16,19 | **termed** 64:4 | 144:20 | 87:20 90:20 |
| **taxpayers** | **terminated** | **texting** 143:11 | 93:10 94:15,20 |
| 205:18 | 166:24 | **texts** 144:22 | 95:21,25 98:25 |
| **teach** 127:3 | **terminologies** | 145:9 | 99:6,12,13 |
| **team** 118:3 | 193:25 | **thank** 4:17 5:6 | 102:21 113:8 |
| 139:20 140:2 | **terms** 91:17 | 5:22 12:11 | 113:10,11 |
| **telegram** 148:1 | 169:15 | 14:7 16:17 | 119:25 123:5 |
| 148:4,7 | **territories** | 18:5 50:4 | 125:3,9 126:10 |
| **telephone** | 194:11 | 70:16 77:21 | 126:23 129:9 |
| 139:5,6 176:10 | **testified** 4:9 | 98:21,21 | 137:1 139:8 |
| **tell** 5:24 10:21 | 7:16,19 10:7 | 101:18 105:18 | 190:20 207:23 |
| 15:1,25 26:12 | 10:18 40:10 | 107:7,16 | 214:21 215:2 |
| 28:25 35:25 | 118:11 121:19 | 108:22 112:13 | **think** 6:14 12:2 |
| 42:10 63:20 | 121:20 | 112:20 114:24 | 13:20,21 14:1 |
| 66:22 68:19 | **testify** 121:17 | 133:3 136:4 | 16:12,13 17:6 |
| 76:16 100:4 | 214:25 219:5 | 216:25 | 18:1,9 26:18 |
| 110:10 129:12 | **testifying** 140:4 | **thankfully** | 26:20 27:12,18 |
| 132:7 137:19 | **testimony** 6:1 | 119:16 | 31:11,25 32:11 |
| 138:12,16 | 11:13,16 12:9 | **thanks** 62:7 | 33:15 35:3,4,5 |
| 176:6 188:10 | 27:20 61:13 | **theirs** 51:3 | 35:9,21 37:13 |
| 201:1 202:23 | 63:25 64:24 | **theory** 83:2 | 40:5,6 48:8 |
| 204:25 | 70:22 72:13 | **therapist** | 51:7 53:19 |
| **telling** 64:10,19 | 74:5 85:23 | 172:23 | 56:12 57:14 |
| 76:18,23 | 122:4 124:4 | **thing** 44:4 | 59:16 62:7 |
| 176:16 201:9 | 130:20 138:13 | 61:11,11 71:13 | 70:11 73:15 |

**[think - today]**                                                                      Page 54

81:7 82:22
83:8 87:18,20
94:6 95:20
96:8 100:1
106:2 111:21
111:22 112:1
113:13 119:13
119:22 120:3
125:6,24 131:4
135:9 138:7
141:19,20
144:1 145:10
146:10 147:9
147:12 148:21
148:25 149:12
149:15 150:14
151:13,19
152:4,16 153:2
156:7,13
158:11 159:3
159:19,19
162:11 165:4
172:5,6 177:5
181:6 182:9
183:16,17,20
184:8 189:5
194:9 199:12
199:13,16
205:17,17
206:11 212:8
**thinking**   11:18
**third**   80:17
106:20 148:5
170:14

**thought**   70:2
199:19
**thoughts**   94:11
**thousand**   14:10
110:13 158:13
158:21 182:10
188:21,22
**thousands**
88:22 195:6
**threat**   199:5,19
199:21
**three**   8:15
12:19 14:16
25:12 36:7,14
37:25 38:4
42:3,24 47:18
47:24 49:13,17
57:15 74:10,11
106:9 140:23
140:24 141:2
145:16 165:25
179:3 187:22
197:21 198:5,6
198:11
**threw**   110:17
**throat**   112:8
**thrust**   202:2,3
**thursday**   1:10
2:4
**ticket**   75:18
82:5,10,15
91:3 93:3,5
94:3,19 95:18
96:17 99:20,24
100:6 101:12

124:18
**ticketed**   93:13
94:7 95:14,22
100:11
**tickets**   95:16
166:15
**tied**   51:3
**ties**   56:2
**tiktok**   141:19
**time**   6:25 7:3
7:19 17:15
22:21 35:4,8
36:3 39:18
42:6 45:5
50:14,18 52:8
53:21 56:9
61:23 63:4
67:15,19 68:3
73:18 79:2,2
79:10,11 81:22
89:25 101:8,22
105:3,8 106:10
112:19 121:5
122:9,10
123:16 124:21
124:23 127:4
128:6 131:20
136:5 140:15
144:6 148:6,8
149:5,24
150:15 153:21
160:22 161:7
162:6 163:5,18
164:19 166:13
172:10 173:15

174:13 176:18
177:3,16
178:21 179:5
181:18 182:18
183:10 187:18
188:1 195:16
200:6,25 202:9
204:20 207:6,6
207:15 209:1
209:24,25
210:25 213:22
217:6 219:8
220:18
**timeframe**
220:8
**times**   25:10
81:13 120:1,21
122:5 137:8
166:6 193:14
196:24 215:9
**tired**   136:12
164:21 167:9
**today**   5:8,24
6:4,10 7:14
45:13 49:5
50:2 52:23
55:2 72:3,17
79:1 106:15
110:5,6 114:15
116:10 117:25
128:4 133:10
134:21 136:4
137:16 138:12
138:19,25
139:2,21

**[today - two]**                                                                                     Page 55

140:21 143:2
174:9 189:9
191:8 208:5,10
208:21 209:12
209:14 211:4
212:16
**today's** 154:3
154:10,20
**together**
130:22 218:6
**told** 46:4 49:19
63:25 68:16,22
71:12 73:10
75:16 79:16
81:9 109:8
117:5 176:7
177:1,4 201:3
201:5,19
**took** 69:8 117:6
155:4 202:1
**tool** 148:5
**top** 18:4 134:24
170:10 196:13
210:19
**total** 14:8
182:10,21
183:2 214:7
217:6
**touch** 38:23
202:9
**touched** 64:9
**toward** 43:12
63:6,7 72:18
197:22

**town** 32:18
**track** 180:13
**tracking** 19:21
**traffic** 9:9
25:17 31:14,18
31:19 166:9
212:14
**tragedy** 41:8
54:5 99:8
**train** 35:3,5,9
35:15 97:2
110:23 164:4
212:15,17
**training** 164:3
**transcribed**
107:3 109:6
192:22,24
**transcript**
216:24 218:5
219:10 220:6
220:19
**trauma** 54:5
120:12 194:6
202:23 203:11
204:1,3,4,6
205:12,14,15
205:24
**traumatic**
123:4 214:19
**traumatically**
184:10
**travel** 123:24
**treat** 54:17
66:3,4 92:10
186:17

**treated** 41:9
134:8 173:12
**treatment**
134:1 171:20
171:24 172:3,8
172:11 173:2
173:16 206:1
208:22
**trial** 6:2 8:1 9:1
9:19 10:6,17
11:12,16 12:8
85:15
**trials** 144:24
**tried** 73:19
115:18,20
177:1
**trimble** 1:6,16
2:3 3:20 59:20
61:14 62:9
68:14 69:6
70:19 71:11,13
73:7,16,17
74:9 76:19
77:23 80:9
89:9 102:11,25
103:19 113:24
116:8 119:3,11
129:14 213:2,9
**trimble's** 213:5
213:7
**tripod** 210:6
211:6
**true** 26:9 81:12
96:12 97:17
99:16 108:16

115:10 118:21
128:7,10 132:4
166:8 219:10
**trustee** 47:14
**truth** 5:24
219:5
**truthful** 131:14
**try** 4:12 25:8
38:23 96:5
143:5 211:10
**trying** 36:7
37:9,10 38:12
38:18 39:22
43:13 62:12
66:21 68:15
76:2 95:20
99:3 120:12
130:1 153:3
**turn** 109:16,18
135:11 192:25
213:14
**tv** 24:7
**twenty** 209:3
**twice** 61:18
84:17,22 85:6
**twitter** 141:18
149:23 150:1,2
151:15 152:9
152:11,12
175:16 176:10
**two** 9:21 12:22
13:23 20:21
21:4 26:17
38:3 42:21,24
45:4 49:13

[two - upset]                                                                      Page 56

51:19 53:25
57:15 63:12
67:14 99:18
106:6 112:15
128:20 132:24
145:16 151:13
153:9,19
159:15 179:3
190:19 191:25
192:2 194:25
195:2 197:23
198:5,9,10
214:9,13
**type** 23:24
136:25 142:6
144:12 150:23
164:1 165:1
179:1,23
**types** 173:7,10
173:20,21
206:25
**typewritten**
219:9
**typically** 53:20
54:10 103:4

**u**

**uber** 156:19
**uh** 29:12,17
39:23 77:25
135:3,18 137:1
148:12
**ultimate** 16:22
**ultimately**
114:1 119:9
122:6,12

**unavailable**
138:19
**under** 5:23
19:13,17 60:1
121:19 129:21
131:14 138:17
141:5,10 147:5
147:6 164:10
164:10,12,14
164:23 165:11
171:20,24
172:3,23 173:2
194:13 205:18
205:20 207:7
207:14 209:8,8
218:6
**understand**
5:19,23 6:1,5
14:14 34:16
40:15 41:11
42:6,18 72:2
77:22 78:3
84:12 85:5
96:5 117:19
119:5 123:6,15
124:19,20,24
128:10 135:24
136:16,17,19
136:20 137:5
137:14 140:6,9
140:11,14,17
140:18,20
193:18,24
194:3

**understandable**
139:10
**understanding**
31:5 48:23
52:19 59:1
60:19 61:1,23
78:6 79:12
80:25 84:16
85:12 97:19
114:14 119:21
122:11 135:19
140:15 185:20
**understood**
5:16 97:6
117:17
**unfortunately**
26:15
**unhoused**
32:14 37:23
38:10 41:5,17
42:25 43:14
53:2 56:24
90:7 92:18,20
104:1 174:23
186:17
**uniform** 17:13
36:18,25 40:12
**uniformed**
41:14
**unintentionally**
60:5
**union** 35:6
55:18 101:14
110:1,2,22
111:24 129:22

**unit** 3:4 5:4
**united** 1:1 3:8
**universal** 1:5
1:16 2:2 3:7,19
6:6 42:18
54:25 55:12,22
57:10 113:24
115:3,7,17
118:15,22
220:4 221:1
**university** 19:1
168:1
**unknown** 49:10
**unlawful** 26:24
**unnecessary**
57:2
**unresponsive**
38:14 41:18
**unverified**
36:24
**upcoming**
124:5 177:21
177:25
**update** 142:23
**updates** 16:24
**upfront** 180:17
**upgrade** 144:6
**uphold** 197:16
**upload** 142:16
143:20
**uploaded** 98:15
142:14,20
143:3,15
**upset** 68:14,16
72:4 92:9 93:2

**[upset - video]**                                                      Page 57

| | | | |
|---|---|---|---|
| 93:6 | **variety**  33:3 | 6:19,20 7:9,12 | 91:11,19,20 |
| **urban**  54:5 | 92:16 94:11 | 22:11 23:20,24 | 92:1,2,17 93:1 |
| 57:6,6 | 115:12 173:7 | 23:24 24:2 | 100:15,16,17 |
| **use**  13:3 54:18 | 183:25 | 36:6,19 37:5 | 100:19,24 |
| 66:7,11 67:1,6 | **various**  62:24 | 38:6 39:1,18 | 101:9,16,17,24 |
| 67:8,9 150:5 | 185:5 | 40:14 41:24 | 101:25 102:5,9 |
| 180:17 187:20 | **vault**  47:14 | 42:4,8,12 43:9 | 102:21,23,24 |
| 207:20 | **vehicle**  31:16 | 45:4,12,13,14 | 103:10,14,18 |
| **used**  11:16 22:9 | 35:3 45:25 | 45:20 46:7,13 | 103:23 104:16 |
| 34:13 67:22 | 104:12 | 46:20,22 47:2 | 106:9,14 107:2 |
| 141:20 148:4 | **verbal**  5:12 | 47:14 48:10,12 | 108:1,15,16,20 |
| 148:18,22 | 136:24,24 | 48:14,15,18,21 | 108:24,25 |
| 149:13,16 | 137:9 185:2 | 48:25 49:2,8 | 109:5 112:21 |
| 156:8 157:9 | **verbiage** | 52:7,16,19 | 112:24 113:2,7 |
| 193:14 220:19 | 132:14 | 53:9,17 54:18 | 113:21 114:11 |
| **using**  38:23 | **verification** | 58:8,12,18,19 | 116:9,19,22,23 |
| 44:6 52:4 65:6 | 131:12 132:8 | 61:22 63:4,24 | 117:14,23 |
| 77:15 125:12 | 132:22 | 63:25 64:7 | 118:5 122:15 |
| 138:1 148:7 | **verify**  49:16 | 68:3 69:1,7,8 | 136:3 142:14 |
| 193:25 199:13 | 118:10 220:9 | 69:11,12,18,20 | 142:19 144:23 |
| 199:18 | **verifying** | 70:5,13,15 | 144:23 145:5 |
| **usually**  29:6 | 131:14 | 71:2,5,19,23 | 146:3,12,13 |
| 162:21,21 | **veritext**  3:13,14 | 72:9,11 73:2,3 | 151:20,20 |
| 179:12,14,14 | 220:23 | 74:15 76:8,21 | 153:5 154:8,11 |
| 212:6 | **veritext.com.** | 77:4,5,13,15,17 | 154:12,14,16 |
| **v** | 220:15 | 81:1,4,5,9,14 | 155:20 156:3,4 |
| | **verizon**  144:16 | 81:14,19 82:14 | 156:9,21,24 |
| **v**  220:4 221:1 | 154:1 180:8,9 | 82:16 83:20 | 157:5,9 158:1 |
| **vaccinated** | 180:21,25 | 84:9,13,17 | 158:6,6,14,25 |
| 200:18 | **versus**  3:6 24:1 | 85:5,6,8,17,24 | 159:4,4,12,16 |
| **vague**  59:2 | 64:17 82:10 | 86:6,21 87:4,5 | 182:14,16,17 |
| 70:21 | **veteran**  103:25 | 87:11,16,23 | 187:25 188:13 |
| **vaguely**  55:17 | **victim**  87:6 | 88:3,14,16,18 | 188:17 189:1,6 |
| 58:13 81:17 | **video**  1:9 2:1 | 88:21 89:9,14 | 189:13,14 |
| **value**  179:2 | 2:16,23 3:4 | 89:17 91:6,9 | 191:24 192:3,9 |

**[video - watched]**                                                   Page 58

| | | | |
|---|---|---|---|
| 192:12,18 | 191:9,13,21 | **voters**   165:14 | 186:25 187:19 |
| 193:1,2,4,6,8 | 214:2,4,7,10 | **vs**   1:4 | 195:22 196:20 |
| 195:12 196:23 | 215:9 | | 196:22 211:24 |
| 199:1 200:24 | **videotape** | **w** | **wanted**   100:2 |
| 210:5,20,21,21 | 213:19,21 | **w**   22:22 23:6 | 110:10 117:4 |
| 210:22,25 | 214:17 | **wages**   124:21 | 134:11 |
| 211:2,4,6,12 | **videotaped** | 126:3 133:17 | **wanting**   130:2 |
| 213:20 214:12 | 215:10 | **wait**   109:24 | **war**   94:14 |
| **video's**  63:17 | **videotaping** | 140:23 154:9 | **warrant**   141:7 |
| **videographer** | 62:12 73:20 | **waiting**   92:6 | **washroom** |
| 1:25 3:2,13 | 82:24 104:17 | **wake**   38:12,18 | 187:20 |
| 33:14 44:25 | 203:2 | 39:22 | **watch**   6:20,23 |
| 45:3 60:12,15 | **view**   96:16 | **walk**   53:1 | 7:6 24:5,6,12 |
| 62:6 106:5,8 | 193:8 | **walked**   34:24 | 39:1 42:4,12 |
| 106:24 108:2,6 | **viewing**   88:8 | 86:15 110:10 | 43:8 58:19 |
| 108:9 118:19 | **violated**   57:2 | 120:20 199:4,5 | 69:7 73:2 |
| 128:22,25 | 126:17 197:14 | 212:17 | 74:15 81:5,9 |
| 187:21,24 | **violating**   15:4 | **walking**   35:14 | 81:19 91:9 |
| 216:11 | 107:19 166:3 | 36:2,3,4,13 | 93:21 98:13 |
| **videos**   6:23 7:4 | 200:8 | 87:6 88:8 | 99:1 108:25 |
| 23:17,20,23 | **violation** | 111:15 116:6 | 114:11 116:23 |
| 24:4,22 25:1,5 | 165:17 197:6,9 | 116:11,15 | 117:23 182:18 |
| 46:17,22 47:9 | 197:11 | 119:7 | 189:6 211:4 |
| 47:18 49:14 | **violent**   94:12 | **wall**   104:23 | **watched**   7:3,10 |
| 50:1 52:13 | 205:20 | 105:3 | 23:25 36:5,19 |
| 53:20,23 54:2 | **violently**   186:3 | **want**   9:3 16:18 | 37:5 39:18 |
| 54:10 88:23 | **visible**   90:10 | 33:8 37:16 | 40:14 48:18,25 |
| 93:21 99:12,15 | **voice**   68:13 | 39:12 42:12 | 63:24 64:7 |
| 101:21 112:18 | 106:17 199:17 | 45:8 55:17 | 68:2 76:8 77:4 |
| 142:16 145:18 | **volume**   192:25 | 62:18 66:20 | 81:1,4 84:17 |
| 156:10 160:12 | **voluntarily** | 73:23 90:10 | 84:21 86:1,2,3 |
| 187:2 188:21 | 167:17,20 | 99:4 108:2 | 87:23 88:3,14 |
| 188:22,23 | **vote**   163:20 | 110:18 124:9 | 89:14,18 91:20 |
| 189:17,19,25 | **voter**   19:20 | 124:10 125:21 | 92:25 101:9,15 |
| 190:6,8,25 | | 127:5,19 136:8 | 101:24 102:8 |
| | | 138:9 178:8 | |

**[watched - working]**                                                    Page 59

102:23 103:9
103:13,17,22
112:23 118:9
153:8 196:23
209:22 212:11
**watches**  84:9
84:13
**watching**  7:9
7:12 23:21
42:8 45:18,24
71:5,19,23
72:9 76:21
83:19 84:10
85:6 87:3,11
88:18 92:1
98:21 99:6
100:15,24
101:7 102:21
113:6,10,16,21
200:24 215:13
**water**  109:8
111:2
**waved**  70:19
**waving**  37:9
58:12
**way**  8:13 15:16
33:16 34:16
35:5 52:10
53:4,11 59:24
66:4,22 68:17
70:5,9 71:25
72:15 81:25
92:10 101:17
105:13 106:25
109:17 110:22

112:1 114:5
116:2,14
117:22 118:7
148:1 177:11
185:19 186:18
194:4 197:14
204:16 213:21
214:3,24 215:2
215:4,5
**ways**  57:2
126:25 141:10
174:24
**we've**  67:24
90:15 106:1,15
109:10 110:24
127:2
**wear**  17:8
200:19
**wearing**  40:12
70:23 79:17
200:4,15,23
**website**  92:4
**week**  68:11
**weekly**  68:5
78:21,22 79:3
123:21
**weeks**  33:25
70:1 190:19
**welcome**  216:8
**went**  15:11
53:6 58:24
81:18 99:23
111:1 112:1
124:22 136:13
157:25 160:1

165:16 174:13
191:4 208:19
**west**  1:22 5:4
**westwood**
151:3
**whatever's**
86:11
**wheat**  16:12,13
16:13
**when's**  7:3,19
**wherewithal**
54:7
**wide**  92:15
**wifi**  180:17
**willing**  132:21
**wilson**  1:18
**wilsonelser.c...**
1:20
**wisconsin**
166:23
**witness**  4:6
7:24 11:15,18
11:22 33:17
38:17 45:18,20
79:13,19 80:7
85:4 89:14
94:25 102:17
125:15,18
126:1 128:17
128:20 129:20
130:15 131:7
152:6 164:20
178:5,8 187:20
220:8,10,12,18

**witness's**
130:19
**witnesses**  76:2
80:3,21 210:10
**woman**  33:24
37:9 58:11
59:3 120:19
**woman's**  58:16
**word**  82:19
**words**  67:8
77:4 92:2
**work**  18:3
19:17 20:9,13
20:18 21:19
22:10,17 51:16
51:19 52:8,10
54:4 56:4
64:15 111:13
114:8,15
115:12 127:12
132:21 156:8
160:18,24
161:21 162:17
181:25 183:17
209:23
**workday**
181:24
**worked**  22:25
128:9 131:22
131:24 155:8
162:13
**working**  22:19
34:17 51:21
56:8 68:1
115:13 130:22

**[working - youtube]**                                                              Page 60

131:20 138:23
156:6 162:16
163:4,10
209:24 213:9
214:22 215:24
216:5
**works**  23:13,16
110:5
**world**  52:11
66:4 215:13
**worried**  152:16
**worries**  106:19
**worship**  121:15
123:22
**worst**  194:7
**wrecked**
215:15
**write**  72:1
74:23 82:9
114:1 125:18
**written**  2:1
127:25 131:8
132:15 133:8
134:19 191:4
**wrong**  127:3
**wronged**  14:23
71:24
**wrongful**  12:23
97:18
**wrongfully**
97:15
**wrongs**  93:25
**wrote**  113:14
131:25 138:5

| **x** |
| --- |
| **x**  2:7 124:18 |
| 150:1,1,13 |
| 151:7 |

| **y** |
| --- |

**yanked**  121:15
**yeah**  4:23 6:20
17:7 20:16
21:7,20 22:5
23:6,15 27:15
28:8 29:4
33:13,21 38:20
39:8 40:2
45:10 54:4
59:5 61:11
65:7 66:24
75:3,15,23
78:20 79:2,8
81:3,23 85:4
86:14,17 87:1
93:7 94:6 96:4
104:22 110:4,4
112:7 113:11
116:3 117:2
119:24 120:7
122:15 124:12
125:10 129:4
130:15 135:6,6
139:20 142:13
143:5,13
144:21 146:9
146:22 151:13
151:19 154:15
157:23 158:11
158:18,23

159:19 162:5
162:13 165:3
166:14 172:6
172:17 173:5
174:2 176:17
177:11 178:1,1
181:24 182:3
186:3 187:16
189:16 190:23
193:13 194:19
195:4 199:12
200:3 202:22
204:9,10 205:1
205:6,11,17
207:22 208:6,8
208:20,23
209:15 212:8
216:20
**year**  8:4 21:5,9
51:23 78:16
90:8,11 119:24
144:11 155:11
160:21 162:11
174:16,17
179:4 208:1,2
212:10
**yearbook**
155:13
**years**  7:5 8:25
9:21 12:18
14:17 15:7
18:3,7 22:18
25:11 27:3
28:4 36:6 39:2
41:10 44:13,14

44:17 50:19
56:11 57:8
65:22 79:6
99:18 104:1
156:6 163:2,16
165:25 166:12
**yell**  66:11
**yelled**  110:11
**yelling**  65:6
83:5 88:24
214:20
**yep**  134:5
178:19 216:16
**yesterday**
46:17 48:3
110:5,8,8
125:19 189:12
211:5
**young**  70:23
74:12 80:16
**youtube**  2:23
4:22 22:14
23:7,10,13,19
24:3,9,16
31:23 44:2
52:11,16,20
53:9,18 81:19
86:21 93:16
98:9,13,16,18
98:23 100:17
141:18,21
142:16 155:20
155:23 157:17
158:3,11,12,17
158:24 159:1

**[youtube - zero]**                                                        Page 61

159:14,18,20
159:22 160:18
161:20 182:10
188:4,6,7,15
190:4 200:7,16
210:22 214:3,8
**youtubing**
177:22

**z**

**zero**   18:8

EXHIBIT 2

Federal Rules of Civil Procedure

Rule 30


(e)  Review By the Witness; Changes.

(1)  Review; Statement of Changes. On request by the
deponent or a party before the deposition is
completed, the deponent must be allowed 30 days
after being notified by the officer that the
transcript or recording is available in which:
(A)  to review the transcript or recording; and
(B)  if there are changes in form or substance, to
sign a statement listing the changes and the
reasons for making them.
(2)  Changes Indicated in the Officer's Certificate.
The officer must note in the certificate prescribed
by Rule 30(f)(1) whether a review was requested
and, if so, must attach any changes the deponent
makes during the 30-day period.



DISCLAIMER:  THE FOREGOING FEDERAL PROCEDURE RULES
ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY.
THE ABOVE RULES ARE CURRENT AS OF APRIL 1,
2019.  PLEASE REFER TO THE APPLICABLE FEDERAL RULES
OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

EXHIBIT 2

VERITEXT LEGAL SOLUTIONS

COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the
foregoing transcript is a true, correct and complete
transcript of the colloquies, questions and answers
as submitted by the court reporter. Veritext Legal
Solutions further represents that the attached
exhibits, if any, are true, correct and complete
documents as submitted by the court reporter and/or
attorneys in relation to this deposition and that
the documents were processed in accordance with
our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining
the confidentiality of client and witness information,
in accordance with the regulations promulgated under
the Health Insurance Portability and Accountability
Act (HIPAA), as amended with respect to protected
health information and the Gramm-Leach-Bliley Act, as
amended, with respect to Personally Identifiable
Information (PII). Physical transcripts and exhibits
are managed under strict facility and personnel access
controls. Electronic files of documents are stored
in encrypted form and are transmitted in an encrypted

EXHIBIT 2

fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.