IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No.: 21-cv-2214-NYW-SBP

**BRIAN LOMA**, an individual,

    Plaintiff

v.

**ALLIED UNIVERSAL SECURITY SERVICES**,
**FALIESHA LYNETT TRIMBLE**, in their individual capacity,
**ANGELIKA CHAPLINSKIY**, in their individual capacity,
**OFFICER BERGER (#98049),** in their individual capacity

    Defendants.

---

**PLAINTIFF'S RESPONSE TO MOTION OF DEFENDANTS ALLIED UNIVERSAL SECURITY SERVICES, FALIESHA LYNETT TRIMBLE, AND ANGELIKA CHAPLINSKIY FOR SUMMARY JUDGMENT PURSUANT TO FED. R. CIV. P. 56**

---

**COMES NOW**, Plaintiff, by and through counsel of record, Baumgartner Law, and hereby submits his Response to Motion of Defendants Allied Universal Security Services, Felisha Trimble, and Angelika Chaplinsky, for Summary Judgement Pursuant to Fed.R.Civ.P. 56 as follows:

1.  Plaintiff hereby confesses the Motion for Summary Judgement on the following grounds: Plaintiff cannot show that he was subject to arrest *after* the issuance of the summons regarding the incident on February 15, 2019. For that reason, Plaintiff admits that the remaining cause of action against Defendants Allied Universal Security Services, Felisha Trimble, and Angelika Chaplinsky, should be dismissed.

**CONCLUSION**

For the reasons stated above, AUS Defendants' Motion for Summary Judgment should be

granted.

Dated this 1st day of November, 2024.

                                                Respectfully submitted,
                                                BAUMGARTNER LAW, L.L.C.

                                                *s/ S. Birk Baumgartner*
                                                S. Birk Baumgartner
                                                Baumgartner Law, LLC
                                                730 17th St., Ste. 340
                                                Denver, CO 80202
                                                Phone: (303) 529-3476
                                                Fax: (720) 634-1018
                                                birk@baumgartnerlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of April, 2024, a true and correct copy of the foregoing filed with the Clerk of the Court using the CM/ECF system, which will serve the following:

Jennifer Johnson
Denver City Attorney's Office
*Attorneys for Denver Defendants*

Jason D. Melichar
Kimberly L. Koehler
Wilson Elser Moskowitz Edelman & Dicker LLP
*Attorneys for AUS Defendants*

                                                *s/ Rachael Wallace*
                                                Rachael Wallace