IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

Case No.: 21-cv-2214-NYW-KLM

**BRIAN LOMA**, an individual,
    Plaintiff

v.

**CITY AND COUNTY OF DENVER,** a municipality,
**CITY ATTORNEY KRISTIN M. BRONSON,** in their individual capacity,
**ASSITANT CITY ATTORNEY MELISSA M. DRAZEN SMITH,** in their individual capacity,
**ASSISTANT DIRECTOR MARLEY BORDOVSKY**, in their individual capacity,
**CORPORAL ROBERT D. SMITH**, in their individual capacity,
**ALLIED UNIVERSAL SECURITY SERVICES**,
**FALIESHA LYNETT TRIMBLE**, in their individual capacity,
**ANGELIKA CHAPLINSKIY**, in their individual capacity,
**DETECTIVE NICHOLAS Z. ROCCO-MCKEEL**, in their individual capacity
**SERGEANT BURTON**, in their individual capacity
**OFFICER BURGER (#98049),** in their individual capacity
    Defendants.

## UNOPPOSED MOTION TO WITHDRAW AS ATTORNEYS OF RECORD FOR PLAINTIFF BRIAN LOMA

### CERTIFICATE OF CONFERRAL

Undersigned counsel hereby certifies they have conferred with counsel for Defendants and Defendants do not oppose the relief sought herein.

S. Birk Baumgartner of Baumgartner Law, LLC, undersigned counsel of record for

Plaintiff Brian Loma, hereby moves this honorable court for an Order allowing him to withdraw as counsel in this action pursuant to D.C.COLO.LAttyR. 5(b) and in support thereof states as follows:

1. Undersigned counsel requests that the Court enter an Order granting this Motion to Withdraw as Attorneys of Record for Plaintiff Brian Loma as good cause exists for granting this Motion.

2. Movant requests to withdraw as counsel of record for Mr. Loma pursuant to Colo. R.P.C. 1.16. For the following reasons.

   a) Movant states that there exists an unresolvable conflict of interest between client and attorney;

   b) as well as an irresolvable conflict of interest for undersigned attorney;

   c) and that there has been a substantial breakdown in communication between undersigned attorney and client that materially impedes Attorney's ability to continue representation.

Additional details regarding the reasons underlying Movant's Motion does not cause any adverse effect on the interest of the client.

3. Undersigned attorney has twice conferred with client for a response to his position on this motion and undersigned has not received a response.

4. Undersigned counsel has also met the notice requirements provided in D.C.COLO.LAttyR. 5(b). Plaintiff was provided notice of this Motion and the termination of the attorney-client relationship prior to the filing of this Motion. Specifically, client has been advised that he has 14 days to object to the Motion to Withdraw. Plaintiff has been advised of the upcoming case deadlines in this matter. **See Exhibit 1**.

5. In addition to providing Plaintiff notice, undersigned counsel advised Plaintiff of her

responsibility to notify the Court regarding her contact information for service of pleadings, notices and orders filed/entered in this case.

6.  Further, undersigned counsel has given notice to Plaintiff that if she fails or refuses to comply with all court rules and orders, she may suffer possible dismissal, default, or other sanctions.

7.  Plaintiff's contact information is:

   Brian Loma
   cuttheplastic@gmail.com
   loma.brian@gmail.com

8.  Plaintiff was provided a copy of this Motion and notice that it was filed on December 11, 2024.

9.  This case has not yet been set for trial.

**WHEREFORE**, the undersigned respectfully requests the Court enter an Order allowing Granting this Motion to Withdraw as Attorneys of Record for Plaintiff Brian Loma.

Dated this 11th day of December, 2024.

           Respectfully submitted,
           BAUMGARTNER LAW, L.L.C.
           *Original signature on file at Baumgartner Law, L.L.C.*

           *s/ S. Birk Baumgartner*
           S. Birk Baumgartner
           Baumgartner Law, LLC
           730 17th Street – Ste 340
           Denver, CO 80202
           Phone: (303) 529-3476
           Fax: (720) 634-1018
           birk@baumgartnerlaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 11th day of December, 2022, a true and correct copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system, which will serve the following:

Kevin McCaffrey
City and County of Denver

    *s/ Rachael Wallace*
Rachael Wallace

**CERTIFICATE OF SERVICE**

I hereby certify that on this 11th day of December, 2024, a true and correct copy of the foregoing was sent to Brian Loma, via email:

Brian Loma
cuttheplastic@gmail.com
loma.brian@gmail.com

*s/ Rachael Wallace*
Rachael Wallace

4