IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

Case No.: 21-cv-2214-NYW-KLM

**BRIAN LOMA**, an individual,
    Plaintiff

v.

**CITY AND COUNTY OF DENVER,** a municipality,
**CITY ATTORNEY KRISTIN M. BRONSON,** in their individual capacity,
**ASSITANT CITY ATTORNEY MELISSA M. DRAZEN SMITH,** in their individual capacity,
**ASSISTANT DIRECTOR MARLEY BORDOVSKY**, in their individual capacity,
**CORPORAL ROBERT D. SMITH**, in their individual capacity,
**ALLIED UNIVERSAL SECURITY SERVICES**,
**FALIESHA LYNETT TRIMBLE**, in their individual capacity,
**ANGELIKA CHAPLINSKIY**, in their individual capacity,
**DETECTIVE NICHOLAS Z. ROCCO-MCKEEL**, in their individual capacity
**SERGEANT BURTON**, in their individual capacity
**OFFICER BURGER (#98049),** in their individual capacity
    Defendants.

## NOTICE OF WITHDRAWAL

    S. Birk Baumgartner of Baumgartner Law, LLC, undersigned counsel of record for Plaintiff Brian Loma, hereby give Notice of Withdrawal as counsel in this action pursuant to D.C.COLO.LAttyR. 5(b) and in support thereof states as follows:

1. S. Birk Baumgartner has moved to withdraw as attorney of record.

2. The Court retains jurisdiction over you and this case.

3. You have the burden of keeping the Court informed where notices, pleadings and other papers may be served upon you.

4. You have the obligation to prepare for any hearing or trial or to hire counsel to prepare for the same.

5. If you fail or refuse to meet the duties imposed upon you, you may suffer an adverse ruling by default.

6. Process may be served upon you at your last known address.

**7.** Your upcoming scheduled dates for court and depositions are as follows:

   **12/12/2024 – 1:30 Telephonic Status Conference**

8. You have 14 days in which to file any objection to this withdrawal.

You are personally responsible for complying with all court orders and time limitations established by applicable statutes and rules. If you have any further questions, please feel free to reach out to our office.

Dated this 11th day of December, 2024.

Respectfully submitted,
BAUMGARTNER LAW, L.L.C.
*Original signature on file at Baumgartner Law, L.L.C.*

 s/ S. Birk Baumgartner
S. Birk Baumgartner
Baumgartner Law, LLC
730 17th Street – Ste 340
Denver, CO 80202
Phone: (303) 529-3476
Fax: (720) 634-1018
birk@baumgartnerlaw.com

2

**CERTIFICATE OF SERVICE**

I hereby certify that on this 11th day of December, 2024, a true and correct copy of the foregoing was sent to Brian Loma, via email:

Brian Loma
cuttheplastic@gmail.com
loma.brian@gmail.com

      *s/ Rachael Wallace*
      Rachael Wallace

3