IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE NINA Y. WANG**

| | |
|---|---|
| Civil Action: 21-cv-02214-NYW-SBP | Date: December 12, 2024 |
| Courtroom Deputy: Emily Buchanan | Court Reporter: Darlene Martinez |

| *Parties* | *Counsel* |
|---|---|
| BRIAN LOMA, an individual, | S. Birk Baumgartner |
| Plaintiff, | |
| v. | |
| CITY AND COUNTY OF DENVER, a municipality, CITY ATTORNEY KRISTIN M. BRONSON, in their individual capacity, ASSISTANT CITY ATTORNEY MELISSA M. DRAZEN SMITH, in their individual capacity, CORPORAL ROBERT D. SMITH, in their individual capacity, DETECTIVE NICHOLAS Z. ROCCO-MCKEEL, in their individual capacity, SERGEANT BURTON, in their individual capacity, OFFICER BURGER (#98049), in their individual capacity, and ASSISTANT DIRECTOR MARLEY BORDOVSKY, in their individual capacity, | Kevin McCaffrey |
| Defendants. | |

### COURTROOM MINUTES/MINUTE ORDER

**TELEPHONIC STATUS CONFERENCE**

**1:33 p.m.   Court in session.**

Appearances of counsel.  Also present: Plaintiff Brian Loma.

The Court originally set this status conference to set trial in this matter, but yesterday the Court received the Unopposed Motion to Withdraw as Attorneys of Record for Plaintiff Brian Loma [Doc. 97].

Mr. Loma informs the Court that he started the process of requesting new counsel.

Defendant does not object to setting a further status conference.

**ORDERED:** **A Further Telephonic Status Conference is set for February 24, 2025 at 2:00 p.m. for the purposes of setting a Final Pretrial/Trial Preparation Conference and a jury trial in this matter.  The Parties shall participate by dialing 571-353-2301, Access Code: 783456374.**

1:39 p.m.   Mr. McCaffrey leaves the conference so the Court can speak with Mr. Loma and Mr. Baumgartner with respect to the pending motion to withdraw as counsel.

Mr. Loma does not object to Mr. Baumgartner withdrawing as his counsel and provides his mailing address and phone number to the Court.

**ORDERED:** **Unopposed Motion to Withdraw as Attorneys of Record for Plaintiff Brian Loma [Doc. 97] is GRANTED.  Mr. Baumgartner shall be terminated as counsel of record for Plaintiff.  Mr. Loma shall be responsible for any and all deadlines and filings until and unless counsel enters an appearance on his behalf in this case.**

**ORDERED:** **The Clerk of Court shall update the docket with Plaintiff's address and phone number:**

**Brian Loma
1455 Ammons Street
Unit G3
Lakewood, CO 80214
(720) 668-6225**

The Court advises Mr. Loma that under the Local Rules, he has an obligation to alert the Court of any change to his address or phone number within 5 days of the change.

If Mr. Loma is interested in becoming an e-filer, he may review the instructions found on the Court's website at http://www.cod.uscourts.gov/RepresentingYourself/ProSeE-FilingInstructions.aspx.

If Mr. Loma is interested in contacting the Colorado Federal Pro Se Clinic, he may find the information at https://www.cobar.org/fpsc.

**1:47 p.m.   Court in recess.**
Hearing concluded.        Total time in court:   0:14