IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:21-cv-02214-NYW-SBP

BRIAN LOMA,

    Plaintiff,

v.

CITY AND COUNTY OF DENVER, *et al*.

    Defendants.

## NOTICE OF ENTRY OF APPEARANCE

Comes now Andy McNulty of NEWMAN | MCNULTY and hereby enters his appearance as counsel for Plaintiff in the above captioned case.

Respectfully submitted this 7th day of January 2025.

    NEWMAN | MCNULTY

    */s/ Andy McNulty*
    Andy McNulty
    1490 N. Lafayette Street
    Suite 304
    Denver, Colorado 80218
    (720) 850-5770
    andy@newman-mcnulty.com

    ATTORNEY FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that on January 7, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all entered parties.

NEWMAN | MCNULTY

*s/ Andy McNulty*
_____
Andy McNulty