IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:21-cv-022140-NYW-SBP

BRIAN LOMA,

    Plaintiff,

v.

CITY AND COUNTY OF DENVER, et al.

    Defendants.

## NOTICE OF ENTRY OF APPEARANCE

Comes now Madeline Leibin of NEWMAN | MCNULTY, LLC and hereby enters her appearance as counsel for Plaintiff in the above captioned case.

Respectfully submitted this 7th day of January 2025.

    NEWMAN | MCNULTY, LLC

    *s/ Madeline Leibin*
    Madeline Leibin
    Andy McNulty
    NEWMAN | MCNULTY, LLC
    1490 N. Lafayette Street, Suite 304
    Denver, Colorado 80218
    (720) 850 - 5770
    Madeline@Newman-McNulty.com
    Andy@Newman-McNulty.com

    ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

  I hereby certify that on this 7th day of January 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all entered parties.

              NEWMAN | MCNULTY, LLC

              *s/ Madeline Leibin*
              Madeline Leibin